**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
CITY OF CHULA VISTA, EVAN LINNEY, MANUEL PADILLA, DAVID RIVERS, BRIAN OLSON, JORDAN SALVADOR, and KENNETH HICKS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ORAL W. NUNIS, SR. by and through, ROXIE A. NUNIS, individually, and as Administratrix of the ESTATE, and NAOMI UNIS, Individually, ABIGAIL TABITHA NUNIS, Individually, and WILLIE MAE KIRKLAND as Guardian *ad Litem* for J.C.N., Kimone Nunis, Oral W. Nunis, Andre Nunis and Ludecea Nunis, as Successors-in-Interest to Decedent Oral W. Nunis,<br><br>                  Plaintiffs,<br><br>     vs.<br><br>CITY OF CHULA VISTA; DAVID ARCE, BRIAN OLSEN, DAVID KREMER, EVAN LINNEY, DAVID RIVERS, MANUAL PADILLA, JORDAN SALVADOR, KENNETH HICKS and DOES 1-90, Inclusive,<br><br>                  Defendants. | Case No. 21-cv-1627-AJB-DEB<br>[*Hon. Anthony J. Battaglia, Dist. Judge; Hon. Daniel E. Butcher, M. Judge*]<br><br>**DECLARATION OF ABIGAIL J.R. McLAUGHLIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>*Filed Concurrently with Defendants' Motion for Summary Judgment; Statement of Uncontroverted Facts and Conclusions of Law; and Notice of Lodging*<br><br>Date:    June 15, 2023<br>Time:    2:00 p.m.<br>Crtrm.:  4A (4th Floor)<br><br>TSC:           May 25, 2023<br>Trial Date:    None Set |

///

///

///

4856-2042-2734.1                    1                    Case No. 21-cv-1627-AJB-DEB
DECL. OF ATTORNEY McLAUGHLIN ISO DEFTS.' MTN FOR SUMMARY JUDGMENT

I, Abigail J. R. McLaughlin, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California, the Southern District of California, and the United States Court of Appeals for the Ninth Circuit. I am an associate with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendants, CITY OF CHULA VISTA, EVAN LINNEY, MANUEL PADILLA, DAVID RIVERS, BRIAN OLSON, JORDAN SALVADOR, and KENNETH HICKS (collectively "Defendants") herein. The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2. This declaration is made in support of Defendants' motion for summary judgment, or partial summary judgment, in this action.

3. Attached hereto as Exhibit A and incorporated by reference herein is a true and correct copy of the pertinent portions of the deposition of incident witness and Plaintiff Kimone Nunis, taken in this action on March 16, 2022.

4. Attached hereto as Exhibit B and incorporated by reference herein is a true and correct copy of the pertinent portions of the deposition of incident witness Barry Studwood, taken in this action on March 16, 2022.

5. Attached hereto as Exhibit C and incorporated by reference herein is a true and correct copy of the pertinent portions of the deposition of incident witness and Plaintiff Ludecea Nunis, taken in this action on May 12, 2022.

6. Attached hereto as Exhibit D and incorporated by reference herein is a true and correct copy of the pertinent portions of the deposition of incident witness and Defendant Officer David Rivers, taken in this action on June 30, 2022.

7. Attached hereto as Exhibit E and incorporated by reference herein is a true and correct copy of the pertinent portions of the deposition of incident witness and Defendant Officer Jordan Salvador, taken in this action on July 21, 2022.

8. Attached hereto as Exhibit F and incorporated by reference herein is a true and correct copy of the pertinent portions of the deposition of incident witness and Defendant Agent Evan Linney, taken in this action on April 20, 2022.

9. Attached hereto as Exhibit G and incorporated by reference herein is a true and correct copy of the pertinent portions of the deposition of incident witness and Defendant Officer Brian Olson, taken in this action on June 29, 2022.

10. Attached hereto as Exhibit H and incorporated by reference herein is a true and correct copy of the pertinent portions of the deposition of incident witness and Defendant Sergeant Kenneth Hicks, taken in this action on September 28, 2022.

11. Attached hereto as Exhibit I and incorporated by reference herein is a true and correct copy of the pertinent portions of the deposition of incident witness and Defendant Officer Manuel Padilla, taken in this action on May 4, 2022.

12. Attached hereto as Exhibit J and incorporated by reference herein is a true and correct copy of Chula Vista Police Department Policy 306: Handcuffing and Restraints, previously produced to plaintiffs in this matter and bates numbered as CVPD000444-CVPD000449.

13. Attached hereto as Exhibit K and incorporated by reference herein is a true and correct copy of the pertinent portions of the deposition of Charles Hammond, designated Person Most Knowledgeable regarding the WRAP device used during the incident, taken in this action on May 16, 2022.

14. Attached hereto as Exhibit L and incorporated by reference herein is a true and correct copy of Safe Restraints, Inc.'s 'The WRAP' Application Manuel as authenticated during the deposition of Charles Hammond on May 16, 2022.

15. Attached hereto as Exhibit M and incorporated by reference herein is a true and correct copy of a still from Defendant Officers' body worn camera footage of Oral W. Nunis, Sr. in the WRAP device on the date of the incident, March 13, 2020.

16. Attached hereto as Exhibit N and incorporated by reference herein is a true and correct copy of the pertinent portions of the deposition of responding paramedic Ivan Osorio, taken in this action on May 3, 2022.

17. Attached hereto as Exhibit O and incorporated by reference herein is a true and correct copy of the pertinent portions of the deposition of the medical examiner who performed the autopsy of Oral W. Nunis Sr., Dr. Robert Stabley, M.D., taken in this action on February 2, 2022.

18. Attached hereto as Exhibit P and incorporated by reference herein is a true and correct copy of the pertinent portions of the deposition of responding EMT Elizabeth Ryall Simpson, taken in this action on August 26, 2022.

19. Attached here to as Exhibit Q and incorporated by reference herein is a true and correct copy of the American Medical Response San Diego Patient Care Report prepared by paramedic Ivan Osorio after the incident, previously produced to plaintiffs in this matter and bates numbered as CVPD000503-CVPD000516 and authenticated by Mr. Osorio at his deposition on May 3, 2022.

20. Attached here as Exhibit R and incorporated by reference herein is a true and correct copy of the pertinent portions of the deposition of Donte Kendricks, designated Person Most Knowledgeable for the City of Chula Vista, taken in this action on September 27, 2022.

21. Lodged concurrently with the filing of this declaration as Exhibit S is a true and correct copy of audio of the 9-1-1 call made by Plaintiff Kimone Nunis on the date of the incident at issue in this action, which was produced with Defendants' Initial Disclosures on January 12, 2022 (CVPD000021).

22. Lodged concurrently with the filing of this declaration as Exhibit T is a true and correct copy of audio of the Chula Vista Police Department dispatch and radio traffic on the date of the incident at issue in this action, which was produced with Defendants' Initial Disclosures on January 12, 2022 (CVPD000022).

23. Lodged concurrently with the filing of this declaration as Exhibit U is a true and correct copy of the composite video [video from BWC of Agent Linney, Sergeant Hicks, and Officers Padilla, Kremer, Olson, Rivers, and Salvador] which was produced with Defendants' Experts Disclosures on September 30, 2022.

24. Lodged concurrently with the filing of this declaration as Exhibit V is a true and correct copy of the body worn camera video from Defendant Agent Evan Linney of the incident at issue in this action, which was produced with Defendants' Initial Disclosures on January 12, 2022 (CVPD000004).

25. Lodged concurrently with the filing of this declaration as Exhibit W is a true and correct copy of the body worn camera video from Defendant Officer Manuel Padilla of the incident at issue in this action, which was produced with Defendants' Initial Disclosures on January 12, 2022 (CVPD000017).

26. Lodged concurrently with the filing of this declaration as Exhibits X and Y are true and correct copies of the body worn camera video from Defendant Officer David Rivers of the incident at issue in this action, which was produced with Defendants' Initial Disclosures on January 12, 2022 (CVPD000009-CVPD000010).

27. Lodged concurrently with the filing of this declaration as Exhibit Z is a true and correct copy of the body worn camera video from Defendant Officer Brian Olson of the incident at issue in this action, which was produced with Defendants' Initial Disclosures on January 12, 2022 (CVPD000008).

28. Lodged concurrently with the filing of this declaration as Exhibits AA and AB are true and correct copies of the body worn camera video from Defendant Sergeant Kenneth Hicks of the incident at issue in this action, which was produced with Defendants' Initial Disclosures on January 12, 2022 (CVPD000001-CVPD000002).

29. Lodged concurrently with the filing of this declaration as Exhibits AC and AD are true and correct copies of the body worn camera video from Officer

1  Denny Kremer of the incident at issue in this action, which was produced with
2  Defendants' Initial Disclosures on January 12, 2022 (CVPD000012-CVPD000013).

3      30.    Lodged concurrently with the filing of this declaration as Exhibits AE,
4  AF, and AG are true and correct copies of the body worn camera video from
5  Defendant Officer Jordan Salvador of the incident at issue in this action, which was
6  produced with Defendants' Initial Disclosures on January 12, 2022 (CVPD000018-
7  CVPD000019, CVPD000051).

8      31.    Attached here to as Exhibit AH and incorporated by reference herein is
9  a true and correct copy of the correspondence from Brian Chiles, Sr. Investigations
10 Engineer for Axon (manufacturer of the body worn cameras used by the Chula Vista
11 Police Department) to Chula Vista Police Department Sergeant Deaner regarding the
12 issues with the body worn camera used during the incident, which was produced with
13 Defendants' Initial Disclosures on January 12, 2022 (CVPD002187-CVPOD002188).

14     I declare under penalty of perjury under the laws of the United States of
15 America that the foregoing is true and correct and that this declaration was executed
16 on this 3rd day of February, 2023, at Los Angeles, California.

                      /s/ Abigail J. R. McLaughlin
                      Abigail J. R. McLaughlin

# FEDERAL COURT PROOF OF SERVICE
Estate of Oral W. Nunis, Sr., et al. v. City of Chula Vista
Case No. 21-cv-1627-AJB-DEB

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On February 3, 2023, I served the following document(s): DECLARATION OF ABIGAIL J.R. MCLAUGHLIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on February 3, 2023, at Los Angeles, California.

/s/ Corinne Taylor
Corinne Taylor

**SERVICE LIST**
Estate of Oral W. Nunis, Sr., et al. v. City of Chula Vista
Case No. 21-cv-1627-AJB-DEB
LBBS: 51508-02

| | |
|---|---|
| Carl E. Douglas, Esq.<br>Aja Mann, Esq.<br>Cameron Stewart. Esq.<br>Kristen Devezin<br>Christopher Bordenave<br>Jamon Hicks<br>DOUGLAS / HICKS LAW<br>5120 W. Goldleaf Circle<br>Suite 140<br>Los Angeles, California 90056-1661<br>Tel: (323) 655-6506<br>Fax: (323) 927-1941<br>carl@douglashickslaw.com<br>kristen@douglashickslaw.com<br>aja@douglashickslaw.com<br>cameron@douglashickslaw.com<br>Chris@douglashickslaw.com<br>Jamon@douglashickslaw.com | **Attorneys for Plaintiffs:**<br>ESTATE OF ORAL W. NUNIS, SR., by and through, ROXIE A. NUNIS, Individually, and as Successor In Interest to the ESTATE, and NAOMI NUNIS, Individually, ABIGAIL TABITHA NUNIS, Individually, and WILLIE MAE KIRKLAND as Guardian *ad Litem* for and J.C.N. |
| John L. Burris, Esq.<br>DeWitt M. Lacy, Esq.<br>Julia N. Quesada, Esq.<br>Lena Andrews, Esq.<br>THE LAW OFFICES OF JOHN L. BURRIS<br>9701 Wilshire Boulevard, Suite 1000<br>Beverly Hills, CA 90210<br>Telephone: (310) 601-7070<br>Facsimile: (510) 839-3882<br>john.burris@johnburrislaw.com<br>dewitt.lacy@johnburrislaw.com<br>julia.quesada@johnburrislaw.com<br>lena.andrews@johnburrislaw.com<br>Xiomara Serrano - Assistant<br>laoffice@johnburrislaw.com | **Attorneys for Plaintiffs:**<br>KIMONE NUNIS, individually and as Successor-in-Interest to Decedent Oral Nunis; ORAL W. NUNIS, as Successor-in-Interest to Decedent Oral Nunis; ANDRE NUNIS, as Successor-in-Interest to Decedent, Oral Nunis, and LUDECEA NUNIS, as Successor-in-Interest to Decedent Oral Nunis |

| | |
|---|---|
| 1  Glen Googins, City Attorney<br>   Karen Rogan, Assistant City Attorney<br>2  OFFICE OF THE CITY ATTORNEY, CHULA VISTA<br>3  276 4th Avenue<br>   Chula Vista, CA 91910<br>4  Telephone: (619) 409-5816<br>   Facsimile: (619) 476-5305<br>5  GGoogins@chulavistaca.gov<br>   KRogan@chulavistaca.gov | **Attorneys for Defendant:**<br>**CITY OF CHULA VISTA, BRIAN OLSON, DAVID RIVERS, EVAN LINNEY, MANUEL PADILLA, JORDAN SALVADOR, and KENNETH HICKS** |

4856-2042-2734.1

3

Case No. 21-cv-1627-AJB-DEB

DECL. OF ATTORNEY McLAUGHLIN ISO DEFTS.' MTN FOR SUMMARY JUDGMENT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW