**DOUGLAS / HICKS LAW, APC**
Carl E. Douglas, (SBN: 97011)
Jamon R. Hicks, (SBN: 232747)
5120 W. Goldleaf Circle Suite 140
Los Angeles, CA 90056-1661
Phone: (323) 655-6505; Fax: (323) 927-1947
Email: Carl@DouglasHicksLaw.com

Attorneys for Plaintiffs,
ESTATE OF ORAL W. NUNIS, SR., by
and through, ROXIE A. NUNIS, Individually,
and as Successor in Interest to the Estate,
NAOMI NUNIS, Individually, and WILLIE
MAE KIRKLAND as *Guardian ad Litem* for
A.T.N. and J.C.N.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ORAL W. NUNIS, SR., by and through, ROXIE A. NUNIS, Individually, and As Successor in Interest to the Estate, NAOMI NUNIS, Individually, and WILLIE MAE KIRKLAND, *as Guardian ad Litem* for A.T.N. and J.C.N.<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY CHULA VISTA; DAVID ARCE, BRIAN OLSEN, DAVID KREMER, EVAN LINNEY, DAVID RIVERS, MANUEL PADILLA, JORDAN SALVADOR, KENNETH HICKS and DOES 1 through 40, inclusive,<br><br>          Defendants. | CASE NO. 3:21-cv-1627-AJB-DEB<br><br>*[Hon. Anthony J. Battaglia; Magistrate Judge Daniel F. Butcher]*<br><br>**DECLARATION OF BENNET OMALU, M.D., IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**<br><br>**Date:** June 15, 2023<br>**Time:** 2:00 p.m.<br>**Crtrm:** 4A (4th Floor) |

## DECLARATION OF BENNET OMALU, M.D.

I, Bennet Omalu, declare:

1.      I make this declaration of my own person knowledge, except where stated on information and belief, and if called to testify in Court on these matters, I could do so competently.

2.      Summary of Education, Training and Experience

I completed medical school in 1990 at the University of Nigeria, Enugu, Nigeria. Upon graduating from medical school, I completed a one-year clinical housemanship at the University of Nigeria Teaching Hospital in the fields of pediatrics, internal medicine, general surgery, obstetrics, and gynecology. After housemanship, I worked as an emergency room physician at a university hospital in Nigeria for approximately three years. I sat for and passed my United States Medical Licensing Examinations [USMLE] while I worked as an emergency room physician. I came to the United States in 1994 through a World Health Organization scholarship to become a visiting research scholar for eight months at the Department of Epidemiology, Graduate School of Public Health, University of Washington, Seattle, Washington.

3.      In 1995, I proceeded to the College of Physicians and Surgeons of Columbia University, New York, New York, at Harlem Hospital Center, to complete residency training in Anatomic Pathology and Clinical Pathology. In 1999 I proceeded to the University of Pittsburgh, Pittsburgh, Pennsylvania to complete residency training in

DECLARATION OF BENNET OMALU, M.D., IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANTS MOTION FOR SUMMARY JUDGMENT

forensic pathology and neuropathology. I hold four board-certifications in Anatomic Pathology, Clinical Pathology, Forensic Pathology and Neuropathology. I also hold a Masters in Public Health [MPH] degree in Epidemiology from the Graduate School of Public Health, University of Pittsburgh, Pittsburgh, Pennsylvania. I also hold a Masters in Business Administration [MBA] degree from the Tepper School of Business, Carnegie Mellon University, Pittsburgh, Pennsylvania, one of the leading business schools in the world. I am a Certified Physician Executive and an honorary fellow of the American Association of Physician Leadership [AAPL]. I also hold a fifth board-certification in medical management from the AAPL. I am licensed to practice medicine and surgery in four states in the United States namely Hawaii, California, Indiana, and Pennsylvania.

4.     I am currently the President and Medical Director of Bennet Omalu Pathology [BOP], a California medico-legal consulting firm, and a Clinical Professor at the Department of Medical Pathology and Laboratory Medicine, University of California, Davis. In my capacity as the Medical Director of BOP, I am a consulting forensic pathologist and neuropathologist to many hospitals in central California and to several counties in northern California. There are less than a few dozen practicing forensic pathologists-neuropathologists in the United States who are board-certified in both forensic pathology and neuropathology.

5.     For over nineteen years, I have been involved in over twelve thousand death and injury investigations in my career as a forensic pathologist and neuropathologist,

DECLARATION OF BENNET OMALU, M.D., IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

which began in 1999. I have personally conducted and performed over ten thousand autopsies and death investigations and examined over eleven thousand brain tissue specimens. I also perform trauma pattern analysis in both living patients and deceased patients to determine causes and mechanisms of sustenance of injuries and death. I am also involved in the evaluation of living victims of all types of injuries and trauma, including but not limited to victims of assault, traumatic falls, industrial and accidental injuries, medical complications and misadventures, rape, child abuse and sports-related injuries. I have been consulted and retained as an expert witness in one to two thousand cases involving all types of medico-legal cases across all jurisdictions in the United States including federal, state, county and municipal courts and arbitration panels; in both civil and criminal cases, for the plaintiff, defense, district attorneys and public defenders. I have been involved as an expert witness in complex class action and industrial lawsuits involving thousands of individuals and major corporations.

6.    My areas of interest and focus include brain patho-physiology, brain injuries and brain trauma, in both living and deceased patients. I identified Chronic Traumatic Encephalopathy [CTE] in a retired football player when I performed an autopsy and examined the brain of Mike Webster in 2002. Subsequently, I identified CTE in other high-impact, high-contact sports athletes and in military veterans suffering from Post-Traumatic Stress Disorder [PTSD]. Since 2002 CTE has received international attention from the sports industry, sports medicine, and neuroscience.

DECLARATION OF BENNET OMALU, M.D., IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

7.    My work has been featured extensively in all media platforms across the world. My work and life were featured in a major Hollywood film, "Concussion" released in December 2015 by Sony Motion Pictures, in which the renowned actor, Will Smith, played me as Dr. Omalu. Several New York Times best-selling books have also been published on my life and work including "The League of Denial" and "Concussion." I have published several books including my memoir, "Truth Doesn't Have a Side," which was published in August 2017. My latest book, "Brain Damage in Contact Sports" was published in February 2018. I have published extensively in the medical and scientific literature authoring many scientific papers and book chapters.

8.    I have received three honorary Ph.D. degrees from two universities in the United States, and from the Royal College of Surgeons of Ireland in recognition of my work and expertise. I have also received numerous awards from across the world in recognition for my work and expertise in both living and deceased patients. I have received the "Distinguished Service Award" from the American Medical Association [AMA], which is the most prestigious award of the AMA. I have been honored by the United States Congress and I have appeared on multiple occasions before committees of the United States Congress and committees of State Legislatures across the Unites States advising them on matters relating to trauma. In 2019 and 2020 I was appointed to the Traumatic Brain Injury Board of the State of California to advise the state on matters relating to traumatic brain injuries.

DECLARATION OF BENNET OMALU, M.D., IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

9.     Since 1999 I have testified as an expert witness in matters relating to all types of injuries and deaths in over 1000 court proceedings across the United States. Attached as Exhibit "A" to my declaration is a copy of my curriculum vitae, which enumerates my body of work and experience in greater detail. The cases I have testified in, beginning in 2009, are enumerated at the end of my curriculum vitae.

10.     I have been retained as an expert witness in the above matter by counsel for Plaintiffs.  In that capacity, I have reviewed the materials attached to my declaration as Exhibit "B" regarding Oral Wesley Nunis [Oral Nunis], Deceased.

11.     Brief Summary of Prevailing Forensic Scenario

At the time of his death on March 13, 2020 at approximately 01:16 a.m., Oral Nunis was a 56- year-old African-American male who was born on September 5, 1963. Dr. Robert Stabley, a deputy medical examiner at the County of San Diego Medical Examiner's Department, performed the autopsy on Oral Nunis and he opined that the underlying cause of death was Sudden Cardiorespiratory Arrest While Restrained in Police Custody. He opined that the manner of death was "undetermined". Oral Nunis was a reasonably healthy man with a past medical history of asthma and hypertension, which were well-controlled, and he was compliant with his treatment and medications. He had never been diagnosed with any mental illness.

12.     On March 12, 202o at about 05:00 p.m., Oral Nunis presented to the Sharp Chula Vista Medical Center with her daughter, and with a one-week history of intermittent chest pain and some anxiety. He had been increasingly paranoid as well.

He wished to go home and was discharged home. At home he became agitated and attempted to jump out of a second story bedroom window. The family called 911 at approximately 11:53 p.m. Police officers from the City of Chula Vista arrived at the home at approximately 11:59 p.m.  Agent Evan Linney ("Linney") was the first officer on the scene.  He met Oral Nunis inside the residence at the top of the stairs. Without even introducing himself or attempting to find out what was going on, Linney told Nunis, who was sitting calmly just inside the doorway of a second floor bedroom, that he was going to handcuff him.  Oral Nunis requested that he not be handcuffed and became frightful. He allegedly ran out to the street and Linney ran after him, made physical contact with him, and tackled him to the ground.

13.    Oral Nunis was placed prone on the street with his hands and wrists handcuffed at his back. By this time, five other officers had arrived at the scene and they joined Linney in tackling Oral Nunis to the ground.  Once on the ground, they restrained him and pressed his body on the ground with their combined body weights and extremities as Oral Nunis struggled intermittently to free himself.  Approximately 4 minutes later a body restraint device/ wrap was placed over Oral Nunis' trunk and extremities.  Approximately 5-6 minutes later with the wrap around him, he was sat up on the road with his hip flexed to about 90 degrees. The restraint device held him in this position still with his hands and wrists handcuffed behind him. About 7 minutes after he was placed prone on the ground a spit sock was placed over Oral Nunis' face by the police officers completely covering his face and neck. Paramedics

arrived approximately 8 minutes later and at about 8-9 minutes he was placed onto the gurney still restrained by the wrap and his face covered with a spit sock.

14.    The local EMS was dispatched, and paramedics arrived at the scene at approximately 12:09 a.m. Oral Nunis was wheeled to the ambulance, and while in the ambulance, after about 5-10 minutes, upon rhythm check, he was found to be in pulseless ventricular tachycardia and was unresponsive. CPR and advanced cardiac life support were initiated by 12:20 a.m. while he was emergently transported to the Sharp Chula Vista Medical Center where he arrived at about 12:40 a.m. on March 13, 2020. He had allegedly been down for approximately 20 minutes before he arrived at the emergency room. The primary EMS impression was behavioral/psychiatric disorder, and the secondary impression was cardiac arrest.

15.    Upon arrival at the emergency room, he was noted to be in cardiac arrest, unresponsive, asystolic, obtunded and intubated with fixed and dilated pupils. Advanced cardiac life support was continued, Oral Nunis regained pulses transiently but was eventually pronounced dead at approximately 01:16 a.m. His laboratory tests in the emergency room were significant for anemia with a hemoglobin of 9.4, which was grossly worse than his previous baseline of 14.1; elevated glucose, sodium, andpotassium, decreased $CO_2$, creatinine of 1.7 with elevated AST and ALT. Lactic acid was elevated at 26. Serum Troponin was markedly elevated 88.1. EKG showed possible STEMI.

16.    Autopsy

A full autopsy [2020-0705] was performed on the body of Oral Nunis on March 14, 2020 at the County of San Diego Medical Examiner's Department, beginning at approximately 09:30 a.m. The autopsy was performed by Robert Stabley, M.D., a Deputy Medical Examiner. Dr. Stabley opined that the underlying cause of death of Oral Nunis was "Sudden Cardiorespiratory Arrest while Restrained in Police Custody." He also opined that the manner of death was "Undetermined".

17.    At autopsy Oral Nunis weighed 146 pounds and measured 65 inches. He appeared consistent with the stated age of 56-years-old. There were no conjunctival petechial hemorrhages.

Dr. Stabley described the following evidence of trauma:

BLUNT FORCE INJURIES OF HEAD:
A 1 x 1/2 inch abrasion is on the right side of the head. Multiple abrasions surround the lateral aspect of the right eye and eyebrow and right side of the head measuring up to 2-1/4 x 1-1/2 inches. Multiple abrasions are on the top of the head measuring up to 1/2 x 1/16 inch. A 1 x 1/2 inch abrasion is on the left side of the head.

BLUNT FORCE INJURIES OF TORSO:
A 1-1/2 x 1/8 inch abrasion is on the right side of the back. Multiple fine abrasions are on the lower right back and superomedial aspect of the right buttock measuring up to 1/2 x 1/32 inch. A 1/4 x 1/4 inch abrasion is on the left side of the upper back.

BLUNT FORCE INJURIES OF UPPER EXTREMITIES:
Multiple abrasions are on the top of the right shoulder complex measuring up to 3 x 1-1/2 inches. Multiple abrasions surround the right elbow complex measuring up to 1/2 inch round. Multiple abrasions surround the left elbow complex measuring up to 1-1/2 x 1 inch.

BLUNT FORCE INJURIES OF LOWER EXTREMITIES:
A 1/2 x 1/2 inch abrasion is on the anterior aspect of the proximal right thigh. Multiple abrasions surround the right knee complex measuring up to 2-1/4 x 1/2 inch. Multiple abrasions are on the medial aspect of the distal right leg measuring up to 1/2 x 1/8 inch. A 1/4 inch round abrasion is on the lateral aspect of the distal right leg over the lateral malleolus.

Multiple abrasions surround the left knee complex measuring up to 5 x 2-1/2 inches.

18.    What were the underlying cause of death, mechanism of death, contributory factor to death and manner of death of Oral Nunis. On March 12, 2020, Oral Nunis was a 56-year-old male who was alive and well and was not in any imminent death or was dying from any disease before he encountered officers from the Chula Vista Police Department. He was allegedly manifesting symptoms of transient and reactionary neurosis and anxiety disorder, which were not obviously going to kill him. His autopsy confirmed that he was not suffering from any disease that was going to kill him on or about March 2020. He suffered from hypertension, which is prevalent in the United States population and was not a disease that was going to kill him in March 2020.  Oral Nunis was not dying and was not expected to die.

19.    Oral Nunis did not die as a result of Cardiac or Cardiopulmonary Arrest

Oral Nunis, a 56-year-old male did not die from cardiac arrest, cardiopulmonary arrest or cardiac arrhythmia as has been alleged in the autopsy report and medical records. Oral Nunis died as a result of Restraint Asphyxia [Mechanical-Positional Asphyxiation, Blunt Force Trauma and Placement of Obstructive Material Over Face/ Smothering] When Oral Nunis first encountered the police on March 12, 2020, he was not in any form of lethal distress and was not dying. A novel factor or event occurred unexpectedly and suddenly in his life beginning after the officers arrived at his residence at approximately 11:59 p.m. on March 12, 2020. He progressively lost consciousness following multimodal restraint asphyxiation, which began when officers of the Chula Vista Police Department tackled him to the ground and

compressed his body on the roadway with their extremities and body weights for 5-10 minutes while he laid prone on the ground with his hands and wrists handcuffed behind his back. The restraint mechanical-positional asphyxiation was sustained and progressed to an asphyxiating body wrap and smothering, which eventually resulted in loss of consciousness and death following the sustenance of acute asphyxial brain injury [hypoxic-ischemic brain injury]. In spite of advanced cardiac life support and CPR he remained in coma and was certified dead at approximately 01:16 a.m. on March 13, 2020 at the hospital.

20.    The global evidentiary clinical and autopsy findings in this case confirm that Oral Nunis suffered asphyxial brain injury [hypoxic-ischemic brain injury].    It is pertinent to note that Oral Nunis suffered multimodal restraint asphyxiation for more than 8-10 minutes. The multimodal restraint asphyxiation and asphyxial brain injury comprised a continuum of asphyxial factors, events, and activities, which began with mechanical-positional asphyxiation and blunt force trauma of the head, face, trunk, and extremities, which progressed to asphyxiating restraint body wrap and spit sock placements. Police officers forcefully compressed and pressed Oral Nunis' head, face, neck, trunk, and extremities prone on the unyielding ground placing the weights of their bodies and compressing his head and face, neck, and trunk with their extremities. His body was subsequently wrapped with a restraint body wrap, and at some point, his hip joints were forcefully flexed at about a 90-degree position of his trunk at the hip with the body wrap around his trunk and extremities, and finally a

spit sock was placed over his face and neck smothering him. This continuum of asphyxial factors, events, and activities, which lasted for a composite period of more than 8-10 minutes expectedly culminated in irreversible asphyxial brain injury and death.

21.    Oral Nunis was forcefully handcuffed behind his back, placed prone on the unyielding ground, and officers forcefully applied weights and forces on him, held him down and pressed his body on the ground while he was handcuffed, and was later immobilized with a body wrap restraint, and his trunk flexed at a 90-degree angle at his hip while he was completely wrapped with a body wrap restraint device. A spit sock was subsequently placed over his head, face and neck covering his face, nostrils, and mouth. This continuum of contiguous, sustained, and persistent composite restraints lasted for more than 8-10 minutes, which was very much longer than the expected 3–5-minute threshold for irreversible asphyxial brian injury.  The forceful placement of his body prone on the ground with his upper extremities handcuffed behind his back and his trunk, the forceful compression of his body, the encasement of his trunk and extremities in a body wrap restraint device, and his trunk flexed at 90 degrees at his hip, and a spit sock placed over his face and head, all combined to make asphyxial brain injury more likely.   During Oral Nunis' sustained restraint asphyxiation, he exhibited non-volitional symptoms and signs of imminent brain injury and damage, which included but were not limited to agitation, acute confusional state and restlessness, however these symptoms were misconstrued by

officers to be those of volitional and intentional resistance to restraint and arrest. Such a misinterpretation of symptoms and signs increased Oral Nunis' risk of sustaining irreversible asphyxial brain injury and death as the officers continued and intensified the mechanical-positional restraint.

22.    Officers placed a spit sock over the face and head of Oral Nunis. A spit mask placed on the face of a calm individual in a basal metabolic state may not result in any adverse outcome. However, any material placed over the face, nose, and mouth of a patient like Oral Nunis who was obviously in a high metabolic and stress state requiring high respiratory rates, would become forensically significant and can result in or contribute to an adverse outcome like we have in this case by increasing the risk of eventual asphyxial brain injury.  Therefore, the placement of a spit sock on Oral Nunis' face and head contributed to his cumulative exposure to the risk of asphyxiation. For patients in a traumatic shock state, the airways must be clearly secured and kept clear from all forms of obstruction. A spit sock over the head and face is an obstructive smothering material that should not be allowed to cover the nostrils and mouth of a patient in traumatic shock.

23.    When the paramedics arrived at the patient's side, he was lifted and placed on the gurney and transported to the ambulance with his trunk still flexed at about 90 degrees at the hip joints, the body wrap completely encasing his trunk and extremities, and the spit sock covering his head and face. Police officers did not stop or withdraw the mechanical and positional restraint asphyxiation even when

paramedics arrived and transported Oral Nunis to the ambulance. This continued and sustained mechanical-positional restraint made fatal asphyxial brain injury more likely.

24.    Oral Nunis was not in imminent death; he was not dying from any disease or intoxication and was not expected to die. However, on March 12, 2020, a novel, independent and mutually exclusive, unnatural event occurred which comprised a continuum of multimodal restraint asphyxiation, which lasted for over 8-10 minutes. This novel chain of traumatic events successfully interrupted and breached any pre-existing chain of events and precipitated unexpected death. The underlying cause of death therefore is Restraint Asphyxiation.

25.    In the differential diagnosis of the cause of death of Oral Nunis, there is no other forensic or medical evidence that may suggest or indicate that Oral Nunis died from any other probable disease or cause of death outside Asphyxial Brain Injury due to Restraint Asphyxiation.

26.    More likely than not, if Oral Nunis did not encounter the police on March 12, 2020, and if he was provided the medical care he needed, he would not have died on March 13, 2020 2018, and was not expected to die. Oral Nunis was not committing any crime rather he was manifesting a medical condition that needed medical care and attention and not forceful police restraint and arrest. The autopsy did not reveal any natural disease that was killing Oral Nunis.

DECLARATION OF BENNET OMALU, M.D., IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

27.    Oral Nunis sustained multiple blunt force impacts and trauma to his head, trunk, and extremities, which caused further membrane and cytoskeletal cellular injuries to the brain cells, which contributed to the cumulative and continuum of excitotoxic neuronal injury, which eventually culminated in permanent brain injury and death.  The autopsy confirmed that Oral Nunis received multiple blunt force impacts and injuries. Such blunt force impacts of the head cause combined microvascular, membrane and cytoskeletal cellular injuries of the brain and brain cell, which synergized with, aggravated, and accentuated other excitotoxic asphyxial injuries, which made irreversible brain injury and death exponentially more likely.

28.    Oral Nunis also suffered an acute myocardial infarction as part of his cascade of restraint asphyxial injury exposure, pain infliction and distress. Acute myocardial infarction causes cardiac arrhythmia and cardiac arrest, which causes hypoperfusion of the brain, which causes hypoxic-ischemic cerebral injury. The myocardial infarction he suffered as a direct result of his cumulative injury exposure aggravated and accentuated asphyxial brain injury and made death more imminent.

I hereby declare under penalty of perjury pursuant to the laws of the State of California, that the forgoing is true and correct. Dated this 23rd day of February, 2023.

BENNET OMALU, M.D.

DECLARATION OF BENNET OMALU, M.D., IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

# EXHIBIT "A"

## CURRICULUM VITAE AND BIBLIOGRAPHY

**PART 1: CURRICULUM VITAE**

## BENNET  I.  OMALU, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP

Anatomic Pathologist/ Clinical Pathologist/ Forensic Pathologist/ Neuropathologist/ Epidemiologist
Clinical Professor of Medical Pathology and Laboratory Medicine, University of California, Davis [UC-Davis]
President and Medical Director, Bennet Omalu Pathology [BOP], Inc.
Director and Co-Founder, CereMark Pharma, LLC

**The Fountains**
**3031 West March Lane, Suite 323**
**Stockton, CA 95219**

bennetomalu@bennetomalu.com

**Honorary Doctorate Degrees:**

1.   Doctor of Science
     Westminster College
     Fulton, Missouri, September 15, 2016

2.   Doctor of Science
     Xavier University of Louisiana
     New Orleans, Louisiana, May 7, 2016

3.   Doctor of Science
     Royal College of Surgeons in Ireland
     Dublin, Ireland, June 7, 2017

**Degrees and Certifications:**

1.   Board Certification in Anatomic Pathology (AP)
     Diplomate, American Board of Pathology
     American Board of Pathology, July 2002.

2.   Board Certification in Clinical Pathology (CP)
     Diplomate, American Board of Pathology
     American Board of Pathology, July 2003.

3.   Board Certification in Forensic Pathology (FP)
     Diplomate, American Board of Pathology
     American Board of Pathology, November 2004.

4.   Board Certification in Neuropathology (NP)
     Diplomate, American Board of Pathology
     American Board of Pathology, September 2005.

5.   Board Certification in Medical Management
     Certified Physician Executive [CPE]
     Certifying Commission in Medical Management
     American College of Physician Executives, February 2011

6.   Masters in Public Health (MPH), Epidemiology
     University of Pittsburgh, Graduate School of Public Health
     Pittsburgh, Pennsylvania, April 2004.

7.   Masters in Business Administration [MBA]
     Tepper School of Business, Carnegie-Mellon University
     Pittsburgh, Pennsylvania, May 2008.

8.   One year clinical Internship Certificate, general/ family practice
     University of Nigeria Teaching Hospital, Enugu, Nigeria, January 1992.

9.    Bachelor of Medicine and Bachelor of Surgery (M. B., B. S.)
        University of Nigeria, Enugu, Nigeria, June 1990.

10.    United States Medical Licensing Examinations (Steps I and II), September 1993.

11.    United States Medical Licensing Examination Step III, May 1998.

12.    Grade 1 certificate in the Theory of Music, The Royal Schools of Music, London, England, 1981.


## Professional and Post-Graduate Education and Training

1.    College of Medicine,
        University of Nigeria, Enugu, Nigeria.                July 1984 - July 1990

2.    House Physician,
        Department of Pediatrics,
        Enugu General Hospital, Enugu, Nigeria.            August 1990 - Dec. 1990

3.    Internship in General/ Family Practice,
        University of Nigeria, Hospital, Enugu, Nigeria.    January 1991 - January 1992

4.    Emergency Room Physician,
        Jos University Hospital, Jos, Nigeria.                March 1992 - October 1994

5.    Visiting/ Research Scholar,
        Cancer Epidemiology, Dept. of Epidemiology,
        School of Public Health, University of Washington, Seattle.    October 1994 - June 1995

6.    Pathology Residency, Anatomic/ Clinical
        College of Physicians and Surgeons of Columbia University,
        Harlem Hospital Center, New York City.            July 1995 - June 1999

7.    Fellowship training in Forensic Pathology,
        Allegheny County Coroner's Office
        University of Pittsburgh, Pittsburgh, Pennsylvania.    July 1999 - June 2000

8.    Fellowship training in Neuropathology,
        University of Pittsburgh Medical Center
        University of Pittsburgh, Pittsburgh, Pennsylvania.    July 2000 - June 2002

9.    Masters in Public Health: Epidemiology
        Graduate School of Public Health
        University of Pittsburgh, Pittsburgh, Pennsylvania    June 2002 – April 2004

10.  Masters in Business Administration
     Tepper School of Business
     Carnegie Mellon University, Pittsburgh, Pennsylvania        August 2005 – May 2008


## Medical Licensure

1.  License of practice as a physician, unrestricted, State of Indiana        September 1998

2.  License of practice as a physician, unrestricted, State of Pennsylvania        October 1998

3.  License of practice as a physician, unrestricted, State of Hawaii        January 2003

4.  License of practice as a physician, unrestricted, State of California        June 2007


## Professional Medical Affiliations and Memberships

1.  Member, American Association of Physician Leadership, 2006 – present

2.  Member, American Association for the Advancement of Science [AAAS], 2005 – present

3.  Fellow, College of American Pathologists (CAP), 1995 – present

4.  Fellow, American Society of Clinical Pathologists (ASCP), 1995 – present

5.  Member, American Association of Neuropathologists (AANP), 2002 – present

6.  Member, National Association of Medical Examiners (NAME), 1999 – present

7.  Member, American Academy of Forensic Sciences, 2004 – present

8.  Member, United States and Canadian Academy of Pathology, 2003 – present

9.  Member, International Academy of Pathology, 2003 – present

10.  Fellow, American College of Epidemiology, 2004 – present

11.  Member, American Association of Public Health Physicians, 2004 – present

12.  Member, American Public Health Association, 2004 - present

13.  Member, American Society for Investigative Pathology, 2004 - present

14.  Member, American Medical Association (AMA), 2002 - present

15.  Member, San Joaquin Medical Society, 2009 – present

16.  Member, California Medical Society, 2009 – present

17.  Member, California Society of Pathologists, 2015 - present

18.  Member, Union of American Physicians and Dentists, 2007 - present

19.  Member, Pennsylvania Medical Society, 2003 - 2007

20.    Member, Allegheny County Medical Society, 2003 – 2007

21.    Member, New York County Medical Society, 1997 - 1999

22.    Member, Nigerian Medical and Dental Council, 1990

23.    Member, Association of Nigerian Physicians in the Americas, 2017 - present


## Appointments

1.    Consulting Forensic Pathologist-Neuropathologist, Kaiser Permanente Hospitals, Central California, February 2018 – Present.

2.    Physician Associate and Professor, Department of Medical Pathology and Laboratory Medicine, University of California, Davis, February 2018 – Present.

3.    Consulting Forensic Pathologist-Neuropathologist, Yosemite Pathology Medical Group, January 2018 – Present.

4.    Consulting Forensic Pathologist-Neuropathologist, Lake County, California, February 2018 - Present.

5.    Visiting Professor, Emory University, Department of Pathology and Laboratory Medicine, March 2017.

6.    Clinical Professor, Department of Medical Pathology and Laboratory Medicine, University of California, Davis, January 2017 – Present.

7.    Co-Director/Co-Founder, Taumark, Inc, Better Brain Diagnostics, May 2013 – present.

8.    Chief Medical Examiner, Washington, D.C. Appointed on October 11, 2013. Declined Offer.

9.    Co-Director, Brain Injury Research Institute, West Virginia University/NorthShore University Health System, November 2009 – present.

10.    Visiting Professor, Department of Neurosurgery, West Virginia University, Dec. 2009 – Dec. 2011

11.    Member, NFL Players Association Concussion and Traumatic Brain Injury Committee, December 2009 – 2012.

12.    Visiting Professor, Rockefeller Institute of Neuroscience, Morgantown, Virginia, August 2009 – April 2010.

13.    Chief Medical Examiner, San Joaquin County, California, September 2007 – March 2018.

14.    Associate Clinical Professor, Department of Medical Pathology and Laboratory Medicine, University of California, Davis, September 2013 – January 2017.

15. Clinical Professor of Pathology, Department of Pathology, University of California, Davis, March 2012 – July 2013.

16. Associate Physician Diplomate, Medical Pathology and Laboratory Medicine, University of California-Davis Medical Center, March 2012 – July 2013.

17. Associate Clinical Professor of Pathology, Department of Pathology, University of California, Davis, May 2008 – January 2012.

18. Adjunct Assistant Professor of Pathology, University of Pittsburgh, Pittsburgh, Pennsylvania, June 2010 – 2012.

19. Assistant Clinical Professor of Epidemiology, Department of Epidemiology, Graduate School of Public Health, University of Pittsburgh, March 2004 – 2008

20. Clinical Associate Professor of Pathology and Clinical Instructor, Department of Pathology, University of Pittsburgh, Pittsburgh, Pennsylvania,      May 2003 – 2009

21. Attending Forensic Pathologist, Allegheny County Coroner's Office, July 2002 – March 2007

22. Attending Forensic Neuropathologist, Allegheny County Coroner's Office, July 2002 – March 2007

23. Associate Forensic Pathologist, Allegheny County Coroner's Office, July 2000 – June 2002


## Hospital Admissions and Practice Privileges


1. University of California, Davis, Health System/ Medical Center        March 2012 to July 2013
   Department of Medical Pathology and Laboratory Medicine        February 2018 to Present
   2315 Stockton Blvd
   Sacramento, CA 95817


2. Contra Costa Regional Medical Center        January 2013 to Present
   Department of Pathology
   2500 Alhambra Avenue
   Martinez, CA 94553

3.   San Joaquin General Hospital                          September 2007 to Present

     Department of Pathology

     500 West Hospital Road

     French Camp, CA 95231


4.   Yosemite Pathology Medical Group                      August 2017 to Present

     Business Associate- Autopsy Services

     2625 Coffee Road

     Modesto, CA 95355


5.   NorthBay Medical Center                               June 2018 to Present

     1200 B. Gale Wilson Boulevard

     Fairfield, CA 94533


## Journal Editorial and Peer Review Experience

1.   Associate Editor, Neurosurgery Journal, Sports and Rehabilitation Section, September 2009 – 2014

2.   Reviewer, Militarily Relevant Peer Reviewed Alzheimer's Disease Research Program (MRPRA), 2012: American Institute of Biological Sciences [AIBS], Scientific Peer Advisory and Review Services Panel.

3.   Reviewer, Nigerian Journal of Clinical Practice, February, 2011 to 2014

4.   Reviewer, Nigerian Journal of Surgery, October 2011

5.   Reviewer, The Journal of Neuropsychiatry and Clinical Neurosciences, April 2012

6.   Reviewer, The Journal of Forensic Nursing, June 2009, October 2012, February 2013

7.   Reviewer, Forensic Science, Medicine and Pathology, November 2012

## Consulting and Peer Review Assignments

1. Consulting Forensic Pathologist/ Neuropathologist, Cyril H. Wecht and Pathology Associates Inc. June 2000 – January 2006.

2. Consulting Forensic Neuropathologist, Office of the Chief Medical Examiner, Commonwealth of Virginia: August 2006 – December 2012

3. Consulting Forensic Neuropathologist, Office of the Coroner/Medical Examiner, Clark County, Las Vegas, Nevada, September 2007 – December 2012

4. Consulting Forensic Neuropathologist, Office of the Coroner/Medical Examiner, Washoe County, Reno, Nevada, 2009 – present

5. Consulting Forensic Pathologist, Solano County Coroner's Office, California, 2011 - 2012

6. Consulting Neuropathologist, Conemaugh Memorial Hospital, Johnstown, Pennsylvania: August 2003 – August 2007

7. Consulting Expert Witness/Forensic Pathologist/Neuropathologist, Public Defender's Office, County of Sacramento, California, April 2010 – present.

8. Consulting Forensic Neuropathologist, Medical Examiner's Office, Allegheny County, Pittsburgh, Pennsylvania, January, 2011.

9. Consulting Forensic Neuropathologist, Medical Examiner's Office, County of Summit, Akron, Ohio. October, 2011.

10. Consulting Forensic Neuropathologist, American Forensics, Dallas, Texas. October, 2011.


## Congressional Hearing, Testimony and Briefing

### The Congress of the United States

1. One Hundred and Eleventh Congress, Congress of the United States, House of Representatives, Committee on the Judiciary, Field Hearing: Legal Issues Relating to Football Head Injuries, Part II, Monday, January 4th, 2010.

2. One Hundred and Eleventh Congress, Congress of the United States, House of Representatives, Committee on the Judiciary, Judiciary Forum: Head and Other Injuries in Youth, High School, College and Professional Football, Monday, February 1, 2010.

3. One Hundred and Fourteenth Congress, Congress of the United States, House of Representatives: Dr. Omalu's Briefing on his Work and Legacy. Energy and Commerce Committee Room, 2123 Rayburn HOB. Tuesday, January 12, 2016.

<u>California State Assembly</u>

1.    Testimony in support of AB 2007- Concussion Management for Youth Sports Leagues, Committee on Arts, Entertainment, Sports, Tourism and Internet Media, Tuesday, May 3, 2016.

2.    Testimony in support of SB 1303- An act to amend Sections 24000, 24009, and 24010 of the Government Code, relating to local government [Coroner: County Office of the Medical Examiner], Senate Committee on Governance and Finance, California State Senate, April 11, 2018.

3.    Testimony in support of SB 1303, Senate Committee on Public Safety, California State Senate, April 24, 2018.

4.    Testimony in support of SB 1303, Assembly Committee on Local Government, California State Assembly, June 20, 2018.

5.    Testimony in support of SB 1303, Assembly Committee on Public Safety, California State Assembly, June 26, 2018.

<u>New York State Assembly</u>

1.    Testimony in support of A4448- An act to amend the public health law, in relation to prohibiting children thirteen years old and younger from playing tackle football. Roundtable discussion before Concussion movie screening to New York State Assembly and New York State Senate Members. Wednesday, May 4, 2016.

## Selected Honors, Awards, Recognition and Achievements

1.  2019 Medgar Evers Freedom Fighter Award, National Association for the Advancement of Colored People [NAACP], Stockton, California, November 16, 2019, Stockton, California.

2.  Distinguished Alumnus- Medical Discovery Award, College of Medicine, University of Nigeria, Enugu, Nigeria, September 19, 2019.

3.  Recognized as a member of the Trailblazer of the Lab Power List, 2019. The Pathologist, August 2019. https://thepathologist.com/power-list/2019

4.  Recognized as one of the "100 Figures Who Shaped The NFL's First Century": "Perhaps the single most significant name in football post-2000, Bennet Omalu—the Nigerian-born doctor who first discovered evidence of brain trauma in the body of former Steelers great Mike Webster—changed the way everyone from players and coaches to administrators and concerned parents have approached the violent sport". 100 Figures Who Shaped the NFL's First Century. By The Sports Illustrated Staff, August 28, 2019. https://www.si.com/nfl/2019/nfl-100-most-influential-figures-all-time

5.  2019 Peace And Justice Award, California State University, Sacramento, College of Health and Human Services, Center for African Peace and Conflict Resolution, Sacramento, April 27, 2019.

6.  Leadership Award, Carson Scholars Fund, April 13, 2109, San Diego, California.

7.  Pioneer Award, 2019 Champions of Health Awards, National Medical Fellowships, Bay Area, March 2, 2019, Berkeley, California.

8.  Appointed Member, Traumatic Brain Injury Advisory Board, California Department of Rehabilitation, State of California Health and Human Services Agency, January 1, 2019 to May 31, 2021.

9.  Department of the Army, California Army National Guard, Sacramento, California, Nigerian 68W Familiarization/SES Donald Get [AFRICOM] Visit to California, Invitational Appearance Based on Military Necessity, August 27, 2018.

10.  William Steiger Memorial Award, 2018: American Conference of Governmental Industrial Hygienists [ACGIH]: For Efforts Contributing to the Advancement of Occupational Health and Safety. March 2018.

11.  Honorary Member Award, Academy for Sports Dentistry, June 23, 2017, San Francisco, California.

12.  Residents Choice Award, 2017, Emory University School of Medicine, Department of Pathology and Laboratory Medicine, March 13, 2017.

13.    Joint Members Resolution No. 116 to Commend Dr. Bennet Omalu for Exemplary Record of Medical Achievements, State of California Legislature, February 22, 2017.

14.    Certificate of Recognition, Board of Supervisors, San Joaquin County, for contributions and distinguished service to San Joaquin County, January 10, 2017, Stockton, California.

15.    Outstanding Achievement in Medicine Award, The San Joaquin Medical Society, Stockton, California, December 15, 2016.

16.    Rescuer of Humanity Award, 2016, Values-in-Action Foundation, Cleveland, Ohio, December 6, 2016.

17.    Service To Science Award, 2016 D. Walter Cohen, DDS Award, NDRI [National Disease Research Interchange], November 18, 2016, Philadelphia, Pennsylvania.

18.    Distinguished Service Award [The highest award of the American Medical Association-AMA], November 12, 2016, AMA Interim Meeting, 2016, Orlando, Florida.

19.    Beacon of Ethics Award, The Greater Omaha Alliance For Business At Creighton University, Better Business Bureau Annual Integrity Awards Luncheon, November 2, 2016.

20.    Healing Hand Award, The El Paso Hispanic Chamber of Commerce, 26th Anniversary Fiesta Celebration and Pinata Bash, October 15, 2016.

21.    Honorary Lifetime Membership, The National Honor Society in Neuroscience [Nu Rho Psi], University of Evansville, Indiana, October 13, 2016.

22.    Invited Guest and Speaker, Camp Fire 2016, Santa Barbara, California, September 29 – October 2, 2016.

23.    Special Tribute to Bennet Omalu, State of Michigan, The Ninety-Eighth Legislature, At Lansing, September 20, 2016.

24.    The Louise Blouin Foundation Award for a Positive Impact on a Global Scale, The Eleventh Annual Awards, The Blouin Creative Leadership Summit Awards Reception, September 19, 2016, New York City.

25.    Above and Beyond Award, 2016. The Network of Ethnic Physician Organization and The California Medical Association Foundation, September 17, 2016.

26.    The 2016 Green Lecture Speaker, Westminster College, Fulton, Missouri, September 15, 2016.

27.    2016 Distinguished Great Immigrant, Carnegie Corporation of New York, June 30, 2016.

28.    2016 Dr. Ernst Jokl Sports Medicine Award, Unites States Sports Academy, June 29, 2016.

29.  Key Note Speaker, 2016 Commencement, University of California, Davis, School of Medicine, May 28, 2016.

30.  Honorary Fellow, American Association of Physician Leadership, April 15, 2016, Washington, DC.

31.  Invited Speaker, W.L. Mellon Speaker Series, April 14, 2016, Tepper School of Business, Carnegie Mellon University, Pittsburgh, Pennsylvania.

32.  Pioneer in Medicine Award, 2016, The Society for Brain Mapping and Therapeutics (SBMT), April 9th, 2016, 13th Annual World Congress for Brain Mapping and Therapeutics, Miami, Florida.

33.  2016 Red Cross Heroes-Spirit of the Red Cross Award. The American Red Cross, Gold Country Region. March 16, 2016.

34.  Contribution to Science and Education Award, 37th Annual Young Artist Awards, The Young Artist Foundation, Los Angeles, California, March 13, 2016.

35.  Congressional Honors, United States Congress, House of Representatives, for the discovery of Chronic Traumatic Encephalopathy and Raising Awareness on Repetitive Brain Trauma, Wednesday, February 3, 2016, Congressman Jerry McNerny, D-California, 9th District.

36.  Invited to the Address to the Congress on the State of the Union, President Barack Obama, January 12, 2015, 114th Congress, United States House of Representatives, Guest of Honorable Jackie Speier, U.S. Representative for California's 14th Congressional District.

37.  Invited Guest, 73rd Golden Globe Awards, The Hollywood Foreign Press Association, January 10, 2016, Beverly Hills, California.

38.  Presented the Key to the City of Lodi by Mark Chandler, Mayor, City of Lodi, California, January 9, 2016.

39.  Invited Guest, 7th Annual Governors Award, Academy of Motion Pictures Arts and Sciences, November 14, 2015, Hollywood, California.

40.  Medscape Best Physicians of the Year: 2015.

41.  WebMD Health Heroes Award- Scientist, 2015. November 5, 2015.

42.  Founding member and director, Bennet Omalu Foundation, Inc., September 2014.

43.  Member, Greater Talent Network Speakers' Bureau, New York, New York, 2015

44.  Recognized as one of the "120 Great Nigerians You Never Knew". First Bank of Nigeria [since 1894], Ed Emeka Keazor, MME Media, Johannesburg, South Africa, 2014.

45.    Certificate of Special Congressional Recognition, San Joaquin County Bar Association, Law Day Luncheon. April 30, 2015. Jerry Mcnerney, Member of the United States Congress.

46.    Named among 20 Top Forensic Pathology Professors Online. Forensics Colleges. November 2013. [http://www.forensicscolleges.com/blog/profs/20-top-forensic-pathology-professors; http://www.ucdmc.ucdavis.edu/publish/news/newsroom/8426]

47.    2013 Alumni Achievement Award, University of Nigeria Alumni and Friends Association, U.S.A. Saturday, October 19, 2013, Los Angeles, California.

48.    Founding Member, CTEM, Inc. Wheeling, West Virginia, 2013.

49.    Nominated for the Potamkin Prize for Research in Pick's, Alzheimer's, and Related Diseases, American Academy of Neurology, 2012.

50.    Years of Excellence In Pioneering Neuropathology Concussion Research For Athlete Populations. June 22, 2012, Sports Concussion Institute, Sixth Annual National Summit On Sports Concussion And Other Athletic Injuries.

51.    America's Top Physicians, 2007, 2008, 2009, 2010, 2011. Consumer's Research Council of America, Washington, DC.

52.    Member, Board of Directors, Brain Injury Research Institute, West Virginia University, Morgantown, West Virginia, August 2010 to present.

53.    Discovered and named Chronic Traumatic Encephalopathy [CTE] in American football players and American professional wrestlers, 2002 and 2007.

54.    Co-Founder, Brain Injury Research Institute, West Virginia University, Morgantown, West Virginia, November 2009.

55.    First Chief Medical Examiner of San Joaquin County, California.

56.    Honored Visiting Professor, Department of Neurosurgery, West Virginia University, October 1, 2008.

57.    Founder and President, Bennet Omalu Pathology, Inc. October, 2011.

58.    Identified the West Nile Virus within the neurons of an infected deceased man using fluorescent-labeled con-focal immuno-microscopy, 2004.

59.    The 2002 'Manifesting the Kingdom' Award, Most Reverend Donald W. Wuerl, Bishop, Catholic Diocese of Pittsburgh January 5, 2003.

60.    National merit list, Masters in Public Health, Graduate School of Public Health, University of Pittsburgh, April 2004.

61. Honorary Fellowship Award, American Registry of Pathology at the Department of Environmental and Toxicologic Pathology, Armed Forces Institute of Pathology (AFIP). October, 1998.

62. College of American Pathologists (CAP) Foundation Informatics Award: Automated Information Management in the Clinical Laboratory. (Ann Arbor, Michigan) May 1998.

63. World Health Organization Research scholar Award, Cancer Epidemiology, School of Public Health, University of Washington, Seattle, Washington. October 1994 - June 1995.

64. Chief Resident, Department of Pathology, Harlem Hospital Center July 1998 - June 1999.

65. Harlem Hospital House Staff President, March 1998 - April 1999.

66. Laboratory Inspector, College of American Pathologist (CAP), Stanford University, November 2002.

67. New York state delegate, College of American Pathologists Residents Forum, July 1997 – June 1999.

68. Resident Member, Harlem Hospital Medical Board, April 1998 - March 1999.

69. Resident Member, Harlem Hospital Community Board, April 1998 - March 1999.

70. National Delegate, Committee of Interns and Residents (CIR), March 1996 - April 1999.

71. Harlem Hospital Residency Program Liaison, American Society of Clinical Pathologists, July 1997 - June 1999.

72. Honorable Mention, House Staff Research Fair, College of Physicians and Surgeons of Columbia University at Harlem Hospital Center, New York, for: An Immunohistochemical Profile of Tumor Associated Antigens in Malignant Melanoma and Benign Melanocytic Nevi: CD44, p53 protein, Cathepsin B, Melan-A Gene Product. April 1998.

73. Honorable Mention, House Staff Research Fair, College of Physicians and Surgeons of Columbia University at Harlem Hospital Center, New York, for: Forensic implications of the Analytical Evaluation of Human Tissues after Exposure to Cesium Chloride: Atomic Absorption Spectrometry. May 1999.

74. College Scholarship award: National Merit List, Federal Government of Nigeria. September 1979 - July 1984.

75. Producer, "Christ is King !! A Liturgical Selection": an audio compact disc album for Saint Benedict the Moor Roman Catholic Church, Pittsburgh, Pennsylvania. November 2003.

76.   President and Founder/ Principal partner, BOGE LLP, a health management and consulting company, Pittsburgh, Pennsylvania, March 2004 – 2007.

77.   President and Founder/ Principal partner, Clairton Community Cultural Center, a community re-development company, Pittsburgh, Pennsylvania, 2005 – 2007.

78.   President and Founder/ Principal partner, Clairton Community Health Center, a 24-hour community primary care health center, Pittsburgh, Pennsylvania, 2005 – 2007.

79.   Trustee, Prostate Health and Research Foundation, a non-profit prostate health education organization, Lagos, Nigeria, March 2004 – 2007.


## Selected Invited Lectureships and Talks

1.   Business Ethics Class, Dean Hanumantha R. Unnava, UC Davis Graduate School of Management, Davis, California, February 10, 2020.

2.   Guest Speaker, Board of Trustees Meeting, Educational Commission for Foreign Medical Graduates [ECFMG]/ Foundation for Advancement of International Medical Education and Research [FAIMER], December 5, 2019, Philadelphia, Pennsylvania.

3.   Dreamforce Fireside Chat: Bennet Omalu and Emilia Clarke, November 22, 2019, San Francisco, California, Salesforce.

4.   Keynote Speech: "I practice my faith in my science- by faith the impossible becomes possible". Ministry Days 2019 convention, the Catholic Diocese of Sacramento, September 28, 2019, Sacramento, California.

5.   Keynote Speech: "Truth Doesn't Have a Side". 2019 Annual Member Symposium, Beta Healthcare Group, La Jolla, California, September 26, 2019.

6.   Commencement Speech, UC Davis Graduate Studies, 72nd Annual Commencement, June 13, 2019, ARC Pavilion, University of California, Davis.

7.   Keynote Speech, "Don't Break the Rules, Change the Game", Courage at Our Core initiative, Progressive Group of Insurance Companies, Mayfield Village, Ohio, June 12, 2019.

8.   Keynote Speech, "An Afternoon with Dr. Bennet Omalu", 2019 OhioHealth Neuroscience Symposium, May 17, 2019, OhioHealth, Columbus, Ohio.

9.   Keynote Speech, "A morning with Bennet Omalu", Values Day, May 10, 2019, Annual Conference, McKinsey & Company, Chicago, Illinois.

10.   Distinguished Keynote Speaker, 28th Annual Africa Peace Awards, The Center for Africa Peace and Conflict Resolution, College of Health and Human Services, California State University, Sacramento, April 27, 2019.

11. Keynote Speaker, 2019 Annual Banquet, Carson Scholars Fund, San Diego, California, April 13, 2019.

12. Keynote Speaker, 2019 Cal-HOSA [Health Occupations Students of America] State Leadership Conference, Sacramento Convention Center, March 30, 2019.

13. California Military Department/ California National Guard, Key Note Speaker and Certificate of Appreciation, February 2019 Special Emphasis Observance, February 25, 2019, Sacramento, California.

14. "Don't Break the Rules, Change the Game: How Bennet Omalu Single-Handedly Changed American Football, Professional Sports, and How the World Perceives Traumatic Brain Injuries". American Academy of Neurology Annual Meeting, Los Angeles, California, April 25, 2018.

15. Keynote Speech: Conformational Intelligence and Innovation, 2018 MedHealth Summit, Michigan, United States, and Ontario, Canada. Detroit, Michigan, April 19, 2018.

16. "An Afternoon with Dr. Bennet Omalu". Florida Justice Association, World Center Marriot Hotel, Annual Meeting, Orlando, Florida, March 23, 2018.

17. "An Evening with Dr. Bennet Omalu". The Hinman Dental Society, Georgia World Congress Center, Atlanta, Georgia, March 22, 2018.

18. "NFLPA Denver Chapter Movie Night, "Concussion". Sports Legend Assistance Fund in affiliation with NFLPA Denver Chapter, Landmark Theater, Greenwood Village, Colorado, November 9, 2017.

19. "Don't Break the Rules; Change the Game". Tulsa Town Hall, Tulsa Performing Arts Center, Tulsa, Oklahoma, October 27, 2017.

20. "An Evening with Dr. Bennet Omalu". Baraboo Growth, LLC, Milwaukee Club, Milwaukee, Wisconsin, October 24, 2017.

21. "American Football, Player Safety and Health, and Future of Contact Sports". Chicago Ideas, Morningstar, Chicago, Illinois, October 21, 2017.

22. "An Evening with Dr. Bennet Omalu". Commonwealth Club Present Dr. Bennet Omalu, The Commonwealth Club, San Francisco, California, August 23, 2017.

23. "Don't Break the rules, Change the Game: How Bennet Omalu single-handedly changed American football, professional sports, and how the world perceives traumatic brain injuries". Keynote Address, Life Chiropractic College West, Wave 2017 Conference, San Francisco, California, August 5, 2017.

24. Keynote/Commencement Speaker, Conferring Ceremony, School of Medicine, Royal College of Surgeons in Ireland, Dublin, Ireland, June 7, 2017.

25. "An Evening with Bennet Omalu". North Shore University Hospital Medical Staff Society, 2017 Dinner and Awards Ceremony. Garden City, New York, May 4, 2017.

26. "An Evening with Bennet Omalu". University of North Carolina- Wilmington, Leadership Lecture, Wilmington, North Carolina, March 29, 2017.

27. "Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American Football, Professional Sports, and how the world perceives traumatic brain injuries." Frederick Speaker Series, Weinberg Center for the Arts, Inc. Frederick, Maryland, March 23, 2017.

28. "The Science and Humanity of Chronic Traumatic Encephalopathy". Professional Development Working Group Seminar, Department of Defense, Congressionally Directed Medical Research Programs, Ft. Detrick, Maryland, March 22, 2017.

29. "Conformational Intelligence and the Humanity of Science", Dept of Pathology and Laboratory Medicine Grand Rounds, Emory University, School of Medicine, Department of Pathology and Laboratory Medicine, Atlanta, Georgia, March 13, 2017.

30. "A Morning with Dr. Bennet Omalu", CTE, FTD: Connecting the Dots- Focus on Tau, Frontotemporal Labor Degeneration Association, The University of Texas Health Science Center, San Antonio, Texas, March 11, 2017.

31. "A Morning with Dr. Bennet Omalu", Key Note Speaker, 2017 Breakfast with Friends, Catholic Charities Community Service, Rochester, New York, March 3, 2017.

32. "An Evening with Dr. Bennet Omalu". 2017 Sanderson Lecture, Thomas J. Long School of Pharmacy and Health Sciences, University of the Pacific, Stockton, California, March 1, 2017.

33. "Concussion + The Mustard Seed Effect- How Small Steps Can Spark Big Change". Chambers Lecture Series, Boston College, Chestnut Hill, Massachusetts, February 23, 2017.

34. "The Science and Consequences of Concussions: Shedding Light on CTE Disease", UC Davis, Capitol Speaker Series, UC Center Sacramento, 1130 K Street, LL22, Sacramento, CA 95814, February 22, 2017.

35. "A Morning with Dr. Bennet Omalu, Unlocking Your Full Potential: how to have a positive impact on communities, families and the world while navigating the complexities of wealth." The Threshold Group, Sausalito, California, February 22, 2017.

36. "Chronic Traumatic Encephalopathy, My Life and My Work". Court of Appeal, 3rd Appellate District, 914 Capitol Mall, Sacramento, CA 95814, January 5, 2017.

37. "An Evening with Dr. Bennet Omalu". Banner Bon Sante Ball, Banner Health Foundation, Scottsdale, Arizona, December 10, 2016.

38. "An Evening with Bennet Omalu". Pacific Northwest Chapter, World President's Organization and Young President's Organization. Concussions in Sports meeting, Swedish Neuroscience Institute, Seattle Washington, November 9, 2016.

39.    "Don't Break the Rules, Change the Game", Missouri Hospital Association, 94th Annual Convention and Tradeshow, Osage Beach, Missouri, November 3, 2016.

40.    "An Afternoon with Bennet Omalu". Better Business Bureau, Inc. Annual Integrity Awards Luncheon, La Vista, Nebraska, November 2, 2016.

41.    "The Science and Humanity of Chronic Traumatic Encephalopathy". Navy SEAL Foundation, Inc. Navy SEAL Foundation Mental Health and Veteran Care Convening, San Diego, California, November 1, 2016.

42.    "An Afternoon with Bennet Omalu". California Primary Care Association, 2016 Annual Conference, Long Beach, California, October 27, 2016.

43.    "An Evening with Bennet Omalu". University Distinguished Speaker Event, Healthy Nevada Speaker Series, University of Nevada, Reno, Nevada, October 25, 2016.

44.    "A Morning with Bennet Omalu". American Academy of Physical Medicine and Rehabilitation, 2016 Annual Assembly, New Orleans, Louisiana, October 21, 2016.

45.    "An Afternoon with Bennet Omalu". American Health Information Management. 2016 AHIMA Annual Convention, Baltimore, Maryland, October 19, 2016.

46.    "An Evening with Dr. Bennet Omalu". Key Note Speaker, El Paso Hispanic Chamber of Commerce, Dreams and Visions to Reality Equal, Annual Fiesta Celebration, El Paso, Texas, October 15, 2016.

47.    "An Evening with Bennet Omalu", Patricia H. Snyder Concert and Lecture Series, University of Evansville, Evansville, Indiana, Annual Endowed Lecture and Concert Series on Innovation, research, and healthcare, October 13, 2016.

48.    "A morning with Bennet Omalu". Annual Meeting, Indiana Hospital Association, Indianapolis, Indiana, October, 6, 2016.

49.    "An Evening with Bennet Omalu". University Lecture Series, Miami University of Ohio, Oxford, Ohio, October 3, 2016.

50.    "An Evening with Bennet Omalu". College Endowed Lecture Series, the Anna B. Mow Symposium on Comparative Religious Ethics, Bridgewater College, Bridgewater, Virginia, September 28, 2016.

51.    "Don't break the rules, change the game: How Bennet Omalu single-handedly changed American Football, Professional sports, and how the world perceives traumatic brain injuries." Spotlight Program Board's Distinguished Speaker Series, Georgia State University, Atlanta, Georgia, September 27, 2016.

52. "Don't Break the Rules, Change the Game". Key note speaker, The Brain Injury Association of Michigan, 36th Annual Fall Conference, Lansing, Michigan, September 22, 2016.

53. "An Evening with Bennet Omalu", "Lost and Found" – Thrival Innovation Day 1, Thrival Festival, Thrill Mill, Inc, Pittsburgh, Pennsylvania, September 20, 2016.

54. "The Humanity of Science and Conformational Intelligence: The Bennet Omalu Story", Westminster College Hancock Symposium, The Green Lecture, Westminster College, Fulton, Missouri, September 15, 2016.

55. "An Evening with Bennet Omalu". University of Missouri, Columbia, Annual Delta Gamma Lecture Series on Values & Ethics, Jesse Auditorium, September 14, 2016.

56. "An Afternoon with Bennet Omalu". KPMG's International Partners Meeting, Prague, Czech Republic, September 12, 2016.

57. "An Evening with Bennet Omalu: Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, Professional sports, and how the world perceives traumatic brain injuries. University of Tennessee, Alumni Memorial Building, Cox Auditorium, Knoxville, Tennessee, August 31, 2016.

58. "An Afternoon with Bennet Omalu" Leadership Tyler. Leadership Live 2016, Tyler, Texas. August 30, 2016.

59. "A Forensic Pathologist, Chronic Traumatic Encephalopathy [CTE] and Conformational Intelligence [CI]". Keynote Speaker, American College of Legal Medicine, 22nd Annual World Congress of Medical Law, Los Angeles, California, August 10, 2016.

60. "Chronic Traumatic Encephalopathy: A Journey from Pathology Discovery to Advocacy and Beyond." Association of Pathology Chairs, 2016 Annual Meeting, San Diego, California, July 15, 2016.

61. "Don't Break the Rules, Change the Game". Keynote Address, Society of Corporate Secretaries and Governance Professionals, Annual National Conference, Colorado Springs, Colorado, June 25, 2016.

62. "Working as a Team to Seek the Truth: Bennet Omalu's Journey on Discovering CTE and Making the Movie Concussion". Key note speaker, Association of Nigerian Physicians in the Americas [ANPA], 2016 Convention and Scientific Assembly, Las Vegas, Nevada, June 23, 2016.

63. "Interview with Dr. Omalu, moderated by Buzz Bissinger". Aspen Ideas Festival Spotlight Health, The Aspen Institute, Aspen, Colorado, June 24, 2016.

64. "Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, Professional sports, and how the world perceives traumatic brain injuries." Vizient New England CEO Executive Board Meeting, York, Maine. June 22, 2016.

65. "Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, Professional sports, and how the world perceives traumatic brain injuries" Vizient Upper Midwest Executive Board Meeting, Chicago, Illinois, June 14, 2015.

66. "Interview with Will Smith and Bennet Omalu, moderated by Jim Greenwood, CEO, BIO [Biotechnology Innovation Organization]", 2015 BIO International Convention, San Francisco, California, June 7, 2015.

67. "Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, Professional Sports, and how the world perceives traumatic brain injuries". Vizient New England CEO Executive Board Meeting, Williamsburgh, Virginia, June 2, 2016.

68. 2016 Project Play Summit, The Aspen Institute, Newseum, Washington, DC, May 17, 2016.

69. A Moring with Dr. Bennet Omalu. Western Health Care Leadership Academy, California Medical Association, San Francisco, California, May 15, 2016.

70. An Evening with Dr. Bennet Omalu. Drexel Neurosciences Institute Inaugural Neurosciences Conference. Drexel Neuroscience Institute, Drexel University College of Medicine, Atlantic City, New Jersey, May 11, 2016.

71. A Morning with Bennet Omalu. US Trust President's Award Program, Bank of America/ U.S. Trust, Colorado Springs, Colorado, May 10, 2016.

72. An Afternoon with Bennet Omalu. Annual SAS Health Care and Life Sciences Executive Conference, SAS Institute, Inc., Cary, North Carolina, May 4, 2016.

73. An Afternoon with Bennet Omalu. 2016 Diversity & Inclusion Symposium, Carolinas Healthcare System, Charlotte, North Carolina, April 28, 2016.

74. An Evening with Bennet Omalu. Healthcare Business Summit, MedAssets, Las Vegas, Nevada, April 26, 2016.

75. An Evening with Bennet Omalu. The Institute For Rehabilitation and Research [TIRR], Houston, Texas, April 21, 2016.

76. The 2016 Significant Speaker Event, Galloly Events Center, University of Colorado, Colorado Springs. An Evening with Dr. Bennet Omalu: Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, professional sports, how the world perceived traumatic brain injuries, and making small steps to spark a major change. April 19, 2016.

77. Speaker, W.L. Mellon Series, Tepper School of Business, Carnegie Mellon University, April 14, 2016. The W.L. Mellon Speaker Series enables students to interact with global leaders, CEOs and management experts in student forums that encourage insightful and lively dialogue.

78. An Evening with Dr. Bennet Omalu, University of Pécs Medical School, Pécs, Hungary, April 1, 2016.

79. "A Morning with Dr. Bennet Omalu". The Head Injury Association: Head Injury Awareness Forum...Protecting School-aged Athletes from Concussion. Hauppauge, New York, March 30, 2016.

80. "Concussion: The Story Behind the Movie". 68th Annual Meeting, San Francisco Neurological Society, Sonoma, California, March 12, 2016.

81. "Don't Break the Rules, Change the Game". 11th Annual Brain Injury and Rehabilitation Conference, Liberty Station Conference Center, The Rehabilitation Center at Scripps Memorial Hospital Encinitas, San Diego, California. March 11, 2016.

82. "An Evening with Bennet Omalu". Oklahoma State University, Speakers' Board, Wes Watkins Center, Stillwater, Oklahoma, March 9, 2016.

83. "An Afternoon with Bennet Omalu". Vivo Capital Annual Limited Partner Meeting. Palo Alto, California, March 2, 2016.

84. "An Afternoon with Bennet Omalu- Discussing the Discovery of CTE". Wounded Warrior Battalion (West), Camp Pendleton, California, March 1, 2016.

85. "An Afternoon with Bennet Omalu". California Schools Employee Association and California Schools VEBA- Benefit University. Anaheim, California, February 29, 2016.

86. "An Evening with Bennet Omalu". Inspiring Minds Speaker Series, Beth El Synagogue, St. Louis Park, Minnesota, February 25, 2016.

87. "An Afternoon with Bennet Omalu". California Schools VEBA/ United HealthCare, Sacramento, California, February 23, 2016.

88. "Concussion: An Evening with Bennet Omalu". Ohio State University, Columbus, Ohio, February 18, 2016.

89. "An Evening with Bennet Omalu". Lifelong Learning Society, Florida Atlantic University, Jupiter, Florida, February 16, 2016.

90. "A Morning with Bennet Omalu". 2016 MedAssets Healthcare Executive Forum. The Westin Kierland Resort & Spa, Scottsdale, Arizona, February 6, 2016.

91. "50 Minute Interview with Stone Phillips". City Arts & Lectures, Nourse Theatre, San Francisco, California, February 4, 2016.

92. "An Evening with Bennet Omalu". Frontier Forum Lecture Series, Straz Center for the Performing Arts, University of South Florida, Tampa, Florida, December 3, 2015.

93. Keynote speaker: "Courageous Truth-Seeker: One Pathologist's Quest for a Diagnostic Breakthrough". The College of American Pathologists Annual Conference [CAP] 2015, Nashville, Tennessee, October 4, 2015.

94. Panelist, Concussion Litigation: Past, Present and Future. California Judges Association, 2015 Mid-Year Conference. May 1-3, 2015, Indian Wells, California.

95. Keynote speaker, Law Day Luncheon 2015. The San Joaquin County Bar Association and Foundation. Thursday April 30, 2015.

96. Chronic Traumatic Encephalopathy [CTE] and Emerging In-Vivo Diagnosis. Santa Clara Valley Brain Injury Conference. Conversations on Coma to Community. February 5-7, 2015, Santa Clara Marriott, Santa Clara, California.

97. The Historical Foundation of Chronic Traumatic Encephalopathy [CTE]: The Role of the Medical Examiner. West Coast Training Conference "Games People Play". Wednesday, April 23, 2014. County of Los Angeles Department of Medical Examiner-Coroner. Beverly Garland, North Hollywood, Los Angeles, California.

98. Emerging In-Vivo Diagnosis of Chronic Traumatic Encephalopathy. Grand Rounds Lecture, Monday, December 2, 2013. Department of Medical Pathology and Laboratory Medicine, University of California, Davis.

99. Chronic Traumatic Encephalopathy: Current Understanding of Clinicopathologic Features; A Forensic Perspective. American Academy of Neurology, 65th Annual Meeting. San Diego, March 16-23, 2013. San Diego Convention Center. March 21, 2013: Cumulative Sports Concussion and Risk of Dementia Course.

100. CTE: A Historical Perspective- Pathological Overview and Taupathy. Mild Head Injury, Concussion, and Return to Activities: Update 2013. Symposium, Friday, January 25, 2013. The University of Chicago, Section of Neurosurgery, Department of Surgery. The University of Chicago Gleacher Center, 450 North Cityfront Plaza Drive. Chicago, Illinois.

101. History, Definition and Clinicopathologic Features of Chronic Traumatic Encephalopathy [CTE]. Sports Concussion Institute, The National Summit On Sports Concussion And Other Athletic Injuries. June 22, 2012. Los Angeles, California.

102. "Pathophysiology of Traumatic Brain Injury". Manteca Unified School District, School Nurses. Manteca, California. March 19, 2012.

103. "Sociology of Health & Illness". Department of Sociology, University of Pacific, Stockton Campus, Stockton, California. March 15, 2012.

104. "Chronic Traumatic Encephalopathy and PTSD". Grand Rounds, Department of Neurosurgery, University of California, Davis, Sacramento, California, March 13, 2012.

105. "Motivational Lecture and Forensics: Becoming What You Want to Become" San Joaquin County Youth Leadership Academy, District Attorney's Office, June 27, 2012.

106. "Youth Leadership for Change", 2012 Law Day Educational Program, San Joaquin County Bar Association. April 26, 2012.

107. "Chronic Traumatic Encephalopathy and PTSD" Full-Day Dementia Program, San Francisco Neurological Society. Sir Francis Drake Hotel, San Francisco, California, Friday, October 14, 2011.

108. "Taupathy and Chronic Traumatic Encephalopathy" Grand Rounds, Department of Pathology, University of California-Davis, Sacramento, California. April 18, 2011.

109. "Long Term Effects of Repeated Impacts to the Head in American Athletes". Brain Rehabilitation and Injury Network. Thinktank 2011, Long Beach, California. March 27, 2011.

110. "Chronic Traumatic Encephalopathy in American Athletes". Visiting Professor, Grand Rounds, University of California, San Francisco, Department of Neurology, Memory and Aging Center, March 11, 2011.

111. Motivational Lecture to One Hope School, County Operated Schools and Programs, San Joaquin County Office of Education. October 24 and 25, 2011

112. "Motivational Lecture and Forensics: the value and importance of education" San Joaquin County Youth Leadership Academy, District Attorney's Office, June 29, 2011.

113. Employee Personal Motivation Lecture. Employee Mentoring Program, Equal Employment Opportunity Office, San Joaquin County, Administration Building, 44 North San Joaquin Street, June 16, 2011.

114. Keynote Speaker, Thirteenth Annual San Joaquin County Diversity Luncheon. San Joaquin County, California. September 30, 2010.

115. "Becoming a Forensic Pathologist: My Experience and Perspective". Guest Lecturer, First and Second Year Medical Students, School of Medicine, University of California, Davis, October 22, 2010.

116. "Chronic Traumatic Encephalopathy in Sports". 2010 Advanced Team Physician Course, American College of Sports Medicine, American Medical Society for Sports Medicine and American Orthopaedic Society for Sports Medicine. Washington, DC, December 10, 2010.

117. "Emerging Technology in the Evaluation and Treatment of Concussion". 2010 Advanced Team Physician Course, American College of Sports Medicine, American Medical Society

for Sports Medicine and American Orthopaedic Society for Sports Medicine. Washington, DC, December 10, 2010.

118. "Epidural Hemorrhages" Visiting Professor Lecture, Neurosurgery Residents, Department of Neurosurgery, West Virginia University, August 17, 2010

119. "Pharm Parties". 10th Annual San Joaquin County Child Abuse Prevention Symposium, Stockton, California, April 14, 2010.

120. "The Forensic Pathology of Chronic Traumatic Encephalopathy". 2010 Independent Retired Players Summit and Conference, Las Vegas, Nevada, April 17, 2010.

121. "Chronic Traumatic Encephalopathy". The Amen Clinic, Newport Beach, California, March 20, 2010.

122. "The forensic pathology of Chronic Traumatic Encephalopathy in American Athletes: the journey thus far." Advanced Education Seminar, Lakewood Orthopedics & Sports Medicine, Speakers Bureau Member, Dallas, Texas, January 23, 2010.

123. "Emerging Forensic Issues of Chronic Traumatic Encephalopathy in American Athletes". Presenter, 2009 National Educational Conference, American Association of Legal Nurse Consultants, Phoenix, Arizona, April 24, 2009.

124. "The stressors in the life of a physician and forensic pathologist". Sociology of Health & Illness Course, University of the Pacific, Stockton, California, March 26, 2009.

125. "New Technologies in Neuropathology and Neuropathology of Concussion in Athletes". Presenter, Emerging Technology and Techniques in Neurosurgery, Ceasar's Palace, Las Vegas, November 8, 2008, Departments of Neurosurgery, West Virginia University, Morgantown, WV, and Allegheny General Hospital, Pittsburgh, PA.

126. "The Forensic Pathology of Chronic Traumatic Encephalopathy in Professional American Athletes". Key Note Speaker, American Association of Legal Nurse Consultants, West Virginia, Upper Ohio Valley Chapter, 2008 meeting, October 17, 2008, Wheeling, West Virginia.

127. "The Pathophysiology of Traumatic Brain Injury". Visiting Professor/Guest Lecturer, October 1, 2008, Department of Neurosurgery, West Virginia University, Morgantown, West Virginia.

128. Key Note Speaker, "Helping People One Test at a Time", National Laboratory Week, Harlem Hospital Center, New York City, April 25, 2008

129. "The Link between the Field and Dementia" Rendezvous II: An International Sports Medicine Conference, March 25, 2008, Caesars Palace, Las Vegas. 17th Annual Meeting of The American Medical Society for Sports Medicine (AMSSM) and The Canadian Academy of Sports Medicine (CASM), March 25 – 29, 2008.

130.  "The Neuropathology and Delayed Sequelae of Concussion in NFL Players". The National Concussion Summit: Concussion in Sports: The Under-Recognized Public Epidemic The Sports Concussion Institute. Centinela Freeman Regional Medical Center, Marina Campus, Marina Del Rey, California at The Marriott Hotel, 4100 Admiralty Way, Marin Del Rey, CA 90292, Friday, April 20th, 2007.

131.  "Football Induced Chronic Traumatic Encephalopathy" November 2006, meeting of the Pittsburgh chapter of the National Association of Neurological Nurses, Waterfront, Homestead, Pittsburgh.

132.  "The forensic perspectives of traumatic brain injury". 2005 Annual Nursing Conference: traumatic brain injury, from ER management to ICU, rehab, organ donation and Trisha Meili a.k.a. Central Park Jogger. Allegheny General Hospital Pittsburgh, Pennsylvania. November 18, 2005

133.  'Mortality following bariatric surgery'. Bariatric Surgery Research Mini-symposium, Minimally Invasive Surgery Center, Department of Surgery, University of Pittsburgh, Pennsylvania, January 17, 2004.

134.  "My professional life as a forensic pathologist and neuropathologist". A career development presentation to selected high school students of the Pittsburgh Public School System. April 14, 2004.

135.  "My professional life as a forensic pathologist and neuropathologist". A career development presentation to students of the Saint Benedict the Moor Catholic School, 2900 Bedford Avenue, Pittsburgh, Pennsylvania 15219. March 5, 2004.

136.  'The medico-legal autopsy'. University of Pittsburgh Chapter of the American Inns of Court, Pittsburgh, Pennsylvania. April, 2002.

137.  'My professional experience as a Forensic Pathologist'. Graduating Lecture, 2002 certificate program class, The Cyril H. Wecht Institute of Forensic Sciences, School of Law, Duquesne University, Pittsburgh, Pennsylvania. November, 2002.

138.  "The mechanisms of trauma in motor vehicular accidents". Surgical grand-rounds, Department of Surgery, The Mercy Hospital System, Pittsburgh, Pennsylvania. May, 2000.

## Post-Graduate Medical Teaching Experience-1

1. Supervised medical students during the Emergency Medicine rotation, University of Jos, Jos, Nigeria, January 1991-September, 1994.

2. Taught a patho-physiology course for the physician assistant program at the Harlem Hospital Center, New York, NY. July, 1996 – June, 1999.

3. Presented weekly clinico-pathologic conferences for the departments of pathology, surgery, internal medicine, obstetrics and gynecology, Harlem Hospital Center, New York, NY. July, 1995 – June, 1999.

4. Taught medical students and residents, forensic pathology and neuropathology, University of Pittsburgh, July, 1999 – June, 2002.

5. Taught a workshop in the patho-physiology course, Masters in Public Health program, Graduate School of Public Health, University of Pittsburgh, September, 2002 – 2007.

6. Supervised residents during rotation in forensic pathology, University of Pittsburgh, July, 2002 – 2007.

7. Taught monthly forensic neuropathology workshops to residents and fellows in pathology, neurology and neurosurgery, University of Pittsburgh, 2004 – 2007.

8. Taught monthly neuropathology workshops to residents in pathology, Conemaugh Memorial Hospital, Johnstown, Pennsylvania, January 2005 – 2007.

9. Presented monthly trauma rounds to surgery residents, Mercy Hospital of Pittsburgh, January 2006 – 2007.

10. Presented quarterly one-day introductory autopsy conferences for the emergency medicine technology program of Allegheny County Community College, April, 2006.

11. Forensic pathology and neuropathology grand round lectures, internal medicine, family practice and surgery residents, San Joaquin General Hospital, French Camp, California, 2009 – 2012.

12. Forensic neuropathology brain cutting workshops for pathology residents and fellows, University of California at Davis, Department of Pathology, 2009 – 2013.

13. Forensic neuropathology brain cutting workshops for neurology residents and fellows, University of Nevada, Las Vegas at the Clark County Coroner's Office, 2011 – 2012.

14. Mentoring and teaching residents and medical Students and covering the autopsy service, and forensic neuropathology service, Department of Medical Pathology and Laboratory Medicine, University of California at Davis, March 2012 – July 2013.

15. Microscopy sessions and slides review, residents and medical students, Department of Medical Pathology and Laboratory Medicine, University of California at Davis, September 2013 to present.

16. Grand rounds lectures, didactic lectures in laboratory management, forensic pathology and neuropathology for medical students, residents and fellows, Department of Medical Pathology and Laboratory Medicine, UC-Davis Medical School, 2008 – Present.

17. Grand Rounds, Department of Medical Pathology and Laboratory Medicine, UC-Davis, February 1, 2016: What a Pathologist can Learn from Hollywood: Dr. Omalu's Experience.

18. Brain Cutting Workshops and Signouts, Medical Students, Graduate Medical and Non-Medical Students, Residents and Fellows, Department of Medical Pathology and Laboratory Medicine, University of California- Davis Medical School. January 2018 – Present.

## Research Grant

1. $24, 750.00 grant from The Pittsburgh Foundation for a research project on Loss of heterozygosity as predictors of grade and outcome in meningiomas in collaboration with John Lee, M.D. University of Pittsburgh.

2. $200,000.00 grant from The Hazel Ruby Mcquain Charitable Trust, West Virginia to the Brain Injury Research Institute, for research into Chronic Traumatic Encephalopathy, 2010-2011.

## Boards and Committees Memberships

1. Child Death Review Board, San Joaquin County, California, 2007 – 2018

2. Infant Death Review Board, San Joaquin County, California, 2007 – 2018

3. Elder Death Review Board, San Joaquin County, California, 2007 – 2018

4. Homicide Review Committee, San Joaquin County, California, 2010 – 2015

5. San Joaquin County Trauma Audit Committee, San Joaquin County Emergency Medical Services Agency, California, 2014 – 2018

6. Member, Traumatic Brain Injury Advisory Board, State of California, 2018 - Present

## Broadway Theatre and Hollywood Motion Picture Coverage

1. Concussion, drama film, Sony Pictures, starring Will Smith as Bennet Omalu. December 25, 2015. Written and directed by Peter Landsman, produced by Scott Free Productions and the Shuman Company.

2. League of Denial: The NFL's Concussion Crisis. Documentary Movie. Frontline, Public Broadcasting Service [PBS]. October 8, 2013. http://www.pbs.org/wgbh/frontline/film/league-of-denial/?utm_source=email&utm_medium=social&utm_campaign=share_button

3. EST/Sloan presents Headstrong, by Patrick Link; directed by William Carden. The Ensemble Studio Theatre, New York City, New York. April/May 2012.

## Selected Book Coverage

1. Concussion by Jeanne Marie Laskas. Random House, New York, USA. 2015 [New York Times Best Seller]

2. League of Denial. The NFL, Concussions, and the Battle for Truth by Mark Fainaru-Wada and Steve Fainaru. Crown-Archetype, Random House, New York, USA. 2013.

3. The Death Penalty on Trial, Crisis in American Justice, by Bill Kurtis, PublicAffairs[TM], 2004.

## Selected Media Coverage

1. The Lost Lincoln, History Will Change. Discovery Channel TV, October 4, 2020. https://www.discovery.com/shows/the-lost-lincoln

2. Medical Examiners under Fire. CBS Sunday Morning, CBS News, June 14, 2020.

3. The Truth Seeker. Sitting Down With Bennet Omalu, President and Medical Director of Bennet Omalu Pathology, by Luke Turner, The Pathologist, September 27, 2019. https://thepathologist.com/outside-the-lab/the-truth-seeker

4. Contact sports will "cease to exist" within a generation. Adrian Proszenko. The Sidney Morning Herald. August 11, 2019. https://www.smh.com.au/sport/nrl/contact-sports-will-cease-to-exist-within-a-generation-20190809-p52fpf.html

5. Renowned Pathologist Testifies in Football Player's Lawsuit. Barbara S. Miller. The Intelligencer: Wheeling News Register. May 12, 2019. http://www.theintelligencer.net/news/community/2019/05/renowned-pathologist-testifies-in-football-players-lawuit/

6. Recognizing the patterns of truth. You may have seen the movie based on the life of Bennet I. Omalu, MD, MBA, MPH. Find out the real story behind what he has discovered in CTE and in letting science lead the way. By Kevin O'Reilly. American Medical Association Moving Medicine Magazine. Spring 2019, Volume 1, Issue 1. March 30, 2019. https://app.svwps.com/americanmedicalassociation/ama/amamag/mag.html

7. Bennet Omalu, le médecin qui a secoué le sport En faisant le lien au début des années 2000 entre dégénérescence cérébrale et pratique du football américain, ce médecin légiste a brisé un tabou. Il s'est attiré les foudres de la NFL mais ses travaux ont fait évoluer les mentalités et eu des répercussions en hockey, rugby et football. Valérie de Graffenried, Le Temps, February 15, 2019. https://www.letemps.ch/sport/bennet-omalu-medecin-secoue-sport

8. Was C.T.E. Stealing His Mind? A Gunshot Provided the Answer: Jason Hairston played briefly in the N.F.L., hunted with Donald Trump Jr. and owned a wildly successful hunting gear and apparel company. But he increasingly worried about a degenerative brain disease. John Branch, New York Times, January 31, 2019. https://www.nytimes.com/2019/01/31/sports/cte-football-hairston-super-bowl.html

9. REVEALED: Former NFL star Jason Hairston was home alone with his son, 10, when he took his life - moments after the boy said he was 'acting different' in a call to his mom, who says CTE is to blame. Chris Spargo, Daily Mail, February 2019. https://www.dailymail.co.uk/news/article-6155381/NFL-star-Jason-Hairston-home-son-10-suicide-autopsy-looks-CTE.html

10. Tout ce que je cherchais, c'est la vérité - Dr Bennet Omalu. Propos recueillis par Diane Sauvé, Journaliste, Radio-Canada Sports. January 8, 2019. https://ici.radio-canada.ca/sports/podium/68/podium-dr-bennet-omalu-commotions-concussion-cerebrales-football-will-smith-cte-etc http://ici.radio-canada.ca/sports/podium/70/podium-connor-crisp-hockey-commotions-cerebrales-omalu-canadien-etc-cte?fromApp=appSportsAndroid&fromMobileApp=android

11. The Forensic Fighter: From Battling the NFL to challenging police shootings, Dr. Bennet Omalu has used his scalpel to expose the truth. By Gabriel Thompson, San Francisco Magazine, October 19, 2018. https://modernluxury.com/san-francisco/story/the-forensic-fighter

12. Head Drama- When Bennet Omalu, MD, identified a degenerative brain disease in NFL players, it shifted the worlds of both sports and neurology- and protocols about concussion. By Richard Laliberte, Brain&Life, Neurology For Everyday Living. American Academy of Neurology, August/September 2018.

13. Independent Autopsy Finds Police Shot Stephon Clark in the Back. Julie Small, KQED News, March 30, 2018. https://www.kqed.org/news/11658808

14. Favre and famed doctor on the NFL's concussion crisis. https://www.cnn.com/videos/tv/2018/02/01/bennet-omalu-brett-favre-amanpour.cnn/video/playlists/amanpour/ Christiane Amanpour, February 1, 2018.

15. CTE Has Been Found in a Living Brain for the First Time Ever: Dr. Bennet Omalu has made a big breakthrough. By Luke Darby, GQ magazine, November 17, ,2017.
https://www.gq.com/story/cte-living-brain

16. Ex-NFL player confirmed as 1st case of CTE in living patient. By Nadia Kounang. CNN Health, November 16, 2017. http://www.cnn.com/2017/11/16/health/cte-confirmed-in-first-living-person-bn/index.html

17. Ex-NFL player confirmed as first case of CTE found in living person – researchers. By Bryan Armen Graham. The Guardian, November 16, 2017.
https://www.theguardian.com/sport/2017/nov/16/cte-living-person-nfl-concussion-brain-trauma-research

18. Sacramento's Dr. Bennet Omalu and His Struggle for Sports Safety. By Seth Sandronsky. Comstock's Business Insight for the Capital Region, November 9, 2017.
https://www.comstocksmag.com/web-only/sacramentos-dr-bennet-omalu-and-his-struggle-sports-safety

19. Book by 'Concussion' doctor is recommended reading for parents of football kids. By Ed Sherman Chicago Tribune, October 30, 2017. http://www.chicagotribune.com/lifestyles/books/sc-books-sports-book-roundup-1101-story.html

20. "From Hopeless to Healer: Persecuted in Nigeria, Stonewalled by the NFL- Early struggles prepared Bennet Omalu for character assassination in the U.S. By **Error! Hyperlink reference not valid.**

21. 'Concussion' doctor says kids shouldn't play these sports until they're 18. By A. Pawlowski. Health and Wellness, September 5, 2017. https://www.today.com/health/concussion-doctor-warns-against-contact-sports-kids-t115938

22. "Truth Doesn't Have a Side". Publishers Weekly, Book Review, August 2017.
https://www.publishersweekly.com/978-0-310-35196-2?utm_source=Publishers+Weekly&utm_campaign=92aa48e849-EMAIL_CAMPAIGN_2017_08_23&utm_medium=email&utm_term=0_0bb2959cbb-92aa48e849-305322873

23. "Who is Bennet Omalu and why did his concussion discovery send shock waves through sport?", by Jeremy Wilson, The Telegraph, August 9, 2017.
http://www.telegraph.co.uk/football/2017/08/09/bennet-omalu-did-concussion-discovery-send-shock-waves-sport/

24. New book shows a more intimate 'Side' of Dr. Bennet Omalu, by Terri Schlichenmeyer, The Philadelphia Tribune, August 22, 2017. http://www.phillytrib.com/lifestyle/new-book-shows-a-more-intimate-side-of-dr-bennet/article_e969b814-adac-5897-ac64-1eb5cc56166a.html

25. 'Concussion' doctor: No such thing as 'making football safer', by Brett Cyrgalis, New York Post, August 7, 2017. http://nypost.com/2017/08/07/concussion-doctor-no-such-thing-as-making-football-safer/

26. Dr. Bennet Omalu: CTE obsession obscuring truth about brain health of football players, by Kevin Seifert, ESPN, August 4, 2017. http://www.espn.com/nfl/story/_/id/20245394/dr-bennet-omalu-says-obsession-cte-obscuring-larger-truth-brain-health-football-players

27. Under 18s should not play rugby, says 'concussion' doctor. Leading neuropathologist calls for contact sport with risk of head blows to be limited to adults, by Gavin Cummiskey, The Irish Times, Dublin, Ireland, June 3, 2017. http://www.irishtimes.com/sport/rugby/under-18s-should-not-play-rugby-says-concussion-doctor-1.3105970

28. How head injuries will end sport as we know it. Dr Bennet Omalu says children should not be playing rugby or heading the ball in soccer, by Gavin Cummiskey, The Irish Times, Dublin, Ireland, June 3, 2017. http://www.irishtimes.com/sport/rugby/how-head-injuries-will-end-sport-as-we-know-it-1.3105943

29. http://www.post-gazette.com/local/city/2017/05/30/Bennet-Omalu-concussion-Kenneth-Reeves-homicide-trial-Allegheny-County-Pittsburgh/stories/201705300124.

30. Omalu Says NHL Docs Using 'Alternative Facts' To Refute CTE, by Zachary Zagger, Law360, New York, February 8, 2017.

31. Bennet Omalu gets involved in NHL concussion lawsuit, by Rick Westhead, TSN Canada, February 9, 2017. http://www.tsn.ca/bennet-omalu-gets-involved-in-nhl-concussion-lawsuit-1.667427

32. Thank you Dr. Omalu, by Roger Braden, Attorney at Law Magazine, Kentucky Edition, Volume 4, No. 1, 2016.

33. Physician who discovered CTE in NFL players gets AMA's highest honor, by Timothy Smith, AMA Wire, November 12, 2016. https://wire.ama-assn.org/ama-news/physician-who-discovered-cte-nfl-players-gets-ama-s-highest-honor

34. First case of CTE diagnosed in MMA fighter, by Bob Hohler, The Boston Globe, October 21, 2016. https://www.bostonglobe.com/sports/2016/10/20/first-case-cte-diagnosed-mma-fighter/SfUZnoh3Z1dT9xruTm95RO/story.html

35. Bennet Omalu - From Trauma to Triumph, Dr. Benjamin Ola. Akande, President, Westminster College, Missouri. Ladue News, St. Louis, Missouri.

36. Bennet Omalu, MD. The Physician Leader Whose Research Inspired The Movie Concussion. PIJ- Physician Leadership Journal, Bill Steiger, American Association For Physician Leadership. Volume 3, Issue 2, March/April, 2016.

37. Truth and Consequences. Hillary Louise Johnson. Sactown Magazine. April-May 2016.

38.  Concussion, Bang to Rights: Science is taking big stems toward understanding the impact of concussion. The Economist, March 5, 2016. http://www.economist.com/news/science-and-technology/21693906-science-taking-big-steps-toward-understanding-impact-concussion-bang

39.  Bennet Omalu receives congressional honors, by The Record. The Stockton Record Newspaper, February 5, 2016. http://m.recordnet.com/article/20160205/NEWS/160209826.

40.  CTE in the NFL: The tragedy of Fred McNeill. By Nadia Kounang, CNN. February 5, 2016. http://edition.cnn.com/2016/02/04/health/fred-mcneill-cte-football-player/index.html.

41.  Brain Trust. Will Smith shines a light on the dark side of the sport he loves. By Ben Reiter. Sports Illustrated Magazine. December 28, 2015.

42.  The Inside Story of Concussion's Dr. Bennet Omalu and His 'Good Friend' Will Smith. By Johnny Dodd. People Magazine. December 24, 2015.

43.  The Doctor the NFL Tried to Silence. League physicians sought to discredit Bennet Omalu's autopsy study showing widespread brain damage in former Steelers star Mike Webster. By Jeanne Marie Laskas. World Street Journal. November 24, 2015.

44.  Greater Good. Health Heroes- Scientist. WebMD. November-December 2015 issue.

45.  Concussion Pathologist Play by Will Smith Tells His Story. Pam Harrison. Medscape Medical News. Medscpae.com. October 4, 2015.

46.  Gridiron Dementia. Nicholas Ducassi. Carnegie Mellon Today. May 2015 issue.

47.  Will Smith to play Bennet Omalu, who changed the way we think about football. Alyssa Rosenberg. The Washington Post, June 5, 2014 [http://www.washingtonpost.com/news/act-four/wp/2014/06/05/will-smith-to-play-bennet-omalu-who-changed-the-way-we-think-about-football/]

48.  Will Smith to Star In NFL Concussion Drama (EXCLUSIVE): Sony's untitled thriller based on GQ article 'Game Brain'. Justin Kroll. Variety, June 3, 2014. [http://variety.com/2014/film/news/will-smith-to-star-in-movie-about-nfl-concussions-exclusive-1201210878/]

49.  Dorsett, others show signs of CTE. By William Weinbaum and Steve Delsohn | ESPN.com, November 6, 2013. [http://espn.go.com/espn/otl/story/_/id/9931754/former-nfl-stars-tony-dorsett-leonard-marshall-joe-delameilleure-show-indicators-cte-resulting-football-concussions].

50.  "S.J.'s chief medical examiner declines job offer from D.C." by Jennie Rodriguez-Moore. The Stockton Record. October 27, 2013.

51. Public Broadcasting Corporation, Frontline, "The League of Denial", October 8, 2013.

52. ESPN.com, January 22, 2013. "CTE found in living ex-NFL players" by Steve Fainaru *and* Mark Fainaru-Wada

53. The New York Times, April 26, 2012. "Veterans and Brain Disease" by Nicholas D. Kristof.

54. Gehirn&Geist, February 9, 2012, Bidredaktion, SCHÄDEL-HIRN-TRAUMATA, Krieg im Kopf [German]; by Sharon Weinberger

55. "Gun linked to Gilley in killing" by Jennie Rodriguez-Moore. The Stockton Record. April 17, 2012.

56. Nature 477**,** 390-393 (September 2011) Bombs' hidden impact: The brain war. Wartime explosions may be creating an epidemic of brain damage — and a major challenge for scientists; by Sharon Weinberger.

57. Faculty Newsletter, UC Davis Health System, February – March 2011: Brain Trauma Expert Bennet Omalu Teaches Forensic Neuropathology; Published by the Faculty Development Office.

58. ESPN The Magazine, January 10, 2011: Coming to a head: When the NFL reversed field on concussions, it spawned a medical gold rush that pits scientist against scientist in a quest for cures, treatments and dead men's brains; by Peter Keating.

59. The Patriot-News, December 26, 2010: 2010: The year of the concussion; by Stefanie Loh.

60. CNN.com, November 24, 2010: Ex-NFL stars after concussion: Lives unraveled; by Stephanie Smith, CNN medical producer.

61. CNN.com, November 22, 2010, Warner: Playing through concussion 'part of the game'; by Stephanie Smith, CNN Medical News.

62. The Patriot-News, August 22, 2010: What Chris Henry taught us: how an autopsy of the former Cincinnatic Bengals' receiver's brain has helped doctors further research about concussions in football, by Stefanie Loh.

63. The New York Times, June 28, 2010: Former Bengal Henry Found to Have Had Brain Damage, by Alan Schwarz.

64. "Gray jury report unveils details of Huckaby case" by Scott Smith. The Stockton Record. June 19, 2010.

65. The Associated Press, June 18, 2010: Forensic Pathologist: Disposal of Sandra Cantu's Body Likely Premeditated.

66. Fox News Network, American News HQ, Shannon Bream, Sunday, February 7, 2010.

67.  ESPN Television, Outside the Lines, Concussions in Football, Sunday, February 7, 2010.

68.  Stars and Stripes, "Doctors study link between combat and brain disease." January 23, 2010, by Seth Robbins.

69.  The Sydney Morning Herald, Australia, "US football players face head injury time bomb." January 10, 2010, by Ed Pilkington.

70.  Guardian Newspaper, United Kingdom, "Ticking timebomb in US colleges as American football head injuries linked to dementia: As NFL bows to pressure and changes its rules, a Congressional hearing has opened into fears of long-term brain damage." January 4, 2010, by Ed Pilkington.

71.  ESPN.COM, "Doctors: Wrestler had brain damage", December 9, 2009, by Greg Garber.

72.  "S.J. medical examiner details gruesome scene", by Scott Smitt. The Stockton Record. November 20, 2009.

73.  ABC Television, Nightline: Driven Mad? What long-term brain injuries can football players sustain? October 16, 2009, by Martin Bashir and Roxanna Sherwood.

74.  GQ Magazine: Blowing the whistle on the NFL: a shocking look at what the modern game is doing to players' brains. October 2009, by Jeanne Marie Laskas.

75.  Science Journal: A late hit for pro football players: emerging research suggests that hard knocks on the field may cause delayed brain damage in retired athletes. August 7, 2009, by Greg Miller.

76.  Canadian Broadcasting Corporation- Television Documentary: Head Games. The Fifth Estate. Aired on Wednesday November 19, 2008 on CBC-TV.

77.  Canadian Broadcasting Corporation-Television Documentary: A fight to the death. Concussions in Sports. Aired on February 6 and 10, 2008 on CBC-TV and on February 8 on CBC Newsworld.

78.  State Journal: Sports Research Group Wants Action, WVU's Bailes, others hope findings lead to more education about concussions. September 13, 2007; by Juliet A. Terry.

79.  Science Daily: Wrestler Chris Benoit Brain's Forensic Exam Consistent with Numerous Brain Injuries. September 6, 2007.

80.  USA Today: NFL begins debate about concussions at summit. Wednesday, June 20, 2007; by Gary Mihoces.

81.  USA Today: Concussion force hard look inward around NFL. Tuesday, June 19, 2007; by Gary Mihoces.

82.  New York Times: PRO FOOTBALL; Lineman, Dead at 36, Sheds Light on Brain Injuries. Friday, June 15, 2007; by Alan Schwarz.

83.  USA Today: NFL disputes doctor's diagnosis of "footballer's dementia". Monday, June 18, 2007; by Gary Mihoces.

84.  Neuroscene Podcast: "Dementia of Football": The next major public health issue in sports. Friday, June 15, 2007. http://www.neuroscene.com.

85.  HBO Sports, RealSports with Bryant Gumbel, Concussions in the NFL, May 7, 2007.

86.  Head Games, Football's Concussion Crisis, by Christopher Nowinski, The Drummond Publishing Group, 2007.

87.  New York Times: Pro football, expert ties ex-player's suicide to brain damage from football. Thursday, January 18, 2007; by Alan Schwarz.

88.  Washington Post: "Brain chaser" tackles effects of NFL hits. Wednesday April 25, 2007; by Les Carpenter.

89.  Football Concussions Linked to Depression, Cognitive Impairment—Experts Seek Prospective Studies, by Stephanie Cajigal, Neurology Today Volume 7(5), 6 March 2007, pp 1, 22–23. Lippincott, Williams and Wilkins, 2007 AAN Enterprises, Inc.

90.  Concussions in Collision Sports, by Alyssa Banotal, Advance, for Speech-Language Pathologists and Audiologists, The Nation's Speech-Language and Audiology Weekly. May 14, 2007 Vol. 17 No. 20, pp 6-8, 42.

91.  Gastric bypass surgery patients often find it's not a cure for depression. Wednesday, June 29, 2005 by Alana Samuels.

92.  Pittsburgh profiles, interview with Elaine Effort on KQV news radio, AM 1410, Pittsburgh, Pennsylvania, Sunday, April 25th, 2004.

93.  Recorded mass, part of parish evangelization effort. Pittsburgh Catholic. Friday, January 24, 2003 by Patricia Bartos.

94.  Pittsburgh Post-Gazette: Suicide rose during '90s, peaked in '97. Sunday, November 16, 2003; by Jim McKinnon.

95.  New Pittsburgh Courier: Omalu joins coroner's office. Saturday, July 17, 1999; by Treshea N. Wade.

# PART 2: BIBLIOGRAPHY

## **Books and Book Chapters**

1. Play Hard Die Young: Football dementia, depression and death. By Bennet Omalu, M.D., NeoForenxis Books, Lodi, California, February 2008.

2. A Historical Foundation of CTE in Football Players: Before the NFL, There was CTE. By Bennet Omalu, M.D. Bennet Omalu, Lodi, California, July 2014.

3. Omalu, B. Chronic Traumatic Encephalopathy in Concussion, Niranjan A and Lunsford LD eds. Progress in Neurological Surgery, Vol. 28. Karger, New York, New York, 2014.

4. Omalu, B. Neuropathology of Chronic Traumatic Encephalopathy in Handbook of Neurological Sports Medicine, Concussion and Other Nervous System Injuries in the Athlete. Petraglia AL, Bailes JE, Day AL eds. Human Kinetics, Champaign, Illinois, 2015.

5. Omalu, B. The Pathologist is the "Salt" of Patient Care. The Healing Art of Pathology. Bui MM, Galagan KA eds. CAP Press, 2016.

6. Truth Doesn't Have a Side: My Alarming Discovery about the Danger of Contact Sports. By Bennet Omalu, with Mark Tabb [contributor]. Zondervan Books, HarperCollins Christian Publishers, August, 2017.

7. Brain Damage in Contact Sports: What Parents Should Know Before Letting Their Children Play. Neo-Forenxis Books, February 2018.

8. Evaluation of head, neck and spinal cord for injury and disease. Omalu, BI and Hammers JL. In Medical Legal Handbook, Hammers JL, Fitzsimmons, RP eds. Juris Publishing, Inc, 2018, Huntington, New York.

## Peer-Reviewed Scientific Journal Publications - 1

1.  Boakye K, <u>Omalu B,</u> Thomas L. Fallopian Tube and Pulmonary Sarcoidosis. A Case Report. J Reprod Med. 1997 Aug; 42(8):533-535.

2.  Harris A, Levy E, Kanal E, Pollack A, Cayhill AM, <u>Omalu BI,</u> Albright AL. Infectious aneurysm clipping by MRI/ MRA wand guided protocol: a case report and technical note. Pediatric Neurosurgery. 2001 Aug;35(2):90-3.

3.  Levy EI, Harris AE, <u>Omalu BI,</u> Hamilton R, Branstetter BF, Pollack IF. Sudden death from fulminant acute cerebellitis. Pediatric Neurosurgery. 2001 Jul;35(1):24-8.

4.  Uma P, Lacomis D, <u>Omalu B.</u>  Amiodarone induced neuromyopathy: three cases and review of the literature. Journal of Clinical Neuromuscular Disease. 2002 March;3(3):97-105.

5.  <u>Omalu BI</u>HT, Wiley CA, Hamilton RL. February 2003: a 53-year-old male with new onset seizures. Brain Pathology. 2003 Jul;13(3):419-20, 423.

6.  Harris AE, Lee JYK, <u>Omalu B,</u> Flickinger JC, Kondziolka D, Lunsford LD. The effect of radiosurgery during management of aggressive meningiomas, Surgical Neurology. 2003 October, 60 (4): 298-305

7.  Centeno JA, Pestaner JP, <u>Omalu BI,</u> Torres NL, Field F, Wagner G, Mullick FG.TH Blood and Tissue Concentration of Cesium after Exposure to Cesium Chloride: A Report of Two Cases. Biol Trace Elem Res. 2003;94(2):97-104.

8.  <u>Omalu BI,</u> Dominick JT, Uhrich TG, Wecht CH. Fatal constriction of an 8-year-old child by her parents' pet python: a call for amendment to existing laws on the ownership of exotic wildlife to protect children from avoidable injury and death, Child Abuse & Neglect, 2003 Sep;27(9):989-91.

9.    <u>Omalu BI,</u> Abdulrazek SA, Guoji W, Lipkin WI, Wiley CA.T Fatal Fulminant Pan-Meningo-Polioencephalitis Due to West Nile Virus. Brain Pathology 2003;T13[4]:465-472.

10.   Ionescu DN, Sasatomi E, Aldeeb D, <u>Omalu BI,</u> Finkelstein SD, Swalsky PA, Yousem SA.. Pulmonary meningothelial-like nodules: a genotypic comparison with meningiomas. American Journal of Surgical Pathology 2004;28(2):207-14.

11.   <u>Omalu B,</u> Abdulrezak SM, Rozin L, Ladham S, Wecht CH. Post-mortem grading of cerebral contusions: a proposed modification of the Adams' contusion index with re-definition of anatomic markers. Forensic Science, Medicine and Pathology. June 2005;1(2):105-112.

12.   <u>Omalu BI,</u> Luckasevic T, Abdulrezak SM, Rozin L, Wecht CH, Kuller LH. Post-bariatric surgery deaths, which fall under the jurisdiction of a coroner. Am J Forensic Med Pathol. 2004 Sep; 25(3):237-242.

13.   Lee JYK, Finkelstein S, Hamilton RL, Rekha R, King Jr. JTK, <u>Omalu B.</u> Loss of Heterozygosity Analysis of Benign, Atypical, and Anaplastic Meningiomas. Neurosurgery 2004; 55(5):1163-1173.

14.   Koehler SA, Weiss H, Songer TJ, Rozin L, Shakir A, Ladham S, <u>Omalu B,</u> Dominick J, Wecht CH. Deaths among criminal suspects, law enforcement officers, civilians and prison inmates. A coroner-based study. The American Journal of Forensic Medicine and Pathology 2003; 24(4):334-338.

15.   <u>Omalu B,</u> Diagnosis of traumatic diffuse axonal injury. Am J Forensic Med Pathol. 2004; 25(3):270-271.

16.   Koehler SA, Luckasevic TM, Rozin L, Shakir A, Ladham S, <u>Omalu B,</u> Dominick J, Wecht CH. Death by chainsaw: fatal kickback injuries to the neck. Journal of Forensic Sciences 2004;49(2):345-50.

17. Koehler SA, Shakir A, Ladham S, Rozin L, <u>Omalu B,</u> Dominick J, Wecht CH. Cardiac concussion: Definition, Differential Diagnosis, and Cases Presentation and the Legal Ramification of a Misdiagnosis. Am J Forensic Med Pathol. 2004 Sep; 25(3): 205-208.

18. Koehler SA, Ladham S, Rozin L, Shakir A, <u>Omalu B,</u> Dominick J, Wecht CH. The risk of body packing: a case of a fatal cocaine overdose. Forensic Sci Int. 2005 Jun 30;151(1):81-4.

19. <u>Omalu BI,</u> Dekosky ST Minster RL, Kamboh MI,.Hamilton, R, Wecht CH. Chronic Traumatic Encephalopathy in a National Football League Player. Neurosurgery. 2005 Jul;57(1):128-34.

20. <u>Omalu BI,</u> Cho P, Shakir AM, Agumadu UH, Rozin L, Kuller LH, Wecht CH. Suicides following bariatric surgery for the treatment of obesity. Surgery for Obesity and Related Diseases. 2005 Jul-Aug;1(4):447-449.

21. <u>Omalu BI,</u> Macurdy KM, Koehler ST, Nnebe-Agumadu UH, Shakir A, Rozin L, Wecht CH. Forensic pathology and forensic epidemiology of suicides in Allegheny County, Pennsylvania: a ten year retrospective review (1990 – 1999). Forensic Science, Medicine and Pathology. June 2005;1(2):125-138.

22. <u>Omalu BI,</u> Mancuso JA, Cho P, Wecht CH. Diagnosis of Alzheimer's disease in an exhumed decomposed brain after twenty months of burial in a deep grave, The Journal of Forensic Sciences. November 2005;1453-1458.

23. Brown MJ, Willis T, <u>Omalu B,</u> Leiker R. Deaths resulting from hypocalcemia after administration of edetate disodium: 2003-2005. Pediatrics, 2006 August; 118(2): e534-6.

24. Lindner JL, <u>Omalu BI,</u> Buhari A, Shakir A, Rozin L, Wecht CH. Nursing home deaths which fall under the jurisdiction of the coroner: an 11-year retrospective study. Am J Forensic Med Pathol 2007; 28: 292–298.

25.  Omalu BI, DeKosky ST, Hamilton RL, Minster RL, Kamboh I, Wecht CH. Chronic Traumatic
     Encephalopathy in a National Football League Player. Neurosurgery. May
     2006;58(5):E1003

26.  Omalu BI, DeKosky ST, Hamilton RL, Minster RL, Kamboh I, Shakir A, Wecht CH. Chronic
     traumatic encephalopathy in a national football league player: part II. Neurosurgery. 2006
     Nov;59(5):1086-1092.

27.  Omalu BI, Ives DG, Buhari AM, Lindner JL, Schauer PR, Wecht CH, Kuller LH. Death rates
     and causes of death following bariatric surgery for Pennsylvania residents, 1995 to 2004.
     Arch Surg 2007;142(10):923-928.

28.  Omalu BI, Lindner JL, Janssen JK, Nnebe-Agumadu U, Weedn V. The role of environmental
     factors in the causation of sudden death in infants: two cases of sudden unexpected death
     in two unrelated infants who were cared for by the same babysitter. Journal of Forensic
     Sciences, 2007, November; 52(6).

29.  Omalu BI, Shakir AM, Lindner JL, Tayur SR. Forecasting as an operations management tool
     in a medical examiner's office. Journal of Health Management, Vol. 9, No. 1, 75-84 (2007)

30.  Omalu BI, Lindner JL, Parwani AV, Balani J, Shakir A, Ness RB. Is there an association
     between coronary atherosclerosis and carcinoma of the prostate in men aged 50 years and
     older? An autopsy and coroner based post-mortem study. Nigerian Journal of Clinical
     Practice, January-March 2013, 16(1).

31.  Omalu BI, Bailes J, Hammers J, Fitzsimmons, RP. Chronic traumatic encephalopathy,
     suicides and parasuicides in professional American athletes: the role of the forensic
     pathologists. Am J Forensic Med Pathol Volume 31, Number 1, March 2010.

32.  Omalu BI, Hammers J, DiAngelo C, Moore S, Luckasevic T. Autopsy features of sudden
     death due to isolated eosinophilic coronary arteritis: report of two cases and review of
     literature. J Forensic Nurs. 2011 Sep;7(3):153-6.

33.   <u>Omalu B.</u> Pathophysiological nervous system consequences of conducted electrical
      devices and sudden, unexpected death. J Forensic Nurs. 2011 Mar;7(1):51-3

34.   Tindle HA, <u>Omalu B</u>, Courcoulas A, Marcus M, Hammers J, Kuller LH. Risk of suicide after
      long-term follow-up from bariatric surgery. Am J Med. Nov;123(11):1036-1042.

35.   <u>Omalu B</u>, Bailes J, Hamilton RL, Kamboh MI, Hammers J, Case M, Fitzsimmons R. Emerging
      Histomorphologic Phenotypes of Chronic Traumatic Encephalopathy [CTE] in American
      Athletes. Neurosurgery. 2011 Jul;69(1):173-83; discussion 183.

36.   <u>Omalu B,</u> Hammers J, Bailes J, Hamilton RL, Kamboh MI, Webster G, Fitzsimmons R.
      Chronic traumatic encephalopathy in an Iraqi war veteran with posttraumatic stress
      disorder who committed suicide. Neurosurgical Focus 31 (5): E3, 2011.

37.   <u>Omalu B,</u> Hammers J, Luckasevic T. Diagnosis of hemorrhagic stroke in an exhumed brain
      after three years of burial in a deep grave. Journal of Forensic Sciences. 2012;57(6):1665-8.

38.   Small GW, Kepe V, Siddarth P, Ercoli LM, Merrill DA, Donoghue N, Bookheimer SY, Martinez
      J, <u>Omalu B</u>, Bailes J, Barrio JR. PET scanning of brain tau in retired National Football League
      players: preliminary findings. American Journal of Geriatric Psychiatry. 2013;21(2):138-44.

39.   Turner RC, Lucke-Wold BP, Robson MJ, <u>Omalu BI,</u> Petraglia AL, Bailes JE. Repetitive
      traumatic brain injury and development of chronic traumatic encephalopathy: a potential
      role for biomarkers in diagnosis, prognosis and treatment? Frontiers in Neurology.
      2012;3;186

40.   Bailes J, Petraglia A, <u>Omalu B</u>, Nauman E, Talavage T. The role of subconcussion in
      repetitive mild traumatic brain injury. <u>J Neurosurg.</u> 2013; 119(5): 1235-45.

41.   <u>Omalu B.</u> Chronic traumatic encephalopathy. Prog Neurol Surg. 2014;28:38-49.

42.  Lucke-Wold BP, Turner RC, Logsdon AF, Nguyen L, Bailes JE, Lee JM, Robson MJ, <u>Omalu BI</u>, Huber JD, Rosen CL. Endoplasmic reticulum stress implicated in chronic traumatic encephalopathy. J Neurosurg. 2015 Sep 18:1-16. [Epub ahead of print]

43.  Barrio JR, Small GW, Wong KP, Huang SC, Liu J, Merrill DA, Giza CC, Fitzsimmons RP, <u>Omalu B</u>, Bailes J, Kepe V. In vivo characterization of chronic traumatic encephalopathy using [F-18]FDDNP PET brain imaging. Proc Natl Acad Sci U S A. 2015 Apr 21;112(16):E2039-47. Epub 2015 Apr 6. Erratum in: Proc Natl Acad Sci U S A. 2015 Jun 2;112(22):E2981.

44.  Raji CA, Merrill DA, Barrio JR, <u>Omalu B</u>, Small GW. Progressive Focal Gray Matter Volume Loss in a Former High School Football Player: A Possible Magnetic Resonance Imaging Volumetric Signature for Chronic Traumatic Encephalopathy. Am J Geriatr Psychiatry 2016, 24:10; 784-790.

45.  <u>Omalu B,</u> Small GW, Bailes J, Ercoli LM, Merrill DA, Wong, K, Huang S, Satyamurthy N, Hammers JL, Lee J, Fitzsimmons RP, Barrio JR. Postmortem autopsy confirmation of antemortem [F-18]FDDNP-PET scans in a football player with chronic traumatic encephalopathy. Neurosurgery, November 10, 2017. E-published.

46.  Lucke-Wold B, Seidel K, Udo R, <u>Omalu B</u>, Ornstein M, Nolan R, Rosen C, Ross J. Role of Tau Acetylation in Alzheimer's Disease and Chronic Traumatic Encephalopathy: The Way Forward for Successful Treatment. J Neurol Neurosurg. 2017;4(2). Epub 2017 Dec 7.

47.  Pombo R, Johnson E, Gamboa A, <u>Omalu B.</u> Autopsy-proven Mirtazapine Withdrawal-induced Mania/Hypomania Associated with Sudden Death. J Pharmacol Pharmacother. 2017 Oct-Dec;8(4):185-187.

48.  Chen ST, Siddarth P, Merrill DA, Martinez J, Emerson ND, Liu J, Wong K, Satyamurthy N, Giza CC, Huang S, Fitzsimmons RP, Bailes J, <u>Omalu B,</u> Barrio JR, Small GW. FDDNP-PET Tau Brain Protein Binding Patterns in Military Personnel with Suspected Chronic Traumatic Encephalopathy. Journal of Alzheimer's Disease 2018 65(1):79-88.

49.  Nassir Ghaemi S, Mauer S, <u>Omalu BI</u>. Lithium treatment for chronic traumatic encephalopathy: A proposal. Bipolar Disord. 2019 Feb 12. doi: 10.1111/bdi.12757.

50.  Omalu B, Diu S, Paudel N, Parson SJ, Hammers JL. Autopsy Cardiac Troponin I Plasma Levels Can Be Elevated in Myocardial Infarction Type 3: A Proposal to Modify the Definition of Myocardial Infarction Type 3. Am J Forensic Med Pathol. 2021 Jan 19. doi: 10.1097/PAF.0000000000000662. Epub ahead of print. PMID: 33491951.

51.  Omalu, Bennet MD, MBA, MPH; Hammers, Jennifer DO Letter: Recommendation to Create New Neuropathologic Guidelines for the Post-Mortem Diagnosis of Chronic Traumatic Encephalopathy, Neurosurgery: July 2021 - Volume 89 - Issue 1 - p E97-E98 doi: 10.1093/neuros/nyab138

52.  Omalu, Bennet MD, MBA, MPH*; Hammers, Jennifer DO‡ In Reply: Recommendation to Create New Neuropathologic Guidelines for the Postmortem Diagnosis of Chronic Traumatic Encephalopathy, Neurosurgery: January 2022 - Volume 90 - Issue 1 - p e21-e23 doi: 10.1227/NEU.0000000000001768

53.  Omalu B, Hammers J. Letter: Traumatic Encephalopathy Syndrome [TES] Is Not Chronic Traumatic Encephalopathy [CTE]: CTE Is Only a Subtype of TES. Neurosurgery. 2021 Aug 16;89(3):E205-E206. doi: 10.1093/neuros/nyab231. PMID: 34271585.

## Abstract Presentations and Publications - 1

1.  <u>Omalu B,</u> Torres NL, Field F, Centeno JA, Mullick FG. Forensic implications of the analytical evaluation of human tissues after exposure to cesium chloride. AFIP Fellowship, Dept. of Environmental and Toxicologic Pathology.

2.  <u>Omalu B,</u> Navarro C, Thomas L, Olibrice M. Pulmonary steatosis: fatty degeneration of type II pneumocytes Harlem Hospital 6th Annual Research Fair. College of Physicians and Surgeons of Columbia University. April 1998.

3.  <u>Omalu B,</u> Navarro C, Coira-Pademonte M. An immunohistochemical profile of tumor associated antigens in malignant melanoma and benign melanocytic nevi: CD44, p53 protein, cathepsin B and melan-A gene product.

4.  Harlem Hospital 6th Annual Research Fair. College of Physicians and Surgeons of Columbia University. April 1998.

5.  <u>Omalu B,</u> Torres NL, Field F, Centeno JA, Mullick FG. Forensic implications of the analytical evaluation of human tissues after exposure to cesium chloride. AFIP Fellowship, Dept. of Environmental and Toxicologic Pathology.

6.  <u>Omalu B,</u> Navarro C, Thomas L, Olibrice M. Pulmonary steatosis: fatty degeneration of type II pneumocytes Harlem Hospital 6th Annual Research Fair. College of Physicians and Surgeons of Columbia University. April 1998.

7.  <u>Omalu B,</u> Navarro C, Coira-Pademonte M. An immunohistochemical profile of tumor associated antigens in malignant melanoma and benign melanocytic nevi: CD44, p53 protein, cathepsin B and melan-A gene product. Harlem Hospital 6th Annual Research Fair. College of Physicians and Surgeons of Columbia University. April 1998.

## Abstract Presentations and Publications - 2

8.  Omalu H, <u>Omalu B</u>. Hepatitis B virus markers and liver function in patients with homozygous sickle cell disease. Library Archives, Department of Pediatrics, College of Medicine, University of Nigeria:March 1992.

9.  <u>Omalu B.</u> Knowledge, attitude and practice of contraception among university students in Enugu, Nigeria. Library Archives, Department of Public Health, College of Medicine, University of Nigeria: May 1989.

10. <u>Omalu B,</u> Hamilton R, Rolston R, Jaumotte J, Swalsky P, Finkelstein S. Mirodissection-based mutational profiling of meningiomas: meningioma grading and fractional allelic loss index. Platform presentation at the American Association of Neuropathologists national meeting, Denver, Colorado, June 20-23, 2002.

11. <u>Omalu B</u>, Koehler SA, Ladham S, Shakir A, Rozin L, Dominick J, Wecht CH. Forensic epidemiology of suicides in Allegheny County, Pennsylvania: a ten year retrospective review, 1991-1999. Platform presentation at the National Association of Medical Examiners national meeting, Sherveport, Louisiana, .September 27 - October 3, 2002,

12. Koehler SA, <u>Omalu B</u>, Ladham S, Shakir A, Rozin L, Dominick J, Wecht CH. The methods of suicide and seasonal patterns by Age, Sex, and Race: A 10-year Forensic Epidemiological study of Suicides in Allegheny County, Pa:1990-1999. Platform presentation at the International Assocaition of Forensic Nurses 10th Annual Scientific Assembly, Minneapolis, Minnestoa, October 9-12 2002

13. <u>Omalu B,</u> Lee JYK, Hamilton R, Finkelstein S. Loss of heterozygosity analysis of meningiomas as predictors of grade. Oral poster presentation at the 52nd Annual Meeting of the Congress of Neurological Surgeons, Philadelphia, Pennsylvania, September 23-25, 2002.

## Abstract Presentations and Publications - 3

14.    Ionescu DN, <u>Omalu BI,</u> Finkelstein SD, Swalsky PA, Trusky C, Lomago D, Yousem SA. Pulmonary meningothelial-like nodules: a genotypic comparison with meningiomas. Abstract presentation at the 92nd Annual meeting of the United States and Canadian Academy of Pathology, Washington DC, March 22-28, 2003.

15.    <u>Omalu B</u>, Abdulrazek S, Guoji W, Lipkin W, Wiley C. Fatal fulminant pan-meningo-polioencephalitis due to west nile virus. Abstract presentation at the 79th Annual Meeting of the American Association of Neuropathologists, Orlando, Florida., June 19-22, 2003.

16.    <u>Omalu B</u>, Abdulrazek S, Guoji W, Lipkin W, Wiley C. Fatal fulminant pan-meningo-polioencephalitis due to west nile virus. Abstract presentation at the Annual Meeting of the National Association of Medical Examiners, San Jose, California, September 19 – 24, 2003.

17.    Lee JYK, <u>Omalu B,</u> Hamilton R, King JT, Finkelstein S. Loss of Heterozygosity Analysis of Meningiomas: A Population Study. Abstract presentation at the 53rd Annual Meeting of the Congress of Neurological Surgeons, Denver Colorado, October 18-23, 2003.

18.    Luckasevic TM, <u>Omalu BI,</u> "Sudden and Unexpected Death Following Bariatric Surgery for Morbid Obesity." Poster Presentation at the United States and Canadian Association of Pathology 2004 Annual Meeting, Vancouver, British Columbia, Canada; March 6 – 12, 2004.

19.    <u>Omalu BI,</u> "Diagnosis of Alzheimer's disease in an exhumed decomposed brain after twenty months of burial in a deep grave". Poster Presentation at the American Association of Neuropathologists (AANP) 2004 Annual Meeting, Cleveland, Ohio, June 24-27, 2004.

## Abstract Presentations and Publications - 4

20. <u>Omalu BI,</u> "Chronic traumatic encephalopathy and the National Football League" Poster Presentation at the American Association of Neuropathologists (AANP) 2004 Annual Meeting, Cleveland, Ohio, June 24-27, 2004.

21. <u>Omalu BI,</u> "Diagnosis of Alzheimer's disease in an exhumed decomposed brain after twenty months of burial in a deep grave". Poster Presentation at the National Association of Medical Examiners (NAME) 2004 Annual Meeting, Nashville, TN, September, 10-15, 2004.

22. <u>Omalu BI,</u> "Chronic traumatic encephalopathy and the National Football League" Poster Presentation at the National Association of Medical Examiners (NAME) 2004 Annual Meeting, Nashville, TN, September, 10-15, 2004.

23. Ionescu DN, Naus GJ, Shakir AM, <u>Omalu BI.</u> Autopsy findings, manner and cause of death in nursing home deaths investigated by the Allegheny county coroner's Office, Pennsylvania: a five year retrospective review. Poster Presentation at the United States and Canadian Academy of Pathology 2005 Annual Meeting, San Antonio, Texas, February 26 – March 4, 2005.

24. Lindner JL, <u>Omalu BI,</u> Alhaji B, Shakir AM, Silverman JF, Wecht CH. Nursing home deaths which fall under the jurisdiction of the coroner: an 11-year retrospective study. United States and Canadian Academy of Pathology 2006 Annual Meeting, Atlanta, Georgia, February 11 – 17, 2006.

25. <u>Omalu BI,</u> Ives DG, Buhari AM, Lindner JL, Schauer PR, Wecht CH, Kuller LH. Death rates and causes of death following bariatric surgery for pennsylvania residents, 1995 to 2004. American Diabetes Association, 66th scientific session, June 9th – 13th, 2006, Washington, DC.

## Abstract Presentations and Publications - 5

26. <u>Omalu BI</u>, Lindner JL, Hamilton RL, Minster RL, Kamboh MI, Abdulrezak AM, DeKosky ST. A comparison of chronic traumatic encephalopathy in two national football league players. American Association of Neuropathologists, 26th International Congress of Neuropathology, September 10 – 15, September 10th – 15th, 2006, San Francisco, California.

27. Lindner JL, <u>Omalu BI,</u> Shakir AM. Nursing home deaths, which fall under the jurisdiction of the medical examiner. An eleven year retrospective review. 2006 national meeting of the National Association of Medical Examiners. October 2006, San Antonio, Texas.

28. Lindner JL, <u>Omalu BI</u>, Ives DG, Buhari AM, Lindner JL, Schauer PR, Wecht CH, Kuller LH. Death rates and causes of death following bariatric surgery for Pennsylvania residents, 1995 to 2004. 2006 national meeting of the National Association of Medical Examiners. October 13 – 17, 2006, San Antonio Texas

29. <u>Omalu BI</u>. The emerging role of forensic pathologists in identifying cases of chronic traumatic encephalopathy in NFL players. 2007 Annual meeting of the National Association of Medical Examiners, October 12 – October 17, 2007, Savannah, Georgia.

30. Lindner JL, <u>Omalu BI.</u> The role of environmental factors in the causation of sudden death in infants: two cases of sudden unexpected death in two unrelated infants who were cared for by the same babysitter. 2007 Annual meeting of the National Association of Medical Examiners, October 12 – October 17, 2007, Savannah, Georgia.

31. Lindner JL, <u>Omalu BI.</u> Forecasting as an operations management tool in a medical examiner's office. 2007 Annual meeting of the National Association of Medical Examiners, October 12 – October 17, 2007, Savannah, Georgia.

## Abstract Presentations and Publications - 6

32.   Bailes J, <u>Omalu BI.</u> Spectrum of Consequences of Sports-Related Mild Traumatic Brain Injury. 2008 annual meeting of the American Academy of Neurological Surgeons, September 8, Phoenix, Arizona.

33.   Bailes JE, Omalu B:  Chronic Traumatic Encephalopathy:  Autopsy analysis in professional and contact sport athletes. Presented at:  American Academy of Neurological Surgery 71st annual meeting, West Palm Beach, Florida, November 2009.

34.   Omalu B, Chronic Traumatic Encephalopathy: My Understanding of What We Can do Moving Forward. 13th Annual Society for Brain Mapping and Therapeutics. Miami, Florida, April 9th, 2016.

35.   Omalu B, CTE and FDDNP: Blast and Non-Blast Variants. 13th Annual Society for Brain Mapping and Therapeutics. Miami, Florida, April 9th, 2016.

36.   Omalu B, Chronic Traumatic Encephalopathy, Conformational Intelligence and the Law. April 23, 2017. Association of Defense Trial Attorneys, 2017 Annual Meeting, April 19-23, 2017, Monterey, California.

## Internet, Newspaper and Newsletter Articles and Publications

1.   Guest View: Autopsy of George Floyd did not reveal the truth. Stockton Record, Opinion, June 13, 2020. https://www.recordnet.com/opinion/20200613/guest-view-autopsy-of-george-floyd-did-not-reveal-truth

2.   It's time to stop fooling ourselves about the harm of heading a football. Daily Mail, October 28, 2019. https://www.dailymail.co.uk/news/article-7347433/Dr-Bennet-Omalu-says-contact-sports-banned-Australia.html.

3.   CTE Discoverer: We Shouldn't Be Surprised That Aaron Hernandez Had CTE. Op-Ed Contribution, Fortune.com, September 26, 2017. http://fortune.com/2017/09/26/bennet-omalu-cte-aaron-hernandez/?iid=sr-link1

4.    Concussions and NFL: How the name CTE came about. CNN, Political Op-Eds/ Social Commentary Contribution. December 22, 2015.

5.    Don't Let Kids Play Football. New York Times Op-Ed Contribution, December 7, 2015.

6.    Founder, http://www.Neo-Forenxis.com, an internet medico-legal consulting and autopsy service company, September 2006.

7.    Ionescu DN, Janssen JK, Omalu BI. A 49-year-old white woman found dead in her bed. Clinical pathology case of the month, Department of Pathology, University of Pittsburgh. http://path.upmc.edu/casemonth/cp-casemonth.html, November 2004, Case 407, Forensic Toxicology.

8.    Omalu B, A forensic perspective of suicide. Coroner's Gazette, Allegheny County Coroner's Office: 2000 June; 6:4-8.

9.    Dr. Bennet Omalu, Sacrament of marriage protective factor against suicide, Commentary, Pittsburgh Catholic Newspaper; Page 5, Friday, February 20, 2004

10.   Bennet I. Omalu, MD, MPH, Announcing Beta-Amyloid Precursor Protein Immunohistochemistry for the Forensic Pathology Practice. A newsletter circulated to all members of the National Association of Medical Examiners, March 2004.

## PART 3: COURT TESTIMONIES

### CRIMINAL CASES


**NOTE: I began keeping records in June 2009. I do not have records from 1999 to 2009, a period of ten years.**


1.  The People of the State of California vs. Amera Khalid Addi. Superior Court of California, County of San Joaquin, California. Trial, June 4, 2009. LF010386.

2.  The People of the State of California vs.Gerardo Antonio Orozco, Jose Jesus Gomez, Steven Mickey Alvarado. Superior Court of California, County of San Joaquin, California. Preliminary Hearing, June 8, 2009. SF111174.

3.  The People of the State of California vs. Rammel Barao, Vandell Johnson, Jr. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 28, 2009. SF111178.

4.  The People of the State of California vs. Gabriel Isidore Olivarez, Ruben Carrillo. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 24, 2009. SF111555.

5.  The People of the State of California vs. Terrance Graham. Supeior Court of California, County of San Joaquin, California. Preliminary Hearing. July 20, 2009. SF111544.

6.  The People of the State of California vs. Melissa Huckabee. Superior Court of California, County of San Joaquin. California. Grand Jury. July 21, 2009. DA# 2535.

7.  The People of the State of California vs. Chanreasmey Prum, Rattany Uy, Michael Andrew Garduno, Deandre Cole. Superior Court of California, County of San Joaquin, California. Trial. August 4, 2009. SF107288.

8.  The People of the State of California vs. Raymond Lee Dale. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 5, 2009. MM118508.

9.  The People of the State of California vs. Anthony Santos Mejorado, Issac Joseph Mejorado. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 25, 2009. SF111696.

10. The People of the State of California vs. Daniel Seth Maciel, Jaime Ledezma Baro, Travis Leon Carter, Debbie Rosemarie Perez, Roy Allen Thierry. Superior Court of California, County of San Joaquin, California. Trial. September 18, 2009. SF105792.

11. The People of the State of California vs. Dejon Whitfield, Djuane Hicks, Edward Adams. Superior Court of California, County of San Joaquin, California. Grand Jury. September 23, 2009. DA# 2550.

12.    The People of the State of California vs. Jesse Refugio Tellez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 15, 2009. SF112270.

13.    The People of the State of California vs. Sidney Kelley, David Depron, Erica Crystal Vergara, Amanda Nicole Newitt. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 20, 2009. SF107969.

14.    The People of the State of California vs. Terry Lynn Herron. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 28, 2009. SF112494.

15.    The People of the State of California vs. Mario Pena. Superior Court of California, County of San Joaquin, California. Trial. November 4, 2009. MF031224.

16.    The People of the State of California vs. Jorge Morgan, Robert Anthony Plunkett-Morgan. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 19, 2009. SF112590.

17.    The People of the State of California vs. Jeffrey Haworth. Superior Court of California, County of San Joaquin, California. Trial. January 5, 2010. SF112033.

18.    The People of the State of California vs. Joel Ladon Lewis, Gerell Lee Whatley, Delisa Rochelle Bryant. Superior Court of California, County of San Joaquin, California. Trial. January 22, 2010. SF110732.

19.    The People of the State of California vs. Verra Torres. Superior Court of California, County of San Joaquin, California. Grand Jury. January 27, 2010. DA# 2571.

20.    The People of the State of California vs. Richard Tihomir Lukic. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. February 3, 2010. SF113247.

21.    The People of the State of California vs. Gabriel Isidore Olivarez, Ruben Carrillo. Superior Court of California, County of San Joaquin, California. Trial. February 18, 2010. SF111555.

22.    The People of the State of California vs. Jose Jesus Perez, Jose Gutierrez. Superior Court of California, County of San Joaquin. Preliminary Hearing. February 19, 2010. SF113004.

23.    The State of Nevada vs. Victor Olusegun Fakoya. Clark County District Court, Nevada. Trial. February 24, 2010. 08F22346X/C249790.

24.    The People of the State of California vs. Anthony Adell Hubbard. Superior Court of California, County of San Joaquin. Preliminary Hearing. March 2, 3, 2010. SF113328.

25. The People of the State of California vs. Gerardo Antonio Orozco, Jose Jesus Gomez, Steven Mickey Alvarado. Superior Court of California, County of San Joaquin. Trial. March 10, 2010. SF111174.

26. Commonwealth of Virginia vs. Elmer Jonathan Midence. Circuit Court of Fairfax County, Virginia. Trial. March 11, 2010. FE-2009-0000914.

27. The People of the State of California vs. Ghanem Valdimar Elsumeri. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 23, 2010. SF113429.

28. The People of the State of California vs. Michael Dwayne Mau, Johnny Joseph Martinez, Elvis Mendoza, Cecilia Naomi Colon, Maria De La Luz Martinez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 28, 2010. SF113131.

29. The People of the State of California vs. Leopoldo Carranza. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 28, 2010. SF113697.

30. The People of the State of California vs. Baljit Singh. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 7, 2010. SF113711.

31. The People of the State of California vs. Antonio Perez Ford. Superior Court of California, County of San Joaquin, California. Trial. May 12, 2010. SF106558.

32. The People of the State of California vs. James Washington. Superior Court of California, County of Sacramento, California. Trial. May 18, 2010. 08F04720.

33. The People of the State of California vs. Jose Rodriguez Cardenas, Ramon Enriquez Mendez. Superior Court of California, County of San Joaquin, California. Trial. May 20, 2010. SF106859.

34. The People of the State of California vs. Arthur Carlos Garcia. Superior Court of California, County of San Joaquin, California. Trial. May 26, 2010. SF107299.

35. The People of the State of California vs. Junior Barrasa. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 2, 2010. SF113295.

36. The People of the State of California vs. Percy Lamonte Camel. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 8, 2010. SF114327.

37. The People of the State of California vs. Ricardo David Tabios. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. July 13, 2010. SF112508.

38. The People of the State of California vs. David Leon Lagrimas. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. July 14, 2010. SF114042.

39.   The People of the State of California vs. Rammel Barao, Vandell Johnson, Jr. Superior Court of California, County of San Joaquin, California. Trial. August 3, 2010. SF111178.

40.   The People of the State of California vs. Jose Luis Lopez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 9, 2010. SF114511.

41.   The People of the State of California vs. Siphanna Touch, Dinunn Chan. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 30, 2010. SF114812.

42.   The People of the State of California vs. Robert Alexis Turner, Allen John Periman, Valerie Nessler. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 8, 2010. SF114626.

43.   The People of the State of California vs. Patrick John Forrester. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 14, 2010. SF114825.

44.   The People of the State of California vs. Leopoldo Carranza. Superior Court of California, County of San Joaquin, California. Trial. September 28, 2010. SF113697.

45.   The People of the State of California vs. Jose Jesus Perez, Jose Gutierrez. Superior Court of California, County of San Joaquin, California. Trial. October 1, 2010. SF113004.

46.   The People of the State of California vs. Mitchell Barron. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 12, 2010. SF114979.

47.   The People of the State of California vs. Kevin Harrison. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 18, 2010. SF115281.

48.   The People of the State of California vs. Maria Colunga and Elias Armenta. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 28, 2010. SF111623.

49.   The People of the State of California vs. Jose Antonio Vega. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 29, 2010. SF115481.

50.   The People of the State of California vs. Patrick Devora. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 1, 2010. SF115194.

51.   The People of the State of California vs. Nicholas Ferrell Emmett. Superior Court of California, County of Sacramento, California. Preliminary Hearing. November 5, 2010. 09F04994.

52.   The People of the State of California vs. Michael Dwayne Mau, Johnny Joseph Martinez. Superior Court of California, County of San Joaquin, California. Trial. November 9, 2010. SF113131.

53.    The People of the State of California vs. Douglas Andre Thomas, Jr. Superior Court of California, County of Sacramento, County of San Joaquin, California. Preliminary Hearing. November 19, 2010. SF114273.

54.    The People of the State of California vs. Gregory Michael Rice. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 30, 2010. SF114606.

55.    The People of the State of California vs. Jesse Refugio Tellez. Superior Court of California, County of San Joaquin, California. Trial. December 1, 2010. SF112270.

56.    The State of Nevada vs Victor Olusegun Fakoya. Clark County District Court, Clark County, Nevada. Trial. December 6, 7, 2010. 08F22346X/C249790.

57.    The People of the State of California vs. Marco Antonio Rios. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 29, 2010. SF115976.

58.    The People of the State of California vs. Demario Josh Langford. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 3, 2011. SF115727.

59.    The People of the State of California vs. Tiffany Ann Holmes. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 18, 2011. SF115318.

60.    The People of the State of California vs. Anthony Paul Acosta. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 24, 2011. SF115873.

61.    The People of the State of California vs. Alexander Suliven. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 24, 2011. SF115230.

62.    The People of the State of California vs. Baljit Singh. Superior Court of California, County of San Joaquin, California. Trial. February 3, 8, 2011. SF113711.

63.    The People of the State of California vs. Michael Sokkhorm May, Kaller Sam, Ron Korm, Jereme Sin, Allen Phalit, Eddi Yam, Savann Rang and Ly Jan So. Superior Court of California, County of San Joaquin, California. Grand Jury. February 9, 2011. DA#2598.

64.    The People of the State of California vs. Edgar Jose Canseco. Superior Court of California, Count of San Joaquin, California. Preliminary Hearing. March 1, 2011. SF115887.

65.    The People of the State of California vs. Alphonze Fitzhugh. Superior Court of California, County of San Joaquin, California. Grand Jury. March 3, 2011. DA#2632.

66.  The People of the State of California vs. Angelo Marcus Gonzales, Lionzo Angel Villarreal. Superior Court of California, County of San Joaquin, California. March 14, 2010. SF115628.

67.  The People of the State of California vs. Noah Eugene Duenas. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. Preliminary Hearing. March 22, 2011. SF116082.

68.  The People of the State of California vs. Benjamin Serratos III. Superior Court of California, County of San Joaquin, California. Preliminary Hearing, March 28, 2011. SF115116.

69.  The People of the State of California vs. Richard Tihomir Lukic. Superior Court of California, County of San Joaquin, California. Jury Trial. March 29, 2011. SF113247.

70.  The People of the State of California vs. Genaro Torres Jr. Superior Court of California, County of San Joaquin, California. Grand Jury. April 7, 2011. DA# 2638.

71.  The People of the State of California vs. Bobby Suriyan. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 22, 2011. SF115112.

72.  The People of the State of California vs. Jose Rodriguez Cardenas. Superior Court of California, County of San Joaquin, California. Trial. April 27, 2011. SF106859.

73.  The Commonwealth of Virginia vs. Antonio B. Rueda [AKA: Antonio Barron]. Floyd County Circuit Court, Virginia. Trial. May 5, 2011. CR10-09.

74.  The People of the State of California vs. Brandon Cole Lagorio. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 9, 2011. LF012214.

75.  The People of the State of California vs. John Joseph Lydon. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 9, 2011. SF115784.

76.  The People of the State of California vs. Ignacio Felix. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 16, 2011. SF116259.

77.  The People of the State of California vs. Demario Josh Langford. Superior Court of California, County of San Joaquin, California. Trial. May 17, 2011. SF115727.

78.  The People of the State of California vs. Georgina Nunez, Hamid Abid Flores. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 6, 2011. SF117178.

79.  The People of the State of California vs. Patrick John Forrester. Superior Court of California, County of San Joaquin, California. Trial. June 17, 21, 2011. SF114825.

80.  The People of the State of California vs. Robert Alexis Turner, Allen John Periman, Valerie Nessler. Superior Court of California, County of San Joaquin, California. Trial. June 30, 2011. SF114626.

81.  The People of the State of California vs. David Leon Lagrimas. Superior Court of California, County of San Joaquin, California. Trial. July 21, 2011. SF114042.

82.  Commonwealth of Virginia v. Stephanie Renee Scates. Circuit Court of the County of Pittsylvania, Virginia. Trial. July 25, 2011. CR10000525-00/CR10000850-00.

83.  The People of the State of California vs. Jose Antonio Valle. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 2, 2011. SF116354.

84.  The People of the State of California vs. Jose Antonio Vega. Superior Court of California, County of San Joaquin, California. Trial. August 17, 2011. SF115481.

85.  The People of the State of California vs. Gerardo Antonio Orozco, Jose Jesus Gomez, Steven Mickey Alvarado. Superior Court of California, County of San Joaquin, California. Trial. September 1, 2011. SF111174.

86.  The People of the State of California vs. Courtney Brown. Superior Court of California, County of San Joaquin, California. Grand Jury Testimony. September 12, 2011. SP07-42491.

87.  The People of the State of California vs. Howard Daniel Smith. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 20, 2011. SF117208.

88.  The People of the State of California vs. Alberto Francisco Lara, Issiah Flores, Aurelio Espinoza, Jr. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 21, 2011. SF116240.

89.  The People of the State of California vs. Patricia Lopez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 26, 2011. SF116883.

90.  The State of Maryland vs. David Bolding. Circuit Court for Prince George's County, Maryland. Trial. October 13, 2011; October 17, 2011. 101221X.

91.  The People of the State of California vs. Djuane Nunley, Dorjan Lyndell and Marcus McCliman. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 14, 2011. SFII8124.

92.  The State of Nevada vs. Cody Brian Wallace. Justice Court of Walker River Township, County of Lyon, State of Nevada. Preliminary Hearing. October 16, 2011. 10 CR 00385 3H

93.  The People of the State of California vs. Luciano Michael Mejia. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 28, 2011. SF117784.

94.  The People of the State of California vs. Angelo Marcus Gonzales, Lionzo Angel Villarreal. Superior Court of California, County of San Joaquin, California. Trial. December 9, 2011. SF115628.

95.  The Commonwealth of Virginia vs. Junior Kamper Spradlin. In the Circuit Court of Washington County, Virginia. Trial. December 13, 2011. CR11-594.

96.  The People of the State of California vs. Bianca Armstead. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 15, 2011. SF116605.

97.  The People of the State of California vs. Xavier Spivey, Stedviano Mayes. Superior Court of California, County of San Joaquin, California. Grand Jury. December 15, 2011. 11-24963/GJ-2011-4013055.

98.  The People of the State of California vs. Michael Harmon. Superior Court of California, County of Sacramento, California. Trial. December 19, 2011. 11F06107.

99.  The People of the State of California vs. Aushua Mcduff-Brown. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 20, 2011. SF118629.

100.  The People of the State of California vs. Junior Barrasa. Superior Court of California, County of San Joaquin, California. Jury Trial. December 23, 2011. SF113295.

101.  The People of the State of California vs. Gonzalo Riquelme, Miguel Valle. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 3, 2012. SF118647.

102.  The People of the State of California vs. Howard Lamont Eady. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 9, 2012. SF117609.

103.  The People of the State of California vs. Fernando Valdez. Superior Court of California, County of San Joaquin, California. Trial. January 19, 2012. SF115526.

104.  The People of the State of California vs. Donald Lee Wilson. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 23, 2012/March 1, 2012/March 5, 2012. SF118090.

105.  The People of the State of California vs. Noah Duenas. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. February 2, 2012. SF116082 (A).

106.  The State of Nevada vs. Lisanewerk Gebresilassie. Las Vegas Justice Court, Clark County, Las Vegas, Nevada. Preliminary Hearing. February 8, 2012. 11F17023X.

107.  The People of the State of California vs. Benjamin Serrotos, III. Superior Court of California, County of San Joaquin, California. Trial. February 15, 2012. SF115116.

108.  The People of the State of California vs. Anthony Paul Acosta. Superior Court of California, County of San Joaquin, California. Trial. February 28, 2012. SF118511.

109.  The People of the State of California vs. Eddie Sandoval Lopez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. February 29, 2012. SF119144.

110.  The People of the State of California vs. Feliciano Lopez and Alajandro Sanchez. Superior Court of California, County of San Joaquin, California. Grand Jury. March 2, 2012. S010-09651.

111. The People of the State of California vs. Dawson Andrew Mcgehee. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 28, 2012. SF118835.

112. The People of the State of California vs. Jason Ross Gilley. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 16, 2012. SF118737.

113. The People of the State of California vs. Rebecca Mendoza. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 17, 2012. SF119652.

114. The People of the State of California vs. Devon Omar Epps. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 24, 2012. SF119095.

115. The People of the State of California vs. Robert Alexis Turner, Allen John Periman, Valerie Nessler. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 2, 2012. SF114626.

116. The People of the State of California vs. Jonathan Casas. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 14, 2012. SF119416.

117. The People of the State of California vs. Edgar Canseco, Emmanuel Mendoza. Superior Court of California, County of San Joaquin, California. Trial. June 1, 2012. SF115887.

118. The People of the State of California vs. Richard Gonzalez, Jr. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 27, 2012. SF119941.

119. The People of the State of California vs. Tammi Harris. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 27, 2012. SF117439.

120. The People of the State of California vs. Alberto Lara, Issiah Flores, Aurelio Espinoza, Jr. Superior Court of California, County of San Joaquin. Jury Trial. August 8, 2012. SF116240.

121. The People of the State of California vs. Link Rhodes, III. Superior Court of California, County of San Joaquin. Preliminary Hearing. July 18, 2012. SF120193.

122. The People of the State of California vs. Jose Antonio Vega. Superior Court of California, County of San Joaquin. Jury Trial. August 23, 2012. SF115481.

123. The People of the State of California vs. Demetrius Anderson. Superior Court of California, County of San Joaquin. Grand Jury. August 23, 2012. SP12-01979.

124. The People of the State of California vs. Manuel Guzman. Superior Court of California, County of Sacramento. Jury Trial. August 30, 2012. IIFO5045.

125. The People of the State of California vs. Robert Antonio Barnes, Carlos Alberto Hernandez. Superior Court of California, County of San Joaquin. Jury Trial. September 7, 2012. SF117037.

126. The People of the State of California vs. Ashik Ali Zane. Superior Court of California, County of San Joaquin. Preliminary Hearing. September 10, 2012. SF118453.

127. The People of the State of California vs. Tushambi Evans and Jamela Evans. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 12, 2012. SF119970.

128. The People of the State of California vs. Terrell Lamont Washington and Link Rhodes. Superior Court of California, County of San Joaquin, California. Grand Jury. October 2, 2012. SP12-10681.

129. The People of the State of California vs. Aushua Mcduff-Brown. Superior Court of California, County of San Joaquin, California. July Trial. October 4, 2012. SF118629.

130. The People of the State of California vs. Stephen Carriero. Superior Court of California, County of San Joaquin, California. Grand Jury. October 15, 2012. TP12-04806.

131. The People of the State of California vs. Djuane Nunley, Durjan Lyndell Daniels and Marcus Mcclman. Superior Court of California, County of San Joaquin, California. Jury Trial. October 31, 2012. SF118124.

132. The People of the State of California vs. Dawson Andrew Mcgehee. Superior Court of California, County of San Joaquin, California. Jury Trial. November 8, 2012. SF118835.

133. The State of Nevada vs. Kevin Lee Travis. Justice's Court of New River Township, County of Churchill, State of Nevada. Preliminary Hearing. November 9, 2012. 12-CR-00041.

134. The People of the State of California vs. Bobby Suriyan. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 4, 2012. SF120760.

135. The State of Nevada vs. Robert Schnueringer, Zach Kelsey, and Andrue Jefferson. Second Judicial District Court of the State of Nevada. County of Washoe. Trial. December 10, 2012. WCSO WC12-001241.

136. The People of the State of California vs. Yor Xiong. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 11, 2012. SF120774.

137. The People of the State of California vs. Devon Omar Epps. Superior Court of California, County of San Joaquin, California. Trial. December 20, 2012. SF119095.

138. The People of the State of California vs. Isaac Martinez. Superior Court of California, County of San Joaquin, California. Grand Jury. December 20, 2012. SO11-21376.

139. The People of the State of California vs. John Joseph Lydon. Superior Court of California, County of San Joaquin, California. Jury Trial. January 16, 2013. SF115784.

140. The People of the State of California vs. Anthony Santos Mejorado, Issac Joseph Mejorado. Superior Court of Calfornia, County of San Joaquin, California. Jury Trial. February 6, 2013. SF111696.

141. The State of Nevada vs. Diego Nochebuena. Eight Judicial District Court, Clark County, Nevada. Motion Hearing. February 28, 2013. C-11-270267-1.

142. The People of the State of California vs. Stedvieno Mayes, Xavier Spivey and Shameka Evans. Superior Court of California, County of San Joaquin, California. Jury Trial. March 5, 2013. SF119150.

143. The People of the State of California vs. Brandon Riberal, Raymond Vallis, Rocky Riberal, Vincente Yanez, Carlos Zendejas. Superior Court of California, County of San Joaquin, California. Grand Jury. March 11, 2013. SP12-11070.

144. The People of the State of California vs. Jay Loren Prater. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 25, 2013. SF120867.

145. The People of the State of California vs. Otilio Garcia. Superior Court of California, County of San Joaquin, California. Grand Jury. March 26, 2013. SO12-28688.

146. The People of the State of California vs. Alfredo Reyes Reyes. Superior Court of California, County of San Joaquin, California. Grand Jury. April 9, 2013. S082-01452.

147. The People of the State of California vs. Charlie Dumlao. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 10, 2013. SF121232.

148. The People of the State of California vs. Michael Sokkhorm Muy, Kailler Sam, Ron Korm. Superior Court of California, County of San Joaquin, California. Jury Trial. April 25, 2013. SF116876.

149. The People of the State of California vs. James Elron Mings. Superior Court of California, County of Yolo, California. Jury Trial. May 7, 2013. 13-0828.

150. The People of the State of California vs. Oscar Gaspar. Superior Court of California, County of Sacramento, California. Motion Hearing. May 22, 2013. 11F05744.

151. Commonwealth of Virginia v. Vanesa Patricio Cruz. The Circuit Court for Loudoun County, Leesburg, Virginia. Jury Trial. May 29 and 30, 2013. CR23981.

152. People of the State of California vs. Angelo Dunya Wright. Superior Court of California, County of Sacramento, California. Jury Trial. June 10, 2013. 11F07773.

153. The People of the State of California vs. Oscar Gaspar. Superior Court of California, County of Sacramento, California. Jury Trial. June 18, 2013. 11F05744.

154. The People of the State of California vs. Tushambi Evans and Jamela Evans. Superior Court of California, County of San Joaquin, California. Motion Hearing. June 24, 2013. SF119970.

155. The State of Nevada v. Paul Mathew Revell. Second Judicial District Court of the State of Nevada, County of Washoe, Reno, Nevada. Discovery Motion Hearing. August 9, 2013. CR12-1874.

156. Yolo County Grand Jury, California, Samuel Stone, #A12-0691, Office of the District Attorney, Yolo County, Woodland, California. Grand Jury Testimony. August 20, 2013.

157. The People of the State of California vs. Otilio Lee Garcia. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 12, 2013. SF125241.

158. The People of the State of California vs. Jason Ross Gilley. Superior Court of California, County of San Joaquin, California. Jury Trial. September 13, 2013. SF118737.

159. The People of the State of California vs. Percy Lamonte Camel. Superior Court of California, County of San Joaquin, California. Jury Trial. September 27, 2013. SF114327.

160. The People of the State of California vs. Percy Lamonte Camel. Superior Court of California, County of San Joaquin, California. Jury Trial. October 4, 2013. SF114327.

161. The People of the State of California vs. Anthony Nabor Orosco. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 8, 2013. SF123417.

162. The People of the State of California vs. Edgar Frayre. Superior Court of California, County of San Joaquin, California. Grand Jury. October 9, 2013. SP13-31815.

163. The People of the State of California vs. Tushambi Evans and Jamela Evans. Superior Court of California, County of San Joaquin, California. Trial. October 24, 25, 2013; November 18, 2013. SF119970.

164. The People of the State of California vs. Miguel Araiza, Jr. Superior Court of California, County of San Joaquin, California. Trial. November 26, 2013. SF119827.

165. The People of the State of California vs. Bobby Suriyan. Superior Court of California, County of San Joaquin, California. Trial. December 4, 2013. SF120760.

166. Commonwealth of Virginia v. Vanesa Patricio Cruz. The Circuit Court for Loudoun County, Leesburg, Virginia. Jury Trial. December 19, 20, 2013. CR23981.

167. The People of the State of California vs. Miguel Flores. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 6, 2014. SF124973.

168. State of Nevada vs. Patrick Cody McCormick. Fourth Judicial District of the State of Nevada in and for the County of Elko, Nevada. Evidentiary Hearing. January 7, 2014. CR-FP-95-6248.

169. The People of the State of California vs. Jesse Leon Helm. Superior Court of California, County of San Bernardino, Victorville Superior Court, California. Preliminary Hearing. January 9, 2014. FV11201162.

170. The People of the State of California vs. Otilio Lee Garcia. Superior Court of California, County of San Joaquin, California. Jury Trial. February 25, 2014. SF125241.

171. State of Nevada vs. Leonardo Cardoza. In the Justice Court of Carson Township in and for Carson City, State of Nevada, Carson City, Nevada. Jury Trial. February 27, 2014. 13 CR 00059 1B.

172. The People of the State of California vs. Charlie Dumlao. Superior Court of California, County of San Joaquin, California. Jury Trial. February 28, 2014. SF121232.

173. The People of the State of California vs. Brandon Rocky Riberal, Raymond Valles, Rocky Riberal, Vincente Yanez and Carlos Zendejas. Superior Court of California, County of San Joaquin, California. Jury Trial. March 18, 2014. SF123374.

174. The People of the State of California vs. Christopher Robinson. Superior Court of California, County of San Joaquin. Preliminary Hearing. March 21, 2014. SF126631.

175. The People of the State of California vs. Stephen James Rodriguez, Matthew Ornelas and Herbis Sanchez Sauceda. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 26, 2014. SF125294.

176. The People of the State of California vs. Michael McKuin. Superior Court of California, County of San Joaquin. Grand Jury Hearing. March 27, 2014. SO13-00014.

177. The People of the State of California vs. Joshua Adam Franklin. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 27, 2014. SF124959.

178. The People of the State of California vs. Juan Julius Barnes, Terrance Lee Adams and Deandre Lamont Adams. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 1, 2014. SF124679.

179. The People of the State of California vs. Jerome Sidney Deavila. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 3, 2014. SF123201.

180. The People of the State of California vs. Tammi Harris. Superior Court of California, County of San Joaquin, California. Jury Trial. April 9, 2013. SF117439.

181. The People of the State of California vs. Yvonne Nichole Gallardo. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 14, 2014. SF125711.

182. The People of the State of California vs. Quentin Paul Stone. Superior Court of California, Yolo County, California. Jury Trial. May 6, 2014; May 15, 2014. 13003357.

183. The People of the State of California vs. Sergio Reyes. Superior Court of California, County of Sacramento, California. Jury Trial. May 7, 2014. 13F07721.

184. The People of the State of California vs. Matthew Ornelas and Herbis Sanchez Sauceda. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 9, 2014. SF125294.

185. The People of the State of California vs. Derrick Ware, Dameon Spragans and Robert McNeally.
Superior Court of California, County of Contra Costa, California. Jury Trial. May 15, 2014. 5110797-
8.

186. The People of the State of California vs. John Sylvester Collier, III. Superior Court of California,
County of San Joaquin, California. Preliminary Hearing. May 16, 2014. SF125355.

187. The People of the State of California vs. Eric Mitchell. Superior Court of California, County of
Sacramento, California. Jury Trial. May 21, 2014. 13FO5850.

188. The People of the State of California vs. Zane Ali Ashik. Superior Court of California, County of San
Joaquin, California. Jury Trial. August 8, 2014. SF118453.

189. The People of the State of California vs. Dwight Wilson Slay, Jr. and Latima Denise Coleman.
Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 19,
2014; August 26, 2014. SF127718.

190. The People of the State of California vs. Bobby Sherell Miller and Kyren Nicodemus Nicholson.
Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 20,
2014. SF127084.

191. The People of the State of California vs. David Plan and Brandon Gann. Superior Court of
California, County of San Joaquin, California. Jury Trial. September 3, 2014. SF122517.

192. The People of the State of California vs. Rebecca Mendoza. Superior Court of California, County of
San Joaquin, California. Jury Trial. September 19, 2014. SF119652.

193. The People of the State of California vs. Gary Miguel. Superior Court of California, County of
Sacramento, California. Jury Trial. October 3 and 6, 2014. 13F03791.

194. The People of the State of California vs. Christopher Robinson. Superior Court of California, County
of San Joaquin, California. Jury Trial. October 14, 2014. SF126631.

195. The People of the State of California vs. Juan Julius Barnes and Deandre Lamont Adams. Superior
Court of California, County of San Joaquin, California. Jury Trial. October 17, 2014. SF124679.

196. The People of the State of California vs. Christopher Emery, Steve Schleimer, Joseph Dibartolomeo
and Brian Ice. Superior Court of California, County of San Joaquin, California. Grand Jury. October
27, 2014. SO13-23454.

197. The People of the State of California vs. Longino Lamort Tolefree. Superior Court of California,
County of San Joaquin, California. Preliminary Hearing. October 28, 2014. SF126699.

198. The State of Nevada vs. Paul Mathew Revell. Second Judicial District Court, State of Nevada,
County of Washoe. Jury Trial. November 13 and 19, 2014. CR12-1874/D03.

199. The People of the State of California vs. Robert Thomas. Superior Court of California, County of
San Joaquin, California. Preliminary Hearing. November 14, 2014. SF127496.

200. The People of the State of California vs. Nicholas Medina. Superior Court of California, County of
San Joaquin, California. Preliminary Hearing. November 20, 2014. SF127256.

201. State of Nevada vs. Brittany Michelle Paugh. In the Justice Court of Carson Township and for
Carson City, State of Nevada. Sentencing Hearing. December 30, 2014. 14 CR 00017 1B.

202. The People of the State of California vs. Jorge Aceves-Cortez. Superior Court of California, County
of Kern, California. Jury Trial. January 12, 13, 2015. BF151070A.

203. The People of the State of California vs. Francisco Javier Gonzalez Rivera. Superior Court of
California, County of San Joaquin, California. Preliminary Hearing. February 3, 2015. SF129196.

204. The State of Nevada vs. Tatiana Leibel. In the Ninth Judicial District Court of the State of Nevada in
and for the County of Douglas, Nevada. Jury Trial. February 4, 2015. 14-CR-0062.

205. The People of the State of California vs. Coleen Iva Marie Torres. Superior Court of California,
County of San Joaquin, California. Jury Trial. March 3, 2015. SF125122.

206. The People of the State of California vs. Brian Michael Hrenko. Superior Court of California, County
of San Joaquin, California. Jury Trial. March 18, 2015. SF125618.

207. The People of the State of California vs. Kenneth Charles Stringfellow. Superior Court of California,
County of Plumas, California. Jury Trial. March 30, 2015. F13-00929.

208. The People of the State of California vs Keith Darnell Denegal, Jr. Superior Court of California,
County of San Joaquin. California. Preliminary Hearing. April 6, 2015. SF129019.

209. The People of the State of California vs Yor Xiong. Superior Court of California, County of San
Joaquin, California. Jury Trial. April 7, 2015. SF120774.

210. The People of the State of California vs Charlie Srey. Superior Court of California, County of San
Joaquin, California. Preliminary Hearing. April 13, 2015. SF127198.

211. The People of the State of California vs Terrance Jerome Boone, Christon Williams Clark Jones.
Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 14, 2015.
SF129328.

212. The People of the State of California vs. Zachary Hurlburt-Erhardt. Superior Court of California,
County of San Joaquin, California. Grand Jury Hearing. May 7, 2015. MP14-25661.

213. The People of the State of California vs. Bryan Scott and Valentina Ann Paz. Superior Court of
California, County of San Joaquin, California. Preliminary Hearing. May 12, 2015. SP14-00215.

214. The People of the State of California vs. Juan Cristobal Sanchez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 21, 2015. SO14-17957.

215. The State of Nebraska vs. Brittney Pryce. District Court of Custer County, Nebraska. Deposition. May 29, 2016 and July 1, 2016. CR14-18.

216. The People of the State of California vs. Aaron Kajaun Mckenzie. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 8, 2015. SP12-10681.

217. The People of the State of California vs. Anthony Nabor Orosco. Superior Court of California, County of San Joaquin, California. Jury Trial. June 17, 2015. SP13-09851.

218. The People of the State of California vs. Robert Lee White. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 30, 2015. SP14-29281.

219. The People of the State of California vs. Fabian Scrivens. Superior Court of California, County of San Joaquin, California. Jury Trial. July 8 and 9, 2015. SP12-30066.

220. The People of the State of California vs. Eugene Gaines and Derrick McDowell. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 12, 2015. SP15-05441.

221. The State of Mississippi vs. Patricia Redman. In the Circuit Court of Desoto County, Mississippi. Jury Trial. August 20, 2015. CR2014-0604GCD.

222. The People of the State of California vs. Richard Howard Watkins. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 21, 2015. MP14-07142.

223. The People of the State of California vs. Anthony Blackowl. Superior Court of California, County of Sacramento, California. Jury Trial. September 1, 2015. 12FO5374.

224. The People of the State of California vs. Alfredo Reyes Reyes. Superior Court of California, County of San Joaquin, California. Jury Trial. October 21, 2015. SO82-01452.

225. The People of the State of California vs. John Wilburn. Superior Court of California, County of Kern, California. Jury Trial, November 2-3, 2015. BF150017A.

226. The People of the State of California vs. Grant Maurice Lavender. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 11, 2015. SP15-33905.

227. The People of the State of California vs. Andy Hem. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 13, 2016. SP14-37451.

228. The People of the State of California vs. Leo Avita. Superior Court of California, County of San Joaquin, California. Grand Jury. January 13, 2016. SP14-25269.

229. The State of Nevada vs. Cody Brian Wallace. The Third Judicial District Court of the State of Nevada, County of Lyon. Jury Trial. February 15, 2016. CR 7960.

230. The People of the State of California vs. Ralph Hauerta Gamboa, Jesus Rodriguez and Sirenia Alcauter. Superior Court of California, County of San Joaquin, California. Prelminary Hearing. February 24, 2016. SP15-23069.

231. The People of the State of California vs. Christopher Lee Emery, Brian Andrew Ice, Stephen Charles Schleimer and Joseph Anthony Dibartolomeo. Superior Court of California, County of San Joaquin, California. Jury Trial. February 26, 2016. SO13-23454.

232. The People of the State of California vs. Longino Lamort Tolefree. Superior Court of California, County of San Joaquin, California. Jury Trial. March 3, 2016. MP14-01081.

233. The People of the State of California vs. Salvador Alexander Castro, II and Joseph Anthony Castro. Superior Court of San Joaquin County, California. Jury Trial. March 16, 2016. SP15-19945.

234. The People of the State of California vs. Shaun Terriel Perkins. Superior Court of San Joaquin County, California. Preliminary Hearing. March 21, 2016.

235. The People of the State of California vs. Grant Maurice Lavender. Superior Court of San Joaquin County, California. Jury Trial. April 5, 2016. SP15-33905.

236. The People of the State of California vs. Darnell Leshawn White and John Doe. Superior Court of San Joaquin County, California. Preliminary Hearing. April 18, 2016. SP15-40792.

237. The People of the State of California vs. Zachary Hurlburt Erhardt. Superior Court of San Joaquin County, California. Jury Trial. April 29, 2016. CR-2015-4095760.

238. The People of the State of California vs. Bryan Scott Cook. Superior Court of San Joaquin County, California. Jury Trial. May 5, 2016. SP14-00215.

239. The People of the State of California vs. Darnell Leshawn White. Superior Court of San Joaquin County, California, Jury Trial. July 5, 2016. SP15-40792.

240. The People of the State of California vs. Jorge Melchor Castro. Superior Court of the State of California, Count of Riverside, California, Jury Trial. July 12, 2016. INF1401570.

241. The People of the State of California vs. Bobby Sherell Miller and Kyren Nicodemus Nicholson. Superior Court of the State of California, County of San Joaquin, California, Jury Trial. July 13, 2016. SP14-06371.

242. The People of the State of California vs. Derrick Allen Brown. Superior Court of California, County of Riverside, California, Jury Trial. July 20, 21, 2016. RIF1400959.

243. The People of the State of California vs. Nicholas Medina. Superior Court of the State of California, Jury Trial. August 9, 2016. SP14-8019.

244. The People of the State of California vs. Sarah Josephine Zavala. Superior Court of the State of California, Preliminary Hearing. August 9, 2016. SP16-11551.

245. The People of the State of California vs. Terrance Jerome Boone and Christon Williams Clark Jones. Superior Court of the State of California, San Joaquin County. Jury Trial. August 19, 2016. TP14-37534.

246. The State of Nebraska vs. Brittney Pryce. District Court of Custer County, Nebraska. Jury Trial, August 24, 2016. CR14-18.

247. The People of the State of California vs. Michael McKuin. Superior Court of the State of California, San Joaquin County. Jury Trial. August 26, 2016. SO13-00014.

248. The People of the State of California vs. Robert Baguindo. Superior Court of the State of California, San Joaquin County. Preliminary Hearing. September 8, 2016. SP16-19073.

249. The People of the State of California vs. Randy Howard Francis. Superior Court of the State of California, San Joaquin County. Jury Trial. October 4, 2016. SP15-09500.

250. The People of the State of California vs. Darnell Deangelo Dorsey. Superior Court of the State of California, Yolo County. Jury Trial. October 17, 2016. 14000394.

251. The People of the State of California vs. Jorge Melchor Castro. Superior Court of the State of California, County of Riverside. Jury Trial. October 26, 2016. INF1401570.

252. The People of the State of California vs. Sarath Lon. Superior Court of the State of California, County of San Joaquin. Grand Jury. November 16, 2016. SP16-21917.

253. The People of the State of California vs. Longino Lamort Tolefree. Superior Court of the State of California, County of San Joaquin. Jury Trial. November 29, 2016. MP14-01081.

254. The People of the State of California vs. Marilyn Jean Gibson. Superior Court of California, County of Sacramento. Jury Trial. December 22, 2016. 16MI010914.

255. The People of the State of California vs. Rocky Allen Overturf. Superior Court of California, County of San Joaquin. Preliminary Hearing. February 2, 2017. EP16-01034.

256. The People of the State of California vs. Leon Carlyn Mayo. Superior Court of California, County of San Joaquin. Preliminary Hearing. February 6, 2017. SP16-18157.

257. The People of the State of California vs. Robert Lee White. Superior Court of California, County of San Joaquin. Jury Trial. February 17, 2017. SP14-29281.

258. The People of the State of California vs. Vesan Jordan Sem. Superior Court of California, County of San Joaquin. Preliminary Hearing. March 20, 2017. SO16-09783.

259. The People of the State of California vs. Kenneth Vanderford and Kevin Etherton. Superior Court of California, County of San Joaquin. Preliminary Hearing. March 27, 2017. LP16-07073.

260. The People of the State of California vs. Andrew Loren Sanchez. Superior Court of California, County of Merced. Jury Trial. April 11, 2017. 15CR-03437.

261. The People of the State of California vs. Andy Hem. Superior Court of California, County of San Joaquin. Jury Trial. May 9, 2017. SP14-37451.

262. The People of the State of California vs. Joel Lewis. Superior Court of California, County of San Joaquin. Jury Trial. May 24, 2017. SP08-55867.

263. The Commonwealth of Pennsylvania vs. Kenneth Reeves. In the Court of Common Pleas of Allegheny County, Pennsylvania. Jury Trial. May 30, 2017. CC 201501958.

264. The People of the State of California vs. James Philip Valadez. Superior Court of California, County of San Joaquin. Jury Trial. June 14, 2017. SP16-13114.

265. The People of the State of California vs. Juancarlos Villalpando-Lua and Guillermo Ivan Ibarra. Superior Court of California, County of San Joaquin. Jury Trial. August 25, 2017. SP15-28354.

266. The People of the State of California vs. Jamal Faulkner. Superior Court of California, County of San Joaquin, Preliminary Hearing. September 8, 2017. TP15-06732.

267. The People of the State of California vs. Richard Howard Watkins. Superior Court of California, County of San Joaquin, Jury Trial. September 21, 2017. MP14-07142.

268. The People of the State of California vs. Gina Nicole Bailey, FCR318645. Superior Court of California, County of Solano, Jury Trial. November 16, 2017 and December 1, 2017. DA No. F155224.

269. The People of the State of California vs. Leon Carlyn Mayo. Superior Court of California, County of San Joaquin, Jury Trial. December 7, 2017. SP16-18157.

270. The People of the State of California vs. Jamal Faulkner. Superior Court of California, County of San Joaquin, Jury Trial. December 8, 2017. TP15-06732.

271. The People of the State of California vs. Erek Williams and Breonia Lynette Campbell. Superior Court of California, County of San Joaquin, Preliminary Hearing. December 18, 2017. SP17-12865.

272. The People of the State of California vs. Alexis Roldan and Nicholas Andre Banles. Superior Court of California, County of San Joaquin, Preliminary Hearing. December 27, 2017. SP17-24957.

273. The People of California vs. David Kenneth Lee. Superior Court of California, County of Del Norte, Crescent City, California, Jury Trial. February 1, 2018. CRF17-9152.

274. The People of the State of California v. Kenneth Vanderford and Kevin Etherton. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. March 7, 2018.

275. The People of the State of California v. Israel Roman. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. April 11, 2018, SP17-16695.

276. The People of the State of California v. Donte Latraille Revels. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. April 12, 2018, SP16-3809.

277. The People of the State of California v. Ralph Hauerta Gamboa, Jesus Rogriguez and Sirenia Alcauter. Superior Court of California, County of San Joaquin, Stockton, California, Jury Trial. April 24, 2018, SP15-23269.

278. The People of the State of California v. Eugene Gaines and Derrick Emari. Superior Court of California, County of San Joaquin, Stockton, California, Jury Trial. June 20, 2018, SP15-05441.

279. The People of the State of California v. LaAndre Anthony Hale. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. October 9, 2018, SP15-39489.

280. The People of the State of California v. David Khouny Pech. Superior Cout of California, County of San Joaquin, Stockton, California, Preliminary Hearing. October 15, 2018, SP17-33948.

281. The People of the State of California v. Arthur Dean Combs. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. October 23, 2018, SP17-32445.

282. The People of the State of California, Grand Jury, John Hampton, III, Deceased, Superior Court of California, County of San Joaquin, Stockton, California. March 13, 2019. SP11-26687.

283. The People of the State of California, Grand Jury, Daniel Tereso Stoutt Ibara, Jr. Deceased; Neftali Del Carmen Gonzalez Castaneda, Deceased, Superior Court of California, County of San Joaquin, Stockton, California. March 20, 2019. SP18-15839.

284. The People of the State of California vs. Jesse Adrian Esparza. Superior Court of California, County of San Joaquin, Stockton, California, April 4, 2019. Jury Trial. SP17-05986.

285. The People of the State of California vs. Donte Latraille Revels. Superior Court of California, County of San Joaquin, Stockton, California, May 1 and May 3, 2019. Jury Trial. SP16-38092.

286. The People of the State of California vs. Carlos Hernandez, Juan Del Mar Lopez et al. Superior Court of California, County of San Joaquin, Stockton, California, May 2, 2019. Jury Trial. Case No. SP17-23762.

287. The People of the State of California vs. Jimmie Lee Evans. Superior Court of California, County of San Joaquin, Stockton, California, May 23, 2019. Jury Trial. Case No. SP17-11875.

288. The People of the State of California vs. Jontell Jaymar Roots. Superior Cout of California, County of San Joaquin, Stockton, California, August 21, 2019. Jury Trial. Case No. SP17-35282.

289. The People of the State of California. Grand Jury. San Joaquin County, Stockton, California. September 16, 2019. SP15-37123.

290. The People of the State of California vs. Chalsey Sapaipatuitui Maynard. Superior Court of California, County of San Joaquin, Stockton, California, September 18, 2019. Preliminary Hearing. Case No.: SP17-27704.

291. The People of the State of California vs. Clarence Keith Bailey. Superior Court of California, County of San Joaquin, Stockton, California, October 16, 2019. Jury Trial. Case No.: SP17-33283.

292. The People of the State of California vs. Raul Hyce. Superior Court of California, County of Sacramento, Sacramento, California, October 28, 2019. Jury Trial. Case No.: 16FEO22561.

293. The People of the State of California vs. Jesse Adrian Esparza. Superior Court of California, County of San Joaquin, Stockton, California, October 30, 2019. Jury Trial. Case No.: SP17-05986.

294. The People of the State of California vs. Brandon Dozier. Superior Court of California, County of Los Angeles, Pomona, California, December 16, 2019. Jury Trial. Case No.: KA114829.

295. The People of the State of California vs. Nicklos Andrew Zapata. Superior Court of California, County of San Joaquin, Stockton, California, December 17, 2019. Preliminary Hearing. Case No.: LP17-01069.

296. The People of the State of California vs. David Khouny Pech. Superior Court of California, County of San Joaquin, Stockton, California, February 11, 2020. Jury Trial. Case No.: SP17-33948.

297. The People of the State of California vs. Kenneth Vanderford and Kevin Etherton. Superior Court of California, County of San Joaquin, Stockton, California, February 14 and 19, 2020. Jury Trial. Case No.: LP16-07073.

298. The People of the State of California vs. Jorge Aceves-Cortez. Superior Court of California, County of Kern, Bakersfield, California, September 28, 2020. Brady Hearing. Case No.: BF151070A.

299. The People of the State of California vs. Mavrick William Fisher. Superior Court of the State of California, County of Lake, Lakeport, California, November 3, 2020. Case No.: CR955266.

300. The People of the State of California vs. Shaun Terriel Perkins. Superior Court of the State of California, County of San Joaquin, Stockton, California, October 19, 2021. Case No: SP15-32300.

301. The People of the State of California vs. James Peter Stancampiano. Superior Court of the State of California, County of San Joaquin, Stockton, California, October 25, 2021. Case No: TP10-06949.

302. The People of the State of California vs. Shaun Terriel Perkins. Superior Court of California, County of San Joaquin, Stockton, California, January 25, 2022. Case No: SP15-32300.

303.  The People of the State of California vs. Ryan Scott Blinston. Superior Court of California, County of Butte, Oroville, California, May 9, 2022. Case No.: 21CF02562.

304.  The People of the State of California vs. Ray Cain, Jr. Superior Court of California, County of Tehama, Red Bluff, California, September 6, 2022. Case No.: 22CR493.

## PART 4: COURT TESTIMONIES- CIVIL CASES

**NOTE: I began keeping records in June 2009. I do not have records from 1999 to 2009, a period of ten years.**

1. Matthew Hicks et al, Complaint, George Walden Vs. Norfolk Southern Railway Company. The Circuit Court of Kanawha County, File No.: 02-C-9500, West Virginia. December 4, 2007. 00-C-46-RI. Deposition.

2. Cathy Batton, Executrix of the Estate of Dewey Batton Vs. CSX Corporation, CSX Transportation, Inc., Seaboard System Railroad, Inc., Seaboard Coast Line Railroad Company, Chessie System, Inc. New Hanover County, The General Court of Justice, Superior Court Division, North Carolina. August 4, 2008.7-CVS-4453. Deposition.

3. Cathy Batton, Executrix of the Estate of Dewey Batton Vs. CSX Corporation, CSX Transportation, Inc., Seaboard System Railroad, Inc., Seaboard Coast Line Railroad Company, Chessie System, Inc. The General Court of Justice, Superior Court Division, New Hanover County, North Carolina. February 23, 2009. 7-CVS-4453. Trial.

4. Robert T. Pritchard, Sr. and Elizabeth Ann Pritchard, his wife Vs. Dow Agro Sciences, a division of Dow Chemical Company, Southern Mill Creek Products of Ohio, and Risidex Corporation. United States District Court for the Western District of Pennsylvania. June 26, 2009. 07-CV-01621 (W.D. Pa.). Deposition.

5. Matthew Hicks et al, Complaint, George Walden Vs. Norfolk Southern Railway Company. The Circuit Court of Kanawha County, West Virginia. June 29, 2009. File No.: 02-C-9500.  00-C-46-RI. Deposition.

6. McConnell Vs. Dunfee et al. Philadelphia Court of Common Pleas, February Term, 2007, Pennsylvania. October 19, 2009. 001123. Trial.

7. Dolores J. Kennedy Vs. Ajex Magnethermic Corp, et al. Court of Common Pleas Cuyahoga County, Ohio. November 5, 2009. 595757. Deposition.

8. Clemmy L. Womack Vs. A.O. Smith Corporation et al. Court of Common Pleas Cuyahoga County, Ohio. November 5, 2009. 04-523048. Deposition.

9. Jody Lynn Scanlon Vs. Life Insurance Company of North America. United States District Court, Western District of Washington at Seattle. November 13, 2009. C08-0256-JCC. Summary Judgment.

10. George Wertz, Administrator of the Estate of Micahel Dolinskas Vs. Showe Management Corporation and Jeffersonville Green Limited Partnership. Common Pleas Court, Franklin County, Ohio. January 8, 2010. 08 CVH 11428. Deposition.

11. Dalton W. and Alice Faye Holler Vs. David W. Mallow. Court of Common Pleas Bedford County, Pennsylvania. January 16, 2010. 329-2008. Deposition.

12.  Kevan Colledge and Casey Colledge Vs. David Mallow, Mallow Home Improvement, LLP. Court of Common Pleas Bedford County, Pennsylvania. January 16, 2010. 707-2008. Deposition.

13.  Richard and Karen Roberts on behalf of the minor children Diedre Roberts and Delaney Roberts Vs. Marletta Salzman, Karen Pihakis et al. Court of Common Pleas of Allegheny County, Orphans Court Division, Pennsylvania. March 17, 2010. 09-326. Trial.

14.  Laura K. Balombini, Personal Representative of the Estate of William E. Goddard, Deceased Vs. Adience, Inc., et al. Court of Common Pleas Cuyahoga County, Ohio.  April 28, 2010.  674360. Deposition.

15.  Marlene Seigfried, Executrix of the Estate of William Seigfried, and Marlene Seigfried in her own right Vs. Allegheny Ludlum Corporation, et al. United States District Court for the Eastern District of Pennsylvania. April 30, 2010. MDL 875 [E.D. Pa. No. 2:09-cv-66150-ER]. Deposition.

16.  Estate of Thomas Synder Vs. Adience, Inc., et al. Court of Common Pleas, Cuyahoga County, Ohio. May 28, 2010. 08-664830. Deposition.

17.  Estate of Ross E. Hockemeyer Vs. Aqua Chem Inc., et al. Court of Common Pleas, Cuyahoga County, Ohio. May 28, 2010. 08-673791. Deposition.

18.  Johana Azenas, Personal Representative of the Estate of Brianna Azenas Castillo Vs. Inova Healthcare Services d/b/a Inova Fairfax Hospital et al. Circuit Court for Fairfax County, Virginia. June 28, 2010. 2008-12969. Deposition.

19.  Joann Reisinger, et al Vs. Dwight C. Holzhauser et al. Court of Common Pleas, Cuyahoga County, Ohio. August 9, 2010. 595346. Deposition.

20.  Teresa Carretta, Individually and as Special Administratrix of the Estate of Alfred Carretta Vs. May Trucking Company. United States District Court, District of Southern Illinois. August 11, 2010. 09-158-MJR. Deposition.

21.  Marlene Seigfried, Individually and as Executrix of the Estate of William Seigfried Vs. Allegheny Ludlum Corporation, et al. United States District Court for the Eastern District of Pennsylvania. September 13, 2010. 2:09-cv-66150-ER. Deposition.

22.  Florence King, Executrix of the Estate of John R. King, Deceased Vs. Crane Co.'s. Court of Common Pleas of Cuyahoga County, Ohio. September 13, 2010. CV-08-664120. Deposition.

23.  David Earley, Timothy Wells and Tiffani Talbert, Administratrix of the Estate of Gerald Talbert Vs. Structural Group, Inc., Pullman Power, LLC, Ohio Power Company, American Electric Power Company, Inc., Fiberglass Structural Engineering, Inc., Ershings, Inc., and John Does 1-5. Circuit Court of Marshall County, West Virginia. October 12, 2010. 06-C-153M. Deposition.

24.  Shelly Bryant, individually and as administratrix of the Estate of Shelton Flowers, Deceased Vs. Loews Montgomery Cinemas, Inc,; Loews Cineplex Entertainment Corporation; AMC

Entertainment Inc.; Marquee Holdings Inc.; LCE Holdings, Inc. Court of Common Pleas of Allegheny County, Pennsylvania. November 2, 2010. GD 07-023755. Deposition.

25. Maria Soledad Miramontes, et al, as administratrix of the Estate of Cresencio Huizar Vs. Hartford Insurance. Underinsured Motorist Arbitration, Arbitrator: Patrick Little, Esq., California. November 29, 2010. YYK AU 54912. Deposition.

26. Joseph and Toni Pinasco, individually and Estate of Joseph Pinasco, Jr. Vs. State of California, California Highway Patrol, M. Walling, S. Coffman and Does 1 thru 50, inclusive. United States District Court, Eastern District of California. December 13, 2010. 09CV-777 MCE KJM. Deposition.

27. Maria Soledad Miramontes, et al, as administratrix of the Estate of Cresencio Huizar. Vs. Hartford Insurance. Underinsured Motorist Arbitration, Arbitrator: Patrick Little, Esq., California. December 14, 2010. YYK AU 54912. Arbitration Testimony.

28. Tommy J. Robinson, et al Vs. Borg-Warner Corporation, et al. Court of Common Pleas, Cuyahoga County, Ohio. January 4, 2011. 698837. Deposition.

29. Andrew Silverstein, Leonard A. Silverstein and Ellen Frauenthal Vs. Simpsonwood United Methodist Conference and Retreat Center, Inc.; Aramark Corporation, and Aramark Management Services Limited Partnership. State Court of Gwinnett County, State of Georgia. Civil Action File No.: 08C-04113-3. May 6, 2011. Deposition.

30. Dallas Edens vs. Joseph Christopher Wehman, MD, University of Miami School of Medicine and Public Health Trust of Miami-Dade County, Florida, Jackson Memorial Hospital/Jackson Health System. In the Circuit Court of the 11th Judicial Circuit in and for Dade County, Florida. Civil Division. Case No. 09-65401. September 2, 2011. Deposition.

31. Rebecca Alejandres et al vs. County of San Joaquin et al, Jin-Mei Woan, MD, Alan Uyeno, MD and Sutter Tracy Community Hospital et al. Superior Court of California, County of San Joaquin, Unlimited Jurisdiction. Consolidated Case Number: 39-2008-00195896-CU-PO-STK. November 4, 2011.

32. Joseph and Toni Pinasco, individually, et al. vs. State of California, et al. United States District Court for the Eastern District of California. Trial. January 11, 2012. Civil Action No. 2:09-cv-00777 KJM CKD.

33. Duane Barkley et al vs. Regional Medical Center of San Jose et al. Superior Court of The State of California, County of Santa Clara. Deposition. February 13, 2012. Case No. 110 CV 179398.

34. Jacob Hussain Saheb, Individually and Administrator for the Estate of Sheik Reza Saheb, Deceased, Plaintiff vs. Michael Glynn Fulton, Danhil Containers II, Ltd.; Danhill Containers Management, LC, Defendants. 237th District Court of Lubbock County, Texas. Case No. 2010-553,317. Deposition. March 24, 2012.

35. Duane Barkley, Kevin Jones II, Kanisha Jones, a minor, Tanisha Jones, a minor. Vs. Regional Medical Center of San Jose, James Hinsdale, MD, Conway Lien, MD, Christopher Traver, MD, David Yeh,

MD and Does 1 to 50. Superior Court of the State of California, County of Santa Clara, California. Case No.: 110 CV 179398. Deposition. April 5, 2012.

36.  Asima Gul, an individual, and as a successor in interest, and as guardian ad litem for Aaminah Asif Ajmal vs. Garda Security Inc.; Garda CL West, Inc.; Garda World Security Corporation; Jose De Jesus Zinga; and Does 1 through 50, inclusive. Superior Court of the State of California, County of San Joaquin, California. Case No.: 39-2010-00234481-CU-PO-STK. Deposition. June 25, 2012.

37.  Sandra Jacobs, individually and as personal representative of the Estate of Richard Owens vs. Harold G. Morse, M.D.; Hospital Medicine Consultants of Anerson, LLC and AnMed Health. In the Court of Common Pleas, State of South Carolina, County of Anderson. C. A. No. 2010-CP-04-530; C.A. No. 2010-CP-04-531. Deposition. January 4, 2013.

38.  Glenn Shiner and Beth Shiner, His Wife, Appellants vs. Ralph W. Ralston, Jr., Executor of the Estate of Ralph W. Ralston, Sr., Deceased, Genuine Parts Company, and Suntrust Leasing Corporation. In the Superior Court of Pennsylvania. No. 1791 MDA 2011. Appeal from the Order entered September 28, 2011, in the Court of Common Pleas of Centre County, Civil Division, at No: 09-2216. Before: Bowes, Ott, and Strassburger. Filed February 22, 2013. Summary Judgement

39.  Mandy Eisenbeis, Patricia Towle, Madisun Eisengeis, by and through her Guardian ad Litem, Mandy Eisenbeis vs. California Transplant Donor Network, County of San Joaquin, Lodi Funeral Home Inc. and Does 1 to 100. Superior Court of California, County of San Joaquin, California. Case No. 39-2012-00277909-cu-po-stk. Deposition, March 27, 2013.

40.  Sunbridge Stockton Rehabilitation Center vs. State of California. Superior Court of California, County of San Joaquin, California. Case No. 39-2011-00270702-CU-JR-STK. Deposition, April 30, 2013.

41.  Yolo County DESS in Re: Stone. Yolo County Superior Court. The People of the State of California, Yolo County, California. Case No. JV 12-441, 12-443. Court Room Hearing and Testimony. May 1, 2013.

42.  Asima Gul et al vs. Garda Security, Inc. et al. San Joaquin Superior Court, Unlimited Civil Jurisdiction, California. Case No. 39-2010-00234481-CU-STK. Trial. July 18, 2013.

43.  Mohammed Al-Qarawi vs Dominican University et al. Superior Court of California, County of San Francisco, California. Case No. CGC-11-510757. Deposition. August 7, 2013.

44.  Daniel Cook, Jr. vs. CSX Transportation, Inc. Jefferson Circuit Court, Division 7, Commonwealth of Kentucky. Case No. 09-CI-012026. Deposition. January 27, 2014.

45.  Melissa Humphreys et al vs. State of California. San Joaquin County Superior Court, California. Case No. 39-2009-00223770 CU PO STK. Deposition. February 7, 2014.

46.  James G. Brian and Karen A. Brain, his wife vs. Association of Independent Oil Distributors, E.I. Du Pont De Nemours Corporation, The Lincoln Electric Company, Martin-Senour Paints, Genuine Auto Parts Company, Safety-Kleen Corporation, The Sherwin Williams Company, Zep, Inc, L Ronald

Valletti and Joan Valletti d/b/a National Autobody Supply. The Court of Common Pleas of Westmoreland County, Pennsylvania. Case No. 3413 of 2011. Deposition. March 7, April 10, May 13, June 24, June 25, 2014

47.   Shirley Oliver and Julian Oliver vs. Progressive Mountain Insurance Company. In the State Court of Fulton County, State of Georgia. File No. 11EV013248B. Deposition. May 7, 2014.

48.   James and Jean Rushing and their marital community vs. Surgical Associates, PLLC and Gastroenterology Associates, PLLC. Superior Court of the State of Washington, County of Thurston, Washington. Deposition. November 25, 2014. 12-2-01791-1.

49.   James and Jean Rushing and their marital community vs. Surgical Associates, PLLC and Gastroenterology Associates, PLLC. Superior Court of the State of Washington, County of Thurston, Washington. Jury Trial. January 15, 2015. 12-2-01791-1.

50.   Oscar Rodriguez, Deceased vs. Savemart Supermarkets, permissibly self-insured, administered by Pegasus Risk Management. The Division of Workers Compensation of the State of California. Deposition. January 29, 2015. ADJ9510659.

51.   Estate of Lonnie Lamont Ashlock, Ashlock Family 2013 Trust, Gabriel Ashlock vs Stacey Carlson. Superior Court of the State of California, County of Stanislaus, California. Jury Trial. February 11, 2015. 445230 [consolidated 445304 and 445360].

52.   Paul H. Musciantonio, Esq. [Estate of Tanya Wilson, Estate of LaTonya Brown] vs US Securities Associates. In the Court of Common Pleas, Commonwealth of Pennsylvania, County of Philadelphia, No. 00653. Jury Trial. February 20, 2015. Civil Action No.: 111200653.

53.   Joan Shelley, Michelle Loftis, Sandra Hoyopatubbi vs. County of San Joaquin; Sheriff Steve Moore, in his Official Capacity as Sheriff of San Joaquin County and Steve Moore, Individually. In the United States District Court, Eastern District of California. Deposition. August 10, 2015. Case No. 2:13-CV-00266-MCE-DAD.

54.   Martin Watson, surviving widow vs. Life Insurance Company of North America. In the United States District Court, Western District of Washington, At Seattle. Deposition. January 5, 2016. Case No. 2:15-cv-00271-MJP.

55.   Fatimah K Phoenix, Individually, and Jesse Calloway and Fatimah K. Phoenix, as Co-administrators of the Estate of Vidal C. Calloway, Deceased, Plaintiffs v. Wal-Mart Stores, Inc., Wal-Mart Stores East, LP (Delaware), U.S. Security Associates, Michael L. Burton, Jaiviere N. Pruitt, and Phille Roberts, Defendants. In the State Court of Dekalb County, State of Georgia. Deposition, February 11, 2016. Civil Action File No. 13A48475-5.

56.   Megan Lewis-Whiteman, Individually and in her own rights as Executrix of the Estate of Rodney L. Whiteman, Deceased v. Continental Motors, Inc., et al v. United States of America, and Elizabeth C. Snider, Individually and as Executrix of the Estate of Daniel Snider, and Lee W. Snider, a minor, by his mother, Elizabeth C. Snider, v. Sterling Airways, Inc., et al., v. United States of America. In

the United States District Court for the Eastern District of Pennsylvania. Deposition, February 27, 2016. Civil Action No. 2:13-cv-02950-JCJ; 2:13-cv-02949-JCJ.

57.  Nelson Torres [Deceased] vs. Alternative Service Concepts, LLC. State of California, Department of Industrial Relations, Division of Workers' Compensation. Workers' Compensation Appeals Board. Case No. ADJ9586179. Deposition, March 4, 2016.

58.  Elizabeth C. Snider, Individually and as Administratrix of the Estate of Daniel A. Snider, and Lee W. Snider, a minor, by his mother, Elizabeth C. Snider vs. Sterling Airways, Inc., et al. Unites States District Court for the Eastern District of Pennsylvania. Case No. 2:13-CV-02949. Jury Trial, January 31, 2017.

59.  Jeremiah J. Cross, deceased, by and through his personal representative, Valerie Steel, Plaintiff vs. XPO Express, Inc., et al., Defendants. United States District Court, District of South Carolina, Florence Division. Civil Action No: 4:15-02480 BHH, -2481, 2773, 1253, 1254. Deposition, May 22, 2017, Sacramento, California.

60.  Dr. Alan Sampson, MD and Kathy Sampson on behalf of the Estate of Andrew Sampson, plaintiffs vs. Ukiah Valley Medical Center; Debbie L. Marks, MD; Pacific Redwood Medical Group; Calstar; & The Department of California Highway Patrol; and Does 1 through 10. United States District Court, Northern District of California, Civil Action NO.: 3:15-cv-00160-WHO. Deposition, June 27, 2017, San Francisco, California.

61.  Nicole Albaum, an individual vs. Ravinderpal Singh, an individual; Surinderpal Singh, an individual, and doing business as SBT Trucking; SBT Trucking, a California Corporation, Assured Aggregates Company, Inc., a California Corporation; Gagliasso Trucking, Inc. a California Corporation; Don Chapin Company, Inc. and Does 1-20, inclusive. In the Superior Court of the State of California in and for the County of Santa Clara. Case No. 114CV268097. Deposition, July 6, 2017, Sacramento, California.

62.  Breanna Cooke, individually and as Co-Successor-In-Interest for Decedent James Cooke, et al, vs. Jeremy Edens, in his individual and official capacity as Police Officer of the City of Stockton, et al. United States District Court for the Eastern District of California. Case No.: 2:14-CV-00908-KJM-KJN. Deposition, July 14, 2017, Stockton, California.

63.  Remy Giannini and Darleen Giannini vs. Hank Siefel and Does 1 through 25, Inclusive. Superior Court of California, County of Placer. Case No. SCV0034577. Deposition, August 18, 2017, Sacramento, California.

64.  Estate of Johnathan Rose et al vs. County of Sacramento, et al. United States District Court, Eastern District of California. Case No. 2:13-CV-01339-TLN-EFB. Jury Trial, September 20 and 22, 2017, Sacramento, California.

65.  Keith Dahl, in his Personal Capacity and as Personal Representative of the Estate of Brandon Dahl, Deceased vs. Mason County, et al. United States District Court, Western District of Washington. Case No. 3:16-CV-05719-RBL. Deposition, November 17, 2017, Sacramento, California.

66.  Marian Ahumada vs. Benjamin Wiederhold, Dignity Health, St. Joseph's Medical Center, Apexx Physicians Medical Corporation, Inc. and Does 1 through 100. Superior Court of California, County of San Joaquin Unlimited Civil Jurisdiction. Case No. STK-CV-UMM-2015-0012012. Deposition, December 18, 2017, Stockton, California.

67.  James Martell and Colleen Mingeaud, individually and as co-personal representatives of the Estate of Marlene Martell vs. Aegis Senior communities, LLC, dba Aegis Living, a Washington limited liability company. Superior Court of Washington For King County. Case No. 16-2-16256-8 SEA. Deposition, January 5, 2017, Sacramento, California.

68.  Angelina Vuong vs. FMC Technologies, Inc ET AL. Superior Court of California, County of Alameda. Case No. RG16803957. Deposition, January 10, 2017, Walnut Creek, California.

69.  Filiberto Valencia Sr., et al vs. City of Stockton, et al. United States District Court, Eastern District of California, Case No. 2:16-CV-02081-JAM-AC. Deposition, January 11, 2017, Stockton, California.

70.  Remy Giannini and Darleen Giannini vs. Hank Stiefel, et al. Placer County Superior Court, Roseville, California, Case No. SCV0034577. Jury Trial, January 23 and 24, 2018, Roseville, California.

71.  Salvador Cordova Pimentel and Maria Cuevas Dominguez, individually and as successors-in-interest to decedent Abelino Cordova-Cuevas vs. City of Stockton, Stockton Police Department and Does 1 to 100 inclusive. United States District Court, Eastern District of California, Deposition, February 8, 2018, Sacramento, California. Case No. 2:17-CV-00931-WBS-AC.

72.  Debra Ploetz, Individually and on Behalf of the Estate of Gregory Ploetz, Deceased vs. National Collegiate Athletic Association. District Court, Dallas County, Texas, 95th Judicial District, Deposition, Sacramento, California, March 2, 2018. Case No. DC-17-00676.

73.  Jerry Sims, Kara Sims, Khloe Sims & Krystal Scherer vs. The Permanente Medical Group, Inc., et al. Superior Court of California, In Re: Arbitration. Deposition, Folsom, California, March 12, 2018. Case No. 14694.

74.  Todd and Melinda Durand, as Co-Administrators of the Estate of Derek J. Durand, Deceased in their own right vs. Sarver Family Practice, P.C. and Donald F. Ehrenberger, D.O. In the Court of Common Pleas of Butler County, Pennsylvania, Frye Hearing, May 29, 2018. Civil Division A.D. No. 14-10067.

75.  Todd and Melinda Durand, as Co-Administrators of the Estate of Derek J. Durand, Deceased in their own right vs. Sarver Family Practice, P.C. and Donald F. Ehrenberger, D.O. In the Court of Common Pleas of Butler County, Pennsylvania, Deposition, June 14, 2018, Sacramento, California, Civil Division A.D. No. 14-10067.

76.  Sara L. Lacy vs. Snohomish County. Superior Court for the State of Washington, King County, Washington, Deposition, June 15, 2018, Sacramento, California, Case Number:  16-2-21526-2 SEA.

77.  Thomas Knowles, by and through his successor-in-interest, Seana Knowles; Seana Knowles, individually; Frank Knowles, individually; Geraldine Bakersville, individually; and Ann Clark,

individually, v. Windsor El Camino Care Center, LLC; and Does 1 through 50, inclusive. Superior Court of the State of California For the County of Sacramento, Deposition, July 10, 2018, Sacramento, California, Case No.:  34-2015-00186245.

78.  Jeffrey Sutherland and Beverly Tobey vs. City of Manteca; Manteca Police Department; County of San Joaquin; and Does 1-100, inclusive. Superior Court of the State of California, County of San Joaquin, Deposition, July 16, 2018, Stockton, California, Case No.: STK-CV-UPI-2016-0000290.

79.  Marian Ahumada vs. Benjamin Wiederhold et al, Superior Court of California, County of San Joaquin, Jury Trial, August 22, 2018, Stockton, California, Case No.: STK-CV-UMM-2015-0012012.

80.  Jacqueline Ann McCann, Deceased, by and through her PRs, Constance Huff and Ray Huff vs. XPO Express, Inc. et al. United States District Court for the District of South Carolina, Jury Trial, August 30, 2018, Charleston, South Carolina, Case No.: 2:16-CV-1254-BHH.

81.  Salvador Cordova Pimentel and Maria Cuevas Dominguez, individually and as successors-in-interest to decedent Abelino Cordova-Cuevas vs. City of Stockton, Stockton Police Department and Does 1 to 100 inclusive. United States District Court, Eastern District of California, Deposition, September 24, 2018, Sacramento, California. Case No. 2:17-CV-00931-WBS-AC.

82.  Yvette Diaz, an individual; and Michael Johnston, an individual vs. The County of Los Angeles, a public entity, and Does 1 to 50, inclusive. Superior Court of the State of California, County of Los Angeles- Spring Street Courthouse, Deposition, September 26, 2018, Los Angeles, California. Case No. BC 656353.

83.  Yvette Diaz, an individual; and Michael Johnston, an individual vs. The County of Los Angeles, a public entity, and Does 1 to 50, inclusive. Superior Court of the State of California, County of Los Angeles- Spring Street Courthouse, Jury Trial, October 24, 2018, Los Angeles, California. Case No. BC 656353.

84.  Sarah L. Lacy, in her personal capacity and as personal representative of the Estate of Cecil D. Lacy, Jr. Deceased, vs. Snohomish County. Superior Court of the State of Washington, in and for the County of King. Jury Trial, October 25, 2018, Seattle, Washington. Case No. 16-2-21526-2.

85.  Angela Ainley, individually; Patrick Jackson, individually; Angela Ainley and Patrick Jackson, as joint personal representatives of the Estate of Kris Jackson; the estate of Kris Jackson vs. City of South Lake Tahoe, a municipal corporation; Joshua Klinge, individually and as a police officer for the City of South Lake Tahoe; Brian Uhler, individually and in his capacity as the City of South Lake Tahoe Chief of Police; and does 1 through 25, inclusive. United States District Court, Eastern District of California. Deposition, November 13, 2018, Santa Ana, California, Case No. 2:16-CV-00049 TLN-CKD.

86.  Anna Morsaw, as personal representative of the Estate of Jordan Parsons, deceased, vs. Dennis Wright, Patricia Fuller, and BSB Delray, LLC, d/b/a Buddha Sky Bar. In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida. Deposition, November 15, 2018, Stockton, California, Case No.: 502016CA007649XXXXMB.

87. Savanna Smith, Thanh-Thanh Hoang both individually and in her capacity as successor in interest to Luke Smith, deceased vs. County of Santa Cruz; Sheriff Jim Hart, Deputy Chris Vigil, Sergeant Jacob Ainsworth, Deputy Jeffery Eisner, Deputy Emma Ramponi, City of Capitola, City of Capitola Police Depart, Chief Terry Mcmanus, Officer Pedro Zamora, City of Watsonville, City of Watsonville Police Department, Chief David Honda, Officer Noe Hernandez and Does 4-50. United States District Court, Northern District of California. Deposition, February 22, 2019, Pleasant Hill, California, Case No.: C17-05095 LHK.

88. Fermin Vincent Valenzuela vs. City of Anaheim et al. United States District Court, Central District of California. Deposition, February 26, 2019, Los Angeles, California, Case No.: SACV17-0278 CJC [DFMx], Consol. w/Case No. SACV17-2094 CJC [DFMx].

89. Adrian Robinson, Jr. v Philadelphia Eagles, LLC. Commonwealth of Pennsylvania Department of Labor and Industry, Bureau of Workers' Compensation. Deposition, March 1, 2019, Stockton, California, Case No.: BCN- 8025026.

90. Dustin Winding vs. Ford Motor Company. In the Circuit Court of Clay County, Missouri. Deposition, March 15, 2019, Oakland, California, Case No.: 16CY-CV00868.

91. Diem Ho, individually and as gardian ad litem for minors Alex Tran and Sabell vs. Dignity Health et al. Superior Court of San Joaquin County, California, Jury Trial, March 22, 2019. Case No: STK-CV-UMM-2016-11133.

92. Mathew Onyshko and Jessica Onyshko, his wife, vs. National Collegiate Athletic Association, in the Court of Common Pleas, Washington County, Pennsylvania, Jury Trial, May 8, 2019. Case No: 2014-3620.

93. Antonio Pulido, an individual; Yolanda Mejia, an individual vs. Alameda Unified School District, City of Alameda, State of California and Does 1 through 30. Superior Court of the State of California, County of Alameda, Deposition, May 31, 2019, Stockton, California. Case No.: RG17859762.

94. Mary H. Garcia, Individually, and as successor-in-interest to Estate of Phillip Soto Garcia, Jr. Deceased, et al. vs. County of Riverside et al. United States District Court, Central District of California, Eastern Division. Deposition, June 3, 2019, Sacramento, California. Case No. 5:18-CV-839-SJO [ASx].

95. A.B., a minor, individually and as successor in interest to decedent Kristopher Birtcher, by and through her guardian ad litem, Ryan Birtcher, Michael Birtcher, individually; and Catherine Birtcher, individually v. County of San Diego; San Diego Sheriff's Department, William D. Gore, Sheriff; Drew Beatty; Adrian Carrillo; Roland Garza; Joseph Kodadek; John Robledo; Scott Rossall; Frank Stalzer; Scott Winter and Does 1-10, Inclusive. United States District Court, Southern District of California. Deposition, August 14, 2019, Alameda, California. Case No. 18cv01541-MMA-LL.

96. Estate of Brianna Suarez, an alleged disabled person by and through Juan Suarez, temporary guardian of Brianna Suarez's Estate and Person vs. Loyola University Medical Center, an Illinois Corporation; and Camilo Gomez, M.D., Individually. In the Circuit Court of Cook County, Illinois,

County Department, Law Division. Deposition, November 4, 2019, Sacramento, California. Case No. 16 L 12024.

97.  Fermin Vincent Valenzuela vs. City of Anaheim et al. United States District Court, Central District of California. Jury Trial, November 15, 2019, Los Angeles, California. Case No. SACV17-0278 [DFMx] and SACV17-2094 CJC [DFMx].

98.  Antonio Pulido, an individual; Yolanda Mejia, an individual vs. Alameda Unified School District, City of Alameda, State of California and Does 1 through 30. Superior Court of the State of California, County of Alameda, Jury Trial, December 2 and 3, 2019, Oakland, California. Case No.: RG17859762.

99.  J.G., a minor, individually and as successor-in-interest to decedent, Mario Guevara, by and through her Guardian ad litem Susie Castro et al vs City of Colton: Michael Sandoval; and Does 2-10, inclusive. United States District Court, Central District of California, Deposition, December 30, 2019, San Francisco, California. Case No.: 5:18-cv-02386-RGK.

100.  The Estate of Vu Anh Ngo and Tina Ngo, individually and as successor in interest to Vu Anh Ngo vs. County of Riverside, Joshua Greco, and does 1-25, inclusive. Superior Court of the State of California, County of Riverside, Riverside Hall of Justice. Deposition, January 9, 2020, San Francisco, California. Case No. RIC1902381.

101.  Demajay Williams, an individual; a minor by and through her guardian ad litem Desiree Renee Wilson; a minor by and through her guardian ad litem Danielle Banks; and Tammy Johnson Williams, an individual, Larisa Washington, individually and as successor in interest to the Estate of Roderick D. Williams, Jr. v. Kohl's Department Stores, Inc., a Delaware corporation; Kohl's Illinois, Inc., a Nevada corporation; County of Riverside, a California municipal entity; Riverside County Sheriff's Department, a California municipal entity; Deputy Gordon Mitchell, an individual; Deputy Justin Tibbetts, an individual; and Does 1-30, inclusive. United States District Court, Central District of California, Eastern Division. Case No. 5:19-cv-00397-JGB-SHKx, 5:19-cv-00405-JGB-SHKx, 5:19-cv-00864-JGB-SHKx. Deposition, March 16, 2020, Sacramento, California.

102.  Clara L. Barillas, Juan J. Barillas and Ruby E. Barillas, both individually and as successors in interest to Juan A. Barillas vs. City of Los Angeles; Los Angeles Police Department; Detective Michael Montoya, and individual, Detective Corbin Rheault, and individual and DOES 1-50. United States District Court, Central District of California. Case No. CV18-08740 CJC [ASx]. Deposition, June 15, 2020, Sacramento, California.

103.  Sheila Varner vs. LH 2007 Properties, LLC, John Doe Owner and John Doe II. In the State Court of Cobb County, State of Georgia. Case No. 16-A-2609. Deposition, October 12, 2020, Sacramento, California.

104.  Mary Starks, individually and as successor in interest to Rickie Starks vs. County of Los Angeles, a municipal entity, Deputy Taylor Ingersoll, an individual, and Deputy Edwin Barajas, an individual, and Does 1-10, inclusive. Superior Court of the State of California, County of Los Angeles, Central District. Case No. 19STCV38462. Deposition, October 24, 2020, Via Zoom, Sacramento, California.

105. Mussalina Muhaymin as personal representative of the estage of Muhammad Abdul Muhaymin, Jr., vs. City of Phoenix, an Arizona municipal corporation, Antonio Terango, Officer Oswald Grenier, Officer Kevin McGowan, Officer Jason Hobe, Officer Ronaldo Canilao, Officer David Head, Officer Susan Heimbinger, Officer James Clark, Officer Dennis Lerous, Officer Ryan Nielson, Officer Steven Wong, and Doe Supervisors 1-5. In the United States District Court for the District of Arizona, Case No.: 17-cv-04565-PHX-SMB. Deposition, October 26, 2020, Sacramento, California.

106. Los Angeles County Medical Examiner Coroner. Re: Andres Guardado, Coroner's Case No. 2020-05405, Coroner Inquest. Testimony, November 30, 2020. Virtual, Sacramento, California.

107. Teresa Perkins as successor-in-interest to decedent Justin Perkins; and David Michael Perkins vs. City of Anaheim et al. In the Unites States District Court, Central District of California, Case No.: 8:19-cv-00315-JLS-JDE. Deposition, December 4, 2020. Virtual, Sacramento, California.

108. Cindy M. Alejandre et al v. County of San Joaquin et al. United States District Court for the Eastern District of California. Case No.: 2:19-cv-00233-WBS-KJN. Deposition, January 18, 2021, Virtual, Sacramento, California.

109. Catherine Escalante, as personal representative of the Estate of John C. Okoye, Deceased, vs. Restore Care of North Alabama, LLC; Choice Medicine, HWY 53 Medical Center; Celia W. Lloyd-Turney, MD et al. In the Circuit of Madison County, Alabama. Civil Action #: CV 2017-901490. Deposition, February 5 and 12, 2021, Virtual, Sacramento, California.

110. James Stewart, Individually and as successor in interest to Decedent Jahmal Derrick Stewart vs. County of Yuba, a municipal corporation et al. Unites States District Court of Eastern District of California. Case No. 2:19-cv-01744 TLN-DB. Deposition, February 12, 2021, Virtual, Sacramento, California.

111. Cindy M. Alejandre et al v. County of San Joaquin et al. United States District Court for the Eastern District of California. Case No.: 2:19-cv-00233-WBS-KJN. Rebuttal to Defense Expert Reports, Deposition, March 22, 2021, Virtual, Sacramento, California.

112. Robert Ansara, as special administrator of the estate of Kay Garfield, Deceased et al vs. Medicwest Ambulance, Inc., Robert Luis Thompson; Benjamin Andrew Hartnell, Jr.; Yutaro Kobayashi, Does 1-20, and Rote Business Entities 1-20 inclusive, District Court, Clark County Nevada. Case No.: A-18-779407-C. Deposition, March 29, 2021, Virtual, Sacramento, California.

113. Michelle Himes; Marcia Benjamin; and Daniel Benjamin, Plaintiffs vs. Somatics, LLC. United States District Court, Central District of California. Case No.: 2:17-CV-06686-RGK-JCx. Deposition, May 8, 2021, Virtual, Sacramento, California.

114. Clara L. Barillas, Juan J. Barillas and Ruby E. Barillas, both individually and as successors in interest to Juan A. Barillas vs. City of Los Angeles; Los Angeles Police Department; Detective Michael Montoya, and individual, Detective Corbin Rheault, and individual and DOES 1-50. United States District Court, Central District of California. Case No. CV18-08740 CJC [ASx]. Court Room Trial Testimony, May 12, 2021, Santa Ana, California.

115. Mildred Collins-Williams as administrator of the estate of Tijuana Frazier and as guardian and next friend of Quanisha Holt, a minor, and Pebbles McClain as guardian and next friend of Julian Frazier and Isaiah Frazier vs. Contour Eastwyck LLC. The United States District Court for the Northern District of Georgia, Atlanta Division. Case No. 1:20-CV-03129-CAP. Deposition, July 12, 2021, Virtual, Sacramento, California

116. The Estate of Vu Anh Ngo and Tina Ngo, individually and as successor in interest to Vu Anh Ngo vs. County of Riverside, Joshua Greco, and does 1-25, inclusive. Superior Court of the State of California, County of Riverside, Riverside Hall of Justice. Trial, July 19, 2021, Riverside, California. Case No. RIC 1902381.

117. B.P., a minor, D.K., a minor, R.P., a minor and A.S., a minor, individually by and through their guardian Ad Litem Aja M. Kane and Megan Cash Pantalion, individually, and each as successor-in-interest to decedent Casey Pantalion vs. County of San Bernardino et al. United States District Court, Central District of California. Deposition, September 3, 2021, Virtual, Sacramento, California. Case No. 5:19-cv-01243-JGB-SP.

118. Ron Ely v. County of Santa Barbara et al. United States District Court, Central District of California. Deposition, September 13 and 20, 2021, Virtual, Sacramento, California. Case No. 2:20-cv-06549 DMG [SKx].

119. Jami Lucas et al vs. County of Fresno and Jared Mullis. United States District Court for the Eastern District of California. Deposition, October 18, 2021, Virtual, Sacramento, California. Case No. 1:18-cv-01488-DAD-EPG.

120. Hector A. Hernandez; and Maria Ibarra as co-successors-in-interest for Decedent Hector Hernandez vs. County of Alameda, a municipal corporation; WellPath, a professional corporation; and Does 1-50, inclusive, individually, jointly and severally. United States District Court, Northern District of California. Deposition, October 25, 2021, Virtual, Sacramento, California. Case No: C20-2884 HSG.

121. Paola French and Russell French vs. City of Los Angeles, et al. United States District Court of the Central District of California. Trial, October 26, 2021, Riverside, California. Case No: 5:20-CV-00416-JGB-SP.

122. Denise Smart v California Highway Patrol, a state agency California Highway Patrol Officer Paul brian Shadwell, and Does 1 through 10, individually, jointly and severally. United States District Court for the Eastern District of California, Sacramento Division. Deposition, October 29, 2021, Virtual, Sacramento, California. Case No. 2:17-cv-01075-TLN-JDP.

123. Suratun Hassan, as surviving spouse of Malik Abdul-Hassan, deceased, and as personal representative / administrator of the Estate of Malik Abdul-Hassan v. The Kroger Co., Court of Dekalb County, State of Georgia, Deposition, January 21, 2022, Virtual, Sacramento, California. Case No. 18A68687.

124. Beatric Mapanda, Feliex Mapanda vs. Mark Edward Kuhn, Ind, and DBA Hill View Funeral Chapel et al. United States District Court for the Eastern District of California, Deposition, February 7, 2002, Virtual, Sacramento, California. Case No. 1:20-CV-01676-EPG.

125. Eric Houston, as an individual and as administrator and personal representative of the estate of Clyde Houston v. Roland Manago, as an individual, Amethyest Care Home, LLC, a Nevada Limited Liability Company; Does I-X, and Roe Business Entities XI-XX, inclusive. District Court of Clark County, Nevada, Deposition, February 14, 2022, Virtual, Sacramento, California. Case No. A-20-822532.

126. Francis J. Kerrigan and Carole Meikle vs. Orange County, Chapman Funeral Homes and Does 1 through 50 inclusive. Superior Court of the State of California for the County of Orange. Deposition, February 21, 2022, Virtual, Sacramento, California. Case No. 30-2018-00973047-CU-CR-CJC.

127. Karol Hargis Davis and John Mark Davis, Individually and on behalf of the Estate of John Thomas Davis, Deceased vs. National Collegiate Athletic Association. County Court of Dallas County, Texas. Deposition, February 25, 2022, Virtual, Sacramento, California. Case No. CC-20-01121-D.

128. Rosalinda Ibarra v. Cheyenne Lee, Scott Walton, Sheriff of Rogers County in his official capacity, and The Board of County Commissioners of Rogers County.  United States District Court for the Northern District of Oklahoma. Deposition, March 28, 2022, Virtual, Sacramento, California. Case No: 20-CV-00598-TCK-JFJ.

129. Jeanne LLera and Jorge L. Gomez, as appointed co-special administrators of the estate of Jorge A. Gomez; Jeanne LLera; and Jorge L. Gomez v. Las Vegas Metropolitan Police Department; Ryan Fryman; Dan Emerton; Vernon Ferguson; Andrew Locher; Joh Squeo; and Does 2-10 inclusive. United States District Court, District of Nevada. Deposition, April 1, 2022, Virtual, Sacramento, California. Case No.: 2-20-cv-01589-RFB-BNW.

130. Estate of Eric Esteban Briceno, Deceased, through his successor in interest Blanca Luisa Briceno, individually and as successor in interest; and Juan Manuel Briceno, individually and as successor in interest v. County of Los Angeles, Los Angeles County Sheriff's Department, Sheriff Alex Villanueva, Sergeant Joseph Bernas, Sergeant Isaias Marin, Captain Richard Mejia, Deputy Jennifer Romero, and Deputy Danny Glavez, individually and in their capacities as peace officers. United States District Court Central District of California. Western Division. Deposition, April 4, 2022, Virtual, Sacramento, California. Case No.: 2:21-cv-01388-SB [Ex].

131. Francis J. Kerrigan and Carole Meikle vs. Orange County, Chapman Funeral Homes and Does 1 through 50 inclusive. Superior Court of the State of California for the County of Orange. Trial, April 12, 2022, Central Justice Center, Santa Ana, California. Case No. 30-2018-00973047-CU-CR-CJC.

132. Stephen Clark; Se'Quette Clark; A.C., a minor, by and through his Guardian Ad Litem, Rajneesh Manni, C.C., a minor, by and through his Guardian Ad Litem, Rajneesh Manni; Sequity Eddy Thompson; and Tommy Lee Thompson vs. City of Sacramento, Terrence Mercadel; Jared Robinet; and Does 1-10, inclusive. United States District Court, Eastern District of California. Deposition, April 18, 2022, Virtual, Sacramento, California. Case No.: 2:19-cv-00171-JAM-EFB.

133. Ann Rosalia and Eric Rosalia, J.R., as successors-in-interest to Decedent Eric Rosalia; and Maria Martinez, Elias Jimenez, and A.R., a minor, by and through her guardian ad litem, Yvonne Deguair, individually vs. City of Hayward, a municipal entity; Nesar Naik, individually and in his official capacity as a police officer for the City of Hayward Police Department; and Does 1-50, inclusive, individually and in their official capacities as police officers for the City of Hayward Police Department. United States District Court, Northern District of California. Deposition, April 18, 2022, Virtual, Sacramento, California. Case No.: 3:21-cv-00380-VC.

134. Walter Pettaway, as administrator, the Estate of Joseph Lee Pettaway, Deceased vs. Nicholas D. Barber et al. In the United States District Court for the Middle District of Alabama, Northern Division. Deposition, April 25, 2022, Sacramento, California. Case No.: 2:19-CV-00008.

135. Clara L. Barillas, Juan J. Barillas and Ruby E. Barillas, both individually and as successors in interest to Juan A. Barillas vs. City of Los Angeles; Los Angeles Police Department; Detective Michael Montoya, and individual, Detective Corbin Rheault, and individual and DOES 1-50. United States District Court, Central District of California. Case No. CV18-08740 CJC [ASx]. Court Room Trial Testimony, May 26, 2021, Santa Ana, California.

136. Shane Skillpa, individually vs. Pennsylvania Interscholastic Athletic Association, Inc.; Western Pennsylvania Interscholastic Athletic League; and West Mifflin Area School District. In the Court of Common Pleas of Allegheny County, Pennsylvania. Frye Hearing, July 11, 2022, Virtual, Sacramento, California. Civil Division No. GD 17-002366.

137. Alana Gee, Individually and as Executor of the Estate of Matthew Gee, Deceased, Plaintiff, v. National Collegiate Athletic Association, Defendant. In the Superior Court of the State of California, County of Los Angeles. Deposition, September 13, 2022, Sacramento, California. Case No. 20STCV43627.

# EXHIBIT "B"

*Materials reviewed:*
1. **Complaint**
2. **Deposition Transcripts**
   - Robert Stabley M.D
   - Vivian Snyder D.O
   - Kimone Nunis
   - Barry Studwood
   - Evan Linney
   - Ivan Osorio
   - Ludecea Nunis
   - AXON PMK Bryan Chiles
   - Roxie Nunis
   - Naomi Nunis
   - PMK Charles Hammond
   - G.A.L Willie Kirkland
   - Manuel Padilla
   - Brian Olson
   - David Rivers
   - Jordan Salvador

3. **CPRA Production**

o Audio._RADIO.CVPD22.wav

o Audio.9-1-1 Call from daughter.CVPD21.wav

o Audio.Call to Det. from Barry Studwood re Officer

Names.031420.NUNIS.IBCVPD32.MP3

o Audio.Call to Ring Customer Service by Det. Arnold.CVPD44.MP3

o Audio.Call-1 from Andre Nunis to PD for investigation update.-CVPD30.MP3

o Audio.Call-1 to Perez re Ring Video Request Manzanarez_Perez_#1-

CVPD25.MP3

o Audio.Call-2 from Andre Nunis to PD to provide info.CVPD31.MP3

o Audio.Call-2 to Perez re Ring Video Request Manzanarez_Perez_#2-

CVPD26.MP3

o Audio.Follow-up Int with Daniel Loza by Arnold.CVPD41.MP3

o Audio.Follow-up Int with Elisa Beifore by Arnold.CVPD42.MP3

o Audio.Follow-up Int with Michael Gallegos by Arnold.CVPD43.MP3

o Audio.Follow-up Int with resident of 1224 Camino by Arnold.CVPD40.MP3

o Audio.Follow-up Int with Ulderico & Dolores Edquid by Det. Arnold.CVPD39.MP3

o Audio.Follow-up Int with Warren Freeman by Det. Arnold.CVPD45.MP3

o Audio.Int of 4 Officers.CVPD37.mp3

o Audio.Int of Fire Capt. Anthony Sardo.CVPD33.MP3

o Audio.Interview of Kimone, Barry, and Ludecea.NUNIS.-CVPD23IB.mp3

o Audio.Interview of wife Roxie Nunis.NUNIS.-CVPD27.mp3

o Audio.Phone Call to Kimone re Article 031420.CVPD47.MPR3

o Audio.Phone Call to Kimone re case status.CVPD46.MP3

o Audio.Phone Call with Kimone re Media Release.03.14.20-CVPD48.MP3

o Audio.Phone Interview of Manluntac CVPD49_.WMA

o Audio.Statement of Sumonrat Vaughan.CVPD36.mp4

o CPRA RRFP.pdf

o Video.095. Ring Footage IMG_1543.MP4

o Video.095a Ring Footage IMG_1544.MP4

o Video.095b. Ring Footage IMG_1545.MP4

o Video.095c. Ring Footage IMG_1546.MP4

o Video.095d. Ring Footage IMG_1547.MP4

o Video.095e. Ring Footage IMG_1548.MP4

o Video.095f. Ring Footage IMG_1549.MP4

o Video.095g. Ring Footage IMG_1550.MP4

o Video.095h. Ring Footage IMG_1551.MP4

o Video.095i. Ring Footage IMG_1552.MP4

o Video.095j. Ring Footage IMG_1553.MP4

o Video.095k. Ring Footage IMG_1554.MP4

o Video.095l. Ring Footage IMG_1555.MP4

o Video.095m. Ring Footage IMG_1686-CVPD95.mov

o Video.096. Ring Camera Video Officer Linney Arrival.MP4

o Video.096a. Ring Footage IMG_3758.MP4

o Video.096c Ring Footage IMG_3761.MP4

o Video.096d. Ring Footage IMG_3762.MP4

o Video.096e. Ring Footage IMG_3763.MP4

o Video.096f. Ring Footage IMG_3764.MP4

o Video.096g. Ring Footage IMG_3765.MP4

o Video.096h. Ring Footage IMG_3766.MP4

o Video.096i. Ring Footage IMG_3767.MP4

o Video.096j. Ring Footage IMG_3769.MP4

o Video.096k. Ring Footage IMG_3771.MP4

o Video.096l. Ring Footage IMG_3772.MP4

o Video.096m. Ring Footage IMG_3773.MP4

o Video.096n. Ring Footage IMG_3774.MP4

o Video.096o. Ring Footage IMG_3775.MP4

o Video.096p. Ring FootageIMG_3760.MP4

o Video.096q. Ring FootageIMG_3765.MP4

o Video.096r. Ring FootageIMG_3766.MP4

o Video.096s. Ring FootageIMG_3768.MP4

o Video.096t. Ring FootageIMG_3770.MP4

o Video.096u Ring FootageIMG_3770-2.MP4

o Video.BWC-5 from Olson re Canvass Interviews; 031320.CVPD2200.mp4

o Video.BWC-4 of Officer Olson re Arrival & Restraint 031320.CVPD8.mp4

o Video.BWC-3 of Officer Olson. 03.13.20.CVPD7.mp4

o Video.BWC-2 of Officer Olson.03.13.20.CVPD6.mp4

o Video.BWC-1 of Officer Olson.03.13.20.CVPD5.mp4

o Video.BWC-1 from Linney;031220.CVPD4.mp4

o Video.BWC from Arce re Post Incident 031320.CVPD56.mp4

o Video.BWC from Arce re Canvass Interviews; 031320_1053.CVPD2199.mp4

o Video.BWC 5 for Officer Salvador Nunis Restraint.CVPD19.mp4

o Video.BWC 5 for Office Padilla re Canvass Interviews.CVPD53.mp4

o Video.BWC 4 from Rivers re Canvass Interviews; 031320.CVPD2201.mp4

o Video.BWC 4 for Officer Salvador Post Incident.CVPD52.mp4

o Video.BWC 4 for Office Padilla re Arrival & Restraint.CVPD17.mp4

o Video.BWC 3 of Officer Rivers Post Incident. 03.13.20.CVPD55.mp4

o Video.BWC 3 for Officer Salvador Nunis in Ambulance-CVPD51.mp4

o Video.BWC 3 for Office Padilla.03.13.20.CVPD16 .mp4

o Video.BWC 2 from Officer Padilla re Nunis .031320.CVPD15.mp4

o Video.BWC 2 for Officer Salvador Post Incident.CVPD50.mp4

o Video.BWC 1 of Officer Rivers re Arrival and Restraint.031320.CVPD9.mp4

o Video.BWC 1 from Salvador.CVPD18.mp4

o Video.BWC 1 from Padilla.031320.CVPD14.mp4

o Video.BWC -4 from Hicks31320.CVPD3.mp4

o Video.BWC -3 from Kremer re Paramedic Medical Aid 031320.CVPD13.mp4

o Video.BWC -3 from Hicks.031320.CVPD54.mp4

o Video.BWC -2 of Officer Rivers re Restraint. 03.13.20.CVPD10.mp4

o Video.BWC -2 from Kremer re Arrival and Family
Contact.031320.CVPD12.mp4

o Video.BWC -2 from Hicks re Nunis in ambulance.031320.CVPD2.mp4

o Video.BWC -1 from Kremer.031320_Kremer_(1_OF_2).CVPD11.mp4

o Video.BWC -1 from Hicks re Arrival & Retraint.031320.CVPD1.mp4

o Video.Int of Baldwin and Rosa Medina by Ruiz.CVPD35.mp4

o Video.Int of Baldwin and Rosa Medina by Ruiz.CVPD34.mp4

o Video.Int of 4 Officers.CVPD38.mp4

o Video.Int Michael and Tracy Jones by Ruiz.03.14.20.CVPD78.mp4

o Video.Initial Contact-4 with Nunis family at hospital by Bruzee.031320.CVPD72.mp4

o Video.Initial Contact-3 with Nuns family at hospital by Ruiz.031320.CVPD63.mp4

o Video.Initial Contact-3 with Nuns family at hospital by Ramirez 031320.CVPD66.mp4

o Video.Initial Contact-3 with Nuns family at hospital by Cobb.031320.CVPD76.mp4

o Video.Initial Contact-3 with Nuns family at hospital by Bruzee.031320.CVPD71.mp4

o Video.Initial Contact-2 with Nunis family at hospital by Ruiz.031320CVPD62.mp4

o Video.Initial Contact-2 with Nuns family at hospital by Ramirez 031320.CVPD65.mp4

o Video. Initial Contact-2 with Nuns family at hospital by Cobb.031320.CVPD75.mp4

o Video.Initial Contact-2 with Nuns family at hospital by Bruzee.031320.CVPD70.mp4

o Video.Initial Contact-1 with Nunis family at hospital by Ruiz.031320.CVPD61.mp4

o Video.Initial Contact-1 with Nuns family at hospital by Ramirez 031320.CVPD64.mp4

o Video. Initial Contact-1 with Nuns family at hospital by Cobb.031320.CVPD74.mp4

o Video.Initial Contact-1 with Nuns family at hospital by Bruzee.031320.CVPD69.mp4

o Video.in room with Nuns at hospital when family entered by Roman.031320.CVPD73.mp4

o Video Escorting Wife at CVPD by Ruiz.031320.CVPD77.mp4

o Video.Det. Bruzee walking to CVPD parking lot looking for Nuns
family.031320.CVPD68.mp4

o Video.Canvass of 1314 Camino Carmelo No Answer by Officer
Arnold.CVPD86.mp4

---

o Video096.b Ring Footage IMG 3760.MP4

o Video.Video Cell Phone of Medical transporting Nunis from 3rd Party
Witness.CVPD20.mp4

o Video.Stmt of Suonrat Vaughn by Ruiz.CVPD60.mp4

o Video.Stmt of Paola Amaya by Ruiz.CVPD2244.mp4

o Video.Stmt of Nadia Kiefer by Ruiz.CVPD59.mp4

o Video.Stmt of Mariela Kotoun by Ruiz.CVPD58.mp4

o Video. Stmt of Lynne Franco by Ruiz.CVPD57.mp4

o Video.Phone Int of Elizabeth Rallo by Ruiz.CVPD80.mp4

o Video.Phone .Int Johnny Fernandez and Raquel by Ruiz.CVPD79.mp4

o Video.Phone Int of Ivan Osorio by Ruiz.031620.CVPD81.mp4

o Video.Phone Int of Ivan Osorio by Ruiz.031620.CVPD81 (1).mp4

o Video.Oral Nunis Jr. Twitter Video 6.4.20 from
McCafferty.06.17.20.CVPD82.mp4

o Video.Meet Up with Nuns Family at CVPD by Bruzee.031320.CVPD67
(1).mp4

o Video.Interview of William & Alma Petti by Officer Arnold.CVPD84.mp4

o Video.Interview of wife Roxie Nunis.NUNIS.-CVPD28.mp4

o Video.Interview of Paula Gama by Officer Arnold.031420.CVPD91.mp4

o Video.Interview of Nickolas & Alisa Rivera by Officer
Arnold.031420.CVPD89.mp4

o Video.Interview of Mila Redondo by Officer Arnold.CVPD94.mp4

o Video.Interview of Mekayla Cain Pt 1 by Officer Arnold.CVPD87.mp4

o Video.Interview of Kimone, Barry, and Ludecea.CVPD24.mp4

o Video.Interview of Jay Hildreth by Officer Arnold.CVPD83.mp4

o Video.Interview of Follow Up 152 by Officer Arnold; 031320.CVPD92.mp4

o Video.Interview of Evgeni Cain Pt 2 by Officer Arnold.031420.CVPD88.mp4

o Video.Interview of Eric Almirol by Officer Arnold.031420.CVPD90.mp4

o Video.Interview of 1324 by Officer Arnold. 031320.CVPD93.mp4

o Video.Interview of 122 by Officer Arnold.031420.CVPD85.mp4

4. **Defendants' Document Production**

| | |
|---|---|
| Video BWC -1 from Hicks re Arrival & Restraint; 03/13/20 | CVPD 000001<br>[CPRA 3 Folder] |
| Video BWC -2 from Hicks re Nunis in Ambulance; 03/13/20 | CVPD 000002<br>[CPRA 3 Folder] |
| Video BWC -4 from Hicks; 03/13/20 | CVPD 000003<br>[CPRA 3 Folder] |
| Video BWC -1 from Linney; 03/12/20 | CVPD 000004<br>[CPRA 3 Folder] |
| Video BWC-1 of Officer Olson. 03.13.20 | CVPD 000005<br>[CPRA 3 Folder] |
| Video BWC-2 of Officer Olson. 03.13.20 | CVPD 000006<br>[CPRA 3 Folder] |
| Video BWC-3 of Officer Olson. 03.13.20 | CVPD 000007<br>[CPRA 3 Folder] |
| Video BWC-4 of Officer Olson re Arrival & Restraint; 03/03/20 | CVPD 000008<br>[CPRA 3 Folder] |
| Video BWC-4 of Officer Olson re Arrival & Restraint; 03/03/20 | CVPD 000009<br>[CPRA 3 Folder] |
| Video BWC 2 of Officer Rivers re Restraint. 03.13.20. | CVPD 000010<br>[CPRA 3 Folder] |
| Video BWC -1 from Kremer; 03/13/20 | CVPD 000011<br>[CPRA 3 Folder] |
| Video BWC -2 from Kremer re Arrival Restraint and Family Contact; 03/13/20 | CVPD 000012<br>[CPRA 3 Folder] |
| Video BWC -3 from Kremer re Paramedic | CVPD 000013 |

| | |
|---|---|
| Medical Aid; 03/13/20 | [CPRA 3 Folder] |
| Video BWC 1 from Padilla; 03/13/20 | CVPD 000014<br>[CPRA 3 Folder] |
| Video. BWC-2 of Officer Padilla re Nunis.03.13.20 | CVPD 000015<br>[CPRA 3 Folder] |
| Video. BWC 3 for Office Padilla.03.13.20 | CVPD 000016<br>[CPRA 3 Folder] |
| Video. BWC 4 for Office Padilla.03.13.20 | CVPD 000017<br>[CPRA 3 Folder] |
| Video. BWC 1 from Officer Salvador | CVPD 000018<br>[CPRA 3 Folder] |
| Video. BWC 5 for Officer Salvador Nunis Restraint | CVPD 000019<br>[CPRA 3 Folder] |
| Video Cell Phone of Medical from 3rd Party Witness | CVPD00020<br>[CPRA 5 Folder] |
| Audio 911 from Kimone Nunis re Oral Nunis Attempting Suicide | CVPD 000021<br>[CPRA 1 Folder] |
| Audio Radio Traffic | CVPD 000022<br><br>[CPRA 1 Folder] |
| Audio Interview of Barry Studwood, Kimone Nunis, and Ludecea Nunis | CVPD 000023<br>[CPRA 1 Folder] |
| Video Interview of Barry Studwood, Kimone Nunis, and Ludecea Nunis | CVPD 000024<br>[CPRA 5 Folder] |
| Audio Call-I to Perez re Ring Video Request | CVPD 000025<br>[CPRA 1 Folder] |
| Audio Call-2 to Perez re Ring Video Request | CVPD 000026<br>[CPRA 1 Folder] |
| Audio Interview of wife Roxie Nunis | CVPD 000027<br>[CPRA 1 Folder] |
| Video Interview of wife Roxie Nunis | CVPD 000028<br>[CPRA 5 Folder] |
| Audio Interview of Officer Manuel Padilla | CVPD 000029 [not in file/produced, but disclosed] |
| Audio Call from Andre Nunis to PD for investigation update | CVPD 000030<br>[CPRA 1 Folder] |

| | |
|---|---|
| Audio Call from Andre Nunis to PD to provide information | CVPD 000031<br>[CPRA 1 Folder] |
| Audio Call to Det. from Barry Studwood re Request for Officer Names | CVPD 000032<br>[CPRA 1 Folder] |
| Audio Call to CVFD Cap Anthony Sardo | CVPD 000033<br>[CPRA 1 Folder] |
| Audio Statement of Rosa and Baldwin Medina by Ruiz; 03/14/20 | CVPD 000034<br>[CPRA 4 Folder] |
| Video Statement of Rosa and Baldwin Medina by Ruiz; 03/14/20 | CVPD 000035<br>[CPRA 4 Folder] |
| Audio Statement of Sumonrat Vaughan by Ruiz; 03/14/20 | CVPD 000036<br>[CPRA 1 Folder] |
| Audio Interview of Officers Padilla, Olson, Rivers, and Linney | CVPD 000037<br>[CPRA 1 Folder] |
| Video Interview of Officers Padilla, Olson, Rivers, and Linney | CVPD 00038<br>[CPRA 4 Folder] |
| Audio Follow-up Int with Ulderico & Dolores Edquid by Det. Arnold | CVPD 000039<br>[CPRA 1 Folder] |
| Audio Follow-up Int with resident of 1224 Camino by Det. Arnold | CVPD 000040<br>[CPRA 1 Folder] |
| Audio Follow-up Int with Daniel Loza by Det. Arnold | CVPD 000041<br>[CPRA 1 Folder] |
| Audio Follow-up Int with Elisa Beifore by Det. Arnold | CVPD 000042<br>[CPRA 1 Folder] |
| Audio Follow-up Int with Michael Gallegos by Det. Arnold | CVPD 000043<br>[CPRA 1 Folder] |
| Audio Call to Ring Customer Service by Det. Arnold | CVPD 000044<br>[CPRA 1 Folder] |
| Audio Follow-up Int with Warren Freeman by Det. Arnold | CVPD 000045<br>[CPRA 1 Folder] |
| Audio Phone Call to Kimone re case status | CVPD 000046<br>[CPRA 1 Folder] |
| Audio Phone Call to Kimone re Article 031420 | CVPD 000047<br>[CPRA 1 Folder] |
| Audio Phone Call with Kimone re Media Release.03.14.20 | CVPD 000048<br>[CPRA 1 Folder] |
| Audio Phone Interview of Manluntac | CVPD 000049<br>[CPRA 1 Folder] |

| | |
|---|---|
| Video. BWC 2 for Officer Salvador Post Incident | CVPD 000050<br>[CPRA 3 Folder] |
| Video. BWC 3 for Officer Salvador Post Incident Nunis in Ambulance | CVPD 000051<br>[CPRA 3 Folder] |
| Video. BWC 4 for Officer Salvador Post Incident | CVPD 000052<br>[CPRA 3 Folder] |
| Video. BWC 5 for Office Padilla re Canvass Interviews | CVPD 000053<br>[CPRA 3 Folder] |
| Video BWC -3 from Hicks; 03/13/20 | CVPD 000054<br>[CPRA 3 Folder] |
| Video BWC 3 of Officer Rivers Post Incident. 03.13.20. | CVPD 000055<br>[CPRA 3 Folder] |
| Video BWC from Arce re Post Incident; 03/13/20 | CVPD 00056<br>[CPRA 3 Folder] |
| Video Stmt of Lynne Franco by Ruiz; 03/13/20 | CVPD 000057<br>[CPRA 5 Folder] |
| Video Stmt of Mariela Kotoun by Ruiz; 03/14/20 | CVPD 000058<br>[CPRA 5 Folder] |
| Video Stmt of Nadia Kiefer by Ruiz; 03/14/20 | CVPD 000059<br>[CPRA 5 Folder] |
| Video Stmt of Sumonrat Vaughan by Ruiz; 03/14/20 | CVPD 000060<br>[CPRA 5 Folder] |
| Video Initial Contact-I with Nunis family at hospital by Ruiz.031320 | CVPD 000061<br>[CPRA 4 Folder] |
| Video Initial Contact-2 with Nunis family at hospital by Ruiz.031320 | CVPD 000062<br>[CPRA 4 Folder] |
| Video Initial Contact-3 with Nunis family at hospital by Ruiz.031320 | CVPD 000063<br>[CPRA 4 Folder] |
| Video Initial Contact-I with Nunis family at hospital by Ramirez; 03/13/20 | CVPD 000064<br>[CPRA 4 Folder] |
| Video Initial Contact-2 with Nunis family at hospital by Ramirez; 03/13/20 | CVPD 000065<br>[CPRA 4 Folder] |
| Video Initial Contact-3 with Nunis family at hospital by Ramirez; 03/13/20 | CVPD 000066<br>[CPRA 4 Folder] |
| Video Meet Up with Nunis Family at CVPD by Bruzee; 03/13/20 | CVPD 000067<br>[CPRA 5 Folder] |
| Video Det. Bruzee walking to CVPD parking lot looking for Nunis family; | CVPD 000068<br>[CPRA 4 Folder] |

| 03/13/20 | |
|---|---|
| Video Initial Contact-I with Nunis family at hospital by Bruzee; 03/13/20 | CVPD 000069 [CPRA 4 Folder] |
| Video Initial Contact-2 with Nunis family at hospital by Bruzee; 03/13/20 | CVPD 000070 [CPRA 4 Folder] |
| Video Initial Contact-3 with Nunis family at hospital by Bruzee; 03/13/20 | CVPD 000071 [CPRA 4 Folder] |
| Video Initial Contact-4 with Nunis family at hospital by Bruzee; 03/13/20 | CVPD 000072 [CPRA 4 Folder] |
| Video in room with Nunis at hospital when family entered by Roman; 03/13/20 | CVPD 000073 [CPRA 4 Folder] |
| Video Initial Contact-I with Nunis family at hospital by Cobb; 03/13/20 | CVPD 00074 [CPRA 4 Folder] |
| Video Initial Contact-2 with Nunis family at hospital by Cobb; 03/13/20 | CVPD 000075 [CPRA 4 Folder] |
| Video Initial Contact-3 with Nunis family at hospital by Cobb; 03/13/20 | CVPD 000076 [CPRA 4 Folder] |
| Video Escorting Wife at CVPD by Ruiz; 03/13/20 | CVPD 000077 [CPRA 4 Folder] |
| Video Int Michael and Tracy Jones by Ruiz | CVPD 000078 [CPRA 4 Folder] |
| Video Phone Int Johnny Fernandez and Raquel Portillo by Ruiz; 03/15/20 | CVPD 000079 [CPRA 5 Folder] |
| Video Phone Int of Elizabeth Rallo by Ruiz; 03/16/20 | CVPD 000080 [CPRA 5 Folder] |
| Video Phone Int of Ivan Osorio by Ruiz; 03/16/20 | CVPD 000081 [CPRA 5 Folder] |
| Video Oral Nunis Jr. Twitter Video 6.4.20 from McCafferty 6 17 20 | CVPD 000082 [CPRA 5 Folder] |
| Video Interview of Jay Hildreth by Officer Arnold | CVPD 000083 [CPRA 5 Folder] |
| Video Interview of William & Alma Petti by Officer Arnold | CVPD 000084 [CPRA 5 Folder] |
| Video Interview of No. 122 by Officer Arnold; 03/14/20 | CVPD 000085 [CPRA 5 Folder] |
| Video Canvass of 1314 Camino Carmelo No Answer by | CVPD 000086 [CPRA 4 Folder] |

| Officer Arnold | |
|---|---|
| Video Interview of Mekayla Cain Pt 1 by Officer Arnold; 03/14/20 | CVPD 000087<br>[CPRA 5 Folder] |
| Video Interview ofEvgeni Cain Pt 2 by Officer Arnold; 03/14/20 | CVPD 000088<br>[CPRA 5 Folder] |
| Video Interview of Nickolas & Alisa Rivera by Officer Arnold; 03/14/20 | CVPD 000089<br>[CPRA 5 Folder] |
| Video Interview of Eric Almirol by Officer Arnold; 03/14/20 | CVPD 000090<br>[CPRA 5 Folder] |
| Video Interview of Paula Gama by Officer Arnold; 03/14/20 | CVPD 000091<br>[CPRA 5 Folder] |
| Video Interview of No. 152 by Officer Arnold; 03/13/20 | CVPD 000092<br>[CPRA 5 Folder] |
| Video Interview of 1324 by Officer Arnold; 03/13/20 | CVPD 000093<br>[CPRA 5 Folder] |
| Video Interview of Mila Redondo by Officer Arnold | CVPD 000094<br>[CPRA 5 Folder] |
| Video Ring Camera Footage from Front Door (14 clips) | CVPD 000095<br>[CPRA 1 Folder] |
| Video Ring Camera Footage from Side of Residence (22 clips) | CVPD 000096 [not in file/produced/but disclosed] |
| Photo from DMV of Oral Nunis | CVPD 000097<br><br>[CPRA Folder, CPRA RRFD] |
| Photos of Nunis at the hospital | CVPD 000098- CVPD 000143<br>[CPRA Folder, CPRA RRFD] |
| Photo of Officer Brian Olson | CVPD 000144<br>[CPRA Folder, CPRA RRFD] |
| Photo of Officer Manuel Padilla | CVPD 000145<br>[CPRA Folder, CPRA RRFD] |
| Photo of Officer Jorden Salvador | CVPD 000146<br>[CPRA Folder, CPRA RRFD] |
| Photo of Officer Evan Linney | CVPD 000147<br>[CPRA Folder, CPRA RRFD] |
| Photo of Officer David Rivers | CVPD 000148<br>[CPRA Folder, CPRA RRFD] |
| Photo Up Close of Nunis Driver's License | CVPD 000149 |

|  | [CPRA Folder, CPRA RRFD] |
|---|---|
| Photos of Officer 1 Charting | CVPD 000150- CVPD 000167 |
|  | [CPRA Folder, CPRA RRFD] |
| Photos of Officer 2 Charting | CVPD 000168- CVPD 000178 |
|  | [CPRA Folder, CPRA RRFD] |
| Photos of Scene | CVPD 000179- CVPD 000276 |
|  | [CPRA Folder, CPRA RRFD] |
| Photos re Clothing and Evidence Collected | CVPD 000277- CVPD 000366 |
|  | [CPRA Folder, CPRA RRFD] |
| Photos re Autopsy | CVPD 000367- CVPD 000443 |
|  | [CPRA Folder, CPRA RRFD] |
| Policy 306 Handcuffing and Restraints | CVPD 000444- CVPD 000450 |
| Policy 471 Crisis Intervention | CVPD 000451- CVPD 000455 |
| Records from Sharp Medical Center | CVPD 000517- CVPD 000576 |
| Records from Sharp Medical Center-2 | CVPD 000577- CVPD 000662 |
| Incident Detail Report | CVPD 000669-CVPD 000679 |
|  | [CPRA Folder, CPRA RRFD] |
| EMS Report; 03/13/20 | CVPD 000889- CVPD 000905 |
| EMS Module Report; 03/13/20 | CVPD 000906- CVPD 000907 |
| Incident Report from Kem County Sheriffs; 03/12/20 | CVPD 000908- CVPD 000909 |
| Manteca PD Calls of Service; 01/28/20 | CVPD 000910- CVPD 000916 |
| Stanislaus SO Incident Report; 03/10/20 | CVPD 000917- CVPD 000918 [not in file/produced/but disclosed] |
| AUTOPSY Report for Oral Nunis conducted by Robert Stabley M.D.; 03/14/2021 | CVPD 000929- CVPD 000947 |
| CVPD Arrest Contact Report; 03/13/20 | CVPD 000948- CVPD 000981 |
| Report re In-Custody Death by Officer Bruzee; 03/13/20 | CVPD 000982- CVPD 001002 |
| Report re Canvass Interviews by Officer Gardea; 03/12/20 | CVPD 001003- CVPD 001005 |
| Report re Cause of Death by Officer Bruzee; 05/12/21 | CVPD 001006 |
| Report re Response to Sharp Medical Center by Officer | CVPD 001007 |

| | |
|---|---|
| Cobb; 03/13/20 | |
| Report re Perimeter by Officer Burruel; 03/13/20 | CVPD 001008 |
| Report re Photos by Officer Arce; 03/13/20 | CVPD 001009-001010 |
| Report re Canvass Interviews by Officer Hall; 03/17/20 | CVPD001011-CVPD001012 |
| Report re Medical Aid by Officer Hicks; 03/18/20 | CVPD 001013 |
| Report re Briefing & Assignment by Officer Arnold; 3/19/20 | CVPD001014-CVPD001017 |
| Report re Autopsy by Officer Arnold; 03/19/20 | CVPD001018-CVPD001019 |
| Report re Investigation by Officer Ruiz; 03/16/20 | CVPD001020-CVPD001026 |
| Report re Witness Info by Officer Arnold; 03/16/20 | CVPD001027-CVPD1042 |
| Report re Crime Scene Log by Officer Roman; 03/13/20 | CVPD001043 |
| Report re Incident by Officer Kremer; 03/13/20 | CVPD001044-CVPD001046 |
| Report re Digital Evidence Photographs by Officer Garber; 3-13-20 | CVPD001047-CVPD001048 |
| People Search for Oral Nunis by PD | CVPD001049-CVPD1050 |
| County of San Diego Medical Examiner Report Page 2 | CVPD001051 [CPRA Folder, CPRA RRFD] |
| Crime Lab Report | CVPD 001052- CVPD 001057 |
| Engineer Report Screenshot | CVPD 001058 |
| Screenshot Oral Nunis News | CVPD 001068 [Photo 247, Produced on Flash drive #2] |
| Transcript Interview of Kimone and Ludecea Nunis and Barry Studwood by Det. Bruzee | CVPD 001069- CVPD 001156 |
| Transcript Interview of Officer Padilla, Olson, Rivers and Linney | CVPD 001157- CVPD 001307 |
| Transcript Interview of Roxie Nunis by Det. Bruzee | CVPD 001308- CVPD 001334 |
| Transcription of Video Interview of Evgeni Cain Pt 2 by Officer Arnold; 03/14/20 | CVPD 001335- CVPD 001348 |

| Transcription of Video Initial Contact-I with Nunis family at hospital by Bruzee; 03/13/20 | CVPD 001349- CVPD 001355 |
|---|---|
| Transcription of Video Initial Contact-2 with Nunis family at hospital by Bruzee; 03/13/20 | CVPD 001356- CVPD 001372 |
| Transcription of Video Initial Contact-3 with Nunis family at hospital by Bruzee; 03/13/20 | CVPD 001373-CVPD001379 |
| Transcription of Video Initial Contact-4 with Nunis family at hospital by Bruzee; 03/13/20 | CVPD 001380- CVPD 001403 |
| Transcription of Video Interview of 1324 by Officer Arnold; 03/13/20 | CVPD 001404- CVPD 001417 |
| Transcription of Video Initial Contact-2 with Nunis family at hospital by Cobb; 03/13/20 | CVPD 001418- CVPD 001424 |
| Transcription of Video Initial Contact-3 with Nunis family at hospital by Cobb; 03/13/20 | CVPD 001425- CVPD 001434 |
| Transcription of Video Phone Int of Elizabeth Rallo by Ruiz; 03/16/20 | CVPD 001435- CVPD 001467 |
| Transcription of Audio Interview of Barry Studwood, Kimone Nunis, and Ludecea Nunis; 03/13/20 | CVPD 001468- CVPD 001586 |
| Transcription of Video Initial Contact-I with Nunis family at hospital by Ruiz; 03/13/20 | CVPD 001587- CVPD 001593 |
| Transcription of Video Initial Contact-2 with Nunis family at hospital by Ruiz.; 03/13/20 | CVPD 001594-CVPD 001618 |
| Transcription of Audio Interview of Officers Padilla, Olson, Rivers, and Linney | CVPD001619-CVPD001836 |
| Transcription of 9-1-1 Call from Kimone re Attempting Suicide; 03/12/20 | CVPD 001837- CVPD 001852 |
| Transcription of Video. BWC 1 & 2 of Officer Padilla re Nunis.03.13.20 | CVPD 001853- CVPD 001859 |
| Transcription of Video BWC -1 from Hicks re Arrival & Restraint; 03/13/20 | CVPD 001860- CVPD 001864 |
| Transcription of Video BWC-1 & 2 of Officer Olson. 03.13.20 | CVPD 001865- CVPD 001882 |

| Transcription of Video BWC -1 from Linney; 03/12/20 | CVPD 001883- CVPD 001887 |
|---|---|
| Transcription of Video BWC -1 from Kremer; 03/13/20 | CVPD 001888- CVPD 001891 |
| Transcription of Video. BWC from Officer Salvador; 03/13/20 | CVPD 001892- CVPD 001894 |
| Transcription of Video BWC 1 of Officer Rivers re Arrival & Restraint. 03.13.20 | CVPD 001895- CVPD 001904 |
| Transcription of Audio Radio Traffic | CVPD 001905-CVPD001914 |
| Transcription of Audio Interview of wife Roxie Nunis | CVPD 001915- CVPD001953 |
| Transcription of Video Phone Int of Ivan Osorio by Ruiz; 03/16/20 | CVPD 001954- CVPD002002 |
| Transcription of Audio Call from Andre Nunis to PD to provide information | CVPD 002003- CVPD002005 |
| Transcription of Audio Call from Andre Nunis to PD for investigation update | CVPD 002006- CVPD002020 |
| Transcription of Video BWC from Arce re Post Incident; 03/13/20 | CVPD 002021- CVPD002023 |
| Transcription of BWC-3 for Officer Olson; 03/13/21 | CVPD 002024- CVPD002031 |
| Transcription ofBWC-5 for Officer Padilla re Canvas Interviews; 03/13/21 | CVPD 002032- CVPD002035 |
| Transcription ofBWC-3 for Officer Padilla; 03/13/21 | CVPD 002036- CVPD002039 |
| Transcription of BWC-3 for Officer Salvador re Nunis in the Ambulance; 03/13/21 | CVPD002040-CVPD002042 |
| Transcription of BWC-4 for Officer Padilla re Arrival & Restraint; 03/13/21 | CVPD 002043- CVPD002060 |
| Transcription of BWC-4 for Officer Salvador re Post Incident; 03/13/21 | CVPD 002061- CVPD002062 |
| Transcription of BWC-1 for Officer Rivers re Arrival & Restraint; 03/13/21 | CVPD 002063- CVPD002078 |
| Transcription of BWC-4 for Officer Olson re Arrival & Restraint; 03/13/21 | CVPD 002079- CVPD002095 |
| Transcription of BWC-5 for Officer Salvador re Arrival & | CVPD 002096- CVPD002107 |

| Restraint; 03/13/21 | |
|---|---|
| Transcription of BWC-2 for Officer Salvador re Post Incident; 03/13/21 | CVPD 002108- CVPD002110 |
| Map of Incident location | CVPD 002111 |
| Critical Incident Briefing Script | CVPD 002112- CVPD 002113 |
| SD Medical Examiner Medication and Paraphernalia log | CVPD 002114- CVPD 002115 |
| Crime Scene Log; 03/13/20 | CVPD 002116- CVPD 002119 |
| CAD; 03/12/20 | CVPD 002120- CVPD 002154 |
| Letter from Inv. Chiles (AXON) to Sgt. Deaner re BWC Request.050520 | CVPD 002187- CVPD 002188 |
| Chula Vista Police Department Crimes of Violence/Homicide Unit re: Req. from Sgt. Oyos to withhold Autopsy from Public Release | CVPD 002189<br>[CPRA Folder, CPRA RRFD] |
| Video BWC from Arce re Canvass Interviews; 03/13/20 | CVPD 002199<br>[CPRA 3 Folder] |
| Video BWC-5 from Olson re Interactions with Family Members; 03/13/20 | CVPD 002200<br>[CPRA 3 Folder] |
| Video BWC-4 from Rivers re Family & Canvass Interviews; 03/13/20 | CVPD 002201<br>[CPRA 3 Folder] |
| Video Stmt of Paola Amaya by Ruiz; 03/14/20 | CVPD 002244<br>[CPRA 5 Folder] |
| Training Material re ADL Bias Outline | CVPD 002245- CVPD 002246 |
| Training Material re Bias Outline | CVPD 002247- CVPD 002255 |
| Training Material re De Escalation Outline | CVPD 002256- CVPD 002269 |
| Training Material re Misc Training | CVPD 002270- CVPD 002273 |
| Training Material re PERT Course Outline | CVPD 002274- CVPD 002291 |
| Training Material re State of the Watch Outline | CVPD 002303- CVPD 002306 |
| Training Material re TAC Comm Outline | CVPD 002307- CVPD 002310 |
| Training Material re WRAP Roster; 02/11/17 | CVPD 002311- CVPD 002330 |
| Training Activity Log for Jordan Salvador | CVPD 002331- CVPD 002332 |
| Training Log for Jordan Salvador | CVPD 002333- CVPD 002334 |
| Training Activity Log for Brian Olson | CVPD 002335- CVPD 002336 |
| Training Log for Brian Olson | CVPD 002337- CVPD 002338 |
| Training Activity Log for Denny Kremer | CVPD 002339 |

| | |
|---|---|
| Training Log for Denny Kremer | CVPD 002340-CVPD002342 |
| Training Activity Log for Manuel Padilla | CVPD 002343- CVPD 002352 |
| Training Log Manual Padilla | CVPD 002353- CVPD 002356 |
| Training Activity Log for Evan Linney | CVPD 002357- CVPD 002360 |
| Training Log Evan Linney | CVPD 002361- CVPD 002363 |
| Training Activity Log for David Rivers | CVPD 002364- CVPD 002376 |
| Training Log David Rivers | CVPD 002377- CVPD 002381 |
| Policy 300 UOF | CVPD 002333-002341<br><br>[CPRA Folder, CPRA RRFD] |
| Video BWC -2 from Linney No Content; 03/12/20 | CVPD 002392 [not in file/produced, but disclosed] |
| Video BWC -3 from Linney Post Incident No Incident Content; 03/12/20 | CVPD 002393 [not in file/produced, but disclosed] |
| POST training profiles for Officer Arce | CVPD 002394-CVPD002396 |
| POST training profiles for Officer Kremer | CVPD 002397- CVPD 002400 |
| POST training profiles for Officer Hicks | CVPD 002401- CVPD 002403 |
| Training Activity Log for Kenneth Hicks | CVPD 002404- CVPD 002415 |
| Training Activity Log for David Arce | CVPD 002416- CVPD 002424 |
| Transcription of BWC-4 re Canvass Interviews from Officer Rivers | CVPD 002425- CVPD 002447 |
| Transcription of BWC-5 re Canvass Interviews from Officer Olson | CVPD 002448- CVPD 002459 |
| CNR from Sharp Chula Vista Medical re X-Rays | CVPD 002460- CVPD 002464 |
| Billing from Sharp Chula Vista Medical | CVPD 002465- CVPD 002475 |
| Transcription re Video BWC -4 from Hicks; 03/13/20 | CVPD 002476-CVPD002480 |
| Transcription re Video BWC -1 from Hicks; 03/13/20 | CVPD 002481- CVPD 002492 |
| Transcription re Video BWC -2 from Hicks; 03/13/20 | CVPD 002493- CVPD 002499 |
| Transcription re Video BWC -3 from Hicks; 03/13/20 | CVPD 002500- CVPD 002507 |
| Suppl. Report by Lt. Oyos re Audit Trails; 05/20/22 | CVPD 002508- CVPD 002509 |
| Med Records EKG from Sharp Chula Vista Med Ctr | CVPD 002510- CVPD 002520 |
| Policy 106 re Manual | CVPD 002521- CVPD 002524 |

| | |
|---|---|
| Audio 911 & Dispatch from Kem County | CVPD 002692 |
| Kem County Call for Service Log; 03/12/20 | CVPD 002525- CVPD 002528 |
| Report by Lt. Oyos re request for Kem County files related to Oral Nunis for March 12, 2020; 05/25/22 | CVPD 002529- CVPD 002530 |
| AMR Report; 03/12/20 | CVPD 000503- CVPD 000516 |
| Records NRC for Sharp Chula Vista Medical Center | CVPD 002531- CVPD 002535 |
| Training Activity Log for Kenneth Hicks | CVPD 002536- CVPD 002547 |
| 2020 Arrest and Control Training Outline | CVPD 002548- CVPD 002552 |
| Misc Wrap Training Record Log | CVPD 002553- CVPD 002556 |
| Letter re New Hire Training Schedule for Officer Kremer; 11/1/18 | CVPD 002557- CVPD 002558 |
| Policy 200 re Organizational Structure & Responsibility | CVPD 002559- CVPD 002560 |
| Policy 340 re Conduct | CVPD 002561- CVPD 002570 |
| Policy 418 re Mental Illness Commitments | CVPD 002571- CVPD 002576 |
| Policy 448 re Portable Audio-Video Recorders | CVPD 002577- CVPD 002584 |
| Policy 702 Personal Communication Devices | CVPD 002585- CVPD 002589 |
| Policy 1031 re Fitness for Duty | CVPD 002590- CVPD 002592 |
| Axon Device Audit Trail for Agent Linney; 03/12/20- 03/13/20 | CVPD 002593- CVPD 002609 |
| Axon Evidence Audit Trail-I for Agent Linney | CVPD 002610- CVPD 002615 * |
| Axon Evidence Audit Trail-2 for Agent Linney | CVPD 002616- CVPD 002618 * |
| Axon Evidence Audit Trail-3 for Agent Linney | CVPD 002619- CVPD 002620 * |
| Axon Device Audit Trail for Officer Padilla; 03/12/20- 03/13/20 | CVPD 002621- CVPD 002634 * |
| Axon Evidence Audit Trail-I for Officer Padilla | CVPD 002635- CVPD 002640 * |
| Axon Evidence Audit Trail-2 for Officer Padilla | CVPD 002641- CVPD 002645 * |
| Axon Evidence Audit Trail-3 for Officer Padilla | CVPD 002646- CVPD 002648 * |

| Policy re 310 re OIS & Deaths | CVPD 002649- CVPD 002663 * |
|---|---|
| Policy re 360 Death Investigation | CVPD 002664- CVPD 002666 |
| Policy re 470 Medical Aid & Response | CVPD 002667- CVPD 002671 |
| Policy 804 re Property & Evidence | CVPD 002672- CVPD 002681 |
| Policy 900 re Temporary Custody of Adults | CVPD 002682- CVPD 002691 |

5. Autopsy Documents
- o Autopsy Photos – Object Evidence
- o Autopsy Photos – Interior of Body
- o Autopsy Photos – Exterior of Body
- o Autopsy Report

6. Supplemental Disclosures

- Audio.001.911 Call from daughter.NUNIS.IB.wav
- Audio,.002.CVPD_RADIO.wav
- Audio,003.lnterview of Kimone, Barry, and Ludecea.NUNIS.IB.mp3
- Audio.005. Call-1 to Perez re Ring Video Request Manzanarez_Perez_#1.MP3
  Audio.006. Call-2 to Perez re Ring Video Request Manzanarez_Perez_#2.MP3
- Audio.007.lnterview of wife Roxie Nunis.NUNIS.IB.mp3
- Audio.008.Phone Call with Kim one re Media Release.03.14.20.MP3
- Audio.010.Call-1 from Andre Nunis to PD for investigation update.NUNIS.IB.MP3
- Audio.011.Call-2 from Andre Nunis to PD to provide info.NUNIS.IB.MP3
- Audio.012.Call to Det. from Barry 5tudwood re Officer
  Names.031420.NUNl5.IB.MP3
- Audio.013.lnt of Fire Capt. Anthony 5ardo.NUNl5.IB.MP3
- Audio.017.lnt of 4 Officers.NUN15.IB.mp3
- Audio.018.Follow-up Int with Ulderico & Dolores Edquid by Det.
  Arnold.NUNl5.IB.MP3
- Audio.019.Follow-up Int with resident of 1224 Camino by Arnold.NUNIS.IB.MP3
  Audio.020.Follow-up Int with Daniel Loza by Arnold.NUNIS.IB.MP3
- Audio.021.Follow-up Int with Elisa Beifore by Arnold.NUNl5.IB.MP3
- Audio.022.Follow-up Int with Michael Gallegos by Arnold.NUNl5.IB.MP3
- Audio.023.Call to Ring Customer Service by Det. Arnold.NUNIS.IB.MP3
- Audio.024.Follow-up Int with Warren Freeman by Det. Arnold.NUNl5.IB.MP3
- Audio.025. Phone Call to Kimone re case status.MP3
- Audio.026.Phone Call to Kimone re Article 031420.MP3
- Audio.028. Phone Interview of Manluntac -of_MANLUTAC_.WMA

- Photo.097.DMV Photo of Oral Nunis. NUNIS.18.pdf
- Photo.098.re Nunis at Hospital.NUNl5.IB.pdf
- Photo.102.0fficer Olson, Brian.pdf
- Photo.103.0fficer Manuel Padilla_Redacted.pdf
- Photo·.104.0fficer Jorden Salvador.pdf
- Photo.105.0fficer Evan Lenney.pdf
- Photo.106.0fficer David Rivers_Redacted.pdf
- Photo.107.Up Close of Nunis Driver's License.pdf
- Photo.247.Screenshot Oral Nunis News.pdf
- Photos.099.0fficer Photos Charting-1.pdf
- Photos.100.0fficer Photos Charting-2.pdf
- Photos.101.Scene Photos.pdf
- Photos.108. re Clothing and Evidence Collected .pdf
- Photos.109.Autopsy.pdf
- Video.004.lnterview of Kimone, Barry, and Ludecea.NUNl5.IB.mp4
- Video.005.lnterview of wife Roxie Nunis.NUNIS.IB.mp4
- Video.005.lInterview of wife Roxie Nunis.NUNIS.IB.mp4
- Video,015.lnt of Baldwin and Rosa Medina by Ruiz.NUNIS.IB.mp4
- Video.017.Int of 4 Officers.NUNIS.IB.mp4
- Video,029. BWC 1 from Salvador.mp4
- Video.030.BWC 2 for Officer Salvador Post lncident.mp4
- Video.031.BWC 3 for Officer Salvador Nunis in Ambulance.mp4
- Video.032.BWC 4 for Officer Salvador Post lncident.mp4
- Video.033..BWC 5for Officer Salvador Nunis Restraint .mp4
- Video.034. BWC 1 from Padilla.03.U20.mp4
- Video.035. BWC 2 from Officer Padilla re Nunis .031320.mp4
- Video.036. BWC 3 for Office Padilla.03.13.20 .mp4
- Video.037. BWC 4 for Office Padilla re Arrival & Restraint.mp4
- Video.038. BWC 5 for Office Padilla re Canvass lnterviews.mp4
- Video.039. BWC -1 from Hicks re Arrival & Retraint.031320.mp4
- Video.040. BWC -2 from Hicks re Nunis in ambulance.0313.20.mp4
- Video.041, BWC -3 from Hicks.031320.mp4
- Video.042. BWC -4 from Hicks31320.mp4
- Video.043.BWC-1 from Linney;031220.NUNIS.IB.mp4
- Video.043A. BWC -2 from Linney No Content; 0312.20_072.mp4
- Video.043B. BWC -3 from Linney Post Incident No Incident Content;
  031220_1355,mp4
- Video.044.BWC-1 of Officer Olson.03.13.2.0.mp4
- Video.045. BWC-2 of Officer Olson.03.13.20,mp4
- Video.046. BWC-3 of Officer Olson. 03.13.20.mp4

- Video.047. BWC-4 of Officer Olson re Arrival & Restraint 031320.mp4
- Video.048. BWC 1 of Officer Rivers re Arrival and Restraint.031320.mp4
- Video.049. BWC -2 of Officer Rivers re Restraint. 03.13.20.mp4
- Video.050. BWC 3 of Officer Rivers Post Incident. 03.13.2.0.mp4
- Video.051. BWC -1 from Kremer.031320_Kremer_(1_0F_2),mp4
- Video.052. BWC -2 from Kremer re Arrival Restraint and Family Contact; 031320.mp4
- Video.053. BWC -3 from Kremer re Paramedic Medical Aid 031320.mp4
- Video.054. BWC from Arce re Post Incident 031320.mp4
- Video.055.Video Cell Phone of Medical transporting Nunis from 3rd Party Witness.mp4
- Video.056.Stmt of Lynne Franco by Ruiz.NUNIS.IB.mp4
- Video.057.Stmt of Mariela Kotoun by Ruiz,NUNIS.IB.mp4
- Video.058.Stmt of Nadia Kiefer by Ruiz.NUNIS.IB.mp4
- Video.059.Stmt of Paola Amaya by Ruiz.NUNIS.IB.mp4
- Video.060.Stmt of Suon rat Vaughn by Rurz.NUNIS.IB.mp4
- Video.061.lnitial Contact-1 with Nunis family at hospital by Ruiz.03132.0.mp4
- Video,062. Initial Contact-2 with Nunis family at hospital by Ruiz.031320.mp4
- Video.063. Initial Contact-3 with Nuni.s family at hospital by Ruiz.031320.mp4
- Video.064. Initial Contact-1 with Nunis family at hospital by Ramirez 031320.mp4
- Video.065, Initial Contact-2 with Nunis family at hospital by Ramirez 031320.mp4
- Video.066. Initial Contact-3 with Nunis family at hospital by Ramirez 031320.mp4
- Video.067. Meet Up with Nunis Family at CVPD by Bruzee.031320.mp4
- Video.068. Det. Bruzee walking to CVPD parking lot looking for Nunis family; 031320.mp4
- Video.069. Initial Contact-1 with Nunis family at hospital by Bruzee.031320.mp4
- Video.070. Initial Contact-2 with Nunis family at hospital by Bruzee.031320.mp4
- Video.071. Initial Contact-3 with Nunis family at hospital by Bruzee.031320.mp4
- Video.072. Initial Contact-4 with Nunis family at hospital by Bruzee.031320.mp4
- Video.073,. in room with Nunis at hospital when family entered by Roman.031320.mp4
- Video.074. Initial Contact-1 with Nunis family at hospital by Cobb.031320.mp4
- Video.075. Initial Contact-2 with Nunis family at hospital by Cobb.031320,mp4
- Video.076, Initial Contact-3 with Nunis family at hospital by Cobb.031320.mp4
- Video.077. Escorting Wife at CVPD by Ruiz.031320.mp4
- Video.078, Int Michael and Tracy Jones by Ruiz.03.14.20.mp4
- Video.079.Phone .Int Johnny Fernandez and Raquel by Ruiz.NUNl5.18.mp4
- Video.080.Phone Int of Elizabeth Rallo by Ruiz.NUNIS.IB.mp4
- Video.081. Phone Int of Ivan Osorio by Ruiz.031620.mp4

- Video.082.0ral Nunis Jr. Twitter Video 6.4.20 from McCafferty.06.17.20.NUNIS.IB.mp4
- Video.083. Interview of Jay Hildreth by Officer Arnold.mp4
- Video.084. Interview of William & Alma Petti by Officer Arnold.mp4
- Video.085. Interview of 122 by Officer Arnold.031420.mp4
- Video.086. Canvass of 1314 Camino Carmelo No Answer by Officer Arnold.mp4
- Video.087, Interview of Mekayla Cain Pt 1 by Officer Arnold.mp4
- Video.088. Interview of Evgeni Cain Pt 2 by Officer Arnold.031420.mp4
- Video.089. Interview of Nickolas & Alisa Rivera by Officer Arnold.031420.mp4
- Video.090. Interview of Eric Almirol by Officer Arnold.031420.mp4
- Video.091, Interview of Paula Gama by Officer Arnold.031420.mp4
- Video.092. Interview of Follow_Up_152 by Officer Arnold; 031320.mp4
- Video.093. Interview of 1324 by Officer Arnold. 031320.mp4
- Video.094. Interview of Mila Redondo by Officer Arnold.mp4
- Video.095. Ring Footage IMG_1543.MP4
- Video.095a Ring Footage IMG_1544.MP4
- Video.095b. Ring Footage IMG_1545.MP4
- Video.095c. Ring Footage /MG_1546.MP4
- Video.095d. Ring Footage IMG_1547.MP4
- Video.095e. Ring Footage /MG_1548.MP4
- Video.095e. Ring Footage IMG_1548.MP
- Video.095f. Ring Footage IMG_1549.MP4
- Video.095g. Ring Footage IMG_1550.MP4
- Video.095h. Ring Footage IMG_1551.MP4
- Video.095i. Ring Footage IMG_1552.MP4
- Video.095j. Ring Footage IMG_1553.MP4
- Video.095k. Ring Footage IMG_1554.MP4
- Video.0951. Ring Footage IMG_1555.MP4
- Video.095m. Ring Footage IMG_1686.mov
- Video.096.b Ring Footage IMG_3760.MP4
- Video.096a. Ring Footage IMG_3758.MP4
- Video.096c Ring Footage IMG_3761.MP4
- Video.096d. Ring Footage IMG_3762.MP4
- Video.096e. Ring Footage IMG_3763.MP4
- Video.096f. Ring Footage IMG_3764.MP4
- Video.096g. Ring Footage IMG_3765.MP4
- Video.096h. Ring Footage IMG_3766.MP4
- Video.096i. Ring Footage IMG_3767.MP4
- Video.096j. Ring Footage IMG_3769.MP4
- Video.096k. Ring Footage IMG_3771.MP4

- Video.0961.Ring Footage IMG_3772.MP4
- Video.096m. Ring Footage IMG_3773.MP4
- Video.096n. Ring Footage IMG_3774.MP4
- Video.096o. Ring Footage IMG_3775.MP4
- Video.096p. Ring FootageIMG_3760.MP4
- Video.096q. Ring Footage1MG_3765.MP4
- Video.096r. Ring Footage1MG_3766.MP4
- Video.096s. Ring Footage1MG_3768.MP4
- Video.096t. Ring Footage1MG_3770.MP4
- Video.096u Ring Footage1MG_3770-2.MP4
- Video.213. BWC from Arce re Canvass Interviews; 031320_1053.mp4
- Video.214. BWC-5 from Olson re Canvass Interviews; 031320.mp4
- Video.215. BWC 4 from Rivers re Canva·ss Interviews; 031320.mp4