**DOUGLAS / HICKS LAW, APC**
Carl E. Douglas, (SBN: 97011)
Jamon R. Hicks, (SBN: 232747)
5120 W. Goldleaf Circle Suite 140
Los Angeles, CA 90056-1661
Phone: (323) 655-6505; Fax: (323) 927-1947
Email: Carl@DouglasHicksLaw.com

Attorneys for Plaintiffs,
ESTATE OF ORAL W. NUNIS, SR., by
and through, ROXIE A. NUNIS, Individually,
and as Successor in Interest to the Estate,
NAOMI NUNIS, Individually, and WILLIE
MAE KIRKLAND as *Guardian ad Litem* for
A.T.N. and J.C.N.

## UNITIED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ORAL W. NUNIS, SR., by and through, ROXIE A. NUNIS, Individually, and As Successor in Interest to the Estate, NAOMI NUNIS, Individually, and WILLIE MAE KIRKLAND, *as Guardian ad Litem* for A.T.N. and J.C.N.<br><br>        Plaintiffs,<br><br>        v.<br><br>CITY CHULA VISTA; DAVID ARCE, BRIAN OLSEN, DAVID KREMER, EVAN LINNEY, DAVID RIVERS, MANUEL PADILLA, JORDAN SALVADOR, KENNETH HICKS and DOES 1 through 40, inclusive,<br><br>        Defendants. | CASE NO. 3:21-cv-1627-AJB-DEB<br><br>*[Hon. Anthony J. Battaglia; Magistrate Judge Daniel F. Butcher]*<br><br>**DECLARATION OF MICHAEL BADEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT CITY OF CHULA VISTA'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>**Date:** June 15, 2023<br>**Time:** 2:00 p.m.<br>**Crtrm:** 4A (4th Floor) |

## DECLARATION OF MICHAEL M. BADEN

I, MICHAEL M. BADEN, declare as follows:

1.    I make this declaration of my own personal knowledge, except where stated on information and belief, and if called to testify in Court on these matters, I could do so competently.

2.    I submit this declaration in support of Plaintiffs Estate of Oral W. Nunis, Sr., by and through, Roxie A. Nunis, individually, and as Administratrix of the Estate, Naomi Nunis, Abigail Tabitha Nunis, and Willie Mae Kirkland, as Guardian ad Litem for J.C.N as well as the "Kimone Nunis Plaintiffs," in opposition to Defendants Motion for Summary Judgment or Partial Summary Judgment.

3.    I have been a medical doctor for more than 55 years, licensed to practice in the state of New York. I am a Forensic Pathologist, who is Board Certified in pathology, anatomic pathology, clinical pathology and forensic pathology.  I first earned these certification in 1966.  I have performed more than 20,000 in person autopsies in my career, with just under a thousand involving asphyxia as a cause of death. Attached to the Declaration as Exhibit "A" is a true and accurate copy of my curriculum vitae.

4.    In preparation of this declaration, I have reviewed the autopsy and toxicology reports, autopsy photographs, various police reports, videos, ambulance reports, the police interview of Paramedic Ivan Osorio, numerous deposition transcripts of each of the defendant police officers and others, and the WRAP information regarding the events leading up to the death of Mr. Oral Nunis ("Mr. Nunis").  Attached hereto as Exhibit "B" is a list of all of the documents I reviewed.

5.    At approximately 11:45 p.m. on March 12, 2020, Agent Evan Linney ("Linney") of the Chula Vista Police Department responded to a 911 call from Kimone Nunis, the daughter of Oral Nunis, a 56-year-old Black man, requesting mental health assistance because Mr. Nunis was exhibiting signs of paranoia and appeared to be having a mental health crisis.

6.      Linney's bodycam video shows him entering the residence, holding his handcuffs and telling Mr. Nunis, who is seated on the floor with his family around him, that he has to handcuff him. Mr. Nunis says calmly that he doesn't want to be handcuffed and that he will go with Linney without being handcuffed. Agent Linney insists on handcuffing Mr. Nunis, and Mr. Nunis gets up and runs past Linney into the street. Bodycam videos then show Mr. Nunis face down on the roadway with police pressing on his back while handcuffing him from behind.

7.      Police called for an ambulance at approximately 11:58 p.m. and two ambulances arrived and parked about 50 feet from Mr. Nunis because of the presence of many parked police vehicles. The American Medical Response ("AMR") ambulance emergency medical technicians ("EMTs') made first contact with Mr. Nunis and stated in their report that when they arrived, they found him "sitting on the road restrained in a "WRAP" restraint device, his hands cuffed behind his back. A spit sock was over his head." (The spit sock – or spit hood – is designed with a very fine mesh to permit breathing and prevent saliva from coming through it to protect police officers. However, as mouth and nasal fluids and secretions, whether from spitting, sneezing, drooling, coughing or sweating, become trapped inside the mesh, they clog the mesh perforations, and can prevent outside air from coming through so that the ability to inhale air is impaired. The result can be death by asphyxia – lack of oxygen.)

8.      The report from the Chula Vista Fire Department ("CVFD"), second ambulance on the scene, states that when they arrived, they also saw "a 56-year-old male on the asphalt … in full body restraint which was applied by CVPD along with a spit sock." The AMR EMTs were already there providing the primary medical care. Police at the scene told the EMTs that the "patient became violent and started 'fighting' with officers at scene … they took measures to restrain patient." However, police videos show that Mr. Nunis did not fight with police; that he only resisted being handcuffed.

9.     The scene videos and police statements establish that Mr. Nunis was conscious before he was placed in the WRAP restraint device, and before a "spit sock" was put over his head and face. He was then wheeled to the ambulance. The CVFD ambulance left the scene but was called back five minutes later when it was discovered in the AMR ambulance that Mr. Nunis was not breathing and was without a pulse.

10.    According to the 49-page transcribed phone interview by Det. Ruiz and Det. Gordea of Ivan Osorio ("Mr. Osorio"), the first paramedic on the scene: EMTs responded for a "psychiatric behavior patient" and found him "sitting on the ground in a wrap with spit sock on his head," an officer behind him supporting his back. His hands were cuffed behind. He was conscious. He was then lifted onto the gurney in the WRAP and spit sock over his head and wheeled 50 feet to the waiting ambulance. "He wasn't moving. He wasn't saying anything. I heard moaning." Mr. Osorio further stated that they were talking to him, but he wasn't responding. When he was in the ambulance "he started drooling through the spit sock, and that's when the spit sock was removed … and he wasn't breathing and didn't have a pulse. We called for the officers to come and take the WRAP and handcuffs off … and we started CPR." Mr. Nunis was then taken to Sharp Chula Vista Hospital where he was pronounced dead at 1:16 a.m. – 83 minutes after the Kimone Nunis' 911 call.

11.    The autopsy noted that Mr. Nunis was 65 inches tall and weighed 146 pounds. There were abrasions and bruises on his face, head, back, upper and lower extremities, and ischemic damage to brain cells were seen under the microscope due to a lack of oxygen.

12.    Dr. Robert Stabley, San Diego County Medical Examiner, listed the cause of death in his autopsy report as: "Sudden cardiopulmonary arrest while restrained in police custody" and the mode of death was "Undetermined." He then added that "it is unclear why the decedent went into cardiorespiratory arrest. There was no evidence of significant natural disease, trauma, drugs of abuse or obesity to explain

1   the death. He was alive and responding (via cam video review) during the time he was

2   placed on a gurney for transport to a hospital … It did not appear that he was having

3   respiratory difficulties during the time he was handcuffed initially and when the WRAP

4   and spit sock were placed on him. He seemed to tolerate those actions without undue

5   significant concerns. Therefore, this is likely an excited delirium-type scenario."

6          13.    Dr. Stabley was apparently unaware that Mr. Nunis' vital signs were not

7   able to be monitored after the WRAP and spit sock were placed over him; that he was

8   unresponsive after he was put on the gurney and while he was being wheeled to the

9   ambulance; that he was seen to be drooling through his spit sock as soon as he was

10   placed in the ambulance; and that he was found to be not breathing and without a

11   pulse when the spit sock was removed.

12          14.    Asphyxia when caused by prone back pressure or by body wrapping or

13   by the placing of a spit sock over the face and head, leaves no marks to be found on

14   the body at autopsy. It is the circumstances of death that are most significant: that

15   Mr. Nunis was alive and conscious when he was placed in the WRAP and spit sock

16   and was lifeless minutes later when he was able to be examined in the ambulance.

17          15.    Excited delirium is a controversial diagnosis with little scientific support.

18   It has been denounced by the American Medical Association, the American

19   Psychiatric Association, Amnesty International and the Nobel Peace Prize recipient

20   Physicians for Human Rights as an invalid medical and psychiatric diagnosis – a

21   diagnosis created in the 1980s – that "cannot be disentangled from its racist and

22   unscientific origins;" and that it is almost only utilized as a cause of death in persons

23   who die while being restrained by police to white wash excessive use of force by police

24   – often against Black males.

25          16.    Agent Linney, in his deposition taken on April 20, 2022, testified that

26   "When I arrived my intent was to get Mr. Nunis the mental help he needed." He

27   testified that he was aware that Mr. Nunis did not want to be handcuffed and that he

28   heard him say "I will go with you. I just don't want to go in handcuffs." However,

1  according to Agent Linney's testimony, when Mr. Nunis refused his further request

2  to be handcuffed, he was no longer a mental health person but had now committed a

3  crime "resisting, obstructing and delaying a peace officer in the performance of his

4  duty" which was a factor that "led to the rest of the actions that I did."

5      17.    Agent Linney also testified that CVPD Officer Manuel Padilla

6  ("Padilla") assisted him when he was trying to handcuff Mr. Nunis on the roadway

7  by lying on Mr. Nunis' back with his knee on his shoulder to control the torso; and

8  that he put the spit sock on because he was spitting.

9      18.    It is my opinion, to a reasonable degree of medical certainty, based on

10  my education, training and experience, and on the attached materials that I have

11  reviewed, that Mr. Nunis was in a mental health crisis requiring medical attention

12  when 911 was called; that his breathing was impaired when pressure was placed on

13  his prone back by Defendants Linney, Olson, and Padilla while he was being

14  handcuffed; that placing the WRAP over his body, and the spit sock over his head and

15  face further prevented him from breathing and also prevented the monitoring of his

16  vital signs; that he was found to be pulseless and not breathing when the spit sock was

17  removed; and that the cause of Mr. Nunis' death was "Positional asphyxia by prone

18  back pressure, body wrapping and placement of a spit sock over his head during

19  physical restraint by police," and that the manner of Mr. Nunis' death was

20  "Homicide," death at the hands of another.

21

22      I hereby declare under penalty of perjury pursuant to the laws of the State of

23  California, that the forgoing is true and correct. Dated this __23__ day of February,

24  2023.

25

26  MICHAEL M. BADEN, M.D.

27  MICHAEL M. BADEN, M.D.

28

# EXHIBIT "A"

# MICHAEL M. BADEN, M.D.

15 West 53rd Street, New York, New York 10019
Telephone:  (212) 397-2732 • Facsimile:  (212) 397-2754 • Email:  mbaden@mac.com

## CURRICULUM VITAE

## EDUCATION

- The City College of New York               (1955)  B.S. Degree
- New York University School of Medicine      (1959)  M.D. Degree

## POST-GRADUATE TRAINING

1959-1960          Intern, First (Columbia) Medical Division, Bellevue Hospital

1960-1961          Resident, First (Columbia) Medical Division, Bellevue Hospital

1961-1963          Resident, Pathology, Bellevue Hospital

1963-1964          Chief Resident, Pathology, Bellevue Hospital

## LICENSURE

- New York State Medical License             (1960)
- Diplomate, National Board of Medical Examiner's  (1960)
- Diplomate, American Board of Pathology:
  - Anatomic Pathology                       (1965)
  - Clinical Pathology                        (1966)
  - Forensic Pathology                        (1966)

## PROFESSIONAL POSITIONS

| | |
|---|---|
| 1985-2011 | Director, Medicolegal Investigations Unit, New York State Police |
| 1961-1985 | Office of Chief Medical Examiner, New York City; Chief Medical Examiner (1978-1979) |
| 1981-1983 | Deputy Chief Medical Examiner, Suffolk County, New York; Director of Laboratories, Suffolk County, New York |

## TEACHING APPOINTMENTS

| | |
|---|---|
| 1961-1989 | New York University School of Medicine, Associate Professor, Forensic Medicine |
| 1975-2001 | Visiting Professor of Pathology, Albert Einstein School of Medicine |
| 1975-1988 | Adjunct Professor of Law, New York Law School |
| 1975-1978 | Lecturer in Pathology, College of Physicians and Surgeons of Columbia University |
| 1986, 1989 | Visiting Professor, John Jay College of Criminal Justice |
| 1965-1978 | Assist Visiting Pathologist, Bellevue Hospital, New York |
| 2002 | Adjunct Lecturer, The Cyril H. Wecht Institute of Forensic Science and Law, Duquesne University School of Law |
| 2002 | Distinguished Professor/Adjunct Lecturer, Henry C. Lee Institute, University of New Haven (Connecticut) |

## GOVERNMENTAL APPOINTMENTS

| | |
|---|---|
| 1977-1979 | Chairman, Forensic Pathology Panel, United States Congress, Select Committee on Assassinations, Investigations into the deaths of President John F. Kennedy and Dr. Martin Luther King |
| 1973-Present | Member, New York State Correction Medical Review Board |
| 2015-Present | Member, New York State Justice Center for the Protection of People with Special Needs |

| 1976-2014 | Member, New York State Mental Hygiene Medical Review Board (*renamed* Justice Center for the Protection of People with Special Needs in 2015) |
| 1983-1986 | Member, National Crime Information Center, Committee on Missing Children, United States Department of Justice (F.B.I.) |
| 1971-1975 | Special Forensic Pathology Consultant, New York State Organized Crime Task Force (investigation of deaths at Attica Prison) |
| 1974-2006 | Director and/or Moderator, Annual Northeastern Seminar in Forensic Medicine, Colby College, Maine |
| 1973-1987 | Lecturer, Drug Enforcement Administration, Drug Law Enforcement Training School, United States Department of Justice |

## PROFESSIONAL ORGANIZATIONS

| 1966-Present | American Academy of Forensic Sciences; Fellow Vice President and Program Chairman (1982-1983) |
| 1965-Present | The Society of Medical Jurisprudence; Fellow, President (1981-1985) |
| 1966-Present | College of American Pathologist; Fellow, Chairman, Toxicology Subcommittee (1972-1974) |
| 1971-1975 | College of American Pathologists Foundation; Forensic Pathology Seminar Faculty |
| 1973-1976 | American Board of Pathology; Forensic Pathology Board Test Committee (1973-1976) |
| 1966-1986 | American Society of Clinical Pathologist; Fellow Member, Drug Abuse Task Force (1973-1977) |
| 1965-1978 | New York State Medical Society; Chairman, Section of Medicolegal and Workers' Compensation Matters (1972) |
| 1965-Present | Medical Society of the County of New York |

1969-1978          National Association of Medical Examiner's

1965-Present       American Medical Association

## **HONORS**

- The City College of New York: Senior Class President; Editor-in-Chief of The Campus (newspaper); Phi Beta Kappa

- Honor Legion, New York City Police Department, 1969

- College of American Pathologists, Certificate of Appreciation (Chairman, Toxicology Resource Committee, 1972-1975)

- American Academy of Forensic Sciences, Award of Merit, 1974 and 1983

- Drug Enforcement Administration, United States Department of Justice, Certificate of Appreciation, 1982

- New Jersey Narcotic Enforcement Officers Association, Certificate of Appreciation, 1977

- Fire Department of the City of New York, Certificate of Appreciation, 1978

- New York State Bar Association, Certificate of Appreciation, 1980

- New York City Health and Hospitals Corporation, Certificate of Appreciation for participation in development of emergency facilities for Emergency Medical Services for the City of New York, 1980

- New York University, Great Teacher, 1980

- First Fellow in Forensic Science of the University of New Haven, Henry C. Lee Institute, (Connecticut), 2002

- The City College of New York, Alumni Association, 2019 Townsend Harris Medalist Society

Page 4

## **PROFESSIONAL PUBLICATIONS AND PRESENTATIONS**

1.  M. Helpern and M. Baden; Editors:  Atlas of Legal Medicine by Tomio Watanabe, Lippincott, 1968

2.  D. Louria, M. Baden, et al.:  The Dangerous Drug Problem.  New York Medicine, 22:3, May 1966

3.  D. Gold, P. Henkind, W. Sturner and M. Baden:  Occulodermal Melanocytosis and Retinitis Pigmentosa.  Am. J. of Ophthalmology, 63:271, 1967

4.  B. Van Duuren, L. Lanseth, L. Orris, M. Baden and M. Kuschner:  Carcinogenicity of Expoxides Lactones and Peroxy Compounds v. Subcutaneous Injection of Rats.  J. Nat. Cancer Institute, 39:1213, 1967

5.  M. Helpern and M. Baden:  Patterns of Suicides and Homicides in New York City, Proceedings of the Seventh International Meeting of Legal Medicine (Budapest); October 1967

6.  M. Baden:  Pathology of Narcotic Addiction, Proceedings of the Sixth Latin American Congress of Pathology (San Juan, Puerto Rico); December 1967

7.  M. Baden:  The Diagnosis of Narcotism at Autopsy, Proceedings of the American Academy of Forensic Sciences (Chicago); February 1968

8   M. Baden:  Medical Aspects of Drug Abuse, New York Medicine, 24:464, 1968

9.  C. Cherubin, M. Baden, et al.: Infective Endocarditis in Narcotic Addicts.  Ann. Int. Med., 69:1091, 1968.

10. M. Baden:  Pathologic Aspects of Drug Abuse, Proceedings of the Committee on Problems of Drug Dependence, National Academy of Sciences, National Research Council, 1969.

11. W. Matusiak, L. Dal Cortivo and M. Baden:  Analytical Problems on a Narcotic Addiction Laboratory, Proceedings of the American Academy of Forensic Sciences (Chicago), February 1969

12. M. Baden, P. Hushins and M. Helpern:  The Laboratory for Addictive Drugs of the Office of Chief Medical Examiner of New York City, Proceedings of the International Conference on Poison Control (New York City), June 1969

13.    M. Baden, S. Hofstetter and T. Smith:   Patterns of Suicide in New York City, Proceedings of the Fifth International Meeting of Forensic Sciences (Toronto), June 1969

14.    R.W. Richter and M. Baden:  Neurological Aspects of Heroin Addiction, Proceedings of the Ninth International Congress of Neurology (New York City), September 1969

15.    R.W. Richter and M. Baden:   Neurological Complications of Heroin Addiction. Transactions of the American Neurological Association

16.    M. Baden:  Of Drugs and Urine, Editorial, Medical Tribune

17.    M. Baden:  Methadone-Related Deaths in New York City, Proceedings of the Second National Conference on Methadone Treatment (New York City), October 1969.  Int. J. Addictions.

18.    M. Baden:   Chairman, Workshop on Techniques for Detecting Drugs of Abuse, Proceedings of the Statewide Conference on Prevention Aspects of Treatment and Research in Drug Abuse.  New York City Narcotics Addiction Control Commission, 1969.

19.    M. Baden:  Investigation of Deaths of Persons Using Methadone, Proceedings of the Committee on Problems on Drug Dependence.  National Academy of Sciences National Research Council, 1970.

20.    M. Baden:  The Changing Role of the Medical Examiner, Proceedings of the American Academy of Forensic Sciences (Chicago), February 1970, Med. Op. 7:64-68, 1971

21.    N. Valanju, M. Baden, S.K. Verma and C.J. Umberger:   Analytical Toxicological Determination of Drugs in Biological Material.  I. Acidic Drugs.  Acta Pharmaceutica Jugoslavica 20:11, 1970

22.    M. Baden:   Deaths from Heroin Addiction Among Teenagers in New York City, Proceedings of the Second World Meeting on Medical Law (Washington, D.C.), August 1970

23.    M. Baden:  Bullous Skin Lesions in Barbiturate Overdosage and Carbon Monoxide Poisoning (letter) JAMA 213:2271, 1970

24.    M. Baden and J. Foley:  Heroin Deaths in New York City during the 1960's.  Int. M.J. of Legal Medicine, 5:1970

25.    N. Valanju, M. Baden, S. Valanju and S. Verma:  Rapid Isolation and Detection of Free and Bound Morphine from Human Urine.  Int. M. J. of Legal Medicine, 5:1970

26.   M. Baden:  Angitis in Drug Abusers (letter), NEJM 264:11, 1971

27.   M. Baden, et al.:  Methadone Maintenance – Pro and Con.  Contemporary Drug
      Problems, 1:17-152, 1971

28.   M. Baden:  Changing Patterns of Drug Abuse.  Proceedings of Committee On Problems
      of Drug Dependence.  NAS-NRC, 1971

29.   M. Baden:  Narcotic Abuse:  A Medical Examiner's View.  In: Wecht, C., Editor, Legal
      Medicine Annual, 1971 (Appleton-Century-Crofts, New York State) Reprinted New
      York State J. Med. 72:834-40, 1972

30.   Y. Challenor, R. Richter, B. Bruun, M. Baden and M. Pearson:  Neuromuscular
      Complications of Heroin Addiction.  Proc. Am. Coll. Phys., 1971

31.   C. Cherubin, M. Baden, et al.:  Studies of Chronic Liver Disease in Narcotic Addicts.
      Proc. Am. Coll. Phys., 1971

32.   M. Baden:  Fatalities Due to Alcoholism.  In:  Keup, W., edit., Drug Abuse – Current
      Concepts and Research.  Charles C. Thomas, Springfield, Illinois, 1972

33.   L. Roizin, M. Helpern, M. Baden, M. Kaufman and K. Skai:  Toxo-synpathys (a
      multifactor pathogenic concept) In:  Keup, W., edit.,:  Drug Abuse – Current Concepts
      and Research.  Charles C. Thomas, Springfield, Illinois, 1972

34.   M. Baden, N. Valanju, S. Verma and S. Valanju:  Confirmed Identification
      Biotransformed Drugs of Abuse in Urine.  Am. J. Clin. Path. 57:43-51, 1972.  Reprinted:
      Yearbook of Path. And Clin. Path., 1973, 357-361 (Yearbook Medical Publishers)

35.   M. Baden:  Homicide, Suicide and Accidental Death Among Narcotic Addicts.  Human
      pathology 3:91-96, 1972

36.   J. Pearson, R. Richter, M. Baden, Y. Challenor and B. Bruun:  Transverse Myelopathy as
      an Illustration of the Neurologic and Neuropathologic Features of Heroin Addiction.
      Human Pathology, 3:107-112, 1972

37.   B. Bruun, M. Baden, Y. Challenor, J. Pearson and R. Richter:  De-neurologic
      Kimplikationer Ved Heroinmisbrug Ureakuift.  F. Leeger, 134:89-93

38.   C. Cherubin, W. Rosenthal, R. Stenger, A. Prince, M. Baden, R. Strauss and T. McGinn:
      Chronic Liver Disease in Asymptomatic Narcotic Addicts.  Ann. Int. Med., 76:391-395,
      1972

39.    M. Baden, N. Valanju, S. Verma and S. Valanju:  Identification and Excretion Patterns of Propoxyphene and Its Metabolites in Urine.  Proc. Comm. Prob. Drug Depend., National Academy of Sciences – National Research Council, 1972

40.    R. Richter, J. Pearson, B. Bruun, Y. Challenor, J. Brust and M. Baden:  Neurological Complications of Heroin Addiction.  Proc. Comm. Prob. Drug Depend., National Academy of Sciences – National Research Council, 1972

41.    M. Baden and B. Lutz:  Preliminary Analysis of 128 Methadone-Related Deaths in New York City.  Proc. Com. Prob. Drug Depend., National Academy of Sciences – National Research Council, 1972

42.    L. Roizin, M. Helpern, M. Baden, M. Kaufman, S. Hashimoti, J. C. Liu and B. Eisenberg: Neuropathology of Drugs of Dependence, In: Drugs of Dependence (Mule, J.C. and Brill, H., edit.) Uniscience Series, CRC (Chemical Rubber Co.), Cleveland, Ohio 1972

43.    C. Cherubin, J. McCusker, M. Baden, F. Kavaler and Z. Amzel:  The Epidemiology of Death in Narcotic Addicts.  Am. J. Epid., 96:11-22

44.    M. Baden:  Narcotic Antagonists (letter) Science 177:1152, 1972

45.    M. Baden:  Investigation of Deaths From Drug Abuse.  Chapter in:  Spitz, W.U. and Fisher, R.W., edit.:  Medicolegal Investigation of Death, 1972, (Charles C. Thomas, Springfield, Illinois)

46.    L. Roizin, M. Helpern, M. Baden, et al.:  Methadone Fatalities in Heroin Addicts.  Psych. Quarterly, 46:393-410, 1972

47.    M. Baden:  Suicide in Prison, Proceedings of the American Academy of Forensic Sciences, March 1973

48.    L. R. Reichman, C. S. Shim, M. Baden and R. Richter:  Development of Tolerance to Street Heroin in Addicted and Non-Addicted Primates.  Am. J. Public Health, 63:81-803, 1973

49.    M. Baden and R. S. Turoff:  Deaths of Persons Using Methadone in New York City, 1971, Proceedings of the Comm. On Problems of Drug Depend., Nat. Acad. Of Sci. Nat. Res. Council, 1973

50.    J. C. Huang and M. Baden:  Rapid Methods of Screening Micro-Quantities of Abused Drugs from Urine Samples for Micro-Crystal Tests.  Clinical Toxicology, 6:325-350, 1973

51.    P. Haberman and M. Baden:  Alcoholism and Violent Death.  Quarterly Journal of Studies on Alcohol, 35:221-231, 1974

52.  P. Haberman and M. Baden:  Drinking, Drugs and Death.  International Journal of the Addictions, 9:761-773, 1974

53.  D. C. Wise, M. Baden and L. Stein:  Postmortem Measurement of Enzymes in Human Brain:  Evidence of a Central Noradrenergic Deficit in Schizophrenia (submitted for publication)

54.  R. Richter, J. Pearson, M. Baden, et al.:  Neurological Complications of Addiction to Heroin.  Bulletin of the New York Academy of Medicine, 49:3-21, 1973

55.  M. Baden and D. Ottenberg:  Alcohol – The All-American Drug of Choice. Contemporary Drug Problems, 3:101-126, 1974

56.  M. Baden:  Pathology of the Addictive States.  Chapter in:  Medical Aspects of Drug Abuse, Richter, R., edit. 1975 (Harper & Row)

57.  M. Baden, N. Valanju, S. Verma and S. Valanju:  Detection of Drugs of Abuse in Urine. Chapter in:  Medical Aspects of Drug Abuse, Richter, R., edit., 1975 (Harper & Row)

58.  D. Sohn and M. Baden:  The First Year of the College of American Pathologists Toxicology Survey Program, Amer. J. of Clin. Path., 1975

59.  M. Baden:  Narcotics and Drug Dependence by J. B. Williams, Book Review, Journal of Forensic Sciences, 1975

60.  M. Baden:  Drug Abuse, author and narrator, audio-visual presentation produced by the College of American Pathologists, 1974

61.  J. Pearson, R. Richter, M. Baden, E. Simon, et al.:  Studies on Sites of Binding and Effects of Narcotics in the Human Brain.  International Congress of Neuropathology Proceedings, Budapest, Hungary.  Excerpta Medica, 1975

62.  M. Baden and J. Devlin:  Child Abuse Deaths in New York City, Proceedings of the American Academy of Forensic Sciences (Chicago) 1975

63.  M. Baden:  Mortality from Alcoholism and Drug Abuse, Proceedings of the Second National Drug Abuse Conference, (New Orleans) 1975

64.  R. W. Richter, M. Baden, P. H. Shively, N. M. Valanju and J. Pearson:  Neuromedical Aspects of Methadone Abuse (abstract).  Neurology 4:373-379, 1975 (presented at the Annual Meeting of the American Academy of Neurology, May 3, 1975)

65.   R. W. Richter, M. Baden and J. Pearson:  Neuromedical Aspects of Narcotic Addiction. Audio-visual presentation produced and distributed by Columbia University College of Physicians and Surgeons, 1975

66.   M. Baden:  Basic Pathology for Criminal Lawyers, Proceedings of the Virginia Trial Lawyers Association, 16:22-41, 1975

67.   M. Baden:  Contributor, Forensic Pathology, A Handbook for Pathologists; R. Fisher and C. Petty, Editors.  College of American Pathologists and National Institute of Law Enforcement and Criminal Justice, United States Government Printing Office, 1977

68.   M. Baden:  Alcohol and Violence.  Chapter in:  The Professional and Community Role of the Pathologist in Alcohol Abuse, G. Lundberg, Edit., United States Department of Transportation, National Highway Traffic Safety Administration, 1976

69.   M. Baden:  Treating the Patient in Suicide Attempts and Abused Drug Overdoses. Physicians Assistant, 1:18-20, 1976

70.   P. Haberman and M. Baden:  Alcohol, Other Drugs and Violent Death.  Oxford University Press, 1978

71.   M. Baden:  Medical Aspects of Child Maltreatment; the Abused and Neglected Child: Multi-Disciplinary Court Practice.  The Practicing Law Institute, 1978

72.   M. Baden:  Evaluation of Deaths in Methadone Users.  Legal Medicine Annual 1978 (Appleton-Century-Crofts)

73.   O. Bubschmann, M. Baden, et al.:  Craniocerebral Gunshot Injuries in Civilian Practice – Prognostic Criteria and Surgical Management:  Experience with 82 cases.  Journal of Trauma, 19:6-12, 1979

74.   M. Fellner, M. Baden, et al.:  Patterns of Autofluorescence in Skin and Hair. International Journal of Dermatology, 1980

75.   S. Mackauf, M. Baden, et al.:  Anatomy for Lawyers.  New York State Bar Association Committee on Continuing Legal Education, 1981

76.   M. Baden:  The Lindbergh Kidnapping Revisited:  Forensic Sciences, Then and Now. Journal of Forensic Sciences, 28:1035-1037, 1983

77.   M. Baden:  The Lindbergh Kidnapping:  Review of the Autopsy Evidence.  Journal of Forensic Sciences, 28:1071-1075, 1983

78.   M. Baden:  Investigation of Deaths in Custody, Proceedings of the American Academy of Forensic Sciences (New Orleans), 1985

79.  M. Baden:  Embalmed and Exhumed Bodies, in Handbook for Postmortem Examination of Unidentified Remains, M. Fierro, M.D., Ed. College of American Pathologists (in press)

80.  M. Baden, J. A. Hennessee:  Unnatural Death, Confessions of a Medical Examiner, Random House, New York 1989

81.  M. Baden, M. Roach:  Dead Reckoning, The New Science of Catching Killers, Simon & Schuster, New York 2001

82.  M. Baden:  The Role of the Medical Examiner and Coroner in the Investigation of Terrorism in Forensic Aspects of Chemical and Biological Terrorism, Lawyers & Judges Publishing Company, Inc., Tuscon, Arizona 2004.

83.  M. Baden, L. Kenney Baden:  "Remains Silent," Alfred A. Knopf, August 2005.

84.  M. Baden:  Preface in Forensic Nursing by Virginia A. Lynch.  Elsevier/Mosby, St. Louis, Missouri  2006.

85.  M. Baden:  Exhumation in Spitz and Fisher's Medicolegal Investigation of Death, 4th Edition, Charles C. Thomas, Springfield, Illinois 2006.

86.  M. Baden:  Encyclopedia of Legal Medicine, Book Review, New England Journal of Medicine, 2006.

87.  M. Baden, L. Kenney Baden:  Scientific Evidence in Civil and Criminal Cases, 5th Edition, Contributor, Foundation Press, 2007.

88.  M. Baden, L. Kenney Baden:  "Skeleton Justice," Alfred A. Knopf, June 2009.

89.  R. Williams (with M. Baden, H. Lee and C. Wecht):  Sherlock Holmes and the Autumn of Terror, Rukia Publishing, 2016.

90.  M. Baden, Contributor: Spitz and Fisher's Medicolegal Investigation of Death, 5th Edition, Charles C. Thomas, 2020.

91.  A. Justin Rucker, MD, MPH, Michael M. Baden, MD, Megan Llewellyn, MSMI and Theodore N. Pappas, MD: "The Assassination of Medgar Evers," The Annals of Thoracic Surgery, 2022.

**LECTURES**

- Keynote Speaker, NYS Funeral Director's Association, "A Medical Examiner's Case Study: The Jeffrey Epstein Case," (virtual) August 22, 2022

- Guest, Fireside Chat with Greg Longo, CEO of Valor Cleaning Services, May 12, 2022

- Speaker, The Wecht Institute, "Three Zooming Sleuths," (virtual) March 17, 2021

- Co-Chairman, American Academy of Forensic Sciences, "Bring Your Own Slides," (virtual) February 17, 2021

- Presenter, CrimeCon 2021: House Arrest, "I Can't Breathe," November 21, 2020

- Lecturer, Henry Lee Symposium, "Cause and Manner of Death from Falls: The Medical Examiner's Role in Staircase Injury and Death Investigation," October 19, 2020

- Co-Chairman, Bring your Own Slides, American Academy of Forensic Sciences, Anaheim, California, February 19, 2020

- Speaker, American Academy of Forensic Sciences, "Deaths During Law Enforcement Encounters," Anaheim, California, February 20, 2020

- Speaker, American Academy of Forensic Sciences, "Investigation and Analysis of Health Care Serial Killers "The Medical Examiner Perspective," Anaheim, California, February 17, 2020

- Joint Lecturer, Henry F. Williams Seminar, "Medgar Evers Cold Case," Albany, New York, September 24, 2019

- Speaker, New York Legal Aid Homicide Defense Task Force (Terri Rosenblatt, Esq.), Brooklyn, New York, June 12, 2019

- Speaker, University of Rhode Island Forensic Science Partnership Seminar (Dennis Hillard 401-874-5056) "What the Dead Have to Tell," April 26, 2019

- Co-Chairman, Bring Your Own Slides, American Academy of Forensic Sciences, Baltimore, Maryland, February 20, 2019

- Speaker, "Old and New Opioids and Designer Drugs" and "Expanded Crime Scene," NYSACCME Fall Conference, Rock Hill, New York, September 2018

- Speaker, "Mass Disasters and Medical Legal Cases," Wayne State University, Dearborn, Michigan, May 2018

- Co-Chairman, Bring Your Own Slides, American Academy of Forensic Sciences, Seattle, Washington, February, 2018

- Speaker and Panelist, Pioneers of Forensic Science, The Cyril H. Wecht Institute of Forensic Science and Law, Pittsburgh, Pennsylvania, June 1-2, 2017

- Speaker, "Drug Related Death" and "Death Harvester," Medicolegal Investigation of Death, Wayne State University, Dearborn, Michigan, May 4, 2017

- Keynote Speaker, On the Front Line: New Frontiers in Forensics, Crime and Security, New York City, April 4, 2017

- Speaker, National Medical Services speaker series, "Forensic Pathology for Toxicologists," March 2, 2017

- Speaker, New York State Bar Association, "Forensic Pathology Perspectives on Questioned Diagnoses," February 28, 2017

- Co-Chairman, Bring Your Own Slides, American Academy of Forensic Sciences, New Orleans, Louisiana, February 15, 2017

- Lecturer, Henry F. Williams Seminar, "Medgar Evers Case," Albany, New York, September 20, 2016

- Kentucky Funeral Director's Annual Meeting, "Determining Cause of Death," Louisville, Kentucky, June 30, 2016

- Mississippi Coroner's Conference, "Death Investigation," Biloxi, Mississippi, June 23, 2016

- Medicolegal Investigation of Death, Wayne State University, "Controversies in Medicolegal Cases," Dearborn, Michigan, April 28, 2016

- Keynote Speaker, Forensic Nursing Conference, Drexel University, Philadelphia, Pennsylvania, April 16, 2016

- American Academy of Forensic Sciences, Co-Chairman, Bring Your Own Slides, Las Vegas, Nevada, February 26, 2016

- American Academy of Forensic Sciences, "Good Cop, Bad Cop," Las Vegas, Nevada, February 25, 2016

- Speaker, New York State Bar Association Fall Program on Forensics, "Time of Death," November 14, 2015

- Lecturer, Henry F. Williams Seminar, "Medgar Evers Case," Albany, New York, October 5, 2015

- Speaker, Markel Symposium, "Medical Examiner's Perspective in Police Shooting Incidents," West Haven, Connecticut, October 20, 2015

- NACDL/National Forensic College, "Special Problems in Forensic Pathology: Discovery, Time of Death Determinations and Cognitive Bias," Benjamin N Cardozo School of Law Cordozo Law School, New York, New York, June 8, 2015

- Medicolegal Investigation of Death, Wayne State University, "Asphyxial Deaths: Chokeholds, Sleeperholds and Back Pressure," Dearborn, Michigan, May 20, 2015

- "Confessions of a Medical Examiner," The Lotus Club, New York, New York, May 11, 2015

- Medicolegal Investigation of Death, "Asphyxial Deaths:  Chokeholds, Sleeperholds and Back Pressure," Wayne State University, Dearborn, Michigan, April 30, 2015

- American Academy of Forensic Science, "Prosecution Expert for Death in a Bathtub - Drew Peterson case," Orlando, Florida, February 17, 2015

- American Academy of Forensic Sciences, Co-Chairman, Bring Your Own Slides, Seattle, Washington, February 17-21, 2014

- American Academy of Forensic Sciences, "Plausible Deniability The Ethics of Inconsistent Consistency," Seattle, Washington, February 17-21, 2014

- Keynote Speaker, Baruch Biomedical Society, New York, New York, October 17, 2013

- Speaker, Markle Symposium, "Medical Examiner Perspective on the Death of JFK," October 15, 2013

- Speaker, NAMFCU Annual Training, "Use of a Medical Examiner in a Nursing Home," Mobile, Alabama, October 7, 2013

- Speaker, Northeastern Association of Forensic Scientists, Cromwell, "Medical Evidence in the JFK Assassination," Connecticut, September 27, 2013

- Lecturer, Henry F. Williams Seminar, "Cold Cases with Dr. Baden," New York State Police, September 24, 2013

- "Use of a Medical Examiner in a Nursing Home Death Investigation," Resident Abuse Training Program, Virginia Beach, Virginia, June 6, 2013

- "Medicolegal Investigation of Death, "Investigating the Scene of Mass Disasters: What to Look for with Fire, Explosion or Terrorist Attack," Wayne State University, Dearborn, Michigan, May 1-3, 2012

- Children's Law Topical Conference, "When 'Abuse' is Not Abuse," Albany, New York, April 19, 2013

- "Determining Cause of Death," Making Sense of Science VI:  Forensic Science and the Law, NACDL & CACJ's 6th Annual Conference, Las Vegas, Nevada April 5-6, 2013

- American Academy of Forensic Science, Panelist, "150 Years — Does Time Bring Agreement? The H.L. Hunley, the R.M.S. Titanic, and the Assassination of John F. Kennedy," Washington, D.C., February 17-24, 2013

- American Academy of Forensic Sciences, Co-Chairman, Bring Your Own Slides, February 17-24, 2013

- Speaker, Corrections and Youth Services Association Annual Meeting, Saratoga Springs, New York, October 31, 2012

- Lecturer, 21st Annual Arnold Markle Symposium, "Sexually Related Homicides," October 9, 2012

- Lecturer, Henry F. Williams Seminar, New York State Police, "Forensic Pathology," September 18-19, 2012

- Society of Professional Investigators, "Current Status of the Forensic Sciences," New York, New York, September 12, 2012

- Speaker, New York State Police Sexual Abuse Seminar, Albany, New York, May 21, 2012

- "Medicolegal Investigation of Death, "Problems in Forensic Pathology," Wayne State University, Dearborn, Michigan, May 1-3, 2012

- 2012 NASDEA Spring Conference, "Drug Deaths: Homicide v. Overdose," The Roosevelt Hotel, New York City, NY, April 24, 2012

- Concord Seminars for the Dental and Medical Professions, "Forensic Odontology," Manchester, New Hampshire and Bangor, Maine, April 20-21, 2011

- Emory School of Medicine, Grand Rounds, "Forensic Pathology: The Good, The Bad, The Ugly," Atlanta, Georgia, March 3, 2012

- Major Case Squad of Greater St. Louis Annual Retraining Conference, "Forensic Pathology," St. Louis, Missouri, March 4-5, 2012

- American Academy of Forensic Sciences, "Conflicting and Misleading Testimony in the Forensic Pathology Community," February 19-25, 2012

- American Academy of Forensic Sciences, Co-Chairman, Bring Your Own Slides, February 19-25, 2012

- Lecturer, 20th Annual Arnold Markle Symposium, "Investigation of Sex Crime: Forensic Investigation of Sexual Assault, Serial Offenders, and Sexual Abuse," October 10, 2011

- Lecturer, Henry F. Williams Seminar, New York State Police, "Forensic Pathology," September 18-21, 2011

- Speaker, Annual Investigation for Identification, New Orleans, Louisiana, August 25-26, 2011

- Lenox Hill Hospital, Medical Grand Rounds, "Controversies in Forensic Medicine," New York City, March 11, 2011

- Valley Forge Dental Conference, Keynote Speaker, "Justice Through Science," Valley Forge, Pennsylvania, March 4, 2011

- American Academy of Forensic Sciences, Communications in Forensics, "In My Experience ..." February 21, 2011

- American Academy of Forensic Sciences,  A Multidisciplinary Look into Forensic Science: Perspectives, Views and Experiences, "Forensic Pathology Perspectives," February 22, 2011

- American Academy of Forensic Sciences, Co-Chairman, Bring Your Own Slides, February 23, 2011

- Lecturer, "CSI: Dartmouth," University of Massachusetts/Dartmouth Law School, Dartmouth, Massachusetts, November 18, 2010

- Guest Forensic Lecturer (4 lectures), Transatlantic Crossing of the Queen Elizabeth II, November 1-8, 2010

- Lecturer, Henry F. Williams Seminar, New York State Police, "Forensic Pathology," September 27-30, 2010

- Speaker, 13th Annual Investigation for Identification, New Orleans, Louisiana, "A History of Forensic Science from Cain and Abel Through Katrina," August 27-28, 2010

- Speaker, Brigham & Women's 2010 Master Clinician Section, August 1, 2010

- Speaker, "Post-Mortem with Dr. Michael Baden," Kentucky Funeral Director's Association, Louisville, Kentucky, June 30, 2010

- Speaker, Northeast College and Universities Security Association, 57th Annual Conference, Skidmore College, Saratoga Springs, New York, June 28, 2010

- Speaker, 13th Annual Investigation for Identification, New Orleans, Louisiana, "A History of Forensic Science from Cain and Abel Through Katrina," August 27-28, 2010

- Speaker, Brigham & Women's 2010 Master Clinician Section, August 1, 2010

- Speaker, "Post-Mortem with Dr. Michael Baden," Kentucky Funeral Director's Association, Louisville, Kentucky, June 30, 2010

- Speaker, Northeast College and Universities Security Association, 57th Annual Conference, Skidmore College, Saratoga Springs, New York, June 28, 2010
*
- Lecturer, New York Prosecutor's Training Institute, Westchester, New York, June 8, 2010

- SELETS 14th Annual Law Enforcement Training Seminar, Lawrenceberg, Tennessee, June 1, 2010

- New York State Police Sex Offense Seminar, "The Forensic Sciences," Albany, New York, May 24-28-2010

- Society of Professional Investigator's Meeting, New York City, May 20, 2010

- Wayne State University, Medicolegal Investigation of Death, "Exhumation and Time of Death," and "Fire, Explosion and Mass Casualty," April 21-22, 2010

- Oswego University, "History of Forensic Science," March 25, 2010

- American Academy of Forensic Sciences, "Bring Your Own Slides," Seattle, Washington, February 22-26, 2010

- 2010 Forensic Seminar for Capital Defense Attorneys, DePaul University College of Law, February 18-19, 2010

- CSI Symposium, Norwich University, "Forensic Pathology," January 29, 2010

- NYSP Child Physical Abuse and Neglect Seminar, November 18, 2009

- New York Council of Defense Lawyers, Rye, New York, November 7, 2009

- FBI/IT Exchange Conference, Keynote Speaker, Seattle, Washington, September 20-21, 2009

- Henry F. Williams Seminar, New York State Police, "Forensic Pathology and Child Deaths," Albany, New York, September 14-17, 2009

- New York State Funeral Director's Association, Saratoga, New York, September 1, 2009

- Cabell Sheriff's Department, West Virginia (Marshall University in Huntingdon, West Virginia), August 25, 2009

- NCSTL Conference, Tampa, Florida, May 20-21, 2009

- Wayne State University, Medicolegal Investigation of Death, "Exhumation and Time of Death," and "Forensic Questions: The Experts Answer," with Werner Spitz, M.D., Dearborn, Michigan, April 22-24, 2009

- Bronx High School of Science, March 11, 2009

- American Academy of Forensic Sciences, "Bring Your Own Slides," Denver, Colorado, February 16-21, 2009

- American Academy of Forensic Sciences, "New Investigative Techniques and Scientific Advancement for Forensic Scientists in the Future," Denver, Colorado, February 16-21, 2009

- South Carolina Funeral Director's Association, "Post Mortem with Dr. Michael Baden," Columbia, South Carolina, February 4, 2009

- CSI Symposium, "Forensic Pathology," Norwich, Connecticut, January 29-30, 2009

- New York State CASA DNA Initiative Conference, Albany, New York, January 28, 2009

- Medicolegal Investigation of Death Conference, "Exhumation and Time of Death," Las Vegas, Nevada, January 5-6, 2009

- Mattapoisett (Massachusetts) Police Department, Forensic lecture, November 25, 2008

- George Mason University, "Sexually Violent Crime: the Body as Evidence," November 10-11, 2008

- Hofstra University, "An Evening of Crime and Wine," October 29, 2008

- New Jersey State Funeral Director's Association, "Post Mortem with Dr. Michael Baden," September 17, 2008

- SPIAA 57th Annual Retraining Conference, July 23, 2008

- NY Cops Foundation Annual Dinner Gala, Keynote Speaker, June 2, 2008

- New York State Police Sex Offense Seminar "The Forensic Sciences," May 2008

- Keynote Speaker, National Council of Investigation & Security Services annual meeting, May 2, 2008

- Medicolegal Investigation of Death Conference, Wayne State University, "Terrorism," April 23, 2008

- Medicolegal Investigation of Death Conference, Wayne State University, "Exhumation and Time of Death," April 23, 2008

- 17th Annual Arnold Markle Symposium, Connecticut State Police, March 23-24, 2008

- "Forensic Pathology and Living/Injured Victims," Academy for BCI Basic School (NYSP), March 11, 2008

- Lecturer, New Jersey Chapter of Int'l Assn of Arson Investigators, March 5, 2008

- American Academy of Forensic Sciences, Young Forensic Scientists Forum "Death is My Teacher," February 19, 2008

- American Academy of Forensic Sciences, "Healthcare Serial Killer Workshop," February 19, 2008

- American Academy of Forensic Sciences, "Significant Achievements and Contributions by Forensic Scientists to the International Community," February 19, 2008

- Medicolegal Investigation of Death Conference, "Postmortem Changes & Time of Death," and "Forensic Questions:  The Experts Answer," Las Vegas, Nevada, December 4-6, 2007

- 33rd Annual Arson Seminar, NYS Fire Academy, "The Role of the Forensic Pathologist in Fire Investigation," November 7, 2007

- 12th Annual Investigation for Identification Educational Conference, Pensacola, Florida, October 19-20, 2007

- Penn State University, Forensic Sciences Seminar, September 24, 2007

- Col. Henry F. Williams Homicide Seminar, "Forensic Pathology," September 17-20, 2007

- Harvard Medical School, Intensive Review of Internal Medicine Course, "CSI Meets IRIM – The New Science of Catching Killers," Boston, Massachusetts, July 2007

- Arizona Judicial Conference: Forensic Pathology, 2007

- New York State Police Sex Offense Seminar "The Forensic Sciences," May 2007

- Smithsonian Associates, "Murder Investigation with Forensics: The Good, the Bad, and the Ugly," May 2007

- Medicolegal Investigation of Death Conference, "Death Investigation" and "Fire, Explosions and Terrorism," April 24-26, 2007

- Louisiana Judicial College, "CSI Effect," April 19-20, 2007

- 16th Annual Arnold Markle Symposium 2007, "Parents who Kill: Muchausen's by Proxy," April 9, 2007

- Harvard Medical School "Brigham Master Clinician: Update in Medicine," "The Forensic Sciences: From Cain and Abel to JFK to OJ Simpson," March 29, 2007

- American Academy of Forensic Sciences, "Bring Your Own Slides," February 21, 2007

- American Academy of Forensic Sciences, "Police Use of Force: Where is the Line and When is it Crossed" February 22, 2007

- Medicolegal Investigation of Death Homicide Conference, "Asphyxias, Serial Murders and Sexual Assaults," "Death Investigations: Fire, Explosions and Terrorism," Las Vegas, Nevada, November 29-30, 2006

- American College of Trust and Estate Counsel, Westin Providence, Rhode Island, October 12, 2006

- Col. Henry F. Williams Homicide Seminar, "Forensic Pathology," September 19-21, 2006

- 57th Annual Harvard Associates in Police Science Conference, Vermont Criminal Justice Training Council, Burlington, Vermont, June 27, 2006

- SEAK National Expert Witness, "The Role of the Expert Witness: from the Expert's Perspective," Cape Cod, Massachusetts, June 23, 2006

- Mississippi Coroner's Association, Vicksburg, Mississippi, June 15, 2006

- Monmouth University, "Time of Death Determination" and "Electrocution, Explosives, and Fire-Related Deaths," Oceanport, New Jersey, June 13, 2006

- SELETS Homicide Conference, Lawrenceberg, Tennessee, June 7-8, 2006

- NYSP Sex Crimes Seminar "The Forensic Sciences," May 22, 2006

- Fermilab National Accelerator Laboratory, Colloquium, "How Long Has Grandpa Been Dead and Other Forensic Mysteries," Chicago, Illinois, May 17, 2006

- AtlantiCare Regional Medical Center, New Jersey, Keynote Speaker, 8th Annual Trauma Symposium, "Forensic Sciences, Trauma & Mass Disasters," May 2, 2006

- Medicolegal Investigation of Death Homicide Conference: "The Asphyxias, Serial Murders and Sexual Assaults," Detroit, Michigan, April 26-28, 2006

- Albany, New York, Area Association of Certified Fraud Examiners, keynote speaker, March 30, 2006

- American Academy of Forensic  Sciences, "Victims & Defendants: Clinical Aspects of Their Death," February 21, 2006

- American Academy of Forensic Sciences, "The Role of the Forensic Scientist in the Investigation of Police-Related Deaths - A Current Dilemma," February 22, 2006

- American Academy of Forensic Sciences, ""Shaken Baby Syndrome: Medical Myth or Medical Fact?" February 24, 2006

- Clinical Forensic Nursing, Veterans Administration, Phoenix, Arizona, Impacting Patient Care Delivery, Quality Management and Investigations in Healthcare Settings, January 23, 2006

- Advanced Practical Homicide Seminar, "Modes of Death Involving Firearms, Knives, Blunt Force and Child Abuse," November 8-9, 2005

- Monmouth University, Oceanport, New Jersey, "Determining Time of Death" and "Fire-related Death and Electrocution and Explosions," June, 2005

- New York State Police, Sex Offense Seminar, "The Forensic Sciences," May 23, 2005

- New York State Association of County Coroners & Medical Examiners, "Violence Among Children," April 30-May 1, 2005

- Medicolegal Investigation of Death Conference, "Serial Killers, Autoerotic Asphyxias, Sexual Assault or Accident," and "Death by Fire and Explosion," Wayne State University, School of Medicine, April 20-22, 2005

- College of Mt. Saint Vincent, Department of Nursing, "Unraveling the Mystery of the Nurse Investigator," April 14, 2005.

- The National Clearinghouse for Science, Technology and the Law at Stetson University College of Law, "Forensic Pathology on Both Sides of the Pond," April 4, 2005

- Markle Symposium, Connecticut State Police Homicide Conference, Foxwoods Lodge, Connecticut, March 27-28, 2005

- The Learning Annex, "Revealing the Mysteries of Forensic Science," March 10, 2005

- American Academy of Forensic Sciences, "Complex Forensic Science Issues on Highly Controversial Cases," February 21-26, 2005

- Quinnipiac University, Law and Forensic Sciences, Hamden, Connecticut, February 5, 2005

- Duquesne University, The Cyril H. Wecht Institute of Forensic Science and Law, "Tracking Terrorism in the 21st Century," October 21-23, 2004

- Greater Cincinnati Regional Arson and Fire Investigators Seminar, "The Death Detective," October 14, 2004

- Col. Henry F. Williams Homicide Seminar, "Forensic Pathology," October 5, 2004

- Associated Licensed Detectives of New York State, Keynote speaker, October 1, 2004

- Nebraska Institute of Forensic Sciences, "Crime & Death Scene Reconstruction: Utilizing Bloodstain Pattern Analysis," September 15-17, 2004

- Southeast Law Enforcement Seminar, "Fascinating Cases of Death," June 9, 2004

- Florida Coastal School of Law, "Role of Forensic Pathology in Criminal and Civil Litigation," Jacksonville, Florida, May 7, 2004

- Wayne State University, "Medicolegal Investigation of Death," Dearborn, Michigan, April 21-23, 2004

- The Three Sleuths (with Drs. Cyril Wecht and Henry Lee), The Rio Suite, Hotel & Casino, Las Vegas, Nevada, April 17, 2004

- Annual SleuthFest Meeting, Exhumation Session, "Famous Cases," March 20, 2004

- 44th Annual American College of Legal Medicine, "The Role of the Forensic Pathologist in Medical Malpractice Cases," Las Vegas, Nevada, March 5-7, 2004

- Stetson University College of Law, "The Complete History of Murder and Science in One Hour," Gulfport, Florida, January 29, 2004

- Quinnipiac Law School, Law and Forensic Science, January 24, 2004

- The City University of New York, Graduate School and University Center, "Forensic Series," December 2, 2003

- Testified before the United States Senate Committee on the Judiciary Department of Justice Oversight: "Funding Forensic Sciences, DNA and Beyond" 2003

- Duquesne University, National Symposium on the 40th Anniversary of the JFK Assassination, "Solving the Great American Murder Mystery," November 20-23, 2003

- Smithsonian Associates, Educational and Cultural Programs, "Murder, Mystery and the New Forensics," November 1, 2003

- Association of Inspectors General, John Jay College of Criminal Justice, "Non-Traditional OIG Investigations," October 17, 2003

- Colorado Association of Sex Crimes Investigator's Annual Conference, Snowmass, Colorado, August 20-22, 2003

- 31st Annual Florida Medical Examiner Educational Conference, F.A.M.E. 2003, "The History of Forensic Science from Cain & Abel to O.J. Simpson," Ponte Vedra Beach, Florida, August 6-8, 2003

- Washington County Prosecutors Office, "Dead Man Talking: Forensic Science and Homicide Investigation," May 5 and 6, 2003

- Medicolegal Investigation of Death, Wayne State University, "Adult Sexual Assault & The Asphyxias" and "Child Sexual Assault/Abuse Myths Dearborn, Michigan, April 2-4, 2003

- New York State Trial Lawyer's Association, Wrongful Death Seminar, "Using Medical Science to Prove the Cause of Death and Conscious Pain and Suffering," March 25, 2003

- DNA Symposium, The State College of Pennsylvania, "The Role of the Forensic Pathologist regarding DNA Evidence: From Autopsy to Courtroom," March 2003

- American Academy of Forensic Sciences, "Overview of the Legal Issues Concerning the Discovery and Investigation and Prosecution of the Abuse of Elderly Patients in Healthcare Facilities and the Homicide of All Patients in Various Medical Treatment Facilities," Chicago, Illinois, February 17-22, 2003

- American Academy of Forensic Sciences, "Presentation of Specific Cases through the Initial Contact by Prosecutors Concerning Suspected Criminal Deaths through the Exhumation and the Trial" Chicago, Illinois, February 17-22, 2003

- 1st Eastern Analytical Symposium & Exposition, Somerset, New Jersey, November 18-21, 2002

- Utah County Police Officer's Workshop, November 2002

- 10th Annual Investigation for Identification Educational Conference, "New Concepts in Forensic Pathology," Pensacola, Florida, September 20-21, 2002

- Singapore Government Ministry of Health Services Administration, Centre for Forensic Medicine, August 17-31, 2002

- State of New York, Office of the Attorney General, Medicaid Fraud Control Unit, 2002 Training Conference, June 10-13, 2002, Lake Placid, New York

- Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms, International Postblast Investigation Class, May 8, 2002, Brunswick, Georgia

- American Academy of Forensic Sciences, Addressing Social and Legal Issues Associated with Police Involved Shooting Incidents Through Forensic Investigation & Shooting Scene Reconstruction, February 11-15, 2002, Atlanta, Georgia

- American Academy of Forensic Sciences, Bring Your Own Slides, February 11-15, 2002, Atlanta, Georgia

- The UMKC School of Law, The History of Murder Investigation and Forensic Science, University of Missouri, Kansas City, January 24, 2002

- DNA and the Law: Reining in the Revolution, "The Role of the Forensic Pathologist in DNA Use: From Autopsy to Courtroom," Duquesne University, November 30, 2001, Pittsburgh, Pennsylvania

- New Technologies and the Proof of Guilt & Innocence, Court TV, October 25, 2001

- 2001 Ohio Attorney General's Conference on Law Enforcement, Plenary Speaker, October 11, 2001

- The Second European-American Intensive Course in Clinical and Forensic Genetics, September 3-14, 2001, Dubrovik, Croatia

- Forensic Nursing Clinical Update, "Death Investigation, Adverse Patient Events and Evidence Collection in the Hospital Setting," August 27 and 28, 2001, Phoenix, Arizona

- Harvard Associates In Police Science, Keynote Speaker, August 20-23, 2001, 52nd Annual Conference, Annapolis, Maryland

- The Boston Strangler Case:  A High Tech Hearing on the Murder of Mary Sullivan, August 4, 2001, American Bar Association Annual Meeting, Chicago, Illinois

- Emerging Technologies in Forensic Investigation, June 1-3, 2001, Nova Southeastern University, Fort Lauderdale, Florida

- The Forensic Investigation of Child Abuse and Neglect, May 30, 2001, The Family Partnership Center

- Making Communities Safer, May 21-22, 2001, New York State Alliance of Sex Offender Service Providers, Sixth Annual Training Conference, Albany, New York

- Practical Homicide and Medicolegal Death Investigation, April 9-11, 2001, Beaumont, Texas

- Police Liability in New York, May 2, 2001, Albany, New York

- Symposium on Forensic Medicine, Kuwait Institute for Medical Specialization, January 27-29, 2001, Kuwait

- Forensic Science and the Law, October 27-28, 2000, Duquesne University, Pittsburgh, Pennsylvania

- 8th Annual Investigation for Identification Educational Conference, Speaker, September 22-23, 2000, Pensacola Beach, Florida

- Advanced Practical Homicide Investigation, September 11-15,2000, Southern Law Enforcement Foundation, Irving, Texas

- Vision 2000:  Together We Can, Funeral Service Conference of the Northwest, August 27-29, 2000, Coeur d'Alene Resort, Idaho

- Mississippi Attorney General Prosecutor's Annual Training Conference, April 26-28, 2000, Gulfport, Mississippi

- Forensic Crime Scene Analysis Training, April 28, 2000, Union County Police Chief's Association, Cranford, New Jersey

- At the Heart of the Matter:  The Medicolegal Aspects of Organ and Tissue Donation, May 4, 2000, New York Organ Donor Network, Poughkeepsie, New York

- NYSBA Criminal Justice Section Spring Meeting, May 19-21, 2000, The Ethics of Scientific Evidence, Chautauqua, New York

- 2000 Dodge Seminar, March 20-23, 2000, Clearwater Beach, Florida

- Medicolegal Investigation of Death, March 16 and 17, 2000, Wayne State University School of Medicine and Michigan State Police

# EXHIBIT "B"

*Materials reviewed:*
1. **Complaint**
2. **Deposition Transcripts**
   - Robert Stabley M.D
   - Vivian Snyder D.O
   - Kimone Nunis
   - Barry Studwood
   - Evan Linney
   - Ivan Osorio
   - Ludecea Nunis
   - AXON PMK Bryan Chiles
   - Roxie Nunis
   - Naomi Nunis
   - PMK Charles Hammond
   - G.A.L Willie Kirkland
   - Manuel Padilla
   - Brian Olson
   - David Rivers
   - Jordan Salvador

3. **CPRA Production**

o Audio._RADIO.CVPD22.wav

o Audio.9-1-1 Call from daughter.CVPD21.wav

o Audio.Call to Det. from Barry Studwood re Officer

Names.031420.NUNIS.IBCVPD32.MP3

o Audio.Call to Ring Customer Service by Det. Arnold.CVPD44.MP3

o Audio.Call-1 from Andre Nunis to PD for investigation update.-CVPD30.MP3

o Audio.Call-1 to Perez re Ring Video Request Manzanarez_Perez_#1-

CVPD25.MP3

o Audio.Call-2 from Andre Nunis to PD to provide info.CVPD31.MP3

o Audio.Call-2 to Perez re Ring Video Request Manzanarez_Perez_#2-

CVPD26.MP3

o Audio.Follow-up Int with Daniel Loza by Arnold.CVPD41.MP3

o Audio.Follow-up Int with Elisa Beifore by Arnold.CVPD42.MP3

o Audio.Follow-up Int with Michael Gallegos by Arnold.CVPD43.MP3

o Audio.Follow-up Int with resident of 1224 Camino by Arnold.CVPD40.MP3

o Audio.Follow-up Int with Ulderico & Dolores Edquid by Det.
Arnold.CVPD39.MP3

o Audio.Follow-up Int with Warren Freeman by Det. Arnold.CVPD45.MP3

o Audio.Int of 4 Officers.CVPD37.mp3

o Audio.Int of Fire Capt. Anthony Sardo.CVPD33.MP3

o Audio.Interview of Kimone, Barry, and Ludecea.NUNIS.-CVPD23IB.mp3

o Audio.Interview of wife Roxie Nunis.NUNIS.-CVPD27.mp3

o Audio.Phone Call to Kimone re Article 031420.CVPD47.MPR3

o Audio.Phone Call to Kimone re case status.CVPD46.MP3

o Audio.Phone Call with Kimone re Media Release.03.14.20-CVPD48.MP3

o Audio.Phone Interview of Manluntac CVPD49_.WMA

o Audio.Statement of Sumonrat Vaughan.CVPD36.mp4

o CPRA RRFP.pdf

o Video.095. Ring Footage IMG_1543.MP4

o Video.095a Ring Footage IMG_1544.MP4

o Video.095b. Ring Footage IMG_1545.MP4

o Video.095c. Ring Footage IMG_1546.MP4

o Video.095d. Ring Footage IMG_1547.MP4

o Video.095e. Ring Footage IMG_1548.MP4

o Video.095f. Ring Footage IMG_1549.MP4

o Video.095g. Ring Footage IMG_1550.MP4

o Video.095h. Ring Footage IMG_1551.MP4

o Video.095i. Ring Footage IMG_1552.MP4

o Video.095j. Ring Footage IMG_1553.MP4

o Video.095k. Ring Footage IMG_1554.MP4

o Video.095l. Ring Footage IMG_1555.MP4

o Video.095m. Ring Footage IMG_1686-CVPD95.mov

o Video.096. Ring Camera Video Officer Linney Arrival.MP4

o Video.096a. Ring Footage IMG_3758.MP4

o Video.096c Ring Footage IMG_3761.MP4

o Video.096d. Ring Footage IMG_3762.MP4

o Video.096e. Ring Footage IMG_3763.MP4

o Video.096f. Ring Footage IMG_3764.MP4

o Video.096g. Ring Footage IMG_3765.MP4

o Video.096h. Ring Footage IMG_3766.MP4

o Video.096i. Ring Footage IMG_3767.MP4

o Video.096j. Ring Footage IMG_3769.MP4

o Video.096k. Ring Footage IMG_3771.MP4

o Video.096l. Ring Footage IMG_3772.MP4

o Video.096m. Ring Footage IMG_3773.MP4

o Video.096n. Ring Footage IMG_3774.MP4

o Video.096o. Ring Footage IMG_3775.MP4

o Video.096p. Ring FootageIMG_3760.MP4

o Video.096q. Ring FootageIMG_3765.MP4

o Video.096r. Ring FootageIMG_3766.MP4

o Video.096s. Ring FootageIMG_3768.MP4

o Video.096t. Ring FootageIMG_3770.MP4

o Video.096u Ring FootageIMG_3770-2.MP4

o Video.BWC-5 from Olson re Canvass Interviews; 031320.CVPD2200.mp4

o Video.BWC-4 of Officer Olson re Arrival & Restraint 031320.CVPD8.mp4

o Video.BWC-3 of Officer Olson. 03.13.20.CVPD7.mp4

o Video.BWC-2 of Officer Olson.03.13.20.CVPD6.mp4

o Video.BWC-1 of Officer Olson.03.13.20.CVPD5.mp4

o Video.BWC-1 from Linney;031220.CVPD4.mp4

o Video.BWC from Arce re Post Incident 031320.CVPD56.mp4

o Video.BWC from Arce re Canvass Interviews; 031320_1053.CVPD2199.mp4

o Video.BWC 5 for Officer Salvador Nunis Restraint.CVPD19.mp4

o Video.BWC 5 for Office Padilla re Canvass Interviews.CVPD53.mp4

o Video.BWC 4 from Rivers re Canvass Interviews; 031320.CVPD2201.mp4

o Video.BWC 4 for Officer Salvador Post Incident.CVPD52.mp4

o Video.BWC 4 for Office Padilla re Arrival & Restraint.CVPD17.mp4

o Video.BWC 3 of Officer Rivers Post Incident. 03.13.20.CVPD55.mp4

o Video.BWC 3 for Officer Salvador Nunis in Ambulance-CVPD51.mp4

o Video.BWC 3 for Office Padilla.03.13.20.CVPD16 .mp4

o Video.BWC 2 from Officer Padilla re Nunis .031320.CVPD15.mp4

o Video.BWC 2 for Officer Salvador Post Incident.CVPD50.mp4

o Video.BWC 1 of Officer Rivers re Arrival and Restraint.031320.CVPD9.mp4

o Video.BWC 1 from Salvador.CVPD18.mp4

o Video.BWC 1 from Padilla.031320.CVPD14.mp4

o Video.BWC -4 from Hicks31320.CVPD3.mp4

o Video.BWC -3 from Kremer re Paramedic Medical Aid 031320.CVPD13.mp4

o Video.BWC -3 from Hicks.031320.CVPD54.mp4

o Video.BWC -2 of Officer Rivers re Restraint. 03.13.20.CVPD10.mp4

o Video.BWC -2 from Kremer re Arrival and Family
Contact.031320.CVPD12.mp4

o Video.BWC -2 from Hicks re Nunis in ambulance.031320.CVPD2.mp4

o Video.BWC -1 from Kremer.031320_Kremer_(1_OF_2).CVPD11.mp4

o Video.BWC -1 from Hicks re Arrival & Retraint.031320.CVPD1.mp4

o Video.Int of Baldwin and Rosa Medina by Ruiz.CVPD35.mp4

o Video.Int of Baldwin and Rosa Medina by Ruiz.CVPD34.mp4

o Video.Int of 4 Officers.CVPD38.mp4

o Video.Int Michael and Tracy Jones by Ruiz.03.14.20.CVPD78.mp4

o Video.Initial Contact-4 with Nunis family at hospital by
Bruzee.031320.CVPD72.mp4

o Video.Initial Contact-3 with Nuns family at hospital by
Ruiz.031320.CVPD63.mp4

o Video.Initial Contact-3 with Nuns family at hospital by Ramirez
031320.CVPD66.mp4

o Video.Initial Contact-3 with Nuns family at hospital by
Cobb.031320.CVPD76.mp4

o Video.Initial Contact-3 with Nuns family at hospital by
Bruzee.031320.CVPD71.mp4

o Video.Initial Contact-2 with Nunis family at hospital by
Ruiz.031320CVPD62.mp4

o Video.Initial Contact-2 with Nuns family at hospital by Ramirez
031320.CVPD65.mp4

o Video. Initial Contact-2 with Nuns family at hospital by
Cobb.031320.CVPD75.mp4

o Video.Initial Contact-2 with Nuns family at hospital by
Bruzee.031320.CVPD70.mp4

o Video.Initial Contact-1 with Nunis family at hospital by
Ruiz.031320.CVPD61.mp4

o Video.Initial Contact-1 with Nuns family at hospital by Ramirez
031320.CVPD64.mp4

o Video. Initial Contact-1 with Nuns family at hospital by
Cobb.031320.CVPD74.mp4

o Video.Initial Contact-1 with Nuns family at hospital by
Bruzee.031320.CVPD69.mp4

o Video.in room with Nuns at hospital when family entered by
Roman.031320.CVPD73.mp4

o Video Escorting Wife at CVPD by Ruiz.031320.CVPD77.mp4

o Video.Det. Bruzee walking to CVPD parking lot looking for Nuns
family.031320.CVPD68.mp4

o Video.Canvass of 1314 Camino Carmelo No Answer by Officer
Arnold.CVPD86.mp4

---

o Video096.b Ring Footage IMG 3760.MP4

o Video.Video Cell Phone of Medical transporting Nunis from 3rd Party
Witness.CVPD20.mp4

o Video.Stmt of Suonrat Vaughn by Ruiz.CVPD60.mp4

o Video.Stmt of Paola Amaya by Ruiz.CVPD2244.mp4

o Video.Stmt of Nadia Kiefer by Ruiz.CVPD59.mp4

o Video.Stmt of Mariela Kotoun by Ruiz.CVPD58.mp4

o Video. Stmt of Lynne Franco by Ruiz.CVPD57.mp4

o Video.Phone Int of Elizabeth Rallo by Ruiz.CVPD80.mp4

o Video.Phone .Int Johnny Fernandez and Raquel by Ruiz.CVPD79.mp4

o Video.Phone Int of Ivan Osorio by Ruiz.031620.CVPD81.mp4

o Video.Phone Int of Ivan Osorio by Ruiz.031620.CVPD81 (1).mp4

o Video.Oral Nunis Jr. Twitter Video 6.4.20 from
McCafferty.06.17.20.CVPD82.mp4

o Video.Meet Up with Nuns Family at CVPD by Bruzee.031320.CVPD67
(1).mp4

o Video.Interview of William & Alma Petti by Officer Arnold.CVPD84.mp4

o Video.Interview of wife Roxie Nunis.NUNIS.-CVPD28.mp4

o Video.Interview of Paula Gama by Officer Arnold.031420.CVPD91.mp4

o Video.Interview of Nickolas & Alisa Rivera by Officer
Arnold.031420.CVPD89.mp4

o Video.Interview of Mila Redondo by Officer Arnold.CVPD94.mp4

o Video.Interview of Mekayla Cain Pt 1 by Officer Arnold.CVPD87.mp4

o Video.Interview of Kimone, Barry, and Ludecea.CVPD24.mp4

o Video.Interview of Jay Hildreth by Officer Arnold.CVPD83.mp4

o Video.Interview of Follow Up 152 by Officer Arnold; 031320.CVPD92.mp4

o Video.Interview of Evgeni Cain Pt 2 by Officer Arnold.031420.CVPD88.mp4

o Video.Interview of Eric Almirol by Officer Arnold.031420.CVPD90.mp4

o Video.Interview of 1324 by Officer Arnold. 031320.CVPD93.mp4

o Video.Interview of 122 by Officer Arnold.031420.CVPD85.mp4

4. **Defendants' Document Production**

| | |
|---|---|
| Video BWC -1 from Hicks re Arrival & Restraint; 03/13/20 | CVPD 000001<br>[CPRA 3 Folder] |
| Video BWC -2 from Hicks re Nunis in Ambulance; 03/13/20 | CVPD 000002<br>[CPRA 3 Folder] |
| Video BWC -4 from Hicks; 03/13/20 | CVPD 000003<br>[CPRA 3 Folder] |
| Video BWC -1 from Linney; 03/12/20 | CVPD 000004<br>[CPRA 3 Folder] |
| Video BWC-1 of Officer Olson. 03.13.20 | CVPD 000005<br>[CPRA 3 Folder] |
| Video BWC-2 of Officer Olson. 03.13.20 | CVPD 000006<br>[CPRA 3 Folder] |
| Video BWC-3 of Officer Olson. 03.13.20 | CVPD 000007<br>[CPRA 3 Folder] |
| Video BWC-4 of Officer Olson re Arrival & Restraint; 03/03/20 | CVPD 000008<br>[CPRA 3 Folder] |
| Video BWC-4 of Officer Olson re Arrival & Restraint; 03/03/20 | CVPD 000009<br>[CPRA 3 Folder] |
| Video BWC 2 of Officer Rivers re Restraint. 03.13.20. | CVPD 000010<br>[CPRA 3 Folder] |
| Video BWC -1 from Kremer; 03/13/20 | CVPD 000011<br>[CPRA 3 Folder] |
| Video BWC -2 from Kremer re Arrival Restraint and Family Contact; 03/13/20 | CVPD 000012<br>[CPRA 3 Folder] |
| Video BWC -3 from Kremer re Paramedic | CVPD 000013 |

| | |
|---|---|
| Medical Aid; 03/13/20 | [CPRA 3 Folder] |
| Video BWC 1 from Padilla; 03/13/20 | CVPD 000014<br>[CPRA 3 Folder] |
| Video. BWC-2 of Officer Padilla re Nunis.03.13.20 | CVPD 000015<br>[CPRA 3 Folder] |
| Video. BWC 3 for Office Padilla.03.13.20 | CVPD 000016<br>[CPRA 3 Folder] |
| Video. BWC 4 for Office Padilla.03.13.20 | CVPD 000017<br>[CPRA 3 Folder] |
| Video. BWC 1 from Officer Salvador | CVPD 000018<br>[CPRA 3 Folder] |
| Video. BWC 5 for Officer Salvador Nunis Restraint | CVPD 000019<br>[CPRA 3 Folder] |
| Video Cell Phone of Medical from 3rd Party Witness | CVPD00020<br>[CPRA 5 Folder] |
| Audio 911 from Kimone Nunis re Oral Nunis Attempting Suicide | CVPD 000021<br>[CPRA 1 Folder] |
| Audio Radio Traffic | CVPD 000022<br><br>[CPRA 1 Folder] |
| Audio Interview of Barry Studwood, Kimone Nunis, and Ludecea Nunis | CVPD 000023<br>[CPRA 1 Folder] |
| Video Interview of Barry Studwood, Kimone Nunis, and Ludecea Nunis | CVPD 000024<br>[CPRA 5 Folder] |
| Audio Call-I to Perez re Ring Video Request | CVPD 000025<br>[CPRA 1 Folder] |
| Audio Call-2 to Perez re Ring Video Request | CVPD 000026<br>[CPRA 1 Folder] |
| Audio Interview of wife Roxie Nunis | CVPD 000027<br>[CPRA 1 Folder] |
| Video Interview of wife Roxie Nunis | CVPD 000028<br>[CPRA 5 Folder] |
| Audio Interview of Officer Manuel Padilla | CVPD 000029 [not in file/produced, but disclosed] |
| Audio Call from Andre Nunis to PD for investigation update | CVPD 000030<br>[CPRA 1 Folder] |

| Audio Call from Andre Nunis to PD to provide information | CVPD 000031 [CPRA 1 Folder] |
|---|---|
| Audio Call to Det. from Barry Studwood re Request for Officer Names | CVPD 000032 [CPRA 1 Folder] |
| Audio Call to CVFD Cap Anthony Sardo | CVPD 000033 [CPRA 1 Folder] |
| Audio Statement of Rosa and Baldwin Medina by Ruiz; 03/14/20 | CVPD 000034 [CPRA 4 Folder] |
| Video Statement of Rosa and Baldwin Medina by Ruiz; 03/14/20 | CVPD 000035 [CPRA 4 Folder] |
| Audio Statement of Sumonrat Vaughan by Ruiz; 03/14/20 | CVPD 000036 [CPRA 1 Folder] |
| Audio Interview of Officers Padilla, Olson, Rivers, and Linney | CVPD 000037 [CPRA 1 Folder] |
| Video Interview of Officers Padilla, Olson, Rivers, and Linney | CVPD 00038 [CPRA 4 Folder] |
| Audio Follow-up Int with Ulderico & Dolores Edquid by Det. Arnold | CVPD 000039 [CPRA 1 Folder] |
| Audio Follow-up Int with resident of 1224 Camino by Det. Arnold | CVPD 000040 [CPRA 1 Folder] |
| Audio Follow-up Int with Daniel Loza by Det. Arnold | CVPD 000041 [CPRA 1 Folder] |
| Audio Follow-up Int with Elisa Beifore by Det. Arnold | CVPD 000042 [CPRA 1 Folder] |
| Audio Follow-up Int with Michael Gallegos by Det. Arnold | CVPD 000043 [CPRA 1 Folder] |
| Audio Call to Ring Customer Service by Det. Arnold | CVPD 000044 [CPRA 1 Folder] |
| Audio Follow-up Int with Warren Freeman by Det. Arnold | CVPD 000045 [CPRA 1 Folder] |
| Audio Phone Call to Kimone re case status | CVPD 000046 [CPRA 1 Folder] |
| Audio Phone Call to Kimone re Article 031420 | CVPD 000047 [CPRA 1 Folder] |
| Audio Phone Call with Kimone re Media Release.03.14.20 | CVPD 000048 [CPRA 1 Folder] |
| Audio Phone Interview of Manluntac | CVPD 000049 [CPRA 1 Folder] |

| Video. BWC 2 for Officer Salvador Post Incident | CVPD 000050 [CPRA 3 Folder] |
|---|---|
| Video. BWC 3 for Officer Salvador Post Incident Nunis in Ambulance | CVPD 000051 [CPRA 3 Folder] |
| Video. BWC 4 for Officer Salvador Post Incident | CVPD 000052 [CPRA 3 Folder] |
| Video. BWC 5 for Office Padilla re Canvass Interviews | CVPD 000053 [CPRA 3 Folder] |
| Video BWC -3 from Hicks; 03/13/20 | CVPD 000054 [CPRA 3 Folder] |
| Video BWC 3 of Officer Rivers Post Incident. 03.13.20. | CVPD 000055 [CPRA 3 Folder] |
| Video BWC from Arce re Post Incident; 03/13/20 | CVPD 00056 [CPRA 3 Folder] |
| Video Stmt of Lynne Franco by Ruiz; 03/13/20 | CVPD 000057 [CPRA 5 Folder] |
| Video Stmt of Mariela Kotoun by Ruiz; 03/14/20 | CVPD 000058 [CPRA 5 Folder] |
| Video Stmt of Nadia Kiefer by Ruiz; 03/14/20 | CVPD 000059 [CPRA 5 Folder] |
| Video Stmt of Sumonrat Vaughan by Ruiz; 03/14/20 | CVPD 000060 [CPRA 5 Folder] |
| Video Initial Contact-I with Nunis family at hospital by Ruiz.031320 | CVPD 000061 [CPRA 4 Folder] |
| Video Initial Contact-2 with Nunis family at hospital by Ruiz.031320 | CVPD 000062 [CPRA 4 Folder] |
| Video Initial Contact-3 with Nunis family at hospital by Ruiz.031320 | CVPD 000063 [CPRA 4 Folder] |
| Video Initial Contact-I with Nunis family at hospital by Ramirez; 03/13/20 | CVPD 000064 [CPRA 4 Folder] |
| Video Initial Contact-2 with Nunis family at hospital by Ramirez; 03/13/20 | CVPD 000065 [CPRA 4 Folder] |
| Video Initial Contact-3 with Nunis family at hospital by Ramirez; 03/13/20 | CVPD 000066 [CPRA 4 Folder] |
| Video Meet Up with Nunis Family at CVPD by Bruzee; 03/13/20 | CVPD 000067 [CPRA 5 Folder] |
| Video Det. Bruzee walking to CVPD parking lot looking for Nunis family; | CVPD 000068 [CPRA 4 Folder] |

| 03/13/20 | |
|---|---|
| Video Initial Contact-I with Nunis family at hospital by Bruzee; 03/13/20 | CVPD 000069<br>[CPRA 4 Folder] |
| Video Initial Contact-2 with Nunis family at hospital by Bruzee; 03/13/20 | CVPD 000070<br>[CPRA 4 Folder] |
| Video Initial Contact-3 with Nunis family at hospital by Bruzee; 03/13/20 | CVPD 000071<br>[CPRA 4 Folder] |
| Video Initial Contact-4 with Nunis family at hospital by Bruzee; 03/13/20 | CVPD 000072<br>[CPRA 4 Folder] |
| Video in room with Nunis at hospital when family entered by Roman; 03/13/20 | CVPD 000073<br>[CPRA 4 Folder] |
| Video Initial Contact-I with Nunis family at hospital by Cobb; 03/13/20 | CVPD 00074<br>[CPRA 4 Folder] |
| Video Initial Contact-2 with Nunis family at hospital by Cobb; 03/13/20 | CVPD 000075<br>[CPRA 4 Folder] |
| Video Initial Contact-3 with Nunis family at hospital by Cobb; 03/13/20 | CVPD 000076<br>[CPRA 4 Folder] |
| Video Escorting Wife at CVPD by Ruiz; 03/13/20 | CVPD 000077<br>[CPRA 4 Folder] |
| Video Int Michael and Tracy Jones by Ruiz | CVPD 000078<br>[CPRA 4 Folder] |
| Video Phone Int Johnny Fernandez and Raquel Portillo by Ruiz; 03/15/20 | CVPD 000079<br>[CPRA 5 Folder] |
| Video Phone Int of Elizabeth Rallo by Ruiz; 03/16/20 | CVPD 000080<br>[CPRA 5 Folder] |
| Video Phone Int of Ivan Osorio by Ruiz; 03/16/20 | CVPD 000081<br>[CPRA 5 Folder] |
| Video Oral Nunis Jr. Twitter Video 6.4.20 from McCafferty 6 17 20 | CVPD 000082<br>[CPRA 5 Folder] |
| Video Interview of Jay Hildreth by Officer Arnold | CVPD 000083<br>[CPRA 5 Folder] |
| Video Interview of William & Alma Petti by Officer Arnold | CVPD 000084<br>[CPRA 5 Folder] |
| Video Interview of No. 122 by Officer Arnold; 03/14/20 | CVPD 000085<br>[CPRA 5 Folder] |
| Video Canvass of 1314 Camino Carmelo No Answer by | CVPD 000086<br>[CPRA 4 Folder] |

| Officer Arnold | |
|---|---|
| Video Interview of Mekayla Cain Pt 1 by Officer Arnold; 03/14/20 | CVPD 000087<br>[CPRA 5 Folder] |
| Video Interview ofEvgeni Cain Pt 2 by Officer Arnold; 03/14/20 | CVPD 000088<br>[CPRA 5 Folder] |
| Video Interview of Nickolas & Alisa Rivera by Officer Arnold; 03/14/20 | CVPD 000089<br>[CPRA 5 Folder] |
| Video Interview of Eric Almirol by Officer Arnold; 03/14/20 | CVPD 000090<br>[CPRA 5 Folder] |
| Video Interview of Paula Gama by Officer Arnold; 03/14/20 | CVPD 000091<br>[CPRA 5 Folder] |
| Video Interview of No. 152 by Officer Arnold; 03/13/20 | CVPD 000092<br>[CPRA 5 Folder] |
| Video Interview of 1324 by Officer Arnold; 03/13/20 | CVPD 000093<br>[CPRA 5 Folder] |
| Video Interview of Mila Redondo by Officer Arnold | CVPD 000094<br>[CPRA 5 Folder] |
| Video Ring Camera Footage from Front Door (14 clips) | CVPD 000095<br>[CPRA 1 Folder] |
| Video Ring Camera Footage from Side of Residence (22 clips) | CVPD 000096 [not in file/produced/but disclosed] |
| Photo from DMV of Oral Nunis | CVPD 000097<br><br>[CPRA Folder, CPRA RRFD] |
| Photos of Nunis at the hospital | CVPD 000098- CVPD 000143<br>[CPRA Folder, CPRA RRFD] |
| Photo of Officer Brian Olson | CVPD 000144<br>[CPRA Folder, CPRA RRFD] |
| Photo of Officer Manuel Padilla | CVPD 000145<br>[CPRA Folder, CPRA RRFD] |
| Photo of Officer Jorden Salvador | CVPD 000146<br>[CPRA Folder, CPRA RRFD] |
| Photo of Officer Evan Linney | CVPD 000147<br>[CPRA Folder, CPRA RRFD] |
| Photo of Officer David Rivers | CVPD 000148<br>[CPRA Folder, CPRA RRFD] |
| Photo Up Close of Nunis Driver's License | CVPD 000149 |

| | [CPRA Folder, CPRA RRFD] |
|---|---|
| Photos of Officer 1 Charting | CVPD 000150- CVPD 000167 |
| | [CPRA Folder, CPRA RRFD] |
| Photos of Officer 2 Charting | CVPD 000168- CVPD 000178 |
| | [CPRA Folder, CPRA RRFD] |
| Photos of Scene | CVPD 000179- CVPD 000276 |
| | [CPRA Folder, CPRA RRFD] |
| Photos re Clothing and Evidence Collected | CVPD 000277- CVPD 000366 |
| | [CPRA Folder, CPRA RRFD] |
| Photos re Autopsy | CVPD 000367- CVPD 000443 |
| | [CPRA Folder, CPRA RRFD] |
| Policy 306 Handcuffing and Restraints | CVPD 000444- CVPD 000450 |
| Policy 471 Crisis Intervention | CVPD 000451- CVPD 000455 |
| Records from Sharp Medical Center | CVPD 000517- CVPD 000576 |
| Records from Sharp Medical Center-2 | CVPD 000577- CVPD 000662 |
| Incident Detail Report | CVPD 000669-CVPD 000679 |
| | [CPRA Folder, CPRA RRFD] |
| EMS Report; 03/13/20 | CVPD 000889- CVPD 000905 |
| EMS Module Report; 03/13/20 | CVPD 000906- CVPD 000907 |
| Incident Report from Kem County Sheriffs; 03/12/20 | CVPD 000908- CVPD 000909 |
| Manteca PD Calls of Service; 01/28/20 | CVPD 000910- CVPD 000916 |
| Stanislaus SO Incident Report; 03/10/20 | CVPD 000917- CVPD 000918 [not in file/produced/but disclosed] |
| AUTOPSY Report for Oral Nunis conducted by Robert Stabley M.D.; 03/14/2021 | CVPD 000929- CVPD 000947 |
| CVPD Arrest Contact Report; 03/13/20 | CVPD 000948- CVPD 000981 |
| Report re In-Custody Death by Officer Bruzee; 03/13/20 | CVPD 000982- CVPD 001002 |
| Report re Canvass Interviews by Officer Gardea; 03/12/20 | CVPD 001003- CVPD 001005 |
| Report re Cause of Death by Officer Bruzee; 05/12/21 | CVPD 001006 |
| Report re Response to Sharp Medical Center by Officer | CVPD 001007 |

| | |
|---|---|
| Cobb; 03/13/20 | |
| Report re Perimeter by Officer Burruel; 03/13/20 | CVPD 001008 |
| Report re Photos by Officer Arce; 03/13/20 | CVPD 001009-001010 |
| Report re Canvass Interviews by Officer Hall; 03/17/20 | CVPD001011-CVPD001012 |
| Report re Medical Aid by Officer Hicks; 03/18/20 | CVPD 001013 |
| Report re Briefing & Assignment by Officer Arnold; 3/19/20 | CVPD001014-CVPD001017 |
| Report re Autopsy by Officer Arnold; 03/19/20 | CVPD001018-CVPD001019 |
| Report re Investigation by Officer Ruiz; 03/16/20 | CVPD001020-CVPD001026 |
| Report re Witness Info by Officer Arnold; 03/16/20 | CVPD001027-CVPD1042 |
| Report re Crime Scene Log by Officer Roman; 03/13/20 | CVPD001043 |
| Report re Incident by Officer Kremer; 03/13/20 | CVPD001044-CVPD001046 |
| Report re Digital Evidence Photographs by Officer Garber; 3-13-20 | CVPD001047-CVPD001048 |
| People Search for Oral Nunis by PD | CVPD001049-CVPD1050 |
| County of San Diego Medical Examiner Report Page 2 | CVPD001051 [CPRA Folder, CPRA RRFD] |
| Crime Lab Report | CVPD 001052- CVPD 001057 |
| Engineer Report Screenshot | CVPD 001058 |
| Screenshot Oral Nunis News | CVPD 001068 [Photo 247, Produced on Flash drive #2] |
| Transcript Interview of Kimone and Ludecea Nunis and Barry Studwood by Det. Bruzee | CVPD 001069- CVPD 001156 |
| Transcript Interview of Officer Padilla, Olson, Rivers and Linney | CVPD 001157- CVPD 001307 |
| Transcript Interview of Roxie Nunis by Det. Bruzee | CVPD 001308- CVPD 001334 |
| Transcription of Video Interview of Evgeni Cain Pt 2 by Officer Arnold; 03/14/20 | CVPD 001335- CVPD 001348 |

| Transcription of Video Initial Contact-I with Nunis family at hospital by Bruzee; 03/13/20 | CVPD 001349- CVPD 001355 |
|---|---|
| Transcription of Video Initial Contact-2 with Nunis family at hospital by Bruzee; 03/13/20 | CVPD 001356- CVPD 001372 |
| Transcription of Video Initial Contact-3 with Nunis family at hospital by Bruzee; 03/13/20 | CVPD 001373-CVPD001379 |
| Transcription of Video Initial Contact-4 with Nunis family at hospital by Bruzee; 03/13/20 | CVPD 001380- CVPD 001403 |
| Transcription of Video Interview of 1324 by Officer Arnold; 03/13/20 | CVPD 001404- CVPD 001417 |
| Transcription of Video Initial Contact-2 with Nunis family at hospital by Cobb; 03/13/20 | CVPD 001418- CVPD 001424 |
| Transcription of Video Initial Contact-3 with Nunis family at hospital by Cobb; 03/13/20 | CVPD 001425- CVPD 001434 |
| Transcription of Video Phone Int of Elizabeth Rallo by Ruiz; 03/16/20 | CVPD 001435- CVPD 001467 |
| Transcription of Audio Interview of Barry Studwood, Kimone Nunis, and Ludecea Nunis; 03/13/20 | CVPD 001468- CVPD 001586 |
| Transcription of Video Initial Contact-I with Nunis family at hospital by Ruiz; 03/13/20 | CVPD 001587- CVPD 001593 |
| Transcription of Video Initial Contact-2 with Nunis family at hospital by Ruiz.; 03/13/20 | CVPD 001594-CVPD 001618 |
| Transcription of Audio Interview of Officers Padilla, Olson, Rivers, and Linney | CVPD001619-CVPD001836 |
| Transcription of 9-1-1 Call from Kimone re Attempting Suicide; 03/12/20 | CVPD 001837- CVPD 001852 |
| Transcription of Video. BWC 1 & 2 of Officer Padilla re Nunis.03.13.20 | CVPD 001853- CVPD 001859 |
| Transcription of Video BWC -1 from Hicks re Arrival & Restraint; 03/13/20 | CVPD 001860- CVPD 001864 |
| Transcription of Video BWC-1 & 2 of Officer Olson. 03.13.20 | CVPD 001865- CVPD 001882 |

| | |
|---|---|
| Transcription of Video BWC -1 from Linney; 03/12/20 | CVPD 001883- CVPD 001887 |
| Transcription of Video BWC -1 from Kremer; 03/13/20 | CVPD 001888- CVPD 001891 |
| Transcription of Video. BWC from Officer Salvador; 03/13/20 | CVPD 001892- CVPD 001894 |
| Transcription of Video BWC 1 of Officer Rivers re Arrival & Restraint. 03.13.20 | CVPD 001895- CVPD 001904 |
| Transcription of Audio Radio Traffic | CVPD 001905-CVPD001914 |
| Transcription of Audio Interview of wife Roxie Nunis | CVPD 001915- CVPD001953 |
| Transcription of Video Phone Int of Ivan Osorio by Ruiz; 03/16/20 | CVPD 001954- CVPD002002 |
| Transcription of Audio Call from Andre Nunis to PD to provide information | CVPD 002003- CVPD002005 |
| Transcription of Audio Call from Andre Nunis to PD for investigation update | CVPD 002006- CVPD002020 |
| Transcription of Video BWC from Arce re Post Incident; 03/13/20 | CVPD 002021- CVPD002023 |
| Transcription of BWC-3 for Officer Olson; 03/13/21 | CVPD 002024- CVPD002031 |
| Transcription ofBWC-5 for Officer Padilla re Canvas Interviews; 03/13/21 | CVPD 002032- CVPD002035 |
| Transcription ofBWC-3 for Officer Padilla; 03/13/21 | CVPD 002036- CVPD002039 |
| Transcription of BWC-3 for Officer Salvador re Nunis in the Ambulance; 03/13/21 | CVPD002040-CVPD002042 |
| Transcription of BWC-4 for Officer Padilla re Arrival & Restraint; 03/13/21 | CVPD 002043- CVPD002060 |
| Transcription of BWC-4 for Officer Salvador re Post Incident; 03/13/21 | CVPD 002061- CVPD002062 |
| Transcription of BWC-1 for Officer Rivers re Arrival & Restraint; 03/13/21 | CVPD 002063- CVPD002078 |
| Transcription of BWC-4 for Officer Olson re Arrival & Restraint; 03/13/21 | CVPD 002079- CVPD002095 |
| Transcription of BWC-5 for Officer Salvador re Arrival & | CVPD 002096- CVPD002107 |

| | |
|---|---|
| Restraint; 03/13/21 | |
| Transcription of BWC-2 for Officer Salvador re Post Incident; 03/13/21 | CVPD 002108- CVPD002110 |
| Map of Incident location | CVPD 002111 |
| Critical Incident Briefing Script | CVPD 002112- CVPD 002113 |
| SD Medical Examiner Medication and Paraphernalia log | CVPD 002114- CVPD 002115 |
| Crime Scene Log; 03/13/20 | CVPD 002116- CVPD 002119 |
| CAD; 03/12/20 | CVPD 002120- CVPD 002154 |
| Letter from Inv. Chiles (AXON) to Sgt. Deaner re BWC Request.050520 | CVPD 002187- CVPD 002188 |
| Chula Vista Police Department Crimes of Violence/Homicide Unit re: Req. from Sgt. Oyos to withhold Autopsy from Public Release | CVPD 002189<br>[CPRA Folder, CPRA RRFD] |
| Video BWC from Arce re Canvass Interviews; 03/13/20 | CVPD 002199<br>[CPRA 3 Folder] |
| Video BWC-5 from Olson re Interactions with Family Members; 03/13/20 | CVPD 002200<br>[CPRA 3 Folder] |
| Video BWC-4 from Rivers re Family & Canvass Interviews; 03/13/20 | CVPD 002201<br>[CPRA 3 Folder] |
| Video Stmt of Paola Amaya by Ruiz; 03/14/20 | CVPD 002244<br>[CPRA 5 Folder] |
| Training Material re ADL Bias Outline | CVPD 002245- CVPD 002246 |
| Training Material re Bias Outline | CVPD 002247- CVPD 002255 |
| Training Material re De Escalation Outline | CVPD 002256- CVPD 002269 |
| Training Material re Misc Training | CVPD 002270- CVPD 002273 |
| Training Material re PERT Course Outline | CVPD 002274- CVPD 002291 |
| Training Material re State of the Watch Outline | CVPD 002303- CVPD 002306 |
| Training Material re TAC Comm Outline | CVPD 002307- CVPD 002310 |
| Training Material re WRAP Roster; 02/11/17 | CVPD 002311- CVPD 002330 |
| Training Activity Log for Jordan Salvador | CVPD 002331- CVPD 002332 |
| Training Log for Jordan Salvador | CVPD 002333- CVPD 002334 |
| Training Activity Log for Brian Olson | CVPD 002335- CVPD 002336 |
| Training Log for Brian Olson | CVPD 002337- CVPD 002338 |
| Training Activity Log for Denny Kremer | CVPD 002339 |

| Training Log for Denny Kremer | CVPD 002340-CVPD002342 |
|---|---|
| Training Activity Log for Manuel Padilla | CVPD 002343- CVPD 002352 |
| Training Log Manual Padilla | CVPD 002353- CVPD 002356 |
| Training Activity Log for Evan Linney | CVPD 002357- CVPD 002360 |
| Training Log Evan Linney | CVPD 002361- CVPD 002363 |
| Training Activity Log for David Rivers | CVPD 002364- CVPD 002376 |
| Training Log David Rivers | CVPD 002377- CVPD 002381 |
| Policy 300 UOF | CVPD 002333-002341<br><br>[CPRA Folder, CPRA RRFD] |
| Video BWC -2 from Linney No Content; 03/12/20 | CVPD 002392 [not in file/produced, but disclosed] |
| Video BWC -3 from Linney Post Incident No Incident Content; 03/12/20 | CVPD 002393 [not in file/produced, but disclosed] |
| POST training profiles for Officer Arce | CVPD 002394-CVPD002396 |
| POST training profiles for Officer Kremer | CVPD 002397- CVPD 002400 |
| POST training profiles for Officer Hicks | CVPD 002401- CVPD 002403 |
| Training Activity Log for Kenneth Hicks | CVPD 002404- CVPD 002415 |
| Training Activity Log for David Arce | CVPD 002416- CVPD 002424 |
| Transcription of BWC-4 re Canvass Interviews from Officer Rivers | CVPD 002425- CVPD 002447 |
| Transcription of BWC-5 re Canvass Interviews from Officer Olson | CVPD 002448- CVPD 002459 |
| CNR from Sharp Chula Vista Medical re X-Rays | CVPD 002460- CVPD 002464 |
| Billing from Sharp Chula Vista Medical | CVPD 002465- CVPD 002475 |
| Transcription re Video BWC -4 from Hicks; 03/13/20 | CVPD 002476-CVPD002480 |
| Transcription re Video BWC -1 from Hicks; 03/13/20 | CVPD 002481- CVPD 002492 |
| Transcription re Video BWC -2 from Hicks; 03/13/20 | CVPD 002493- CVPD 002499 |
| Transcription re Video BWC -3 from Hicks; 03/13/20 | CVPD 002500- CVPD 002507 |
| Suppl. Report by Lt. Oyos re Audit Trails; 05/20/22 | CVPD 002508- CVPD 002509 |
| Med Records EKG from Sharp Chula Vista Med Ctr | CVPD 002510- CVPD 002520 |
| Policy 106 re Manual | CVPD 002521- CVPD 002524 |

| | |
|---|---|
| Audio 911 & Dispatch from Kem County | CVPD 002692 |
| Kem County Call for Service Log; 03/12/20 | CVPD 002525- CVPD 002528 |
| Report by Lt. Oyos re request for Kem County files related to Oral Nunis for March 12, 2020; 05/25/22 | CVPD 002529- CVPD 002530 |
| AMR Report; 03/12/20 | CVPD 000503- CVPD 000516 |
| Records NRC for Sharp Chula Vista Medical Center | CVPD 002531- CVPD 002535 |
| Training Activity Log for Kenneth Hicks | CVPD 002536- CVPD 002547 |
| 2020 Arrest and Control Training Outline | CVPD 002548- CVPD 002552 |
| Misc Wrap Training Record Log | CVPD 002553- CVPD 002556 |
| Letter re New Hire Training Schedule for Officer Kremer; 11/1/18 | CVPD 002557- CVPD 002558 |
| Policy 200 re Organizational Structure & Responsibility | CVPD 002559- CVPD 002560 |
| Policy 340 re Conduct | CVPD 002561- CVPD 002570 |
| Policy 418 re Mental Illness Commitments | CVPD 002571- CVPD 002576 |
| Policy 448 re Portable Audio-Video Recorders | CVPD 002577- CVPD 002584 |
| Policy 702 Personal Communication Devices | CVPD 002585- CVPD 002589 |
| Policy 1031 re Fitness for Duty | CVPD 002590- CVPD 002592 |
| Axon Device Audit Trail for Agent Linney; 03/12/20- 03/13/20 | CVPD 002593- CVPD 002609 |
| Axon Evidence Audit Trail-I for Agent Linney | CVPD 002610- CVPD 002615 * |
| Axon Evidence Audit Trail-2 for Agent Linney | CVPD 002616- CVPD 002618 * |
| Axon Evidence Audit Trail-3 for Agent Linney | CVPD 002619- CVPD 002620 * |
| Axon Device Audit Trail for Officer Padilla; 03/12/20- 03/13/20 | CVPD 002621- CVPD 002634 * |
| Axon Evidence Audit Trail-I for Officer Padilla | CVPD 002635- CVPD 002640 * |
| Axon Evidence Audit Trail-2 for Officer Padilla | CVPD 002641- CVPD 002645 * |
| Axon Evidence Audit Trail-3 for Officer Padilla | CVPD 002646- CVPD 002648 * |

| Policy re 310 re OIS & Deaths | CVPD 002649- CVPD 002663 * |
| Policy re 360 Death Investigation | CVPD 002664- CVPD 002666 |
| Policy re 470 Medical Aid & Response | CVPD 002667- CVPD 002671 |
| Policy 804 re Property & Evidence | CVPD 002672- CVPD 002681 |
| Policy 900 re Temporary Custody of Adults | CVPD 002682- CVPD 002691 |

5. Autopsy Documents
   o Autopsy Photos – Object Evidence
   o Autopsy Photos – Interior of Body
   o Autopsy Photos – Exterior of Body
   o Autopsy Report

6. Supplemental Disclosures

- Audio.001.911 Call from daughter.NUNIS.IB.wav
- Audio,.002.CVPD_RADIO.wav
- Audio,003.lnterview of Kimone, Barry, and Ludecea.NUNIS.IB.mp3
- Audio.005. Call-1 to Perez re Ring Video Request Manzanarez_Perez_#1.MP3
  Audio.006. Call-2 to Perez re Ring Video Request Manzanarez_Perez_#2.MP3
- Audio.007.lnterview of wife Roxie Nunis.NUNIS.IB.mp3
- Audio.008.Phone Call with Kim one re Media Release.03.14.20.MP3
- Audio.010.Call-1 from Andre Nunis to PD for investigation update.NUNIS.IB.MP3
- Audio.011.Call-2 from Andre Nunis to PD to provide info.NUNIS.IB.MP3
- Audio.012.Call to Det. from Barry 5tudwood re Officer Names.031420.NUNl5.IB.MP3
- Audio.013.lnt of Fire Capt. Anthony 5ardo.NUNl5.IB.MP3
- Audio.017.lnt of 4 Officers.NUN15.IB.mp3
- Audio.018.Follow-up Int with Ulderico & Dolores Edquid by Det. Arnold.NUNl5.IB.MP3
- Audio.019.Follow-up Int with resident of 1224 Camino by Arnold.NUNIS.IB.MP3
  Audio.020.Follow-up Int with Daniel Loza by Arnold.NUNIS.IB.MP3
- Audio.021.Follow-up Int with Elisa Beifore by Arnold.NUNl5.IB.MP3
- Audio.022.Follow-up Int with Michael Gallegos by Arnold.NUNl5.IB.MP3
- Audio.023.Call to Ring Customer Service by Det. Arnold.NUNIS.IB.MP3
- Audio.024.Follow-up Int with Warren Freeman by Det. Arnold.NUNl5.IB.MP3
- Audio.025. Phone Call to Kimone re case status.MP3
- Audio.026.Phone Call to Kimone re Article 031420.MP3
- Audio.028. Phone Interview of Manluntac -of_MANLUTAC_.WMA

- Photo.097.DMV Photo of Oral Nunis. NUNIS.18.pdf
- Photo.098.re Nunis at Hospital.NUNl5.IB.pdf
- Photo.102.0fficer Olson, Brian.pdf
- Photo.103.0fficer Manuel Padilla_Redacted.pdf
- Photo·.104.0fficer Jorden Salvador.pdf
- Photo.105.0fficer Evan Lenney.pdf
- Photo.106.0fficer David Rivers_Redacted.pdf
- Photo.107.Up Close of Nunis Driver's License.pdf
- Photo.247.Screenshot Oral Nunis News.pdf
- Photos.099.0fficer Photos Charting-1.pdf
- Photos.100.0fficer Photos Charting-2.pdf
- Photos.101.Scene Photos.pdf
- Photos.108. re Clothing and Evidence Collected .pdf
- Photos.109.Autopsy.pdf
- Video.004.lnterview of Kimone, Barry, and Ludecea.NUNl5.IB.mp4
- Video.005.lnterview of wife Roxie Nunis.NUNIS.IB.mp4
- Video.005.Interview of wife Roxie Nunis.NUNIS.IB.mp4
- Video,015.lnt of Baldwin and Rosa Medina by Ruiz.NUNIS.IB.mp4
- Video.017.Int of 4 Officers.NUNIS.IB.mp4
- Video,029. BWC 1 from Salvador.mp4
- Video.030.BWC 2 for Officer Salvador Post lncident.mp4
- Video.031.BWC 3 for Officer Salvador Nunis in Ambulance.mp4
- Video.032.BWC 4 for Officer Salvador Post lncident.mp4
- Video.033..BWC 5for Officer Salvador Nunis Restraint .mp4
- Video.034. BWC 1 from Padilla.03.U20.mp4
- Video.035. BWC 2 from Officer Padilla re Nunis .031320.mp4
- Video.036. BWC 3 for Office Padilla.03.13.20 .mp4
- Video.037. BWC 4 for Office Padilla re Arrival & Restraint.mp4
- Video.038. BWC 5 for Office Padilla re Canvass lnterviews.mp4
- Video.039. BWC -1 from Hicks re Arrival & Retraint.031320.mp4
- Video.040. BWC -2 from Hicks re Nunis in ambulance.0313.20.mp4
- Video.041, BWC -3 from Hicks.031320.mp4
- Video.042. BWC -4 from Hicks31320.mp4
- Video.043.BWC-1 from Linney;031220.NUNIS.IB.mp4
- Video.043A. BWC -2 from Linney No Content; 0312.20_072.mp4
- Video.043B. BWC -3 from Linney Post Incident No Incident Content; 031220_1355,mp4
- Video.044.BWC-1 of Officer Olson.03.13.2.0.mp4
- Video.045. BWC-2 of Officer Olson.03.13.20,mp4
- Video.046. BWC-3 of Officer Olson. 03.13.20.mp4

- Video.047. BWC-4 of Officer Olson re Arrival & Restraint 031320.mp4
- Video.048. BWC 1 of Officer Rivers re Arrival and Restraint.031320.mp4
- Video.049. BWC -2 of Officer Rivers re Restraint. 03.13.20.mp4
- Video.050. BWC 3 of Officer Rivers Post Incident. 03.13.2.0.mp4
- Video.051. BWC -1 from Kremer.031320_Kremer_(1_0F_2),mp4
- Video.052. BWC -2 from Kremer re Arrival Restraint and Family Contact; 031320.mp4
- Video.053. BWC -3 from Kremer re Paramedic Medical Aid 031320.mp4
- Video.054. BWC from Arce re Post Incident 031320.mp4
- Video.055.Video Cell Phone of Medical transporting Nunis from 3rd Party Witness.mp4
- Video.056.Stmt of Lynne Franco by Ruiz.NUNIS.IB.mp4
- Video.057.Stmt of Mariela Kotoun by Ruiz,NUNIS.IB.mp4
- Video.058.Stmt of Nadia Kiefer by Ruiz.NUNIS.IB.mp4
- Video.059.Stmt of Paola Amaya by Ruiz.NUNIS.IB.mp4
- Video.060.Stmt of Suon rat Vaughn by Rurz.NUNIS.IB.mp4
- Video.061.lnitial Contact-1 with Nunis family at hospital by Ruiz.03132.0.mp4
- Video,062. Initial Contact-2 with Nunis family at hospital by Ruiz.031320.mp4
- Video.063. Initial Contact-3 with Nuni.s family at hospital by Ruiz.031320.mp4
- Video.064. Initial Contact-1 with Nunis family at hospital by Ramirez 031320.mp4
- Video.065, Initial Contact-2 with Nunis family at hospital by Ramirez 031320.mp4
- Video.066. Initial Contact-3 with Nunis family at hospital by Ramirez 031320.mp4
- Video.067. Meet Up with Nunis Family at CVPD by Bruzee.031320.mp4
- Video.068. Det. Bruzee walking to CVPD parking lot looking for Nunis family; 031320.mp4
- Video.069. Initial Contact-1 with Nunis family at hospital by Bruzee.031320.mp4
- Video.070. Initial Contact-2 with Nunis family at hospital by Bruzee.031320.mp4
- Video.071. Initial Contact-3 with Nunis family at hospital by Bruzee.031320.mp4
- Video.072. Initial Contact-4 with Nunis family at hospital by Bruzee.031320.mp4
- Video.073,. in room with Nunis at hospital when family entered by Roman.031320.mp4
- Video.074. Initial Contact-1 with Nunis family at hospital by Cobb.031320.mp4
- Video.075. Initial Contact-2 with Nunis family at hospital by Cobb.031320,mp4
- Video.076. Initial Contact-3 with Nunis family at hospital by Cobb.031320.mp4
- Video.077. Escorting Wife at CVPD by Ruiz.031320.mp4
- Video.078, Int Michael and Tracy Jones by Ruiz.03.14.20.mp4
- Video.079.Phone .Int Johnny Fernandez and Raquel by Ruiz.NUNl5.18.mp4
- Video.080.Phone Int of Elizabeth Rallo by Ruiz.NUNIS.IB.mp4
- Video.081. Phone Int of Ivan Osorio by Ruiz.031620.mp4

- Video.082.0ral Nunis Jr. Twitter Video 6.4.20 from McCafferty.06.17.20.NUNIS.IB.mp4
- Video.083. Interview of Jay Hildreth by Officer Arnold.mp4
- Video.084. Interview of William & Alma Petti by Officer Arnold.mp4
- Video.085. Interview of 122 by Officer Arnold.031420.mp4
- Video.086. Canvass of 1314 Camino Carmelo No Answer by Officer Arnold.mp4
- Video.087, Interview of Mekayla Cain Pt 1 by Officer Arnold.mp4
- Video.088. Interview of Evgeni Cain Pt 2 by Officer Arnold.031420.mp4
- Video.089. Interview of Nickolas & Alisa Rivera by Officer Arnold.031420.mp4
- Video.090. Interview of Eric Almirol by Officer Arnold.031420.mp4
- Video.091, Interview of Paula Gama by Officer Arnold.031420.mp4
- Video.092. Interview of Follow_Up_152 by Officer Arnold; 031320.mp4
- Video.093. Interview of 1324 by Officer Arnold. 031320.mp4
- Video.094. Interview of Mila Redondo by Officer Arnold.mp4
- Video.095. Ring Footage IMG_1543.MP4
- Video.095a Ring Footage IMG_1544.MP4
- Video.095b. Ring Footage IMG_1545.MP4
- Video.095c. Ring Footage /MG_1546.MP4
- Video.095d. Ring Footage IMG_1547.MP4
- Video.095e. Ring Footage /MG_1548.MP4
- Video.095e. Ring Footage IMG_1548.MP
- Video.095f. Ring Footage IMG_1549.MP4
- Video.095g. Ring Footage IMG_1550.MP4
- Video.095h. Ring Footage IMG_1551.MP4
- Video.095i. Ring Footage IMG_1552.MP4
- Video.095j. Ring Footage IMG_1553.MP4
- Video.095k. Ring Footage IMG_1554.MP4
- Video.0951. Ring Footage IMG_1555.MP4
- Video.095m. Ring Footage IMG_1686.mov
- Video.096.b Ring Footage IMG_3760.MP4
- Video.096a. Ring Footage IMG_3758.MP4
- Video.096c Ring Footage IMG_3761.MP4
- Video.096d. Ring Footage IMG_3762.MP4
- Video.096e. Ring Footage IMG_3763.MP4
- Video.096f. Ring Footage IMG_3764.MP4
- Video.096g. Ring Footage IMG_3765.MP4
- Video.096h. Ring Footage IMG_3766.MP4
- Video.096i. Ring Footage IMG_3767.MP4
- Video.096j. Ring Footage IMG_3769.MP4
- Video.096k. Ring Footage IMG_3771.MP4

- Video.0961.Ring Footage IMG_3772.MP4
- Video.096m. Ring Footage IMG_3773.MP4
- Video.096n. Ring Footage IMG_3774.MP4
- Video.096o. Ring Footage IMG_3775.MP4
- Video.096p. Ring FootageIMG_3760.MP4
- Video.096q. Ring Footage1MG_3765.MP4
- Video.096r. Ring Footage1MG_3766.MP4
- Video.096s. Ring Footage1MG_3768.MP4
- Video.096t. Ring Footage1MG_3770.MP4
- Video.096u Ring Footage1MG_3770-2.MP4
- Video.213. BWC from Arce re Canvass Interviews; 031320_1053.mp4
- Video.214. BWC-5 from Olson re Canvass Interviews; 031320.mp4
- Video.215. BWC 4 from Rivers re Canva·ss Interviews; 031320.mp4