**THE LAW OFFICES OF JOHN L. BURRIS**
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com

**THE LAW OFFICES OF JOHN L. BURRIS**
DEWITT M. LACY, Esq. (SBN 258789)
JULIA N. QUESADA, Esq. (SBN 337872)
LENA P. ANDREWS, Esq. (SBN 342471)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
dewitt.lacy@johnburrislaw.com
julia.quesada@johnburrislaw.com
lena.andrews@johnburrislaw.com

Attorneys for
Kimone Nunis, Andre Nunis, Ludecea Nunis, Oral W. Nunis

CARL E. DOUGLAS, ESQ. (SBN: 097011)
JAMON R. HICKS, ESQ. (SBN: 232747)
***DOUGLAS / HICKS LAW, APC***
5120 W. Goldleaf Circle, Suite 140
Los Angeles, California 90056
Phone: (323) 655-6505
Fax: (323) 927-1941
carl@douglashickslaw.com
jamon@douglashickslaw.com

Attorneys for Plaintiffs,
ESTATE OF ORAL W. NUNIS, Sr., ROXIE A. NUNIS,
NAOMI NUNIS, ABIGAIL TABITHA NUNIS, JCN

Case No. 3:21-cv-1627-AJB-DEB

**DECLARATION OF DEWITT M. LACY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**

The Law Offices of John L. Burris
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMONE NUNIS, individually and as Successor-in-Interest to Decedent Oral Nunis; ORAL W. NUNIS, as Successor-in-Interest to Decedent Oral Nunis; ANDRE NUNIS, as Successor-in-Interest to Decedent Oral Nunis, and LUDECEA NUNIS, as Successor-in-Interest to Decedent Oral Nunis; and ESTATE OF ORAL W. NUNIS, SR. by and through, ROXIE A. NUNIS, individually and as successor in interest to the ESTATE, et al., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF CHULA VISTA, et al,, <br><br> Defendants. | Case No.: 3:21-cv-1627-AJB-DEB <br><br> *(Hon. Judge Anthony J. Battaglia; Hon. Magistrate Judge Daniel E. Butcher)* <br><br> **DECLARATION OF DEWITT M. LACY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT** <br><br> *(Filed concurrently with Plaintiffs' Opposition to Defendants' Motion for Summary Judgement or Partial Summary Judgement; Declarations of Michael Baden, M.D., Bennett Omalu, M.D., and William A. Harmening; Notice of Lodging)* |

1. I, DeWitt M. Lacy, am an attorney at law licensed to practice before all courts in the State of California and am an associate with THE LAW OFFICES OF JOHN L. BURRIS, attorneys of record herein of the Plaintiff's case. If called upon to testify in this matter, I could and would competently testify to the facts set forth in this declaration, all of which are within my personal knowledge. This declaration is submitted in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement or Partial Summary Judgement.

2. The following evidence supports Plaintiff's Statement of Facts and is cited to therein.

3. True and correct copies of the relevant portions of the Deposition of Kimone Nunis at 39:17 – 41:2, 43:13-18 (hereinafter "Kimone Depo"); Deposition of Barry Studwood at 24:8-14, 26:17-22 (hereinafter "Studwood Depo"); and Sharp

Chula Vista Medical Records for Oral Nunis, Sr., from 5/12/23 are attached hereto as "**Exhibit 1**."

4. True and correct copies of the relevant portions of the Sharp Chula Vista Medical Records for Oral Nunis, Sr., from 5/12/23; and the Deposition of Dr. Erica Chun at 16:17 – 17:1, 17:10-13, 20:16-23, 22:10-23:3, 23:20-26:25, 27:8-31:19, 32:21-33:7, 33:18-34:1, 34:2-15 are attached hereto as "**Exhibit 2**."

5. True and correct copies of the relevant portions of Kimone Depo at 54:19-55:4; and Studwood depo at 30:6 – 33:1, 43:21-44:7 are attached hereto as "**Exhibit 3**."

6. True and correct copies of the relevant portions of Kimone Depo at 55:5-56:4, 60:8-15, 71:9-17; and Studwood Depo at 45:18-23 are attached hereto as "**Exhibit 4**."

7. True and correct copies of the relevant portions of the Audio of the 911 from Kimone Nunis to CVPD on March 12, 2020 (Audio of 911 call manually attached to this declaration, see **Exhibit 50** *infra*.); and Kimone Depo at 72:15 – 21 are attached hereto as "**Exhibit 5**."

8. True and correct copies of the relevant portions of the Deposition of Evan Linney at 159:11-160:11, 219:22-221:13 (hereinafter "Linney Depo") are attached hereto as "**Exhibit 6**."

9. True and correct copies of the relevant portions of the Linney Depo at 159:11-160:11, 219:22-221:13; Deposition of Manual Padilla (hereinafter "Padilla Depo") at 34:23-35:24; Deposition of Brian Olson (hereinafter "Olson Depo") at 23:1-13, 87:2-4; and Deposition of David Rivers (hereinafter "Rivers Depo") at 17:19-24 are attached hereto as "**Exhibit 7**."

10. True and correct copies of the relevant portions of the Peace Officers Standard's and Training Learning Domain 37; Linney Depo at 146:24-147:8, 147:15-148:2, 148:10-149:9, 174:7-17, 176:25-178:2; Padilla Depo at 38:20-40:8, 46:15-47:2, 74:10-75:11, 75:13-77:14, 77:17-78:7, 137:21-138:11, 138:12-139:5,

139:7-20, 139:21-141:13, 141:14-142:1; Olson Depo at 219:25-220:9, 241:3-13; and Rivers Depo at 125:18-24, 126:10-15, 126:16-19, 128:7-14, 130:7-9, 130:25-131:5, 131:10-16, 132:25-133:6, 133:24-134:7, 134:8-18, 136:23-137:4, 137:7-15 are attached hereto as "**Exhibit 8**."

11. True and correct copies of the relevant portions of the Chula Vista Police Department (Hereinafter "CVPD") Policy 418 re Mental Illness Commitments; Padilla Depo at 162:17-163:7, 163:8-165:3; Olson Depo at 87:5-15, 164:25-165:19, 240:18-241:1; and Rivers Depo at 158:21-159:2, 159:12-160:5 are attached hereto as "**Exhibit 9**."

12. True and correct copies of the relevant portions of the CVPD Policy 471 re Crisis Intervention; Peace Officer Standards and Training Learning Domain 20; CVPD Policy 300 re Use of Force; Linney Depo at 181:20-183:10; Padilla Depo at 46:15-47:2, 47:20-48:15, 97:19-99:1, 101:13-103:21; Olson Depo at 235:22-236:4, 260:3-21; and Rivers Depo at 179:14-20, 180:25-181:7, 181:8-14, 193:1-6, 194:16-18, 195:5-19 are attached hereto as "**Exhibit 10**."

13. True and correct copies of the relevant portions of the Linney Depo at 58:24-25; 59:1-6; 59:11-17; 60:24-25; Padilla Depo at 97:19-99:1, 99:2-11, 99:13-100:8, 105:7-23, 115:23-116:16, 136:16-137:8, 161:13-162:6; and Olson Depo at 145:9-16, 145:18-146:4, 181:10-18, 181:20-2 are attached hereto as "**Exhibit 11**."

14. True and correct copies of the relevant portions of the Linney Depo. at 61:21-25; 62:1-7; 65:19-25; 66:1-2 are attached hereto as "**Exhibit 12**."

15. True and correct copies of the relevant portions of the Defendant Evan Linney Body Worn Camera Video No. 1 (hereinafter "Linney BWC 1") at 01:05 – 01:38 (Linney BWC 1 manually attached to this declaration, see **Exhibit 50** *infra*.); Linney Depo at 46:19-47:20, 162:20-163:1; 222:21-225:12; Kimone Depo at 85:20 – 23; and Studwood Depo at 62:24-64:7 are attached hereto as "**Exhibit 13**."

16. True and correct copies of the relevant portions of the CVPD Policy 418 re Mental Illness Commitments; Linney BWC 1 at 01:05 – 01:55 (Linney BWC

1 manually attached to this declaration, see **Exhibit 50** *infra*.); and Linney Depo at 221:14-222:19 are attached hereto as "**Exhibit 14**."

17. True and correct copies of the relevant portions of the Linney BWC 1 at 01:05 – 01:55 (Linney BWC 1 manually attached to this declaration, see **Exhibit 50** *infra*.); Kimone Depo at 85:24-86:9; and Studwood Depo at 64:17-65:2 are attached hereto as "**Exhibit 15**."

18. True and correct copies of the relevant portions of the Linney BWC 1 at 01:05 – 01:55 (Linney BWC 1 manually attached to this declaration, see **Exhibit 50** *infra*.); Kimone depo at 85:24-86:9; Studwood Depo at 62:24-64:7; CVPD Policy 306 Handcuffing and Restraints; and Linney Depo at 154:24-155:6, 217:9-218:24, 227:15-228:5 are attached hereto as "**Exhibit 16**."

19. True and correct copies of the relevant portions of the Kimone Depo at 86:10 – 13, 86:14-24, 87:25-88:5, 91:12-21; and Studwood Depo at 65:3-11, 66:1-68:1 are attached hereto as "**Exhibit 17**."

20. True and correct copies of the relevant portions of the Linney Depo at 11:19-12:10, 17:10-18:9, 232:20-235:3, 236:25-238:2 are attached hereto as "**Exhibit 18**."

21. True and correct copies of the relevant portions of the Linney Depo at 20:25-21:14, 21:16-22:25, 152:2-19 are attached hereto as "**Exhibit 19.**"

22. A true and correct copy of Defendant Manual Padilla Body Worn Camera Video No. 1 at 00:28 – 00:35 is manually attached to this declaration, see **Exhibit 50** *infra*.).

23. True and correct copies of the relevant portions of the Padilla Depo at 13:12-14:15 are attached hereto as "**Exhibit 21**."

24. True and correct copies of the relevant portions of the Kremer BWC 2 at 07:10 – 07:45 (Kremer BWC 2 manually attached to this declaration, see **Exhibit 50** *infra*.); Olson BWC 1 at 00:45 – 01:05 (Olson BWC 1 manually attached to this declaration, see **Exhibit 50** *infra*.); Linney Depo at 69:19-70:16, 70:17-71:12, 75:11-

76:17; 91:17-22; Padilla Depo. at 27:14-28:24, 29:15-19, 71:19-72:18, 112:4-20, 172:8-173:11; Studwood Depo at 86:25-89:1; and Olson Depo at 31:14-33:3 are attached hereto as "**Exhibit 22**."

25. True and correct copies of the relevant portions of the Padilla Depo at 13:12-14:15; and Linney Depo at 20:25-21:14, 21:16-22:25, 152:2-19 are attached hereto as "**Exhibit 23**."

26. True and correct copies of the relevant portions of the Studwood Depo. at 86:25-90:10, 92:12-18, 93:6-13 are attached hereto as "**Exhibit 24**."

27. True and correct copies of the relevant portions of the Deposition of Dr. Glenn Wagner (hereinafter "Wagner depo") at 22:10-23:17; and Deposition of Bennett Omalu at 92:14-18 (hereinafter "Omalu depo") are attached hereto as "**Exhibit 25**."

28. True and correct copies of the relevant portions of the Linney Depo at 77:18-78:2; and Olson Depo at 29:4-25 are attached hereto as "**Exhibit 26**."

29. True and correct copies of the relevant portions of the Olson BWC 1 at 00:52 – 02:55 (Olson BWC 1 manually attached to this declaration, see **Exhibit 50** *infra*.); and Olson Depo at 55:14-56:5 are attached hereto as "**Exhibit 27**."

30. True and correct copies of the relevant portions of the Padilla Depo at 16:19-18:22, 18:25-22:3, 123:4-124:10, 168:14-169:22; Kimone Depo at 110:10-24, 113:16-20; Olson Depo at 43:2-5, 43:7-11, 43:13-15, 43:16-44:12, 46:16-47:10, 54:17-55:13; and Rivers Depo at 30:11-19 are attached hereto as "**Exhibit 28**."

31. True and correct copies of the relevant portions of the Linney Depo at 78:3-17, 80:4-19; Padilla Depo at 49:15-50:11; Olson Depo at 51:20-52:10; and Rivers Depo at 23:18-25, 24:1-8, 32:7-33:1, 34:7-17, 40:17-19, 158:7-15 are attached hereto as "**Exhibit 29**."

32. True and correct copies of the relevant portions of the CVPD Policy 306 Handcuffing and Restraints; Peace Officer Standards and Training Learning Domain 33; Linney Depo at 80:4-19, 87:24-88:11, 100:21-101:9; Padilla Depo at

55:2-13; Rivers Depo at 32:7-33:1, 34:7-17, 51:11-16, 51:17-52:11, 52:12-53:10, 57:4-11, 58:24-59:3, 59:4-8, 63:23-64:3, 64:4-10, 76:17-22, 149:20-23; Olson Depo at 35:3-22, 36:6-25, 37:1-38:4, 64:13-65:11; Safe Restraints, Inc. WRAP Equipment Application Manual at 4, 5, 10, 13; and Wagner Depo at 105:5-10 are attached hereto as "**Exhibit 30**."

33. True and correct copies of the relevant portions of the Defendant David Rivers Body Worn Camera Video No. 1 (hereinafter "Rivers BWC 1") at 00:50 – 05:40 (Rivers BWC 1 manually attached to this declaration, see **Exhibit 50** *infra*.); Defendant Jordan Salvador Body Worn Camera Video No. 5 (hereinafter "Salvador BWC 5") at 00:00 – 3:30 (Salvador BWC 5 manually attached to this declaration, see **Exhibit 50** *infra*.); Defendant Manual Padilla Body Worn Camera Video No. 2 (hereinafter "Padilla BWC 2") at 01:42 – 7:00 (Padilla BWC 2 manually attached to this declaration, see **Exhibit 50** *infra*.); Olson BWC 1 at 00:52 – 02:55 (Olson BWC 1 manually attached to this declaration, see **Exhibit 50** *infra*.); Linney Depo at 109:23-111:10; Padilla Depo at 49:15-50:11; Olson Depo at 58:24-60:5, 61:14-25, 63:7-64:1; and Rivers Depo at 38:13-39:3, 54:3-12 are attached hereto as "**Exhibit 31**."

34. True and correct copies of the relevant portions of the Defendant Kenneth Hicks Body Worn Camera Video No. 1 (hereinafter "Hicks BWC 1") at 02:07 – 03:28 (Hicks BWC 1 manually attached to this declaration, see **Exhibit 50** *infra*.); Linney Depo at 102:4-24, 113:16-114:3; and Olson Depo at 68:10-69:8, 71:10-25, 72:1-22, 74:1-10 are attached hereto as "**Exhibit 32**."

35. True and correct copies of the relevant portions of the Olson BWC 1 at 04:55 – 5:12 (Olson BWC 1 manually attached to this declaration, see **Exhibit 50** *infra*.); Studwood Depo at 96:24-98:2; and Rivers Depo at 88:19-89:2 are attached hereto as "**Exhibit 33**."

36. True and correct copies of the relevant portions of the Hicks BWC 1 at 03:00 – 03:17 (Hicks BWC 1 manually attached to this declaration, see **Exhibit 50**

1  *infra*.); Linney Depo at 129:14-130:1; Studwood Depo at 99:25-100:14; Padilla depo at 130:8-131:4; Rivers Depo at 73:9-74:11, 75:2-13; and Interview of David Rivers at 02:23:52 -02:24:34 (Rivers Interview manually attached to this declaration, see **Exhibit 50** *infra*.) are attached hereto as "**Exhibit 34**."

37. True and correct copies of the relevant portions of the Salvador BWC 5 at 03:25 – 03:40 (Salvador BWC 5 manually attached to this declaration, see **Exhibit 50** *infra*.); Linney Depo at 78:18-79:18; Olson Depo at 106:6-19; and Rivers Depo at 85:21-86:13, 131:5-132:17 are attached hereto as "**Exhibit 35**."

38. True and correct copies of the relevant portions of the Rivers Depo at 88:19-89:2, 89:22-90:1; Olson BWC 1 at 05:13 – 06:05 (Olson BWC 1 manually attached to this declaration, see **Exhibit 50** *infra*.); Hicks BWC 1 at 03:23 – 04:15 (Hicks BWC 1 manually attached to this declaration, see **Exhibit 50** *infra*.); AMR San Diego Patient Care Report for Oral Nunis from March 12, 2020; and Deposition of Ivan Osorio (hereinafter "Osorio Depo") at 60:9-61:1, 62:22-64:3; Studwood Depo at 96:24-98:2 are attached hereto as "**Exhibit 36**."

39. True and correct copies of the relevant portions of the Padilla Depo at 179:5-20, 181:7-182:2; Olson Depo at 56:22-25, 57:2-3, 58:12-23, 91:14-24, 92:4-23, 95:17-96:22, 96:23-97:3, 97:9-98:3, 98:4-99:4, 99:5-22, 99:24-100:6; and Rivers depo at 34:19-24, 35:1-15, 35:17-20, 81:11-19, 81:20—23, 81:25-82:4, 82:5-13, 90:22-91:1, 91:3-9, 91:11-19, 91:21-25; 161:12-16, 161:18-20, 161:21-162:2, 162:4-9, 162:14-16, 162:17-19 are attached hereto as "**Exhibit 37**."

40. A true and correct copy of Defendant Kenneth Hicks Body Worn Camera Video No. 1 (hereinafter "Kremer BWC 2") at 09:14 – 9:30 is manually attached to this declaration, see **Exhibit 50** *infra*.

41. A true and correct copy of the Defendant Manual Padilla Body Worn Camera Video No. 4 at 00:50 -5:18 is manually attached to this declaration, see **Exhibit 50** *infra*.

42. True and correct copies of the relevant portions of the Olson Depo at 113:3-114:3; Rivers BWC 1 at 06:20 – 07:19 (Rivers BWC 1 manually attached to this declaration, see **Exhibit 50** *infra*.); Defendant Brian Olson Body Worn Camera Video No. 1 (hereinafter "Olson BWC 1") at 06:05 – 07:01 (Olson BWC 1 manually attached to this declaration, see **Exhibit 50** *infra*.); Salvador BWC 5 at 04:30 – 05:20 (Salvador BWC 5 manually attached to this declaration, see **Exhibit 50** *infra*.); Padilla BWC 2 at 07:40 – 8:30 (Padilla BWC 2 manually attached to this declaration, see **Exhibit 50** *infra*.); and Rivers Depo at 92:22-93:17 are attached hereto as "**Exhibit 40**."

43. True and correct copies of the relevant portions of the Osorio Depo at 141:16-19, 141:20-25, 142:2-15 are attached hereto as "**Exhibit 41**."

44. True and correct copies of the relevant portions of the EMS Report for Oral Nunis from March 13, 2020; Olson Depo at 118:20-119:15; and Osorio Depo at 96:11-97:3, 97:15-24, 99:18-100:21 are attached hereto as "**Exhibit 42**."

45. True and correct copies of the relevant portions of the Olson Depo at 121:13-122:4; and Osorio depo at 125:14-127:13, 151:9-11 are attached hereto as "**Exhibit 43**."

46. True and correct copies of the relevant portions of the Osorio depo at 136:7-15 are attached hereto as "**Exhibit 44**."

47. True and correct copies of the relevant portions of the Autopsy report for Oral Nunis at 942-945; Deposition of Vivian Snyder at 25:3-26:1, 36:6-37:21, 48:9-50:2 (hereinafter "Snyder Depo"); Stabley Depo at 20:24-21:13, 106:24-107:15, 107:16-108:5, 149:6-150:7; Wagner Depo at 68:2-17; and Omalu Depo at 75:23 – 79:21 are attached hereto as "**Exhibit 45**."

48. True and correct copies of the relevant portions of the Wagner depo at 100:4-21 are attached hereto as "**Exhibit 46**."

49. True and correct copies of the relevant portions of the Autopsy report for Oral Nunis at 933-941; Omalu Depo at 58:16 - 60:20 are attached hereto as "**Exhibit 47**."

50. True and correct copies of the relevant portions of the Autopsy report for Oral Nunis at 933-941, 946-947; Wagner depo at 63:5-8, 67:14-20, 121:25-122:9.; and Stabley Depo at 41:11-44:12, 50:13-20, 66:5-19, 67:8-20, 111:15-112:5, 115:12-25, 124:25-125:23, 127:22-128:13, 159:21-160:1 are attached hereto as "**Exhibit 48**."

51. True and correct copies of the relevant portions of the Omalu depo at 75:16 – 75:10 are attached hereto as "**Exhibit 49**."

52. Attached hereto as "**Exhibit 50**" is Plaintiff's Notice of Lodgment of Non-Paper Exhibits of Linney BWC 1, Padilla BWC 1, Padilla BWC 2, Padilla BWC 4, Kremer BWC 2, Olson BWC 1, Rivers BWC 1, Salvador BWC 5, Hicks BWC 1, Audio 911 Call by Kimone Nunis to CVPD, and Rivers Interview.

Dated:  February 24, 2023         THE LAW OFFICES OF JOHN L. BURRIS

By: /s/ *DeWitt M. Lacy*
    DeWITT M. LACY
    JOHN L. BURRIS
    JULIA N. QUESADA
    LENA P. ANDREWS
    Attorneys for Plaintiff,
    Kimone Nunis