**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys Defendants,
CITY OF CHULA VISTA, EVAN LINNEY, MANUEL PADILLA, DAVID RIVERS, BRIAN OLSON, JORDAN SALVADOR, and KENNETH HICKS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ORAL W. NUNIS, SR. by and through, ROXIE A. NUNIS, individually, and as Administratrix of the ESTATE, and NAOMI NUNIS, Individually, ABIGAIL TABITHA NUNIS, Individually, and WILLIE MAE KIRKLAND as Guardian *ad Litem* for J.C.N., KIMONE NUNIS, ORAL W. NUNIS, ANDRE NUNIS and LUDECEA NUNIS, as Successors-in-Interest to Decedent Oral W. Nunis, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF CHULA VISTA; DAVID ARCE, BRIAN OLSEN, DAVID KREMER, EVAN LINNEY, DAVID RIVERS, MANUAL PADILLA, JORDAN SALVADOR, KENNETH HICKS and DOES 1-90, Inclusive, <br><br> Defendants. | Case No. 21-cv-1627-AJB-DEB <br> [*Hon. Anthony J. Battaglia, Dist. Judge; Hon. Daniel E. Butcher, M. Judge*] <br><br> **DECLARATION OF ABIGAIL J. R. McLAUGHLIN IN SUPPORT OF DEFENDANTS' OPENING BRIEF REGARDING EXCLUSION OF CERTAIN PLAINTIFFS' EXPERTS DUE TO DUPLICATIVE TESTIMONY** <br><br> Date:   October 5, 2023 <br> Time:   2:00 p.m. <br> Crtrm.:  4A <br><br> Trial Date:   April 16, 2024 |

///

///

I, Abigail J. R. McLaughlin, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California and I am an associate with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendants herein. The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2. On July 31, 2023, I received an email from Roxie Nunis Plaintiffs' counsel, Carl Douglas, regarding Roxie Nunis Plaintiffs' experts they intended to call at trial and support for such testimony. A true and correct copy of this email correspondence is attached hereto as Exhibit "A". I did not receive any email regarding Kimone Nunis Plaintiffs' expert disputes and, upon information and belief, no one else in my office received such an email.

3. On September 30, 2022, both Roxie Nunis Plaintiffs and Kimone Nunis Plaintiffs served their expert disclosures on Defendants. Kimone Nunis Plaintiffs designated Mr. Roger Clark (of Santee, CA) as their police practices expert, and Dr. Bennet Omalu (of Stockton, CA) as their forensic pathology/cause of death expert. Roxie Nunis Plaintiffs designated Mr. William Harmening (of Unionville, TN) as their police practices expert; Dr. Bennet Omalu as their forensic pathology/cause of death expert; and Dr. Michael Baden (of New York, NY) as another forensic pathology/cause of death expert. A true and correct copy of Plaintiffs' expert designations (without exhibits) are attached hereto as Exhibit "B".

4. On January 13, 2023, forensic pathologist Dr. Michael Baden was deposed in this matter regarding the expert opinions he expected to proffer at trial. A true and correct copy of the relevant excerpts of this deposition testimony is attached hereto as Exhibit "C".

5. On January 6, 2023, forensic pathologist Dr. Bennet Omalu was deposed in this matter regarding the expert opinions he expected to proffer at trial. A true and correct copy of the relevant excerpts of this deposition testimony is attached hereto as Exhibit "D".

6.      On November 14, 2022, police practices expert William Harmening was deposed regarding the opinions he expected to proffer at trial in this matter. . A true and correct copy of the relevant excerpts of this deposition testimony is attached hereto as Exhibit "E".

7.      On January 10, 2023, police practices expert Roger Clark was deposed regarding the opinions he expected to proffer at trial in this matter. A true and correct copy of the relevant excerpts of this deposition testimony is attached hereto as Exhibit "F".

8.      Upon information and belief, at the July 13, 2023 FPTC, Defendants proposed that, if plaintiffs would stipulate that the defense-created composite incident video produced in discovery was authentic, and omitted no incident video or audio content, and stipulated to its admission into evidence, Defendants would enter a comparable stipulation as to the plaintiffs-created incident video produced in discovery; and thereby avoid the need to consume jury time at trial on the testimony of Defendants' forensic video expert, former Sgt. James Borden, or on that of plaintiffs' video expert, Mr. Michael Jones.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 6th day of September, 2023, at Los Angeles, California.

                                                        */s/ Abigail J. R. McLaughlin*
                                                       Abigail J. R. McLaughlin

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

129060791.1                                              3                      Case No. 21-cv-1627-AJB-DEB
McLAUGHLIN DECL. ISO DEFENDANTS' BRIEF RE EXCLUSION OF CERTAIN PLAINTIFFS' EXPERTS