UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ORAL W. NUNIS, SR. by and through, Roxie A. Nunis, Individually, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF CHULA VISTA, et al.,<br><br>    Defendants. | Case No.:  21-cv-1627-AJB-DEB<br><br>**ORDER FILING PROPOSED JURY QUESTIONAIRE** |

  As discussed with counsel, the Court has prepared a Proposed Jury Questionnaire for the trial in this case. It is attached as Exhibit A. The Questionnaire is intended to address time availability and preliminary seek responses regarding knowledge of the case, issues of bias or prejudice regarding this type of case, views on law enforcement, issues concerning race and social justice, as well as sympathy and passion. The Court is not inclined to expand this inquiry beyond its current scope. Biographical data will be addressed in court, along with the more standard topics addressed in civil cases. Counsel may refer to the Court's website for a very general outline of standard voir dire questions.

  Counsel may file objections or otherwise respond to any of the questions proposed, and have until **December 15, 2023** to do so. Plaintiffs must respond jointly, and Plaintiffs

1

21-cv-1627-AJB-DEB

and Defendants are limited to ten pages per side. No attachments or exhibits will be accepted. The Court will rule on any objections thereafter.

Note that counsel will have an opportunity to submit questions for the Court to ask the venire in court and will be allowed brief **follow-up to the answers** of the venire. As previously ordered, no later than **February 2, 2024**, the parties must file an agreed summary of the factual nature of the case and any alleged injuries or damages in addition to a joint list of witnesses who are likely to be called. Additionally, if counsel wish to expand the scope of the judge's initial voir dire, they should prepare and file written questions for the trial judge **February 2, 2024.**

The Court will rule on the submitted questions prior to trial, and only those questions and the court's standard inquiries will be allowed. Counsel's follow-up must address the answers to the questions noted. Counsel will not be allowed to make statements to the jury during voir dire. Statements, discussions and details of the facts, evidence or witness testimony is reserved for Opening Statements.

The Court has yet to decide on the time limit that will be imposed to Opening Statements and will advise counsel hereafter.

**IT IS SO ORDERED.**

Dated: October 10, 2023

Hon. Anthony J. Battaglia
United States District Judge