**CARL E. DOUGLAS, ESQ. (SBN: 097011)**
JAMON R. HICKS, ESQ. (SBN: 232747)
***DOUGLAS / HICKS LAW, APC***
5120 W. Goldleaf Circle, Suite 140
Los Angeles, California 90056
Phone: (323) 655-6505
Fax: (323) 927-1941
Carl@DouglasHicksLaw.Com
Jamon@DouglasHicksLaw.Com

DOMINIQUE N. WESTMORELAND, ESQ. (SBN 302606)
　　　E-mail: dwestmoreland@wml-law.com
**THE WESTMORELAND LAW FIRM, P.C.**
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, California 90274
Telephone No.: (424) 285-5362
Facsimile No.:  (424) 285-5825

Attorneys for Plaintiffs,
ESTATE OF ORAL W. NUNIS, SR., by and through ROXIE A. NUNIS,
individually and Successor-in-Interest to the ESTATE and
NAOMI NUNIS, individually, and WILLIE MAE KIRKLAND,
as guardian ad litem for ABIGAIL TABITHA NUNIS and J.C.N.

# UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ORAL W. NUNIS, SR., by and through ROXIE A. NUNIS, individually and as successor-in-interest to the ESTATE, NAOMI NUNIS, individually, and WILLIE MAE KIRKLAND, guardian ad litem for ABIGAIL TABITHA NUNIS and J.C.N., <br><br>　　　Plaintiffs, <br>vs. <br><br>CITY OF CHULA VISTA, and DOES 1 through 40, inclusive <br><br>　　　Defendants. | **Case No.: 21-cv-1627-AJB-deb** <br>*[Hon. Judge Anthony J. Battaglia, Courtroom A]* <br><br>**PLAINTIFFS SUBMISSION OF JURY QUESTIONS** <br><br>Trial date: April 16, 2024 |

Plaintiffs agree with the Judges Proposed Jury Questionnaire. Additionally, Plaintiffs will like to submit the following jury questions:

22. Do you support the Blue Lives Matter movement?

    YES _____  NO _____

    Please explain your answer:

    _____

    _____

    _____

23. Do you have strong negative feelings about the Black Lives Matter movement?

    YES_____  NO_____

    Please explain you answer:

    _____

    _____

    _____

24. Do you have any close friends or relatives that are in law enforcement?

    YES_____  NO _____

    Please explain your answer:

    _____

    _____

25. Do you have any close friends or relatives that work for the city of Chula Vista?

   YES _____ NO _____

   Please explain your answer:

   _____

   _____

   _____

26. Would you tend to believe the testimony of a police officer over a witness that wasn't a police officer?

   YES _____ NO _____

   Please explain your answer:

   _____

   _____

   _____

27. Do you have strong positive feelings, or have you had positive experiences with the Chula Vista Police Department, or law enforcement in general?

   YES _____ NO _____

   Please explain your answer:

   _____

   _____

28. Have you developed the feeling that people are too quick to sue over a death or an injury?

    YES _____ NO _____

    Please explain your answer:

    _____

    _____

    _____

29. Have you or a loved one been unfairly sued or blamed for an injury or death?

    YES _____ NO _____

    Please explain your answer:

    _____

    _____

    _____

30. Do you feel that people who file wrongful death lawsuits shouldn't ask for money compensation, since no amount will bring their loved one back?

    YES _____ NO _____

    Please explain your answer:

    _____

    _____

    _____

31. Do you feel that it's wrong, greedy, or unnecessary for children to file a lawsuit over a death of a parent, even if the death was caused by someone's negligence?

   YES _____ NO _____

   Please explain your answer:

   _____

   _____

   _____

32. Have you ever had a loved one who was suicidal, or put under a psych hold?

   YES _____ NO _____

   Please explain your answer:

   _____

   _____

   _____

| | | |
|---|---|---|
| 1 | Dated: December 15, 2023 | DOUGLAS HICKS LAW, APC |
| 2 | | THE WESTMORELAND LAW FIRM, P.C. |
| 3 | | |
| 4 | | By: _/s/ Carl E. Douglas_ |
| | | Carl E. Douglas |
| 5 | | Dominique N. Westmoreland |
| 6 | | Attorneys for Plaintiffs, |
| | | ESTATE OF ORAL W. NUNIS, SR., by |
| 7 | | and through ROXIE A. NUNIS, |
| | | individually and Successor-in-Interest to |
| 8 | | the ESTATE and NAOMI NUNIS, |
| | | individually, and WILLIE MAE KIRKLAND, |
| 9 | | as guardian ad litem for ABIGAIL |
| 10 | | TABITHA NUNIS and J.C.N. |

# PROOF OF SERVICE

I, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 5120 W. Goldleaf Circle, Suite 140, Los Angeles, California 90056.

On December 15, 2023, I served the foregoing documents described as: ***PLAINTIFF'S SUBMISSION OF JURY QUESTIONS.***

on interested parties in this action:

*"PLEASE SEE ATTACHED SERVICE LIST"*

**VIA U.S. MAIL**

☐   By placing the true copies thereof enclosed in a sealed envelope with postage fully prepaid, addressed as stated on the attached service list.

**VIA ELECTRONIC SERVICE**

I delivered said document(s) via electronic mail from my email address: betty@douglashickslaw.com directly to the e-mail address of the person(s) being served.

**VIA UNITED STATES DISTRICT COURT CM/ ECF FILING SYSTEM:**

☐   I caused said document(s) to be delivered electronically via the United States District Court Southern District's CM/ ECF filing system to each addressee on the attached service list.

☒   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on this day December 15, 2023, at Los Angeles, California.

___*Betty J. Sykes*___
BETTY J. SYKES

# SERVICE LIST

**CASE NAME:** <u>*Estate of Oral W. Nunis Sr., et al. vs. City of Chula Vista, et al.*</u>
**CASE NO.:**  3:21-CV-1627-AJB-DEB

| | |
|---|---|
| Tony M. Sain, Esq.<br>Tori Bakken, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>633 West 5th Street, Suite 4000<br>Los Angeles, California 90071<br>Telephone: 213.250.1800<br>Facsimile: 213.250.7900<br>E-Mail: Tony.Sain@lewisbrisbois.com<br>         Tori.Bakken@lewisbrisbois.com<br>         Abigail.McLaughlin@lewisbrisbois.com<br>         Christina.Medina@lewisbrisbois.com | Attorneys for Defendants,<br>City Of Chula Vista, Brian Olson, David Rivers, Evan Linney, Manuel Padilla, Jordan Salvador, and Kenneth Hicks |
| Glen Googins, City Attorney<br>Karen Rogan, Deputy City Attorney<br>OFFICE OF THE CITY ATTORNEY, CHULA VISTA<br>276 4th Avenue<br>Chula Vista, CA 91910<br>Telephone: (619) 409-5816<br>Facsimile: (619) 476-5305<br>E-mail: KRogan@chulavistaca.gov | Attorneys for Defendants,<br>City Of Chula Vista, Brian Olson, David Rivers, Evan Linney, Manuel Padilla, Jordan Salvador, and Kenneth Hicks |
| John L. Burris<br>DeWitt M. Lacy<br>Julia N. Quesada<br>Lena Andrews<br>THE LAW OFFICES OF JOHN L. BURRIS<br>9701 Wilshire Blvd., Suite 1000<br>Beverly Hills, California 90212<br>Tel: (310) 601-7070<br>Fax: (510) 839-3882<br>Email: john.burris@johnburrislaw.com<br>Email: dewitt@bncllaw.com<br> Email: julia.quesada@bncllaw.com<br>Email: lena.andrews@bncllaw.com | Attorneys for Plaintiffs,<br>KIMONE NUNIS, individually and as Successor-in-Interest to Decedent Oral Nunis; ORAL W. NUNIS, as Successor-in- Interest to Decedent Oral Nunis; ANDRE NUNIS, as Successor-in-Interest to Decedent Oral Nunis, and LUDECEA NUNIS, as Successor-in-Interest to Decedent Oral Nunis |