**CARL E. DOUGLAS, Esq. (SBN: 097011)**
carl@douglashickslaw.com
**JAMON R. HICKS, Esq. (SBN: 232747)**
jamon@douglashickslaw.com
*DOUGLAS / HICKS LAW, APC*
5120 W. Goldleaf Circle, Suite 140
Los Angeles, California 90056
Tel: (323) 655-6505; Fax: (323) 927-1941

DOMINIQUE N. WESTMORELAND, ESQ. (SBN 302606)
E-mail: dwestmoreland@wml-law.com
**THE WESTMORELAND LAW FIRM, P.C.**
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, California 90274
Telephone No.: (424) 285-5362
Facsimile No.: (424) 285-5825

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ORAL NUNIS, SR. BY AND THROUGH ROXIE A. NUNIS, INDIVIDUALLY, AND AS SUCCESSOR IN INTEREST TO THE ESTATE, AND NAOMI NUNIS, INDIVIDUALLY, AND WILLIE MAE KIRKLAND AS GUARDIAN AD LITEM FOR ABIGAIL TABITHA NUNIS AND J.C.N.<br><br>                    *Plaintiffs,*<br>vs.<br>CITY OF CHULA VISTA, BRIAN OLSON, DAVID RIVERS, EVAN LINNEY, MANUEL PADILLA, and JORDAN SALVADOR,<br>                    *Defendants.* | CASE NO.: **3:21-cv-01627-AJB-DEB**<br><br>**ROXIE NUNIS PLAINTIFFS' BRIEF ON AMENDED PROPOSED SPECIAL VERDICT FORM** |

1

**COMES NOW** Plaintiffs, ROXIE NUNIS, NAOMI NUNIS, ABIGAIL NUNIS and J.C.N hereby file this Brief Regarding the Amended Proposed Special Verdict Form (Dkt. 147).

DATED: January 24, 2024            /s/ *Carl E. Douglas*
                                                    CARL E. DOUGLAS, ESQ.

# ROXIE NUNIS PLAINTIFFS' POSITION ON THE AMENDED PROPOSED SPECIAL VERDICT FORM

**I.   The Verdict From Should Only Use "Substantial Factor" Language on the Causation Questions.**

Counsel for all parties made diligent efforts to work together to jointly file the Amended Proposed Special Verdict Form (Dkt 147). As a result, only a few issues remain disputed on the Amended Proposed Special Verdict Form. Counsel for Plaintiffs ROXIE NUNIS, NAOMI NUNIS, ABIGAIL NUNIS and J.C.N, collectively referred to as the "ROXIE NUNIS PLAINTIFFS," file this brief in support of their position of using the phrase "substantial factor" in the causation questions on the verdict form.

**II.   The Roxie Nunis Plaintiffs Assert Only California State Law Causes of Action, Therefore the CACI Language on Causation Should Be Used.**

The ROXIE NUNIS PLAINTIFFS have California state law causes of action. Thus, the causation language on the verdict form questions should mirror CACI's use of the phrase "substantial factor" in any question regarding causation on the verdict form. CACI No. 3066 Bane Act Essential Factual Elements states that Plaintiff must show "that defendants' conduct was a substantial factor in causing Plaintiffs' harm" to satisfy the causation element for a Bane Act claim. The same language is used for the causation element in CACI No. 400 Negligence instruction.

CACI No. 430 Causation: Substantial Factor explains that a "substantial factor in causing harm is a factor that a reasonable person would consider to have contributed to the harm…It does not have to be the only cause of harm." The ROXIE NUNIS PLAINTIFFS have only pendent state causes of action. It is central to the theme of the case that the phrase "substantial factor" be used on the verdict form for

each of their causes of action. The use of the phrase "substantial factor" on the verdict form is critical to the Plaintiffs' central causation theme of the case.

Additionally, because the CACI instructions on causation refer to a general "harm" to a Plaintiff and do not separate out death versus non-fatal injury, the ROXIE NUNIS PLAINTIFFS would propose a single question under the heading "ISSUE 3: CAUSATION (All Force Claims)" instead of two. However, if the Court decides that the death (Question 3) should be separated out from the non-fatal injuries (Question 4), then ROXIE NUNIS PLAINTIFFS would request that the two separate questions use the "substantial factor" language as opposed to simply "cause".

DATED: January 24, 2024                     DOUGLAS / HICKS LAW, APC


By:      /s/ *Carl E. Douglas*
     CARL E. DOUGLAS
     JAMON R. HICKS
Attorneys for Plaintiffs,
ESTATE OF ORAL W. NUNIS, SR., by and through, ROXIE A. NUNIS, Individually, and as Successor in Interest to the ESTATE, and NAOMI NUNIS, Individually, ABIGAIL TABITHA NUNIS, Individually, and WILLIE MAE KIRKLAND *ad Litem* for J.C.N. ("Roxie Nunis Plaintiffs")

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 5120 W. Goldleaf Circle, Suite 140, Los Angeles, California 90056.

On January 24, 2024, I served the foregoing documents described as: **ROXIE NUNIS PLAINTIFFS' BRIEF ON AMENDED PROPOSED SPECIAL VERDICT FORM** on interested parties in this action:

*"PLEASE SEE ATTACHED SERVICE LIST"*

**VIA MAIL**

☐  By placing the true copies thereof enclosed in a sealed envelope with postage fully prepaid, addressed as stated on the attached service list.

**VIA ELECTRONIC SERVICE**

☐  I delivered said document(s) via electronic mail directly to the e-mail address of the person(s) being served.

**VIA UNITED STATES DISTRICT COURT CM/ ECF FILING SYSTEM:**

☒  I caused said document(s) to be delivered electronically via the United States District Court Southern District's CM/ ECF filing system to each addressee on the attached service list.

☒  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **January 24, 2024,** at Los Angeles, California.

_____
KRISTEN DEVEZIN

# SERVICE LIST

**CASE NAME:** *Estate Of Oral W. Nunis Sr., et al. vs. City Of Chula Vista, et al.*
**CASE NO.:**   3:21-CV-1627-AJB-DEB

| | |
|---|---|
| Tony M. Sain, Esq.<br>Tori Bakken, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>633 West 5th Street, Suite 4000<br>Los Angeles, California 90071<br>Telephone: 213.250.1800<br>Facsimile: 213.250.7900<br>E-Mail: Tony.Sain@lewisbrisbois.com<br>           Tori.Bakken@lewisbrisbois.com | Attorneys for Defendants,<br>City Of Chula Vista, Brian Olson, David Rivers, Evan Linney, Manuel Padilla, Jordan Salvador, and Kenneth Hicks |
| Glen Googins, City Attorney<br>Karen Rogan, Deputy City Attorney<br>OFFICE OF THE CITY ATTORNEY, CHULA VISTA<br>276 4th Avenue<br>Chula Vista, CA 91910<br>Telephone: (619) 409-5816<br>Facsimile: (619) 476-5305<br>E-mail: GGoogins@chulavistaca.gov<br>           KRogan@chulavistaca.gov | Attorneys for Defendants,<br>City Of Chula Vista, Brian Olson, David Rivers, Evan Linney, Manuel Padilla, Jordan Salvador, and Kenneth Hicks |
| John L. Burris<br>DeWitt M. Lacy<br>Julia N. Quesada<br>THE LAW OFFICES OF JOHN L. BURRIS<br>9701 Wilshire Blvd., Suite 1000<br>Beverly Hills, California 90212<br>Tel: (310) 601-7070<br>Fax: (510) 839-3882<br>Email: john.burris@johnburrislaw.com<br>           dewitt.lacy@johnburrislaw.com<br>           julia.quesada@johnburrislaw.com | Attorneys for Plaintiffs,<br>KIMONE NUNIS, individually and as Successor-in-Interest to Decedent Oral Nunis; ORAL W. NUNIS, as Successor-in- Interest to Decedent Oral Nunis; ANDRE NUNIS, as Successor-in-Interest to Decedent Oral Nunis, and LUDECEA NUNIS, as Successor-in-Interest to Decedent Oral Nunis, |