| | |
|---|---|
| CARL E. DOUGLAS (SBN: 097011)<br>carl@douglashickslaw.com<br>JAMON R. HICKS (SBN: 232747)<br>jamon@douglashickslaw.com<br>*DOUGLAS / HICKS LAW, APC*<br>5120 W. Goldleaf Circle, Suite 140<br>Los Angeles, California 90056<br>Tel: (323) 655-6505<br><br>DOMINIQUE N. WESTMORELAND, ESQ. (SBN 302606)<br>E-mail: dwestmoreland@wml-law.com<br>THE WESTMORELAND LAW FIRM, P.C.<br>609 Deep Valley Drive, Suite 200<br>Rolling Hills Estates, California 90274<br>Telephone No.: (424) 285-5362<br>Facsimile No.: (424) 285-5825<br><br>Attorneys for Plaintiffs,<br>ROXIE NUNIS, NAOMI NUNIS, ABIGAIL NUNIS, and JEBEZ NUNIS | BURRIS, NISENBAUM, CURRY & LACY LLP<br>DEWITT M. LACY, Esq. (SBN 258789)<br>JULIA N. QUESADA, Esq. (SBN 337872)<br>LENA P. ANDREWS, Esq. (SBN 342)<br>9701 Wilshire Blvd., Suite 1000<br>Beverly Hills, California 90212<br>Telephone: (310) 601-7070<br>Facsimile: (510) 839-3882<br>dewitt.lacy@johnburrislaw.com<br>julia.quesada@johnburrislaw.com<br>lena.andrews@johnburrislaw.com<br><br>Attorneys for Plaintiffs<br>KIMONE NUNIS, ANDRE NUNIS, ORAL NUNIS, AND LUDECEA NUNIS |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ORAL W. NUNIS, SR. by and through, ROXIE A. NUNIS, individually, and as Administratrix of the ESTATE, and NAOMI NUNIS, Individually, ABIGAIL TABITHA NUNIS, Individually, and WILLIE MAE KIRKLAND as Guardian *ad Litem* for and J.C.N., Kimone Nunins, Oral W. Nunis, Andre Nunis and Ludecea Nunis, as Successors-in-Interest to Decedent Oral W. Nunis,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CITY OF CHULA VISTA; DAVID ARCE, BRIAN OLSEN, DAVID KREMER, EVAN LINNEY, DAVID | Case No. 21-cv-1627-AJB-DEB<br>[*Hon. Anthony J. Battaglia, Dist. Judge; Hon. Daniel E. Butcher, M. Judge*]<br><br>**[AMENDED PROPOSED] SPECIAL VERDICT FORM**<br><br>1st State Compl. Filed:  Nov. 23, 2020<br>Removal to Fed. Ct.:    Sept. 16, 2021<br>FSC:                    July 13, 2023<br>Trial Date:             April 16, 2024 |

135166116.1   1   Case No. 21-cv-1627-AJB-DEB
[PROPOSED] VERDICT FORM

RIVERS, MANUAL PADILLA, JORDAN SALVADOR, KENNETH HICKS and DOES 1-90, Inclusive,

Defendants.

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

By and through their counsel of record in this action, Plaintiffs ESTATE OF ORAL W. NUNIS, SR., by and through, ROXIE A. NUNIS, Individually, and as Successor in Interest to the ESTATE, and NAOMI NUNIS, Individually, ABIGAIL TABITHA NUNIS, Individually, and WILLIE MAE KIRKLAND *ad Litem* for J.C.N. (collectively the "Roxie Nunis Plaintiffs"), Plaintiffs KIMONE NUNIS, LUDECEA NUNIS, ANDRE NUNIS, and ORAL W. NUNIS, JR. (collectively the "Kimone Nunis Plaintiffs"), and Defendants CITY OF CHULA VISTA, Agent EVAN LINNEY, Officers MANUEL PADILLA (erroneously named as "MANUAL PADILLA"), DAVID RIVERS, BRIAN OLSON (erroneously named as "BRIAN OLSEN"), and JORDAN SALVADOR, and Sgt. KENNETH HICKS (collectively "Defendants") hereby submit the following proposed Verdict Form to be provided to the jury at the time of trial, pursuant to Federal Rules of Civil Procedure 16 and 51; United States District Court, Southern District of California Local Rules 16.1(f)(3), 16.1(f)(4), and 16.1(f)(6) (as applicable); and the applicable orders of the Court.

The signatory parties reserve the right to amend this Verdict Form, subject to any objections, motions *in limine*, and applicable Orders of the Court. [*See, e.g.*, Order on Motion for Summary Judgment, Dkt. 92.]

///
///
///

| | | |
|---|---|---|
| DATED: January 24, 2024 | | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By: */s/ Tony M. Sain*
  TONY M. SAIN
  TORI L.N. BAKKEN
Attorneys for Defendants,
CITY OF CHULA VISTA, EVAN LINNEY, MANUEL PADILLA, DAVID RIVERS, BRIAN OLSON, JORDAN SALVADOR, and KENNETH HICKS

DATED: January 24, 2024DOUGLAS / HICKS LAW, APC

By: */s/ Carl E. Douglas*
  CARL E. DOUGLAS
  JAMON R. HICKS
Attorneys for Plaintiffs,
ESTATE OF ORAL W. NUNIS, SR., by and through, ROXIE A. NUNIS, Individually, and as Successor in Interest to the ESTATE, and NAOMI NUNIS, Individually, ABIGAIL TABITHA NUNIS, Individually, and WILLIE MAE KIRKLAND *ad Litem* for J.C.N. ("Roxie Nunis Plaintiffs")

| | | |
|---|---|---|
| 1 | DATED: January 24, 2024 | BURRIS, NISENBAUM, CURRY & LACY |

By: */s/ DeWitt M. Lacy*
   DEWITT M. LACY
   JULIA N. QUESADA
   LENA P. ANDREWS
Attorneys for Plaintiffs,
KIMONE NUNIS, LUDECEA NUNIS, ANDRE NUNIS, and ORAL W. NUNIS, JR. ("Kimone Nunis Plaintiffs")

# VERDICT FORM

We, the jury, being first empaneled and sworn, do find our verdict as follows:

## ISSUE 1: PRE-FORCE TACTICAL NEGLIGENCE (*Hayes* Negligence).

1. During the incident at issue, before any force or restraint was used on ORAL W. NUNIS (Sr.) by any officer, did the defendant police officer engage in unreasonable tactical conduct leading up to and precipitating that officer's use of force that could have caused that officer's subsequent use of force to be unreasonable under California law?

    Agent EVAN LINNEY          YES _____    NO _____

Proceed to Question No. 2 (Issue 2).

## ISSUE 2: USE OF FORCE (§ 1983 Excessive Force, Battery, Negligence In Force, Bane Act Violation).

2. During the incident at issue, did one or more of the defendant police officers use excessive or unreasonable force or restraint on ORAL W. NUNIS (Sr.)?

    Agent EVAN LINNEY              YES _____    NO _____
    Officer MANUEL PADILLA         YES _____    NO _____
    Officer BRIAN OLSON            YES _____    NO _____
    Officer DAVID RIVERS           YES _____    NO _____
    Officer JORDAN SALVADOR        YES _____    NO _____
    Sergeant KENNETH HICKS         YES _____    NO _____

If your answer to Question no. 2 was No for all defendants, **answer No more questions on this Verdict Form**, and have the presiding juror sign and date this form in the space provided at the end.

However, if your answer to Question No. 2 was Yes for any defendant, proceed to Question No. 3 (Issue 3).

## ISSUE 3: CAUSATION (All Force Claims).

3. [*DEFENDANTS' VERSION*] For only the officer defendant(s) for whom you gave a "Yes" answer to Question No. 2 above, did the use of excessive or unreasonable force by such officer defendant(s) cause the death of ORAL W. NUNIS (Sr.)?

(You may not Answer "Yes" for any officer defendant(s) to this Question where you Answered "No" to Question No. 2, above.)

[*PLAINTIFFS' VERSION*] For the officer defendant(s) for whom you gave a "Yes" answer to Question No. 2 above, was the use of excessive or unreasonable force by such officer defendant(s) a substantial factor in causing injury to ORAL W. NUNIS (Sr.)?

[*NOTE TO THE COURT*: The parties may submit separate briefing in support of their different versions of this question. The parties are otherwise in agreement on the remaining questions.]

YES _____    NO _____

Proceed to Question No. 4.

4. For the officer defendant(s) for whom you gave a "Yes" answer to Question No. 2, did that above-specified defendant's or defendants' use of excessive or unreasonable force cause the non-fatal injuries of ORAL W. NUNIS (Sr.)?

(You may not Answer "Yes" for any officer defendant(s) to this Question where you Answered "No" to Question No. 2, above.)

              YES _____     NO _____

If your answer to Question Nos. 3 <u>and</u> 4 was "No", **answer No more questions on this Verdict Form**, and have the presiding juror sign and date this form in the space provided at the end.

If your answer(s) to Question Nos. 2 (for any officer) <u>and</u> 3 <u>or</u> 4 was "Yes" (for any officer), proceed to Question No. 5 (Issue 4).



**ISSUE 4: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS.**

5. If your answer to Question No. 2 was Yes for any officer defendant, and your answer to Question No. 3 <u>or</u> 4 was also Yes for any defendant, during the incident at issue, did the use of excessive or unreasonable force by the above-specified defendant(s) on ORAL W. NUNIS (Sr.) with reckless disregard of the probability that bystander plaintiff KIMONE NUNIS would suffer severe emotional distress?

                                  YES _____     NO _____

Proceed to Question No. 6 (Issue 5).

**ISSUE 5: DENIAL OF MEDICAL CARE.**

6. During the incident at issue, did one or more of the defendant police officers unreasonably fail to provide or summon adequate medical care to ORAL W. NUNIS (Sr.)?

| | | |
|---|---|---|
| Agent EVAN LINNEY | YES _____ | NO _____ |
| Officer MANUEL PADILLA | YES _____ | NO _____ |
| Officer BRIAN OLSON | YES _____ | NO _____ |
| Officer DAVID RIVERS | YES _____ | NO _____ |
| Officer JORDAN SALVADOR | YES _____ | NO _____ |
| Sergeant KENNETH HICKS | YES _____ | NO _____ |

Proceed to Question No. 7 (Issue 6).



**ISSUE 6: CAUSATION (Denial of Medical Care Claims).**

7. [*DEFENDANTS' VERSION*]  For the officer defendant(s) for whom you gave a "Yes" answer to Question No. 6, did the failure of such officer defendant(s) to provide or summon adequate medical care cause the death of ORAL W. NUNIS?

[*PLAINTIFFS' VERSION*]  For the officer defendant(s) for whom you gave a "Yes" answer to Question No. 6, was the failure of such officer defendant(s) to provide or summon adequate medical care a substantial factor in causing injury to ORAL W. NUNIS?

[*NOTE TO THE COURT*: The parties may submit separate briefing in support of their different versions of this question.  The parties are otherwise in agreement on the remaining questions.]

YES _____     NO _____

Proceed to Question No. 8 (Issue 7).

**ISSUE 7:    Bane Act Claim.**

8. If your answer to Question Nos. 3 <u>or</u> 4 <u>or</u> 7 was "Yes" for any defendant officer, did that above-specified defendant officer use excessive or unreasonable force on ORAL W. NUNIS (Sr.) so as to intentionally or recklessly interfere with the exercise of Mr. NUNIS' associated constitutional/legal right to be free from unreasonable/excessive force?

YES _____     NO _____

Proceed to Question No. 9 (Issue 8).



**ISSUE 8: DAMAGES.**

9. [*Negligence Toward Decedent*.] If your answer to Question No. 3 or 4 or 7 was "Yes", what amount of damages, if any, do you find that decedent ORAL W. NUNIS (Sr.) sustained as a result of the <u>negligent</u> actions of the above-specified officer defendant(s)?

Negligence In Pre-Force Tactics or Force:

$_____

Negligence In Medical Care:

$_____

Negligence Resulting In Pre-Death Suffering of ORAL W. NUNIS (Sr.):

$_____

Proceed to Question No. 10.

10. [*Other Harms Toward Decedent*.] If your answer to Question No. 3 or 4 or 7 was "Yes", what amount of damages, if any, do you find that decedent ORAL W. NUNIS (Sr.) sustained as a result of the <u>non-negligent</u> actions of the above-specified officer defendant(s)?

Excessive Force, Battery, or Bane Act Violation, etc.:

$_____

Actions Resulting In Pre-Death Suffering of ORAL W. NUNIS (Sr.):

$_____

Proceed to Question No. 11.

11. [*Negligent Infliction of Emotional Distress*.] If your answer to Question No. 3 <u>or</u> 4 <u>and</u> 5 was "Yes", what amount of damages, if any, do you find that plaintiff KIMONE NUNIS sustained as a result of the negligent actions of the above-specified officer defendant(s) that she witnessed as a bystander?

$\$$_____

Proceed to Question No. 12.

12. [*Wrongful Death and/or Loss of Familial Relations*.] If your answer to Question No. 3 <u>or</u> 7 was "Yes", what sum or money, if any, do you find that will reasonably and fairly compensate the Plaintiffs for the following harms as a result of the <u>wrongful death</u> of ORAL W. NUNIS (Sr.)?

    (a) What are ROXIE NUNIS' damages?[1]

    Past loss of Oral Nunis' love, companionship, comfort, care, assistance, protection, affection, society, and moral support, training and guidance:

    $_____

    Future loss of Oral Nunis' love, companionship, comfort, care, assistance, protection, affection, society, and moral support, training and guidance:

    $_____

    (b) What are NAOMI NUNIS' damages?

    Past loss of Oral Nunis' love, companionship, comfort, care, assistance, protection, affection, society, and moral support, training and guidance:

    $_____

    Future loss of Oral Nunis' love, companionship, comfort, care, assistance, protection, affection, society, and moral support, training and guidance: $_____

---

[1] Plaintiffs disagree on the order of the damages question as to each Plaintiff, as Kimone Nunis Plaintiffs assert they should be first, as they have federal law causes of action, and Roxie Nunis Plaintiffs believe Plaintiff Roxie Nunis should be listed first, as decedent's wife. Defendants take no position on which order the jury is asked about Plaintiffs' respective damages within Question No. 12.



 (c)  What are ABIGAIL NUNIS' damages?

Past loss of Oral Nunis' love, companionship, comfort, care, assistance, protection, affection, society, and moral support, training and guidance:

$_____

Future loss of Oral Nunis' love, companionship, comfort, care, assistance, protection, affection, society, and moral support, training and guidance:

$_____

 (d)  What are J.C.N.'s non-economic damages?

Past loss of Oral Nunis' love, companionship, comfort, care, assistance, protection, affection, society, and moral support, training and guidance:

$_____

Future loss of Oral Nunis' love, companionship, comfort, care, assistance, protection, affection, society, and moral support, training and guidance:

$_____



135166116.1   13   Case No. 21-cv-1627-AJB-DEB
[PROPOSED] VERDICT FORM

(e) What are KIMONE NUNIS' damages?

Past loss of Oral Nunis' love, companionship, comfort, care, assistance, protection, affection, society, and moral support, training and guidance:

$_____

Future loss of Oral Nunis' love, companionship, comfort, care, assistance, protection, affection, society, and moral support, training and guidance:

$_____

(f) What are LUDECEA NUNIS' damages?

Past loss of Oral Nunis' love, companionship, comfort, care, assistance, protection, affection, society, and moral support, training and guidance:

$_____

Future loss of Oral Nunis' love, companionship, comfort, care, assistance, protection, affection, society, and moral support, training and guidance:

$_____

(g) What are ANDRE NUNIS' damages?

Past loss of Oral Nunis' love, companionship, comfort, care, assistance, protection, affection, society, and moral support, training and guidance:

$_____

Future loss of Oral Nunis' love, companionship, comfort, care, assistance, protection, affection, society, and moral support, training and guidance:

$_____

(h)  What are ORAL W. NUNIS JR. damages?

Past loss of Oral Nunis' love, companionship, comfort, care, assistance, protection, affection, society, and moral support, training and guidance:

$_____

Future loss of Oral Nunis' love, companionship, comfort, care, assistance, protection, affection, society, and moral support, training and guidance:

$_____

Proceed to Question No. 13 (Issue 9).



**ISSUE 9: COMPARATIVE FAULT.**

13. If your answer to Question No. 3 or 4 or 7 was Yes, and your answer to Question No. 9 or 12 (or both) was an award of negligence damages, was ORAL W. NUNIS (Sr.) also negligent during the incident?

      ORAL W. NUNIS (SR.)      YES _____      NO _____

If you answered "Yes" to this Question, proceed to Question No. 14.

If you answered "No" to this question, skip Question No. 14, and proceed to Question No. 15.

14. What percentage of responsibility for the death and/or injuries of ORAL W. NUNIS (Sr.), or to plaintiffs, do you assign to the negligent conduct, if any, of the following persons (remembering that you may only enter a percentage here for any officer defendant where you also answered Question No. 2 or 6 "Yes" for that specific officer defendant above)?

| | |
|---|---|
| ORAL W. NUNIS (Sr.) | _____% |
| Agent EVAN LINNEY | _____% |
| Officer MANUEL PADILLA | _____% |
| Officer BRIAN OLSON | _____% |
| Officer DAVID RIVERS | _____% |
| Officer JORDAN SALVADOR | _____% |
| Sergeant KENNETH HICKS | _____% |
| TOTAL | 100 % |

Proceed to Question No. 15 (Issue 10).

**ISSUE 10: PUNITIVE DAMAGES – PREDICATE.**

15. If your answer to Question No. 2 was "Yes" for any officer defendant, was the conduct of such above-specified officer defendant(s) malicious, oppressive, or in reckless disregard of the rights of ORAL W. NUNIS (Sr.) (remembering that you may only enter a "Yes" here for any officer defendant where you also answered Question No. 2 "Yes" for that specific officer defendant above)?

| | | |
|---|---|---|
| Agent EVAN LINNEY | YES _____ | NO _____ |
| Officer MANUEL PADILLA | YES _____ | NO _____ |
| Officer BRIAN OLSON | YES _____ | NO _____ |
| Officer DAVID RIVERS | YES _____ | NO _____ |
| Officer JORDAN SALVADOR | YES _____ | NO _____ |
| Sergeant KENNETH HICKS | YES _____ | NO _____ |

Please date and sign this Verdict Form in the space provided on the next page.

Please date, sign, and return this Verdict Form to the Court Clerk.

      I hereby certify that this verdict is unanimous.

Dated: _____

Signed: _____
              Presiding Juror (Foreperson)