**CARL E. DOUGLAS, Esq. (SBN: 097011)**
carl@douglashickslaw.com
**JAMON R. HICKS, Esq. (SBN: 232747)**
jamon@douglashickslaw.com
***DOUGLAS / HICKS LAW, APC***
5120 W. Goldleaf Circle, Suite 140
Los Angeles, California 90056
Tel: (323) 655-6505; Fax: (323) 927-1941

DOMINIQUE N. WESTMORELAND, ESQ. (SBN 302606)
   E-mail: dwestmoreland@wml-law.com
**THE WESTMORELAND LAW FIRM, P.C.**
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, California 90274
Telephone No.: (424) 285-5362
Facsimile No.: (424) 285-5825

Attorneys for Plaintiffs, ROXIE NUNIS, NAOMI NUNIS, ABIGAIL NUNIS, and J.C.N.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ORAL NUNIS, SR. BY AND THROUGH ROXIE A. NUNIS, INDIVIDUALLY, AND AS SUCCESSOR IN INTEREST TO THE ESTATE, AND NAOMI NUNIS, INDIVIDUALLY, AND WILLIE MAE KIRKLAND AS GUARDIAN AD LITEM FOR ABIGAIL TABITHA NUNIS AND J.C.N,<br><br>    *Plaintiffs,*<br>vs.<br>CITY OF CHULA VISTA, BRIAN OLSON, DAVID RIVERS, EVAN | CASE NO.: **3:21-cv-01627-AJB-DEB**<br><br>**ROXIE NUNIS PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS** |

1

ROXIE NUNIS PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONs

| | |
|---|---|
| LINNEY, MANUEL PADILLA, and JORDAN SALVADOR, | )<br>)<br>)<br>) |
| *Defendants.* | ) |

**COMES NOW** Plaintiffs, ROXIE NUNIS, NAOMI NUNIS, ABIGAIL NUNIS and J.C.N, by and through their counsel of record, and hereby submit these Proposed Voir Dire Questions to be given to the jury during jury selection

DATED: February 12, 2024

_____
CARL E. DOUGLAS, ESQ.

# PROPOSED VOIR DIRE QUESTIONS

**PRELIMINARY QUESTIONS**

1. Raise your hand if you or a loved one have ever worked for the city of Chula Vista, in any capacity?

2. Do you have any education or training in mental health?

3. Does anyone have any language problems making it difficult to understand what the people are saying or to communicate in English?

4. Does anyone have any philosophical or religious beliefs which would make it difficult to judge your fellow man?

    A.    If "Yes," please explain.

5. Does anyone have any philosophical or religious beliefs which would make it difficult to sit on a wrongful death case?

    A.    Please tell us about that.

**QUESTIONS ABOUT THE CIVIL JUSTICE SYSTEM**

6. How do you feel about lawsuits these days?

    A.    Please tell us about that.

7. Have you worked for a company or entity that was unfairly harmed by lawsuits?

    A.    If "Yes," tell us about that

8. Have you developed the feeling that lawsuits harm the community?

9. Have you developed the feeling that the county has been unfairly sued?

    A.    If "Yes," tell us about that

10. Have you developed strong feelings about lawsuits suing a public entity, like a city?

11. Raise your hand if you or a loved one have ever been unfairly sued?

12. Some people feel lawsuits are causing problems these days, and other people think they are not causing problems. Which side do you feel closer to, even if only a little?

3

    A.    Tell us about that.

13. When you hear about verdicts these days, some people feel that verdict are too high, Others feel they are too low, others feel they are just about right. Which group do you feel closer to, even if only a little?

    A.    Tell us more about that.

14. Raise your hand if you have ever hired a lawyer to resolve a dispute?

    A.    Please tell us about that.

    B.    What kind of case was it?

    C.    Were you satisfied about how the case ended?

15. How do you feel about lawyers in general?

    A.    Tell us more about that.

**ATTITUDE TOWARD POLICE RELATED ISSUES**

16. Have you ever had a positive experience with a police officer or law enforcement?

    A.    Can you tell us about this experience?

17. Raise your hand if you feel the testimony of a police officer would carry <u>more weight</u> in your mind than the testimony of another witness who was not a police officer?

18. Are you a supporter of law enforcement causes like the Blue Lives Matter Movement?

    A.    Tell us about that?

19. Have you <u>contributed</u> to any causes or campaigns that support the police, support funding the police, or support the Blue Lives Matter Movement?

    A.    If "Yes," tell us about that

20. Do you feel that police officers or law enforcement are unfairly criticized these days?

    A.    Tell us about that.

21. Raise your hand if you have formed any negative opinions of the Black Lives Matter Movement?

22. Have you had any negative interactions with members of the Black Lives Matter Movement?
23. Have you ever been a victim of a crime, including robbery or home invasion?
    A. How long ago was that?
24. Raise your hand if you have you ever formed the opinion that crime needs to be cracked down more in San Diego?

**DAMAGES RELATED**

25. Have you or a loved one dealt with a serious mental illness?
26. Have you ever worked with suicidal people or people on psychotic breaks, in any capacity?
27. Have you ever been blamed, fairly or unfairly, for an injury or death?
28. Have you seen people who exaggerated or made-up injuries or disabilities for monetary gain?
29. Do you have feelings against awarding money for the loss of the love, comfort, or companionship of a loved one?
30. Have you ever had to call 911 for a someone who was harming themselves or others?
31. Have you or a loved one ever attempted suicide or had a psychotic breakdown?
    A. If "Yes," please explain.
32. Have you ever had a loved one be put on a psych hold?
33. Have you developed the feeling that family members should not sue for the loss of a loved one?
34. Have you developed the feeling that adult children should not sue for the death of a parent?

**BURDEN OF PROOF**

35. In trials like this one, jurors will be asked to base their decision on whether one side is

5

"probably more true than not true."  Some people feel "more probably to be true than not true" is too easy a standard for the Plaintiffs to have to prove in order to win, others feel it is not too easy a standard.  Which group do you feel closer to, even if only a little?

    A.    Tell us more.

36. Raise your hand if you feel you may have a problem following that standard?

**GENERAL QUESTIONS**

37. Is there anyone who feels the race of the Plaintiffs, or their attorneys, might influence their ability to be fair in this case?

38. How do you get your news? CNN? Fox News? Newsmax? The Internet?

39. What is the name of the last movie you have seen?

40. Raise your hand if you feel that you might have difficulty following instructions from the judge concerning rules to which you may personally disagree?

Dated: February 12, 2024

DOUGLAS/HICKS LAW, APC

By: _____
CARL E. DOUGLAS
JAMON R. HICKS
Attorneys for Plaintiffs,
ESTATE OF ORAL W. NUNIS, SR., ROXIE A. NUNIS, NAOMI NUNIS, ABIGAIL TABITHA NUNIS, and WILLIE MAE KIRKLAND as Guardian ad Litem for and J.C.N.

6

ROXIE NUNIS PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONs

# PROOF OF SERVICE

I, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 5120 W. Goldleaf Circle, Suite 140, Los Angeles, California 90056.

On February 12, 2024, I served the foregoing documents described as: ***ROXIE NUNIS PLAINTIFFS' PROPOSED VOIR DIRE QUESTION,*** on interested parties in this action:

*"PLEASE SEE ATTACHED SERVICE LIST"*

**VIA U.S. MAIL**

☐ By placing the true copies thereof enclosed in a sealed envelope with postage fully prepaid, addressed as stated on the attached service list.

**VIA ELECTRONIC SERVICE**

I delivered said document(s) via electronic mail from my email address: betty@douglashickslaw.com directly to the e-mail address of the person(s) being served.

**VIA UNITED STATES DISTRICT COURT CM/ ECF FILING SYSTEM:**

☐ I caused said document(s) to be delivered electronically via the United States District Court Southern District's CM/ ECF filing system to each addressee on the attached service list.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on this day February 12, 2024, at Los Angeles, California.

    ___*Betty J. Sykes*___
    BETTY J. SYKES

# SERVICE LIST

**CASE NAME:** *Estate of Oral W. Nunis Sr., et al. vs. City of Chula Vista, et al.*
**CASE NO.:**     3:21-CV-1627-AJB-DEB

| | |
|---|---|
| Tony M. Sain, Esq.<br>Tori Bakken, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>633 West 5th Street, Suite 4000<br>Los Angeles, California 90071<br>Telephone: 213.250.1800<br>Facsimile: 213.250.7900<br>E-Mail: Tony.Sain@lewisbrisbois.com<br>            Tori.Bakken@lewisbrisbois.com<br>            Abigail.McLaughlin@lewisbrisbois.com<br>            Christina.Medina@lewisbrisbois.com | Attorneys for Defendants, City Of Chula Vista, Brian Olson, David Rivers, Evan Linney, Manuel Padilla, Jordan Salvador, and Kenneth Hicks |
| Glen Googins, City Attorney<br>Karen Rogan, Deputy City Attorney<br>OFFICE OF THE CITY ATTORNEY, CHULA VISTA<br>276 4th Avenue<br>Chula Vista, CA 91910<br>Telephone: (619) 409-5816<br>Facsimile: (619) 476-5305<br>E-mail: KRogan@chulavistaca.gov<br>            GGoogins@chulavistaca.gov | Attorneys for Defendants, City Of Chula Vista, Brian Olson, David Rivers, Evan Linney, Manuel Padilla, Jordan Salvador, and Kenneth Hicks |
| John L. Burris<br>DeWitt M. Lacy<br>Julia N. Quesada<br>Lena Andrews<br>THE LAW OFFICES OF JOHN L. BURRIS<br>9701 Wilshire Blvd., Suite 1000<br>Beverly Hills, California 90212<br>Tel: (310) 601-7070<br>Fax: (510) 839-3882<br>Email: john.burris@johnburrislaw.com<br>Email: dewitt@bncllaw.com<br> Email: julia.quesada@bncllaw.com<br>Email: lena.andrews@bncllaw.com | Attorneys for Plaintiffs, KIMONE NUNIS, individually and as Successor-in-Interest to Decedent Oral Nunis; ORAL W. NUNIS, as Successor-in-Interest to Decedent Oral Nunis; ANDRE NUNIS, as Successor-in-Interest to Decedent Oral Nunis, and LUDECEA NUNIS, as Successor-in-Interest to Decedent Oral Nunis |