**BURRIS, NISENBAUM, CURRY & LACY LLP**
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com

**BURRIS, NISENBAUM, CURRY & LACY LLP**
DEWITT M. LACY, Esq. (SBN 258789)
JULIA N. QUESADA, Esq. (SBN 337872)
LENA P. ANDREWS (SBN 342471)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile: (510) 839-3882
dewitt@bncllaw.com
julia.quesada@bncllaw.com
lena.andrews@bcnllaw.com

Attorneys for Plaintiffs
Kimone Nunis, Andre Nunis,
Oral Nunis, and Ludecea Nunis

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ORAL W. NUNIS, SR. by and through, ROXIE A. NUNIS, individually and as successor in interest to the ESTATE, et al.,<br><br>              Plaintiffs,<br><br>        vs.<br><br>CITY OF CHULA VISTA, et al,<br><br>              Defendants. | Case No.: 3:21-cv-1627-AJB-DEB<br><br>*(District Judge Hon. Anthony J. Battaglia; Magistrate Judge Hon. Daniel E. Butcher)*<br><br>**[PROPOSED] ADDITIONAL VOIR DIRE QUESTIONS BY PLAINTIFFS, KIMONE NUNIS, ANDRE NUNIS, ORAL W. NUNIS, AND LUDECEA NUNIS** |

KIMONE NUNIS, individually and as Successor-in-Interest to Decedent Oral Nunis; ORAL W. NUNIS, as Successor-in-Interest to Decedent Oral Nunis; ANDRE NUNIS, as Successor-in-Interest to Decedent Oral Nunis; and LUDECEA NUNIS, as Successor-in-Interest to Decedent Oral Nunis,

                     Plaintiffs,

   vs.

CITY OF CHULA VISTA, et al.,

                     Defendants.

**<u>TO THE HONORABLE COURT</u>:**

      Plaintiffs KIMONE NUNIS, ANDRE NUNIS, LUDECEA NUNIS, and ORAL W. NUNIS (hereinafter collectively, "Kimone Nunis Plaintiffs") hereby submit the following [Proposed] Additional Voir Dire Questions, pursuant to this Court's Order (Dkt. No. 153), issued on January 30, 2024. Accordingly, Kimone Nunis Plaintiffs propose the following additional questions as a supplement to the Court's Voir Dire Questions for 42 U.S.C. §1983 cases:

1.    Have you ever filed a claim or lawsuit against the City of Chula Vista or any other government entity? If yes, please explain:

2.   Have you ever filed a claim or lawsuit against any law enforcement agency or law enforcement officer? If yes, please explain:

3.   Have you ever been a party or a witness in any lawsuit which involved the City of Chula Vista, City of Chula Vista's police department, police officers, or any of its employees? If yes, please explain:

4.   Have you had any experience with an attorney or attorneys, which might affect your ability to be fair and impartial in this case?

5.   How do you feel about the legal system and the system of awarding damages to people who may have been injured?

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6.   Have you or anyone in your household ever belonged to a neighborhood or citizens' organization concerned with crime prevention, law enforcement, police behavior, community relations or neighborhood safety? If yes, please explain:

7.   Have you or anyone in your household ever been affiliated with, or joined or supported, an organization with a goal of monitoring, critiquing, or reforming law enforcement agencies or practices? If yes, please explain:

8.   Have you or a friend or family member ever been the subject of physical force by a law enforcement officer?  If yes, what is the relationship to you of the person? Please describe:

     a. Do you feel that experience would affect the way that you evaluate this case?  If yes, please describe:

**KIMONE NUNIS PLAINTIFFS' [PROPOSED] ADDITIONAL VOIR DIRE QUESTIONS**

9.    Have you had any personal contact with members of the City of Chula Vista police department?  If yes, please describe:

10.   Do you think there are too many lawsuits against law enforcement agencies for misconduct by law enforcement officers?  If yes, please describe:

11.   In general, how do you feel about the size of money damages awarded in most civil cases to compensate people who have been injured or damaged by the actions of others?

12.   Some damages are easy to evaluate, such as lost wages and medical bills. Others are more difficult to evaluate, such as compensation for mental anguish and emotional distress.  What are your views about awarding damages for those kinds of injuries?

**KIMONE NUNIS PLAINTIFFS' [PROPOSED] ADDITIONAL VOIR DIRE QUESTIONS**

13.    Have you ever considered bringing a lawsuit?  If yes, please describe.

14.    How do you feel about people's willingness to sue one another?

15.    Do you believe that facts relating to social status may affect the way you view this case or affect your ability to provide all parties with a fair trial?  If so, please explain why.

16.    Have you ever heard about lawsuits against a city, county, law enforcement agency, or law enforcement officer?  If yes, please explain what you have heard.

17.    What have you seen or heard about this case, if at all?

**KIMONE NUNIS PLAINTIFFS' [PROPOSED] ADDITIONAL VOIR DIRE QUESTIONS**

  a. What types of opinions have you expressed about this case, if at all?

  b. Do you feel that you could dismiss what you've heard about this case if you are selected as a juror, thus reaching a verdict based solely on what is presented by the parties to the case?

19. Do you have any special experience, training, knowledge, or education in dealing with persons experiencing a mental health crisis, or that may contribute to your understanding of this case?

20. Have you or someone you know been the subject of a "5150" psych hold?

21. Do you have any feelings about how lawsuits of this kind affect the state of California?  If yes, please explain.

**KIMONE NUNIS PLAINTIFFS' [PROPOSED] ADDITIONAL VOIR DIRE QUESTIONS**

22.   Do you think that the police are under attack these days? If so, will that feeling affect your ability to serve as an impartial and fair juror?

23.   Do you think that the police get the support they deserve?

24.   Do you watch police shows on television, and if so, what is your favorite television police show?

25.   Do you have any particular opinion or reaction to a claim of police misconduct? If yes, please explain.

26.    Have you or any member of your family ever made a complaint against a law enforcement officer or agency?  If so, what was the nature of the complaint?

      a. What was the outcome and were you satisfied with the outcome?

      b. Was an investigation made by the law enforcement agency?

27.    Have you ever had any of the following contacts with law enforcement officers or agencies:

      a. Been questioned by an officer?

      b. Been accused by an officer of any wrongdoing?

      c. Been placed in the back seat of a police car or in any police vehicle?

      d. Been placed in handcuffs?

      e. Been transported to jail?

      f. Been booked at a jail?

      g. Been pat searched by an officer?

**KIMONE NUNIS PLAINTIFFS' [PROPOSED] ADDITIONAL VOIR DIRE QUESTIONS**

28.    Do any of you automatically accept something as true just because a law enforcement officer says it is?

     a. Do any of you have a problem with judging the credibility of law enforcement officers?

     b. Will you automatically deem something as untruthful just because our client says it?

29.    Do you know anyone involved in law enforcement, i.e. a police officer, sheriff, probation officer? If so, will that relationship affect your ability to be impartial in this case?

30.    The burden of proof in a case like this is proof by a preponderance of the evidence, which essentially means more likely than not. Do any of you think that this burden is too low? Do any of you think that this burden is too high?

///

///

///

**KIMONE NUNIS PLAINTIFFS' [PROPOSED] ADDITIONAL VOIR DIRE QUESTIONS**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: February 12, 2024

Respectfully submitted,

**BURRIS NISENBAUM CURRY & LACY**


By: */s/ Julia N. Quesada*

JOHN L. BURRIS
DeWITT M. LACY
JULIA N. QUESADA
LENA P. ANDREWS

Attorneys for Plaintiffs,
Kimone Nunis, Ludecea Nunis,
Andre Nunis, and Oral W. Nunis

**KIMONE NUNIS PLAINTIFFS' [PROPOSED] ADDITIONAL VOIR DIRE QUESTIONS**