1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
2 |     E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
3 |     E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
4 |     E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
5 | Los Angeles, California 90071
Telephone: 213.250.1800
6 | Facsimile: 213.250.7900

7 | Attorneys for Defendants,
CITY OF CHULA VISTA, EVAN
8 | LINNEY, MANUEL PADILLA, DAVID
RIVERS, BRIAN OLSON, JORDAN
9 | SALVADOR, and KENNETH HICKS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ORAL W. NUNIS, SR. by and through, ROXIE A. NUNIS, individually, and as Administratrix of the ESTATE, and NAOMI NUNIS, Individually, ABIGAIL TABITHA NUNIS, Individually, and WILLIE MAE KIRKLAND as Guardian *ad Litem* for and J.C.N., Kimone Nunins, Oral W. Nunis, Andre Nunis and Ludecea Nunis, as Successors-in-Interest to Decedent Oral W. Nunis,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CHULA VISTA; DAVID ARCE, BRIAN OLSEN, DAVID KREMER, EVAN LINNEY, DAVID RIVERS, MANUAL PADILLA, JORDAN SALVADOR, KENNETH HICKS and DOES 1-90, Inclusive,<br><br>Defendants. | Case No. 21-cv-1627-TWR-DEB<br>[*Hon. Todd W. Robinson, Dist. Judge; Hon. Daniel E. Butcher, M. Judge*]<br><br>**AMENDED WITNESS LIST OF DEFENDANTS**<br><br>1st State Compl. Filed: Nov. 23, 2020<br>Removal to Fed. Ct.: Sept. 16, 2021<br>Trial Date: Apr. 16, 2024 |

## TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

PLEASE TAKE NOTICE that Defendants CITY OF CHULA VISTA, Agent EVAN LINNEY, Officers MANUEL PADILLA, DAVID RIVERS, BRIAN OLSON, and JORDAN SALVADOR, and Sgt. KENNETH HICKS (collectively "Defendants") hereby submit the following proposed amended Witness List [revising and/or supplementing that stated in the Pre-Trial Conference Order ("PTCO"), Dkt. 106], pursuant to Federal Rules of Civil Procedure 16 and 51; United States District Court, Southern District of California Local Rules 16.1(f)(3), 16.1(f)(4), and 16.1(f)(6) (as applicable); and the applicable orders of the Court.[1]

| # | *Witness NAME:* | *Witness OFFERED BY:* | *Anticipated Subject of Testimony* | *Δ NOTES:* |
|---|---|---|---|---|
| 1. | Agent Evan Linney (Δ) | KN Πs, RN Πs, Δs | Initial Contact w/ Nunis, Restraint (Cuffs & WRAP) | |
| 2. | Ofcr. Manuel Padilla (Δ) | KN Πs, RN Πs; Δs | Back-Up Contact w/ Nunis, Restraint (Cuffs & WRAP) | |
| 3. | Ofcr. Brian Olson (Δ) | KN Πs, RN Πs; Δs | Back-Up Contact w/ Nunis, Restraint (WRAP) | |
| 4. | Ofcr. David Rivers (Δ) | KN Πs, RN Πs; Δs | Back-Up Contact w/ Nunis, Restraint (WRAP) | |
| 5. | Ofcr. Jordan Salvador (Δ) | KN Πs, RN Πs; Δs | Back-Up Contact w/ Nunis, Restraint (WRAP) | |
| 6. | Sgt. Kenneth Hicks (Δ) | KN Πs, RN Πs; Δs | Mid-WRAP Incident Observations & Supervision | |

---

[1] "KN Πs" refers to the "Kimone Nunis Plaintiffs": KIMONE NUNIS, ORAL W. NUNIS, ANDRE NUNIS, and LUDECEA NUNIS.

"RN Πs" refers to the "Roxie Nunis Plaintiffs": ESTATE OF ORAL W. NUNIS, SR. by and through, ROXIE A. NUNIS, individually, and as Administratrix of the ESTATE, and NAOMI NUNIS, Individually, ABIGAIL TABITHA NUNIS, Individually, and WILLIE MAE KIRKLAND as Guardian ad Litem for and J.C.N.

| # | Witness NAME: | Witness OFFERED BY: | Anticipated Subject of Testimony | Δ NOTES: |
|---|---|---|---|---|
| 7. | Paramedic Ivan Osorio | KN Πs, RN Πs | Post-Restraint Incident Medical | This Witness May Be Cross-Examined by Δs as Adverse |
| 8. | EMT Elizabeth Ryall Simpson | KN Πs, RN Πs; Δs | Post-Restraint Incident Medical | By Video Deposition |
| 9. | Bryan Chiles | RN Πs; Δs | PMK re Axon Body-Worn Cameras & Malfunctions | |
| 10. | Charles Hammond | RN Πs; Δs | PMK re SafeRestraints WRAP Device Operation-Effects | |
| 11. | Donte Kendricks | RN Πs; Δs | PMK re CVPD Ofcr Training re UOF, etc. | |
| 12. | Robert Stabley, M.D. | KN Πs, RN Πs; Δs | Autopsy-Medical Examiner & COD | |
| 13. | James Borden | Δs | *Δ Expert*: Forensic Video | Δ Will Forego Calling This Witness If Πs Will Stipulate To Authenticity & Admission of Witness' Composite Video |
| 14. | Rod Englert | Δs | *Δ Expert*: Forensic Incident Reconstruction | Δ May Forego Calling This Witness |
| 15. | Swathi Kode, Ph.D. | Δs | *Δ Expert*: Biomechanical Effects re Nunis | |
| 16. | Michael Chaikin, M.D. | Δs | *Δ Expert*: Cardiology Effects re Nunis | |
| 17. | Marc A. Cohen, M.D. | Δs | *Δ Expert*: Psychiatry Effects re Nunis | |
| 18. | Michael Graham, M.D. | Δs | *Δ Expert*: Forensic Pathology & COD re Nunis | |
| 19. | Theodore Chan, M.D. | Δs | *Δ Expert*: Medical Studies re Restrain & Asphyxia | |
| 20. | Robert Fonzi | Δs | *Δ Expert*: Police Practices | |

///

138690958.1     3     Case No. 21-cv-1627-AJB-DEB
DEFS.' AMENDED WITNESS LIST

Defendants reserve the right to amend this Witness List, subject to any objections, motions *in limine*, and applicable Orders of the Court.

DATED: April 4, 2024         LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     */s/ Abigail J.R. McLaughlin*
      TONY M. SAIN
      TORI L.N. BAKKEN
      ABIGAIL J.R. McLAUGHLIN
Attorneys for Defendants,
CITY OF CHULA VISTA, EVAN LINNEY, MANUEL PADILLA, DAVID RIVERS, BRIAN OLSON, JORDAN SALVADOR, and KENNETH HICKS

**FEDERAL COURT PROOF OF SERVICE**
Estate of Oral W. Nunis, Sr., et al. v. City of Chula Vista
Case No. 21-cv-1627-AJB-DEB

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 4, 2024, I served the following document(s): AMENDED WITNESS LIST OF DEFENDANTS

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 4, 2024, at Los Angeles, California.

/s/ Corinne Taylor
Corinne Taylor

138690958.1

1

Case No. 21-cv-1627-AJB-DEB

DEFS.' AMENDED WITNESS LIST

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**SERVICE LIST**
Estate of Oral W. Nunis, Sr., et al. v. City of Chula Vista
Case No. 21-cv-1627-AJB-DEB
LBBS: 51508-02

| | |
|---|---|
| Carl E. Douglas, Esq.<br>Aja Mann, Esq.<br>Cameron Stewart. Esq.<br>Kristen Devezin<br>Christopher Bordenave<br>Jamon Hicks<br>DOUGLAS / HICKS LAW<br>5120 W. Goldleaf Circle<br>Suite 140<br>Los Angeles, California 90056-1661<br>Tel: (323) 655-6506<br>Fax: (323) 927-1941<br>carl@douglashickslaw.com<br>kristen@douglashickslaw.com<br>aja@douglashickslaw.com<br>cameron@douglashickslaw.com<br>Chris@douglashickslaw.com<br>Jamon@douglashickslaw.com | **Attorneys for Plaintiffs:**<br>ESTATE OF ORAL W. NUNIS, SR., by and through, ROXIE A. NUNIS, Individually, and as Successor In Interest to the ESTATE, and NAOMI NUNIS, Individually, ABIGAIL TABITHA NUNIS, Individually, and WILLIE MAE KIRKLAND as Guardian *ad Litem* for and J.C.N. |
| Dominique N. Westmoreland, Esq.<br>THE WESTMORELAND LAW FIRM, P.C<br>609 Deep Valley Drive,<br>Suite 200<br>Rolling Hills Estates, California 90274<br>Tel: (424) 285-5362<br>Fax: (424) 285-5825<br>dwestmoreland@wml-law.com | **Co-Counsel For Plaintiffs:**<br>ESTATE OF ORAL W. NUNIS, SR., and through, Roxie A. Nunis |
| John L. Burris, Esq.<br>DeWitt M. Lacy, Esq.<br>Julia N. Quesada, Esq.<br>Lena Andrews, Esq.<br>THE LAW OFFICES OF JOHN L. BURRIS<br>9701 Wilshire Boulevard, Suite 1000<br>Beverly Hills, CA 90210<br>Telephone: (310) 601-7070<br>Facsimile: (510) 839-3882<br>john.burris@johnburrislaw.com<br>dewitt.lacy@johnburrislaw.com<br>julia.quesada@johnburrislaw.com<br>lena.andrews@johnburrislaw.com<br>Xiomara Serrano - Assistant<br>laoffice@johnburrislaw.com | **Attorneys for Plaintiffs:**<br>KIMONE NUNIS, individually and as Successor-in-Interest to Decedent Oral Nunis; ORAL W. NUNIS, as Successor-in-Interest to Decedent Oral Nunis; ANDRE NUNIS, as Successor-in-Interest to Decedent, Oral Nunis, and LUDECEA NUNIS, as Successor-in-Interest to Decedent Oral Nunis |

| | |
|---|---|
| 1  Glen Googins, City Attorney<br>   Karen Rogan, Assistant City Attorney<br>2  OFFICE OF THE CITY ATTORNEY, CHULA VISTA<br>3  276 4th Avenue<br>   Chula Vista, CA 91910<br>4  Telephone: (619) 409-5816<br>   Facsimile: (619) 476-5305<br>5  GGoogins@chulavistaca.gov<br>   KRogan@chulavistaca.gov | **Attorneys for Defendant:**<br>CITY OF CHULA VISTA, BRIAN OLSON, DAVID RIVERS, EVAN LINNEY, MANUEL PADILLA, JORDAN SALVADOR, and KENNETH HICKS |