# EXHIBIT LIST

| EX. # | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 502 | Incident Spit Hood Used on Oral Nunis | 4-18-2024 | 4-18-2024 |
| 504 | VIDEO: Incident Composite Video, 3/13/20 [CVPD 002203] | 4-17-2024 | 4-17-2024 |
| 505 | AUDIO: 9-1-1 Call from Kimone Nunis Re Oral Nunis on 3/12/2020 [CVPD 000021] | 4-17-2024 | 4-17-2024 |
| 507 | AUDIO: CVPD Radio Traffic 3/13/2020 [CVPD 000022] | 4-18-2024 | 4-18-2024 |
| 563 | VIDEO: Ofc. Padilla BWC-4 Re Arrival and Restraint 3/13/2020 [CVPD 000017] | 4-23-2024 | 4-23-2024 |
| 564 | VIDEO: Sgt. Hicks' BWC-1 Re Arrival and Restraint 3/13/2022 [CVPD 000001] | 4-23-2024 | 4-23-2024 |
| 614 | PHOTO: Still Photo of Composite Video at 11:54:20 taken from James Borden Report; Mr. Nunis in WRAP Restraint Upright Position on the Ground 3/13/2020 [CVPD 002213] | 4-19-2024 | 4-19-2024 |
| 623 | AMR Paramedic Report by Paramedic Ivan Osorio 3/12/2020 [CVPD 000503- 000516] | 4-19-2024 | 4-19-2024 |

| | | | |
|---|---|---|---|
| 669-3 | PHOTO: Mr. Nunis Left Leg and Right Knee – Large Scab and Bruising [CVPD 000100] | 4-25-2024 | 4-25-2024 |
| 669-4 | PHOTO: Mr. Nunis Right Knee – Large Scab [CVPD 000101] | 4-25-2024 | 4-25-2024 |
| 669-6 | PHOTO: Mr. Nunis Right Side of Face - Bruising & Abrasions [CVPD 000103] | 4-25-2024 | 4-25-2024 |
| 803 | Chiles, Bryan Depo Ex 8G Letter of Explanation, Axon 259-260 | 4-19-2024 | 4-19-2024 |
| 813 | Fonzi, Robert Depo Ex 3 Policy 300 UOF [CVPD 002382-002390] | 4-17-2024 | 4-17-2024 |
| 814 | Fonzi, Robert Depo Ex 4 Policy 306 Handcuffing & Restraints [CVPD 000444-000449] | 4-17-2024 | 4-17-2024 |
| 824-1 | Hammond, Charles Depo Ex 2 Re Safe Restraint Inc. Manual | 4-22-2024 | 4-22-2024 |
| 824-11 | Hammond, Charles Depo Ex 2 Re Safe Restraint Inc. Manual | 4-22-2024 | 4-22-2024 |
| 835-104 | Harmening, William Depo Ex 5C POST Learning Domain 37, Ch. 4, 4-13, Persons with Mental Illness – Field Contacts | 4-24-2024 | 4-24-2024 |
| 835-106 | Harmening, William Depo Ex 5C POST Learning Domain 37, Ch. 4, | 4-24-2024 | 4-24-2024 |

| | | | |
|---|---|---|---|
| | 4-15, Persons with Mental Illness – Field Contacts | | |
| 835-107 | Harmening, William Depo Ex 5C POST Learning Domain 37, Ch. 4, 4-16, Persons with Mental Illness – Field Contacts | 4-24-2024 | 4-24-2024 |
| 835-125 | Harmening, William Depo Ex 5C POST Learning Domain 37, Ch. 5, 5-8, Welfare and Institutions Code | 4-24-2024 | 4-24-2024 |
| 853 | Linney, Evan Depo Ex 1 PHOTO: Oral Nunis Sr. | 4-17-2024 | 4-17-2024 |
| 906-1 | PHOTO: Front of Kimone Nunis' Townhouse | 4-17-2024 | 4-17-2024 |
| 906-2 | PHOTO: Close Up View of Front of Kimone Nunis' Townhouse | 4-17-2024 | 4-17-2024 |
| 907-1 | PHOTO: Mr. Nunis and Jabez Nunis at Andre Nunis' wedding. | 4-19-2024 | 4-19-2024 |
| 907-2 | PHOTO: Mr. Nunis and Roxie Nunis in Jamaica | 4-19-2024 | 4-19-2024 |
| 907-3 | PHOTO: Mr. Nunis and Roxie Nunis young in Jamaica | 4-19-2024 | 4-19-2024 |
| 907-4 | PHOTO: Mr. Nunis with Roxie Nunis Abigail Nunis, and Jabez Nunis on beach | 4-19-2024 | 4-19-2024 |

| | | | |
|---|---|---|---|
| 907-5 | PHOTO: Mr. Nunis with Naomi Nunis and Roxie Nunis looking at tablet | 4-19-2024 | 4-19-2024 |
| 907-6 | PHOTO: Mr. Nunis with Jabez Nunis making gingerbread house | 4-19-2024 | 4-19-2024 |
| 907-7 | PHOTO: Mr. Nunis with his arm around Abigail Nunis | 4-19-2024 | 4-19-2024 |
| 907-8 | PHOTO: Mr. Nunis driving his truck | 4-19-2024 | 4-19-2024 |
| 907-9 | PHOTO: Roxie Nunis kneels by Mr. Nunis' casket with Jabez Nunis | 4-19-2024 | 4-19-2024 |
| 907-10 | PHOTO: Jabez Nunis standing next to casket of Mr. Nunis | 4-19-2024 | 4-19-2024 |
| 907-11 | PHOTO: Roxie Nunis, Naomi Nunis, Abigail Nunis, and Jabez Nunis standing next to casket of Mr. Nunis | 4-19-2024 | 4-19-2024 |
| 909-1 | PHOTO: Mr. Nunis Sitting Down Inside at Top of Stairs, still from Linney's BWC. | 4-17-2024 | 4-17-2024 |
| 909-11 | PHOTO: Mr. Nunis in ambulance photo of injuries to Mr. Nunis' knees. | 4-25-2025 | 4-25-2024 |
| 909-35 | PHOTO: Still from Padilla's BWC- Linney on Mr. Nunis. | 4-18-2024 | 4-18-2024 |
| 909-36 | PHOTO: Still from Padilla's BWC- Linney on Mr. Nunis (2) | 4-18-2024 | 4-18-2024 |

| | | | |
|---|---|---|---|
| 909-37 | PHOTO: Still from Padilla's BWC- Linney on Mr. Nunis (3) | 4-18-2024 | 4-18-2024 |
| 909-38 | PHOTO: Still from Padila's BWC- Second View of Linney on Mr. Nunis | 4-18-2024 | 4-18-2024 |
| 909-43 | PHOTO: Still from Padilla's BWC- Mr. Nunis holding a cell phone in one hand. | 4-18-2024 | 4-18-2024 |
| 912 | VIDEO: EMT Elizabeth Ryall Depo 8/26/20222 | 4-23-2024 | 4-23-2024 |
| 913 | VIDEO: Robert Stabley MD Depo 2/2/2022 | 4-24-2024 | 4-24-2024 |