UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ORAL W. NUNIS, SR., by and through ROXIE A. NUNIS, individually and as Administratrix of the ESTATE; and NAOMI NUNIS, Individually; ABIGAIL TABITHA NUNIS, Individually; and WILLIE MAE KIRKLAND as Guardian ad Litem for J.C.N.; KIMONE NUNIS; ORAL W. NUNIS; ANDRE NUNIS; and LUDECEA NUNIS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHULA VISTA, BRIAN OLSEN, EVAN LINNEY, DAVID RIVERS, and MANUAL PADILLA,<br><br>Defendants. | Case No.: 21-CV-1627 TWR (DEB)<br><br>**JUDGMENT** |

After a Jury Trial conducted on April 16–30, 2024, the Jury has rendered a Verdict that necessitates granting Judgment to Defendants on all of Plaintiffs' claims in this action.[1]

---

[1] The enumeration of the causes of action in this matter is based on the Second Amended Consolidated Complaint for Damages (ECF No. 230).

1

In light of the Final Pretrial Conference Order entered on July 14, 2023 (ECF No. 106); the Court's prior Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment (ECF No. 92); and the Court's rulings on April 12, 2024, dismissing with prejudice all of Plaintiffs' claims against Defendants Officer JORDAN SALVADOR and Sergeant KENNETH HICKS and dismissing them as Parties to the action (ECF No. 219), and on January 25, 2024, dismissing all Doe Defendants (ECF No. 144), certain claims by Plaintiffs, as specified herein below, were at issue when the case was submitted to the Jury on April 29, 2023.

On April 30, 2023, shortly after 2:00 p.m., the Jury rendered its Verdict, which was entered that same day:

**ISSUE 1: PRE-FORCE TACTICAL NEGLIGENCE (*Hayes* Negligence)**

1. During the incident at issue, before any force or restraint was used on ORAL W. NUNIS, SR. by any officer, did the defendant police officer engage in unreasonable tactical conduct leading up to and precipitating that officer's use of force that could have caused that officer's subsequent use of force to be unreasonable under California law?

| | YES | NO |
|---|---|---|
| Agent EVAN LINNEY | | X |

**ISSUE 2: USE OF FORCE (§ 1983 Excessive Force, Battery, Negligence in Force, Bane Act Violation)**

2. During the incident at issue, did one or more of the defendant police officers use excessive or unreasonable force or restraint on ORAL W. NUNIS, SR.?

| | YES | NO |
|---|---|---|
| Agent EVAN LINNEY | | X |
| Officer MANUEL PADILLA | | X |
| Officer BRIAN OLSON | | X |
| Officer DAVID RIVERS | | X |

Accordingly, in light of the jury's verdict, the Court hereby **ENTERS JUDGMENT** in this case as follows:

1. On the First Cause of Action for Civil Rights Violations – Wrongful Death pursuant to the Bane Act, Cal. Civ. Code §§ 52.1(b), (h), by Plaintiffs ESTATE OF ORAL

W. NUNIS, SR., by and through, ROXIE A. NUNIS, Individually, and as Successor in Interest to the ESTATE; NAOMI NUNIS; ABIGAIL T. NUNIS; and WILLIE MAE KIRKLAND as Guardian ad Litem ("G.A.L.") for J.C.N., against Defendants EVAN LINNEY, MANUEL PADILLA, DAVID RIVERS, and BRIAN OLSON, and vicariously against Defendant CITY OF CHULA VISTA, the Court hereby **ENTERS JUDGMENT IN FAVOR OF DEFENDANTS** on this cause of action and all claims therein. Accordingly, Plaintiffs **SHALL RECOVER NOTHING** as to this claim.

2. On the Second Cause of Action of Battery – Wrongful Death pursuant to Cal. Gov. Code § 820, by Plaintiffs ESTATE OF ORAL W. NUNIS, SR., by and through, ROXIE A. NUNIS, Individually and as Successor in Interest to the ESTATE; NAOMI NUNIS; ABIGAIL T. NUNIS; and WILLIE MAE KIRKLAND as G.A.L. for J.C.N. against Defendants EVAN LINNEY, MANUEL PADILLA, DAVID RIVERS, and BRIAN OLSON, and vicariously against Defendant CITY OF CHULA VISTA, the Court hereby **ENTERS JUDGMENT IN FAVOR OF DEFENDANTS** on this cause of action and all claims therein. Accordingly, Plaintiffs **SHALL RECOVER NOTHING** as to this claim.

3. On the Third Cause of Action for Negligence – Wrongful Death (in Pre-Force Tactics and Use of Force) pursuant to Cal. Cal. Gov. Code §§ 820, 815.2, by Plaintiffs ESTATE OR ORAL W. NUNIS, SR., by and through, ROXIE A. NUNIS, Individually and as Successor in Interest to the ESTATE; NAOMI NUNIS; ABIGAIL T. NUNIS; and WILLIE MAE KIRKLAND as G.A.L. for J.C.N. against Defendants EVAN LINNEY, MANUEL PADILLA, DAVID RIVERS, and BRIAN OLSON, and vicariously against Defendant CITY OF CHULA VISTA, the Court hereby **ENTERS JUDGMENT IN FAVOR OF DEFENDANTS** on this cause of action and all claims therein. Accordingly, Plaintiffs **SHALL RECOVER NOTHING** as to this claim.

4. On the Fourth Cause of Action for Excessive Force (42 U.S.C. §1983) in Violation of the Fourth and Fourteenth Amendments, by Plaintiffs ESTATE OF ORAL W. NUNIS, SR., by and through, ROXIE A. NUNIS, Individually and as Successor in Interest

1 to the ESTATE, and All Successors-in-Interest to Decedent Oral Nunis, against Defendants EVAN LINNEY, MANUEL PADILLA, DAVID RIVERS, and BRIAN OLSON, the Court hereby **ENTERS JUDGMENT IN FAVOR OF DEFENDANTS** on this cause of action and all claims therein. Accordingly, Plaintiffs **SHALL RECOVER NOTHING** as to this claim.

5. On the Fifth Cause of Action for Denial of Medical Care (42 U.S.C. §1983) in Violation of the Fourth and Fourteenth Amendments, by Plaintiffs ESTATE OF ORAL W. NUNIS, SR., by and through, ROXIE A. NUNIS, Individually, and as Successor in Interest to the ESTATE, and All Successors-in-Interest to Decedent Oral Nunis, against Defendants EVAN LINNEY, MANUEL PADILLA, DAVID RIVERS, and BRIAN OLSON, the Court hereby **ENTERS JUDGMENT IN FAVOR OF DEFENDANTS** on this cause of action and all claims therein. Accordingly, Plaintiffs **SHALL RECOVER NOTHING** as to this claim.

6. On the Sixth Cause of Action for Wrongful Death – Negligence pursuant to Cal. Code Civ. Proc. §§ 377.60 and 377.61, by Plaintiffs KIMONE NUNIS, ORAL W. NUNIS, ANDRE NUNIS, and LUDECEA NUNIS against Defendants EVAN LINNEY, MANUEL PADILLA, DAVID RIVERS, and BRIAN OLSON, and vicariously against Defendant CITY OF CHULA VISTA, the Court hereby **ENTERS JUDGMENT IN FAVOR OF DEFENDANTS** on this cause of action and all claims therein. Accordingly, Plaintiffs **SHALL RECOVER NOTHING** as to this claim.

7. On the Seventh Cause of Action for Violation of the Bane Act, Cal. Civ. Code § 52.1, by Plaintiffs KIMONE NUNIS, ORAL W. NUNIS, ANDRE NUNIS, and LUDECEA NUNIS against Defendants EVAN LINNEY, MANUEL PADILLA, DAVID RIVERS, and BRIAN OLSON, and vicariously against Defendant CITY OF CHULA VISTA, the Court hereby **ENTERS JUDGMENT IN FAVOR OF DEFENDANTS** on this cause of action and all claims therein. Accordingly, Plaintiffs **SHALL RECOVER NOTHING** as to this claim.

///

8. On the Eighth Cause of Action, a Survival Action for Assault pursuant to Cal. Gov. Code §§ 820 and 815.2, Plaintiffs KIMONE NUNIS, ORAL W. NUNIS, ANDRE NUNIS, and LUDECEA NUNIS against Defendants EVAN LINNEY, MANUEL PADILLA, DAVID RIVERS, and BRIAN OLSON, and vicariously against Defendant CITY OF CHULA VISTA, the Court hereby **ENTERS JUDGMENT IN FAVOR OF DEFENDANTS** on this cause of action and all claims therein. Accordingly, Plaintiffs **SHALL RECOVER NOTHING** as to this claim.

9. On the Ninth Cause of Action, a Survival Action for Battery pursuant to Cal. Gov. Code §§ 820 and 815.2, Plaintiffs KIMONE NUNIS, ORAL W. NUNIS, ANDRE NUNIS, and LUDECEA NUNIS against Defendants EVAN LINNEY, MANUEL PADILLA, DAVID RIVERS, and BRIAN OLSON, and vicariously against Defendant CITY OF CHULA VISTA, the Court hereby **ENTERS JUDGMENT IN FAVOR OF DEFENDANTS** on this cause of action and all claims therein. Accordingly, Plaintiffs **SHALL RECOVER NOTHING** as to this claim.

10. On the Fourteenth Cause of Action for Negligent Infliction of Emotional Distress pursuant to California law by Plaintiff KIMONE NUNIS against Defendants EVAN LINNEY, MANUEL PADILLA, DAVID RIVERS, and BRIAN OLSON, and vicariously against Defendant CITY OF CHULA VISTA, the Court hereby **ENTERS JUDGMENT IN FAVOR OF DEFENDANTS** on this cause of action and all claims therein. Accordingly, Plaintiffs **SHALL RECOVER NOTHING** as to this claim.

11. In light of the fact that the Jury did not find any constitutional violation here, the Court hereby **ENTERS JUDGMENT IN FAVOR OF DEFENDANTS** as to Plaintiffs' claim for attorneys' fees, and Plaintiffs **SHALL NOT RECOVER ANY SUCH FEES**.

12. In light of the fact that the Jury did not find any predicate for such damages, the Court hereby **ENTERS JUDGMENT IN FAVOR OF THE DEFENDANTS** as to Plaintiffs' claim for punitive damages, and Plaintiffs **SHALL NOT RECOVER ANY SUCH DAMAGES**.

13. To the extent any other claim or cause of action not otherwise specified herein above remained at issue in this action at the time of Trial, the Court hereby **ENTERS JUDGMENT IN FAVOR OF THE DEFENDANTS** as to all remaining claims, and Plaintiffs **SHALL NOT RECOVER ANY SUCH DAMAGES OR OTHER RELIEF** thereon.

**IT IS SO ORDERED.**

Dated: May 8, 2024

_____
Honorable Todd W. Robinson
United States District Judge